**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-23733-CIV-ALTONAGA/Goodman**

**PETE VICARI GENERAL**
**CONTRACTOR LLC**,

      Plaintiff,

v.

**OHIO CASUALTY INSURANCE**
**COMPANY,** *et al.*,

      Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court at a February 26, 2018 hearing [ECF No. 83] addressing Plaintiff, Pete Vicari General Contractor's Motion to Dismiss [ECF No. 67] the Counterclaim, Crossclaim, and Third-Party Complaint [ECF No. 55], filed by Counter-Plaintiffs, Coastal Maintenance & Restoration, Inc. and Coastal Prefab, Inc.. The hearing also addressed the Motion to Dismiss [ECF No. 72] filed by Third-Party Defendants, Civic Towers, LLLP and Civic Towers Senior, LLLP, and the Motion to Strike [ECF No. 68], filed by Plaintiff. For the reasons stated in open court, it is

      **ORDERED AND ADJUDGED** as follows:

1. The Motions to Dismiss [**ECF Nos. 67** and **72**] are **GRANTED IN PART**. Counts V–VIII of the Crossclaim and Counterclaim are **DISMISSED WITHOUT PREJUDICE**. Counts XIII–XVI of the Crossclaim and Counterclaim are **DISMISSED** with leave to amend. Counter-Plaintiffs are reminded that each factual allegation incorporated into these counts must support the claim and should avoid "any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f).

CASE NO. 17-23733-CIV-ALTONAGA/Goodman

2. Counter-Plaintiffs shall file their amended answer and counterclaims by **March 12, 2018**.

3. In the event of trial, claims against the Civic Towers parties shall be heard by a jury. The jury's findings with respect to facts shall be advisory but not binding.

4. Plaintiff's Motion to Strike **[ECF No. 68]** is **DENIED AS MOOT**.

   **DONE AND ORDERED** in Miami, Florida, this 27th day of February, 2018.

   _____
   **CECILIA M. ALTONAGA**
   **UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

2