**In the Matter Of:**

PETE VICARI vs THE OHIO CASUALTY INS.

1:17-CV-23733 CMA

# PETE G. VICARI

*August 08, 2018*

*- VOLUME I*

ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-CV-23733 CMA

PETE VICARI GENERAL CONTRACTORS, LLC,
a foreign limited liability company,

Plaintiff,

vs.

THE OHIO CASUALTY INSURANCE
COMPANY, d/b/a OHIO CASUALTY, a
Foreign insurance company; COASTAL
MAINTENANCE & RESTORATION,
INC., a Florida corporation; COASTAL
PREFAB, INC., a Florida corporation; and
CRONIN ENGINEERING, INC., a Florida
corporation,

Defendants.
____________________________/

COASTAL MAINTENANCE & RESTORATION,
INC., a Florida corporation, and COASTAL
PREFAB, INC., a Florida corporation,

Counter/Cross/Third-Party Plaintiffs,

vs.

PETE VICARI GENERAL CONTRACTOR, LLC,
a foreign limited liability company; CIVIC TOWERS,
LLP, a Florida limited liability
Partnership; and ALLIED WORLD INSURANCE
COMPANY, a foreign insurance company,

Counter/Cross/Third-Party Defendants.
______________________________/

VOLUME I
VIDEOTAPED DEPOSITION OF
PETE VICARI

Wednesday, August 8, 2018

9:05 a.m. to 5:14 p.m.

515 East Las Olas Boulevard
Ft. Lauderdale, Florida

Reported By:
DEBORAH LAWRENCE, Court Reporter
Notary Public, State of Florida
Esquire Deposition Solutions
Job # 2522635

APPEARANCES:

On behalf of the Plaintiff
BRUCE PARTINGTON, ESQUIRE
Clark Partington
125 E. Intendencia St.
Pensacola, Florida 32502

On behalf of Defendant Coastal Maintenance and Coastal Prefab
ANTHONY M. LAWHON, ESQUIRE
The Law Office of Tony Lawhon
3003 Tamiami Trail N.
Naples, Florida 34103

On behalf of Defendant Cronin Engineering
JEFFREY BELL, ESQUIRE
Banker Lopez
1200 S. Pine Island Rd.
Planation, Florida 33324

On behalf of Defendant Ohio Casualty
GUY HARRISON, ESQUIRE
Etcheverry Harrison, LLP
150 S. Pine Island Road
Ft. Lauderdale, Florida 33324

On behalf of Defendant Allied
JONATHAN COHEN, ESQUIRE
Jonathan P. Cohen, PA
500 E. Broward Boulevard
Ft. Lauderdale, Florida 33394

ALSO PRESENT: Don Savoy, Videographer
Jon Parrish
Brian Moye
PJ Vicari

I N D E X

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| PETE VICARI | | | | |
| BY MR. LAWHON | 5, 168 | | | |

E X H I B I T S


| NUMBER | PAGE |
|---|---|
| DEFENDANT'S EXHIBIT NO. 257 FOR ID | 39 |
| DEFENDANT'S EXHIBIT NO. 258 FOR ID | 58 |
| DEFENDANT'S EXHIBIT NO. 259 FOR ID | 83 |
| DEFENDANT'S EXHIBIT NO. 260 FOR ID | 94 |
| DEFENDANT'S EXHIBIT NO. 261 FOR ID | 258 |
| DEFENDANT'S EXHIBIT NO. 262 FOR ID | 262 |
| DEFENDANT'S EXHIBIT NO. 263 FOR ID | 266 |

PROCEEDINGS

Deposition taken before DEBORAH LAWRENCE, Court Reporter and Notary Public in and for the State of Florida at Large, in the above cause.

Thereupon,

(PETE VICARI)

having been duly sworn or affirmed, was examined and testified as follows:

DIRECT EXAMINATION

BY MR. LAWHON:

Q. Morning, sir. Will you please tell us your full name and your residence address?
A. Peter G. Vicari, 7432 Barataria Boulevard, Crown Point, Louisiana.
Q. What's the G stand for?
A. Gerard.
Q. Gerard?
A. Yes.
Q. G-E-R-A-R-D?
A. G-E-R-A-R-D.
Q. What's your date of birth?
A. 11-9-56.
Q. As you know, Mr. Vicari, we are here to take your deposition. I am going to give you a couple of ground rules. We will talk about some background

information and then hopefully we will get into the project at issue in this litigation. Covering the background rules a little bit. You heard this before but I need to make sure we get it on the record. Do me a favor, if you would, and make sure you wait until I finish my sentence before you give me an answer so that the court reporter can type up only person at one time so we have an accurate record.

Okay?

A. Okay.

Q. I ask that you give me a verbal answer to all of my questions, if you would, please. If you happen to nod your head or say something like uh-huh, I may ask you if that's a yes or a no so that we also have a clear record.

Okay?

A. Okay.

Q. If at any time you don't understand one of my questions, please let me know. I'll be happy to restate it or rephrase it for you.

Okay?

A. Okay.

Q. If you don't do that I'm going to assume you understood my question.

A. Okay.

Q. You just took an oath. You understand that you have an obligation to testify truthfully here and if you do not give truthful testimony it could be considered perjury which is a crime punishable by five years in prison.
Do you understand that?
A. I understand.
Q. Do you intend to testify truthfully during your entire deposition?
A. Yes, sir.
Q. Okay. Did you ever tell anybody on this project that you run your projects by threats and intimidation?
A. No, sir.
Q. Have you ever said that to anybody in connection with this project?
A. No, sir.
Q. Are you currently on any medication that would affect your ability to understand what we are doing today?
A. No.
Q. Are you currently on any substance that would affect your ability to understand what we're doing today?
A. No.

Q. Have you ever been convicted of any crimes?
A. No.
Q. Were you ever on any substance or medication while you were working on this project that would have impaired your ability to function as a superintendent or the general contractor on the contract?
A. No.
Q. What, if anything, did you do to prepare for your testimony today?
A. Um, not much.
Q. Define not much?
A. Just read through some of my correspondence.
Q. When did you do that?
A. Week or so ago.
Q. How much time did you spend reading your correspondence?
A. 30 minutes or so.
Q. What correspondence did you read?
A. In the black book that is on the table.
Q. Looks like there's a black binder that is to the right of Mr. Partington. Is that the black book that you are referring to, sir?
A. Yes.
MR. PARTINGTON: These were I think the binders for the Cronin deposition so. That's

what got left with him after the deposition so
that is what that is.
BY MR. LAWHON:
Q. What specific items did you look at in the way of correspondence to prepare for your testimony today?
A. I just read through the book.
Q. As you sit here today do you recall any particular pieces of correspondence, e-mails, dates, anything like that?
A. No.
Q. In the last two to three weeks is there anything else that you looked at or reviewed in order to prepare for your testimony today?
A. No.
Q. Other than speaking to your attorneys did you talk to anybody about the substance of your testimony before you showed up today?
A. No.
Q. And just we are clear, when I say anybody, you haven't talked to any of the other witnesses that have already been deposed, no owners of the project, anybody related to the project in any way, shape or form in anticipation of your testimony today.
Is that what you're telling me, sir?

A. I might have told the owner I am going to a deposition today but we didn't talk specifics.
Q. I see your son is here today. Did you speak to him at all substantively at all about your deposition testimony?
A. He was part of a conversation with my attorney.
Q. Other than that conversation have you had other conversations with your son relative to your anticipated testimony today?
A. No.
Q. Have you ever given a deposition before?
A. Yes.
Q. How many times?
A. I don't remember.
Q. Is it more than five?
A. Probably half a dozen maybe.
Q. When is the last time you gave a deposition?
A. It has been years. I don't know specifics other than the ATO.
Q. Did you give a deposition in the ATO case?
A. Yes, couple weeks ago.
Q. When you say years how long are we talking? More than five, more than 10?
A. I don't remember honestly.

Q. Do you recall why you were being deposed?
A. Could be some litigation with a subcontractor or I don't know specifically.
Q. Litigation with a subcontractor, do you mean that you have been part of a litigation with a subcontractor or a company that you are involved in has been in litigation with a subcontractor?
Please explain?
A. Both. I don't remember all the details.
Q. Have you ever had to testify in court or in an arbitration or other similar proceeding?
A. Probably.
Q. Can you be more specific than probably?
A. I don't remember.
Q. In the last 10 years have you had to appear in a court or in an arbitration to testify?
A. An arbitration we have. Mediation, I should say.
Q. Do you believe that you gave testimony when you were in a mediation?
A. No.
Q. So back to my question which was have you testified in an arbitration or a court proceeding in the last 10 years.
What is your answer to that one, sir?

A. I said I don't think I remember any.
Q. Do you recall who any of the parties to that court or arbitration proceeding that you're not sure about when you testified?
A. No.
Q. Were you or one of your companies a party to that proceeding?
A. I don't remember.
Q. Other than this lawsuit and the ATO lawsuit are there any other lawsuits currently pending that Pete Vicari General Contractors are a party to?
A. Yes.
Q. How many?
A. Two if I remember right.
Q. What other parties are involved in those lawsuits?
A. Um, the Town of Jean Lafitte and they sued against an architect.
Q. The first -- strike that. Are there any other lawsuits that PVGC -- strike that. If you don't mind, I will use the acronym PVGC to refer to your company Pete Vicari General Contractors.
Is that okay?
A. That's fine.
Q. Are there any other lawsuits that PVGC is a

party to presently other than the two that you described and the ATO one in this lawsuit which I think we already covered?

MR. PARTINGTON: And I just wanted to be sure it was clear on the record that he is not being deposed today, was not noticed as a corporate representative. And so in terms of preparing on issues that like that that hasn't happened because he was noticed as an individual deposition. I just want to be sure that's clear on the record.

MR. LAWHON: I am clear with that and I appreciate the clarification and I am only asking him in his personal knowledge right now.

THE WITNESS: I think that is the only two. Other two.

BY MR. LAWHON:

Q. The one you identified first, is that the Town of Jean Lafitte? Is that what you said?

A. That's correct.

Q. Okay. Can you spell the name of the town, please?

A. J-E-A-N, L-A-F-I-T-E, I think. Lafitte. Just like the pirate Jean Lafitte.

Q. When was that lawsuit filed?

A. It has been some years ago.
Q. Is it still active or ongoing?
A. Yes.
Q. Who sued who?
A. I sued the owner.
Q. When you say I, you mean PVGC?
A. Correct.
Q. Is the town the owner?
A. Yes.
Q. Are there any other parties?
A. They were but the architect settled.
Q. What is the name of the architect?
A. Meyers, M-E-Y-E-R-S, & Associates.
Q. Any other parties?
A. No, sir.
Q. Where is that lawsuit filed?
A. Jefferson Parish, Louisiana.
Q. State Court?
A. Yes. I should said Parish Court.
Q. It is not Federal Court?
A. No.
Q. Have you given any testimony in a court proceeding in that case?
A. No, we have not went to court yet.
Q. How long has the lawsuit been pending?

A. Over a year. Maybe two.
Q. The other lawsuit that you mentioned you identified as a suit against the architect. Is that Meyers & Associates or someone else?
A. No, that is for another job.
Q. Who is the architect that is being sued?
A. Vergas Rome and HOV. It's also the construction manager for the owners.
Q. How do you spell Vergas?
A. V-E-R-G-A-S, think.
Q. What was the rest of the name?
A. Vergas Rome.
Q. How do you spell Rome?
A. R-O-M-E. And then the other party was HOV. I don't understand what the acronym means. They always call themselves HOV.
Q. That is the construction manager?
A. Yes.
Q. Where is that lawsuit filed?
A. That is in Plaquemines Parish.
Q. Can you spell that?
A. No. I think it's P-L-A-M, Plaquemines.
Q. How long has that lawsuit been pending?
A. Three, four years.
Q. Have you given any testimony in any court

proceeding in that case?
A. No.
Q. Have you given a deposition?
A. No.
Q. Were you deposed in the Town of Jean Lafitte lawsuit?
A. No.
Q. Who is suing who in the lawsuit against the architect?
A. In Jean Lafitte job?
Q. No, the Vergas Rome one.
A. I am suing them. PVGC.
Q. What project does the Vergas lawsuit relate to?
A. Plaquemines Parish School Board.
Q. What specifically was the -- what was being built or renovated or constructed?
A. It was a new school.
Q. What is the lawsuit about?
A. Design errors.
Q. PVGC is claiming that the architect committed design errors in the plans and specs?
A. Correct.
Q. Is the architect owed any money in that case?

A. I don't know.
Q. Is the architect countersuing PVGC for money?
A. No, I don't think so.
Q. Who is the attorney for Pete Vicari General Contractor in that case?
A. Chris Lemieux.
Q. L-E-M-I-E-U-X?
A. That's correct.
Q. Is he in Louisiana?
A. Yes.
Q. Who is the attorney for PVGC in the other lawsuit?
A. Same.
Q. Were you at Warren Buonaguri's deposition for Zinsel Glass that we took last week?
A. No.
Q. Was Mr. Lemieux the same attorney that's representing Zinsel Glass?
A. He may. He's his attorney.
Q. He's also his attorney?
A. Yes. I was not part of the deposition. I don't know what happened.
Q. You haven't spoken to Mr. Buonaguri about that?

A. No.
Q. Are you aware there is also a lawsuit filed by Ecolific against PVGC?
A. I treat that all as one. The ATO matter, I look at it all as one.
Q. You understand that's a separate lawsuit --
A. -- yes.
Q. Let me finish my question.
A. I'm sorry. Go ahead.
Q. You understand that's a separate lawsuit I believe that was filed in State Court but you treat that as one. Is that your testimony?
A. Yes.
Q. Is it your testimony that Ecolific and ATO Golden are the same company?
A. It's all the same parties.
Q. All the same parties?
A. Uh-huh.
Q. Is that a yes?
A. Yes.
Q. Are you also aware there's a lawsuit filed against PVGC by H&E, an equipment supplier? I think it's either mast climbers or cranes or something?
A. Yes, that's correct.
Q. Did you forget about that one?

A. Yes.
Q. What is that lawsuit about?
A. Equipment rental.
Q. Is H&E claiming that PVGC has not paid its bill for equipment rental?
A. Yes.
Q. Do you agree or disagree?
A. I disagree.
Q. Why is that?
A. Cause some overlapping charges from the time that Coastal was working. They are trying to charge it to us in a number of pieces of equipment.
Q. Do you believe that PVGC owes H&E some money then related to that lawsuit but not all of what they are suing for?
A. Yeah, we wanted to pay them.
Q. I'm sorry?
A. Yes, we wanted to pay them what we thought we owed them.
Q. What do you think PVGC owes them?
A. It was around 40.
Q. What are they suing for?
A. I think 80.
Q. Is it your testimony that one of the Coastal entities owes the remaining the balance of $40,000 to

H&E?
A. Not all of it. Part of it cause when they came over -- when we took it over we told them to get rid of some of the mast climbers and they didn't. They kept them on rental. And they had some that are being billed from before we took over. So it is kind of twofold.
Q. Is it your testimony that some of the difference between what H&E is suing for and what you believe PVGC owes is actually owed by Coastal?
A. All of it is owed by Coastal eventually.
Q. The entire bill or the difference between what PVGC owes and what they are suing for?
A. All of it.
Q. So I think you testified earlier that you agree that about $40,000 PVGC doesn't dispute. Did I understand that testimony correctly?
A. Correct.
Q. Is it now your testimony that Coastal owes for that as well?
A. Yes.
Q. Why is that?
A. Because that was part of cost of completing the work.
Q. Have you testified in that case at all?

A. No.
Q. Deposition or court proceeding or otherwise?
A. Nothing happened.
Q. Are there any other lawsuits that are currently pending against PVGC that we left out?
A. I can't remember any others.
Q. Are there currently any lawsuits you are personally a party to that are pending right now anywhere in the country?
A. I don't think so.
Q. Are there currently any arbitration proceedings that are pending involving PVGC or you personally?
A. Other than what we talked about?
Q. Which one did we talk about that was an arbitration.
A. The mediation.
Q. Okay. And do you understand the difference between arbitration and mediation?
A. Yes.
Q. Back to my question. Are there currently any arbitration proceedings that are pending that involve PVGC or you personally?
A. No.
Q. Have you personally ever been a party to a

lawsuit or arbitration proceeding that may now be over or closed or dismissed?
A. I'm sure.
Q. How many times do you think you been sued or sued people?
A. I have no idea.
Q. Is it more than five?
A. In my entire career? Maybe.
Q. When we talk about career I am going to separate out PVGC from you personally so we understand what we are talking about. So I'll come back to PVGC but let me just talk about you personally being a party to a lawsuit or an arbitration proceeding.
Do you believe you personally have been a party to an arbitration or a lawsuit?
A. Yes.
Q. More than five times?
A. Once.
Q. When was that?
A. Some years ago.
Q. What was it about?
A. Windows installed in my house that were leaking.
Q. Did you sue somebody for the window leaks?
A. Yes.

Q. Who did you sue?
A. Window World.
Q. Were they the manufacturer, the installer or both?
A. Both.
Q. Did you represent yourself or did you have an attorney?
A. Had an attorney.
Q. Who was that?
A. I think his name is Dwayne Dunn, D-U-N-N.
Q. Was that lawsuit more than 10 years ago or less than 10 years ago?
A. Probably right around 10. Maybe not quite 10.
Q. Where was it filed?
A. Jefferson Parish.
Q. What was the outcome of that lawsuit?
A. They paid us.
Q. They, being Window World?
A. Window World.
Q. Did they pay you as part of a settlement or after a judgment or a court proceeding?
A. It was a mediation settlement.
Q. Any other personal lawsuits besides that one that you can think of that you have personally been a

party to?
A. I don't remember.
Q. Any arbitrations you have personally been a party to?
A. No.
Q. Putting aside the active lawsuits that we talked about PVGC is a party to, let's put those aside for a minute.
My question for you is has PVGC been a party to any other lawsuits beyond the ones that are currently active?
A. I said earlier probably have. I don't remember them all.
Q. Do you know how many?
A. I have no idea.
Q. Is it more than ten?
A. I have no idea.
Q. Is it more than five?
A. Probably.
Q. Would they have all been filed in Louisiana or elsewhere?
A. Possibly all in Louisiana.
Q. Where else could they have been filed?
A. I don't think they are. I think they all would have been in Louisiana.

Q. In those lawsuits was PVGC always the party suing somebody or was PVGC also getting sued or was it a mixture of both?
A. Mixture of both.
Q. Were all those lawsuits -- I think my question was were those lawsuits where PVGC was suing somebody, was being sued or was it a mixture of both?
A. Mixture of both.
Q. Were those all related to construction?
A. Yes.
Q. Was the attorney for PVGC somebody besides Chris Lemieux?
A. Yes.
Q. What other attorneys would PVGC have used?
A. Oh, I don't remember. I just started using Chris a couple years ago.
Q. Do you remember the name of the law firm that PVGC used before Chris?
A. Dwayne Dunn could have been one. Steve Carie, C-A-R-I-E. And I think that's it.
Q. Has PVGC been a party to any arbitration proceedings separate and apart from lawsuits that we have not yet covered?
A. I don't think so.
Q. Were you involved in securing the bonds that

PVGC ended up obtaining for the project that is the subject of this lawsuit?

A. Yes.

Q. Would you say you were actively participating in securing those bonds?

A. Yes.

Q. Did PVGC disclose any of the lawsuits that we have talked about that would have been existing when it filled out its application for the bond?

A. Should have.

Q. Who would have prepared the application for the bond?

A. My wife and its agent.

Q. Your wife's name is what?

A. Barbara.

Q. B-A-R-B-A-R-A?

A. Yes. And our agent.

Q. What's the agent's name?

A. Cathy Grace, G-R-A-C-E.

Q. Cathy with a C or K?

A. C.

Q. Do you recall personally providing any information about lawsuits that PVGC had been a party to or was a party to in connection with the application for the bond?

A. No.

Q. The lawsuits that are not currently pending but that existed some time ago that PVGC was a party to, do you recall giving any court testimony in any of those lawsuits?

A. No.

Q. Do you recall whether you gave any deposition testimony?

A. Probably.

Q. Have any of the lawsuits we talked about so far ever gone to a trial where you have gotten a verdict or a judgment from a judge?

A. Probably both.

Q. Do you recall any of them?

A. No.

Q. Victories or losses, anything come to mind?

A. No.

Q. Are you aware of any lawsuits that your son PJ has been a party to personally?

A. No.

Q. Are you aware of any arbitration proceedings that he has been involved in?

A. No.

Q. Let's talk about some other companies and we will break them up into two categories. One will be

Florida and the other will be Louisiana.
Okay?
A. Okay.
Q. We will cover the details in a few minutes here but I believe that you and/or PJ have had other Florida companies that you had in the past.
Is that a fair statement?
A. I don't think that's correct. You need to separate that.
Q. Separate that from?
A. PJ and I.
Q. Okay. Are there any Florida companies that you have been involved in in the past?
A. Yes.
Q. Have any of those Florida companies been involved in lawsuits or arbitration proceedings?
A. No, sir.
Q. Again, we'll come back to this but I believe you have also been involved in other companies in Louisiana. Is that a fair statement?
A. Yes.
Q. Have any of those companies been involved in any lawsuits or arbitrations?
A. I don't remember any.
Q. Other than PVGC, LLC and the Florida entity

has your son PJ ever been involved in any Florida companies?
A. I don't think so.
Q. How about Louisiana, has he ever been involved in any Louisiana companies?
A. He has his own companies.
Q. How many of his own companies does he have?
A. I think one.
Q. What's the name of that one?
A. One or two. He has, um, his own construction license company and then he owns the Dairy Queens. I think it's called M&P Holding.
Q. Did you say M&P Holding?
A. Yes.
Q. Do you know if any of those Louisiana companies that you just identified that PJ has been involved in have ever been involved in lawsuits or arbitration proceedings?
A. They have not other than trip and falls.
Q. Trip and falls at the Dairy Queens?
A. Yes.
Q. You mentioned the ATO Golden lawsuit just a minute ago and I want to touch on that before I go on to these companies.
Can you tell me what that lawsuit is about?

A. ATO?
Q. Yes, sir.
A. Um, overbilling.
Q. That's all it is about?
A. Yes, that's the bottom line.
Q. Is it PVGC's position that ATO Golden overbilled PVGC on the project?
A. Yes, sir.
Q. By how much?
A. $400,000. Somewhere around there.
Q. Is ATO Golden suing PVGC in that lawsuit for money?
A. Yes.
Q. Specifically is ATO Golden suing PVGC for unpaid bills on the project that is the subject of this lawsuit?
A. Invoices that are not correct they are trying to get paid on.
Q. I understand you believe they are not correct. But my question is is that lawsuit about ATO suing for unpaid bills on this project?
A. Yes.
Q. How much does ATO Golden believe it is owed? Do you know?
A. $400,000.

Q. So if I understand your testimony correctly the exact amount that ATO Golden is suing for is the amount that you believe ATO has overbilled PVGC?
A. Pretty close.
Q. I know you said they go together but I am going to separate them. There is also an independent state court lawsuit that Ecolific has filed against PVGC; is that correct?
A. Correct.
Q. What is that lawsuit about?
A. He, he meaning Robert Mick, owner of Ecolific, quit but then later he sued me for his severance pay.
Q. How much is Ecolific suing for?
A. 20 to $30,000.
Q. Is it PVGC's position that it doesn't owe Ecolific any of that money?
A. That's correct.
Q. Why?
A. Cause he quit.
Q. He was not fired?
A. He was not fired.
Q. When we say he, Ecolific was not fired from the project?
A. That's correct.

Q. Is there a trial date for that case or what is the status of that specific state court case?
A. I am sure there's a date. I don't remember what it is.
Q. Mr. Partington's firm counsel for PVGC in that case?
A. Yes.
Q. Are there any other parties to that lawsuit beside Ecolific and PVGC?
A. That's it.
Q. Are there any other parties to the ATO Golden lawsuit besides ATO Golden and PVGC?
A. I think that's it.
Q. Do you know if the bonding company, Allied World, is a party to either of those lawsuits?
A. They may. I don't remember.
Q. As we sit here today are there any other subcontractors, suppliers or trades from the project that is the subject of this lawsuit that remain unpaid or believe they are owed money?
A. You're going to have to be more specific on that. Are these suppliers and subs that are left over from Coastal or since they left?
Q. My question is intended to cover everybody that you're aware of that you believe claims they are

owed money from PVGC on this project.
A. There's a lot of people.
Q. What names are you aware of?
A. Four Drywall for one. I don't remember them all. There is a whole list of them.
MR. PARTINGTON: Can I ask for a clarification of your question? Are you asking about people or entities that had a contract directly with PVGC or people that were further downstream such as sub subcontractors or suppliers to either Coastal entity?
MR. LAWHON: My question was intended to cover everybody. And then we would kind of branch it down to who is responsible or who may be contractually obligated.
MR. PARTINGTON: Okay.
THE WITNESS: I don't know the whole list. There is a whole list of.
BY MR. LAWHON:
Q. Who would be the best person to that ask question?
A. Bruce.
Q. Well, unfortunately I can't take Bruce's depo as much as that might be fun. So let's try somebody else that might be associated with PVGC.

Bear me, let me finish my question.
Who that is an officer, manager, employee or representative of PVGC would be the best person to ask that question?
A. Joey Bouduin or my wife Barbara. B-O-U-D-U-I-N. Or my wife Barbara. They have a list of liens.
Q. What is Barbara's official title with the company?
A. She has no title.
Q. What does she do?
A. She just works very hard for us.
Q. What does she do working very hard?
A. Accountant.
Q. She's an accountant?
A. Yes, in-house.
Q. Is she a CPA or just does bookkeeping?
A. No, bookkeeping.
Q. Does Joey Bouduin have a title?
A. Assistant to my wife.
Q. Let me try to be more specific with the question and see if I can jog your memory on anybody else that might exist.
Are there any subcontractors, supplies or trades on this project with whom PVGC had a direct

contract that believes they are unpaid amounts they are owed for this project?
A. Other than ATO there isn't.
Q. When I took Mr. Bounaguri's deposition the other day he said that Zinsel Glass is owed money on some change orders that either PVGC or the project owner is disputing. I think it was about $180,000. So he claims that Zinsel Glass is still owed money on the project.
Does that refresh your memory as to a subcontractor that PVGC would have had a contract with that claims they are owed money on the project still?
A. I thought you were taking about suits or pending litigation.
Q. I tried to be very clear by saying if anybody claimed they were owed money. I did not specifically reference lawsuits. If I confused you let me ask the question again.
A. Please do because you were talking about lawsuits and litigation.
Q. That was a little while ago. Let me come back to my question for you if I can. Is there any subcontractor, supplier or trade that has a direct agreement with PVGC that believes it is owed money still today on the project?

A. Yeah, most every sub is owed money on the project.

Q. I gave you Zinsel Glass as an example. Do you understand that Zinsel Glass believes it is still owed money outstanding on that project?

A. Yes, and the number you gave me is a number that is a normal pay request that is outstanding.

Q. When you say a normal pay request that is outstanding is it your understanding that the amount Zinsel Glass believes is due is not overdue or late?

A. That's correct.

Q. Let me try to ask a different question then. Is there any subcontractor, suppliers or trade with whom PVGC had a direct agreement on this project that believes it is owed money on the project that is overdue or late?

A. Zinsel has, there's a difference of about $40,000.

Q. Anybody else come to mind besides Zinsel?

A. I don't remember them all. Too much. The accounting would have to tell me. But I think Zinsel is probably the only one that's got an issue right now with some hardware that is only worth 80 and he only thinks it's worth 40. Just an example.

Q. No other subcontractor, trade or supplier

has made a demand for payment, not a lawsuit, but asked for money saying that it's overdue or late besides Zinsel that you can think of?
A. I think that's it.
Q. FL Crane and -- strike that. Jeremiah Lowell from FL Crane, are you familiar with him?
A. Yes.
Q. Mark Buser from Southern Wall Systems, are you familiar with him?
A. Yes.
Q. I've taken both of their depositions and both of them indicated they are owed money including retainage.
Does that sound familiar to you?
A. Yes.
Q. They both believe it is overdue. Do you agree with that or disagree?
A. No, I disagree.
Q. Is it your testimony that neither FL Crane nor Southern Wall Systems is currently owed any money on this project that would be considered overdue or late?
A. It is not overdue. Read the contract. Pay when pay.
Q. So if I understand your testimony -- let me

take it one step further. Is it your testimony that whatever money FL Crane or Southern Wall Systems believes is owed on the project is not owed to them right now because the owner has not paid PVGC for that money?

A. Correct.

Q. Is that the only reason why those two subcontractors have not been paid what they believe they are due?

A. That's correct.

Q. Is there any other subcontractor, supplier or trade that we left out that believes it is owed money, rightly or wrongly on this project, that had a direct agreement with PVGC?

A. As them saying it is past due? Is that what you're saying?

Q. Yes.

A. Probably everybody cause the owners, we are getting checks like next week. So everybody will be getting paid. So they may think they are 30 days past due but they are really not.

Q. So as you sit here today you believe that nobody is past due any money for any work or services provided for the project?

A. That's correct.

Q. We're on exhibit 257. Mr. Vicari, I provided you with an exhibit that I marked as exhibit number 257. Take a moment to look at that. It is a compilation of several pages. Please look at all the pages until you had a chance to familiarize yourself with them and let me know when you are done.

A. Okay.

Q. My first question is have you seen documents that look like that before whether in printed form or online with Sun Biz?

A. No.

(Defendant's Exhibit No. 257 was marked for identification.)

BY MR. LAWHON:

Q. Let's walk through these a little bit if we can so I can better understand your experience in Florida. The first document at the very top left hand corner identifies a Florida profit corporation called Pete Vicari General Contractors of Florida, Inc.

Do you see that?

A. Yes.

Q. Were you affiliated with that company at any time?

A. Yes.

Q. What did that company do?

A. Construction.
Q. Construction where?
A. Here in Florida.
Q. During what time period?
A. This time period.
Q. And when you say this time period what time period are you referring to, sir?
A. Looks like '91.
Q. Well, if you look in the information here on the left hand side it says date filed 10-3 1989. Do you see that?
A. '89, that's right. I'm sorry.
Q. That's okay. And then a few more items down below that it says least event admin dissolution for annual report.
Do you see that?
A. Yes.
Q. Below it it says event date filed 10-11-91?
A. Correct.
Q. Okay. So that is roughly a two year period between the date that it was started and the date that it was closed.
Does that sound right to you?
A. Probably.
Q. Who would have been responsible for opening

the company and then handling the filings with the State of Florida?

A. My wife Barbara.

Q. During the two year period that we just talked about what construction projects would this particular company have been involved in?

A. I believe it is, um, MacFrugals. Now called Big Lots.

Q. Can you spell number MacFrugals?

A. M-A-C-G-U-R-G-A-L.

Q. My understanding of the brand name Big Lots is associated with K-Mart. Is that yours as well?

A. No, it's not.

Q. Okay. What kind of a project was this?

A. It's retail. Retail 35, 40,000 square foot buildings.

Q. Where was it built?

A. Um, three of them here in Miami. One in Melbourne, one in St. Petersburg. I can't remember them all.

Q. Do you believe there were more than five?

A. In the whole?

Q. Florida.

A. Just in Florida? Five or six maybe.

Q. How many stories were those buildings?

A. One.
Q. What was your personal involvement with the construction of those particular retail stores?
A. Day to day. Involved in everything.
Q. So the company we are talking about, Pete Vicari General Contractors of Florida, was it serving as the general contractor on all those jobs?
A. I believe that's correct.
Q. And you were involved in the day to day management and supervision on behalf of that company of those jobs?
A. Yes.
Q. Who was the qualifying agent for that company?
A. I believe Raymond Shane, S-H-A-N-E.
Q. Who is Mr. Shane?
A. He was an employee.
Q. Employee of that company?
A. Yes.
Q. Where did Mr. Shane live?
A. Here in Florida.
Q. What town?
A. Somewhere around Ft. Myers, Naples area. Somewhere around there.
Q. Was Mr. Shane the qualifying agent for that

particular company during the entire time that it was in existence?

A. Yes.

Q. Was Mr. Shane on the job site for each of those as much as you were?

A. Yes.

Q. So he traveled from Miami to Melbourne to St. Pete to go supervise the construction the way that you did?

A. He did more north Florida. I did south.

Q. Were there any other owners, officers or directors of that company besides yourself?

A. I think my wife might have been. She might have been.

Q. Would anybody else have been besides your wife?

A. No.

Q. Did that particular company perform any other construction work besides the Big Lots that you just described?

A. I don't think it did.

Q. Why was it closed?

A. We just didn't -- it was negotiated work. There was no need for us to come back.

Q. There was no more work for the company to do

in Florida?
A. Correct.
Q. Was the owner of each of those Big Lots the same owner or are there different owners?
A. Same owner.
Q. What was the name of the owner?
A. MacFrugals Corporation. It was actually Pick N Save when I first started working for them. And we sent on to build all the way as far as Indiana.
Q. All for the same owner?
A. Yes. Probably 25, 30 stores.
Q. Would they all have been one story?
A. Yes.
Q. How many different states?
A. A lot.
Q. If you turn the page of exhibit 257 you will see another company identified as a foreign profit corporation called Pete Vicari General Contractor, Inc. Do you see that?
A. Yes.
Q. Were you affiliated or associated with that company?
A. Yes.
Q. How so?
A. Shows me as president. I guess title P

means president.

Q. Yes. It also identifies your wife as the secretary. That's the S?

A. Yes.

Q. You understand that? And it identifies your son on the second page as the vice president; is that correct.

A. Yes.

Q. According to the information on this page it was filed with the State of Florida on September 20, 1993 and it became inactive December 7, 2012.

Do you see those dates?

A. Yes.

Q. Are those dates accurate?

A. I don't understand why PJ is on here cause he is in '93. I think he was born in '87. I think it might have been my dad. I don't want you to confuse that. There is something screwy about that.

Q. Okay. Let me see if I can better understand that. Your name is Peter Gerard?

A. G.

Q. That's the G; right? Okay. And what is PJ's middle name?

A. J. John.

Q. John. Okay. And is your dad's name also

Peter?

A. John.

Q. Okay. So they are both Peter John but he's not Peter John, Junior?

A. No, there is no juniors.

Q. So as we are looking at this page you don't know if the Peter J. Vicari that's listed as the vice president was your son at some point in time or was your dad.

Is that what I understand your testimony to be?

A. Probably. That's correct.

Q. The time period that we just identified if I do my math correctly is roughly about 19 years. '93 to 2012.

Does that sound about right to you?

A. Yes.

Q. What business would that company have been doing in Florida?

A. I don't remember.

Q. Why would you have a separate company -- well, strike that. Was that a construction company as well?

A. Yes.

Q. Okay. Is it still active in Louisiana?

A. Yes, but not a corporation. We are an LLC now.
Q. Okay. We just talked about the Pete Vicari General Contractors of Florida, Inc. company that built the Big Lots; right?
A. Right.
Q. Okay. Why would you have two construction companies in Florida?
A. I don't think there is two, isn't it? They are not overlapping.
Q. They don't overlap in time?
A. Right.
Q. But there's a separate one that was filed in the State of Florida. So I guess what I am trying to understand is do you know why this company was even filed and registered in the State of Florida for 19 years?
A. I don't know. You have to ask my wife.
Q. As you sit here today did you do any business personally, construction projects or otherwise under the name of this particular company in Florida over that 19 year period?
A. I don't remember what name it was under specifically when we did the work for MacFrugals and Big Lots.

Q. Is there any other construction projects that any Pete Vicari company worked on in Florida besides the Big Lots?

A. Yes, for Hurricane, um, Ivan. We did work there in Pensacola.

Q. Any other work besides Hurricane Ivan related work in Pensacola that any Pete Vicari company would have done in Florida other than the Big Lots?

A. I don't remember any.

Q. Who would be the best person to ask at Pete Vicari General Contractors of the reason that this particular company was registered to do business in the State of Florida for 19 years?

A. My wife.

Q. What kind of work do you recall doing, even if you don't remember what company name it was, for Hurricane Ivan?

A. Um, the Downtown Historical District. We cleaned that up and restored a lot of the old 1800 type buildings there. Um, did a lot of condo work restoration on the beach. Did a commercial shopping center rebuild. Just kind of quite a few different types of projects.

Q. All the work that you just described, was that done because of damage caused by the hurricane?

A. Yes, sir.
Q. As there any new construction that you did in Florida under any company name ever other than the Big Lots that you just identified?
MR. PARTINGTON: Object to the form.
THE WITNESS: I didn't say I built new stores here in Florida.
BY MR. LAWHON:
Q. I understand that. I asked the question.
A. Okay. All of them were renovations.
Q. Were the Big Lots all renovations?
A. Yes.
Q. I misunderstood. Let me restate the question so our record is clear. Have you ever performed any new construction in the State of Florida?
A. No.
Q. The work that you just identified as restoration work related to Hurricane Ivan, were any of the buildings that you worked on taller than two stories?
A. I think one of them.
Q. Which one?
A. It was a condo. I don't remember the name but it was a condominium project.

Q. In Pensacola or near Pensacola?
A. Pensacola Beach.
Q. Do you remember when that was?
A. When was Ivan?
MR. PARTINGTON: 2004.
BY MR. LAWHON:
Q. Does 2004 sound right?
A. Yes.
Q. Thank you. What would the condo renovation work, condo restoration work have been? Multiple levels, multiple floors?
Can you describe for me what the work was?
A. First we had to dig them out. There was sand from the beach washed on to their properties. And a lot of places it either piled the dunes underneath their buildings cause some of them were raised. And others it actually washed their foundations out. So we had to literally dig them out and repair the foundation and restore the buildings.
Q. How tall were the buildings?
A. One of them, like I said, I think was four, five stories. And the other ones were three or four stories. It's on the beach in Pensacola.
Q. Aside from repairing the foundation and digging out dunes what other restoration work was done

on those condos?
A. Once we got them stabilized, the condos, this one specific one -- actually, both of them ended up wanting to cancel our contract and they wanted to handle the rebuild themselves by distributing the monies to each individual owner to repair their own units.
Q. Would that have been to repair the interior of the units?
A. Yes.
Q. Is there any exterior work that you were involved in doing on this condo restoration that we are talking about besides what you told me so far?
A. Both of them we did the repairs on the exterior.
Q. Describe for me what types of repairs?
A. Windows, window repairs, balcony repairs. Just whatever was damaged.
Q. If you turn a couple more pages in the exhibit 257 you have got there you're going to come to a page that identifies Vicari Auction Company?
A. Correct.
Q. Were you associated with that company?
A. Yes.
Q. Okay. Can you tell me what that company did

or does?
A. It auctions off classic and muscle cars.
Q. Were you required to get some type of license in order to perform the auctioning work that you just described?
A. We have it.
Q. Who is we?
A. I have it.
Q. Is the license in your name personally --
A. -- yes.
Q. Bear with me.
A. I'm sorry.
Q. Is the license in your name personally or somebody else's name?
A. I think it's in my name.
Q. Is it active?
A. Yes.
Q. Do you have an auctioneer's license in any other state to auction off classic or muscle cars?
A. I don't have a license here. I have a dealer's license here. I have an auctioneer's license in other states.
Q. So let me make sure I understand you. The license that you use for Vicari Auction Company, LLC in Florida is a dealer's license?

A. You have a dealer's license I believe. I don't think you -- I'm a little not clear on this. I don't think you need an auctioneer's license. The company has to have a dealer's license but the auctioneer himself has to have the license. And I don't do the auction here in Florida.

Q. So you personally have a dealer's license that's used by Vicari Auction Company in Florida. Is that my understanding?

A. I believe that's correct.

Q. And there's a separate person that actually does the auctioning themselves and that person has an auctioneer's license?

A. That's correct.

Q. What is that person's name?

A. Joey Fortner, F-O-R-T-N-E-R.

Q. Where are the auctions held?

A. Um, we do not have Florida. We don't do them here anymore. We have them in Texas, Louisiana and Mississippi.

Q. When there were auctions to be had under Vicari Auction Company were those held?

A. Um, we did some in Daytona and one in Tampa.

Q. The last two pages of the exhibit before you identify one more company I want to ask you about very

briefly. We'll come back to it later. And that is Pete Vicari General Contractor, LLC.
Are you familiar with that company?
A. Yes.
Q. Okay. Are you affiliated with that company?
A. Yes.
Q. I see in the detail at the bottom here it identifies you and your wife and a Peter J. Vicari as members of that company.
Do you see that?
A. Yes.
Q. Is that your son or your father, if you know?
A. That would be my son now.
Q. And has he been the Peter J. Vicari associated with that company since it was started?
A. Not since it was started. I am not sure about that.
Q. Let me back up and ask a better question. Do you see where it says date filed is 8-25 of 2016?
A. Yes.
Q. Okay. I will represent to you that means it is the date it was registered with the State of Florida. Since that date has your son continuously been associated with that company in the State of

Florida?
A. Yes.
Q. Is that the company that is the subject of this lawsuit that was working on the project we are going to be talking about?
A. Yes.
Q. It indicates there was an amendment on June 12, 2018. Do you know anything about that?
A. No.
Q. Who would be the best person to ask?
A. Barbara.
Q. Are there any other companies in the State of Florida or that have been registered to do business in the State of Florida that you have been associated with or your son has been associated with that we didn't cover?
A. No.
Q. Is there any other construction work that you would have been involved in in the State of Florida that we haven't covered so far?
A. I don't think so.
Q. You mentioned earlier that Raymond Shane was a qualifying agent for the company that did the work on the Big Lots. Are you still acquainted with him?
Do you still communicate with him?

A. He is in bad shape right now.
Q. Is it recent or has it been ongoing?
A. No, he has got both legs are now amputated. He is not doing well at all.
Q. I'm sorry to hear that. Around what time period did the two of you stop doing work together? Would it have been '91 or '92 when we talked about the companies or would it have been some time after that?
A. When was Katrina? Around right after that is when he became sick.
MR. PARTINGTON: That was '05.
THE WITNESS: Dates, I can't remember the dates. I know the event. It was after Katrina.
MR. LAWHON: We'll ask our meteorologist.
MR. PARTINGTON: In that part of the world I have a distinct memory of those storms.
BY MR. LAWHON:
Q. So was there some period after you stopped building Big Lots that you stopped affiliating with Mr. Shane?
A. No, he worked for us in New Orleans area.
Q. He did work in New Orleans for the New Orleans company as well?

A. Yes.
Q. Why did he stop working with the company? Because of his health or some other reason?
A. His health went down bad. Diabetic real bad and just heart attack. And just not doing well.
Q. Sorry to hear that. Mr. Vicari, I put in front of you exhibit number 258. I will represent to you this is a compilation of listings from the Louisiana Secretary of State of quite a number of companies or entities that have the name Pete or Peter Vicari affiliated with them. Take a moment to look through the list. I am not asking you to look at every single item at this moment. But just familiarize yourself a little bit with this. I have a few questions.
A. Okay.
Q. So far you looked at the first page and the second page. Did you get a chance --
A. -- I didn't go to the second page yet.
MR. PARTINGTON: There's a third page. Keep rolling through it.
BY MR. LAWHON:
Q. It is the third page of the exhibit. There is more pages after that.
A. Okay.

Q. Do you see the name Pete Vicari or Peter G. Vicari identified as being associated with quite a number of the companies that are part of that exhibit?
A. Yes.
(Defendant's Exhibit No. 258 was marked for identification.)
BY MR. LAWHON:
Q. Would those references to Pete Vicari all be you or somebody else?
A. It's not all me.
Q. Are some of them you?
A. Yes.
Q. Are some of them family members?
A. Yes, and not family members. There is like four Pete Vicaris.
Q. That are not related to you?
A. Two.
Q. So there is two Pete Vicaris that are not --
A. -- actually, three. My dad, myself, my son and then two other Pete Vicaris that are not related.
Q. This entire list here are what percentage of the companies that you see here would be a company that you, your son or your dad were associated with?
A. I have no idea.
Q. I mean, I see a couple construction

companies in here. I see some motor sports companies in here. Would those look familiar to you?
A. Those but let's do it the opposite way. Like River Mill, I don't know what that is. Jake's Body Shop, I don't know what that is.
Q. Would the -- so River Mill is in Marrero and Jake's Body Shop is in Covington. Would you have done or any of your family members done any business where you set up companies in either of those two cities?
A. We would have in Marrero but River Mill is not us. One of the other Pete Vicaris lives in Marrero also.
Q. The one that is not related?
A. Correct.
Q. Let me try and go about it a different way then. How many construction companies in Louisiana have you personally been associated with?
A. Maybe two.
Q. What would those be called?
A. Vicari. Pete Vicari General Contractors and then PM Contractors.
Q. So I have the Pete Vicari General Contractors correct are we talking about Pete Vicari General Contractors, LLC?
A. Yes.

Q. Or Pete Vicari General Contractors, Inc.?
A. Well, I look at it as one company. We were Inc. at one point, then we went to LLC. Same company.
Q. What construction companies is your son or has your son been associated with in the State of Louisiana?
A. He has worked for us. And then just here shortly formed his own company.
Q. What's that called?
A. Peter J. Vicari Construction, I think. I don't remember the exact name.
Q. And then same question for your dad. What construction companies would he have been associated with in the State of Louisiana?
A. He was sole -- he was sole practitioner, sole owner. He wasn't a corporation. It was just Peter J. Vicari Builder.
Q. There are several companies that I see listed here that I would say are affiliated with some type of muscle cars or automobiles.
Is that a fair statement?
A. Yes.
Q. Okay. Other than the body shop or body shops, plural, would you or your son be affiliated with several of those companies?

A. I mean, there is others on here. I am not sure what they really are.
Q. Other than construction companies and car related companies what other business ventures have you personally been involved in in the State of Louisiana, if any?
A. I have a lot of real estate.
Q. Is it your customary practice to set up a different company for a different real estate project?
A. Um, sometimes.
Q. And what about our son, other than automobiles and construction what business ventures would your son be associated with in the State of Louisiana?
A. DQ Grill & Chills.
Q. The Dairy Queens?
A. DQ Grill & Chills.
Q. Are they related in any way to Dairy Queens?
A. There is no Dairy Queens.
Q. Did there used to be a Dairy Queen?
A. Many years ago.
Q. Is the new name now DQ Grill & Chills?
A. Yes.
Q. Is it the same brand or same ownership?
A. No.

Q. When did it change names?
A. When Warren Buffet bought it. I am not sure. 15, maybe 20 years ago.
Q. The other Pete Vicaris that you mentioned that are not related to the three of you folks, do you know if their middle initials are G or not?
A. J. Can only imagine the confusion.
Q. Well, I think what helps is I will ask you to look at, for example, the second page of that exhibit and I see quite a number of Pete G. Vicaris listed on that second page.
Do you see all of those?
A. Yes.
Q. Okay. Would those all be your company or a company you were associated with at some point in time?
A. This Oak Crest Development I am not sure about that. I am not sure about Saulet Plaza.
Q. Saulet Place?
A. Saulet Place.
Q. S-A-U-L-E-T?
A. Yeah, Place. And this Jobico.
Q. J-O-B-I-C-O?
A. I don't remember that.
Q. And then on the next page of that exhibit

there is an entire list of more Peter G. Vicari entities. Are those all companies that you were affiliated with or are currently affiliated with?
A. Again, this Oak Crest, I don't know what that is. Rotolo Insurance Agency, I've never been involved in that.
Q. Rotolo, R-O-T-O-L-O Insurance Agency, is that the one you're talking about?
A. Yeah. I think that's my dad and they got the initial.
Q. You think that's your dad?
A. Uh-huh.
Q. That a yes?
A. Yes. This Saulet Place again, I don't know what that is. And Jobico, I don't know what that is.
Q. There are several Peter G. Vicaris names listed on the second to last page. Not the Peter J. ones but the Peter G. ones.
Are those entities that you recognize?
A. I am not sure what P&H Rides, LLC is.
Q. That be cars?
A. I don't know.
Q. Anything else?
A. That's it.
MR. LAWHON: Let's take five.

(Brief recess was taken.)
BY MR. LAWHON:
Q. Mr. Vicari, we have returned from our short break and a couple of follow-up questions from something we talked about earlier regarding Raymond Shane and the Florida company that you were building or assisting in constructing or renovating the Big Lots.
It appears to me that you have got a fair amount of construction by the time 1989 roles around so how come you used somebody else as the qualifier for the company as opposed to yourself or your dad or somebody?
A. He had a license and it was convenient.
Q. Did you know him before you started working on those projects here in Florida?
A. Yes.
Q. How did you know him?
A. Um, his cousin is like an older brother to me.
Q. And just so my record is clear, were there ever any lawsuits involving that company or arbitration proceedings involving that Florida company?
A. No.

Q. What is your -- strike that. Did you graduate high school?
A. Yes.
Q. Do you have any education after high school?
A. Um, one semester at Nicholls State University.
Q. And I am going to ask you some questions about PVGC but before we get there you mentioned another construction company PM Contractors, I think?
A. Correct.
Q. Bear with me one second. I thought I saw it somewhere in exhibit 258. Yes, on the second MP Contractors, Inc., it identifies you as the secretary. It's out of Harvey.
Does that sound like the company you're talking about?
A. Correct.
Q. Okay. What kind of work has that company done?
A. Um, back when insurance rates were going sky high for Workman Comp my agent recommended that we form another company and join the Subcontractors Association cause they were offering better rates. So we formed PM and that was our labor company. That's where we ran all our labor through.

Q. When you say we, the PVGC company that has been doing construction in Louisiana since 1946 is the company that you are referring to?
A. Not since 1946.
Q. Since however. How long has it been doing?
A. Since '81, '82 when I formed the company.
Q. So is that the company that we are talking about was using the PM Contractors as the labor company?
A. Correct.
Q. And I realize that you testified earlier that the PVGC company was Inc. at one time and then it change to LLC.
Can we, for the sake of making this easier, refer to them as just PVGC?
A. That's fine.
Q. Would I be correct then in understanding that PM Contractors didn't contract with any owners to work on any construction projects itself separate from PVGC?
A. That's correct.
Q. Would I be also be correct in understanding that all of the construction work that PVGC has done in Louisiana or other states has been under the name of the PVGC that we are talking about and no other

construction companies?
A. That's correct. Should be.
Q. Tell me a little bit about PVGC? I mean, I know it's a construction company but just give me an idea who the owners are, how many employees it has had over time and up to its current existence today?
A. That's a lot you want to talk about.
Q. Short summary?
A. I mean, we have done all types of work, whether it be new construction or renovation, insurance claims. Um, we had as little as maybe five people to as many as 25 people in all plus all the subcontractors we managed. But, um, you know, when you do -- I've done about $270 million worth of work. I mean, I can't explain it in 10 minutes.
Q. Would you consider the company a successful company?
A. Yes.
Q. Would you consider the company an expert in general construction?
A. Yes.
Q. On a scale of one to 10 with one being the worst and 10 being the best how would you rate the quality of work of PVGC?
A. Ten.

Q. Has PVGC ever had offices in states other than Louisiana?
A. For a short period of time we had one in Pensacola.
Q. When was that?
A. When Ivan.
Q. Are we talking about an actual office location other than a trailer?
A. Yes.
Q. What's the least number of employees that PVGC has had?
A. I said somewhere around 20, 25.
Q. In 2016 around the time that PJ applied for the license and then starting at the beginning of 2017 when this project started how many employees in that time period did PVGC have?
A. Ten, 15.
Q. Did they all work out of the Louisiana office?
A. Yes.
Q. And I know I am fast forwarding. Trust me, there's a lot to talk about between then and now. But as of today how many employees does PVGC have?
A. Look at faces. Probably 15. Somewhere around there.

Q. All in the Louisiana office?
A. No.
Q. Where else would they be located?
A. Three would be here. Four here.
Q. Is there a physical office location here?
A. No, just the one at the site. At Civic Towers.
Q. The four employees you're talking about, do they reside here full-time?
A. Yes.
Q. Which employees are those?
A. Jorge Alaya, David Espinales, Ted Brown and Miguel, I'm not sure Miguel's last name.
Q. Let me cover those one by one with you if I can. Jorge Alaya, is it A-L-A-Y-A?
A. Right.
Q. Ted Brown?
A. Ted Brown.
Q. David, what is David's last name?
A. You want me to get you the correct spelling?
Q. If you would, that would be great. Thank you.
A. I don't have it on my phone.
Q. What is Miguel's last name?
A. He is a new hire. I am not sure.

Q. When was Jorge hired?
A. When Robert Mick quit. Somewhere I guess right before Irma.
Q. When was David hired?
A. Same time as Jorge.
Q. What is David's title?
A. Superintendent.
Q. Of any particular building?
A. Civic.
Q. What is Jorge's title?
A. Project manager.
Q. Is Ted still the superintendent of Senior?
A. No.
Q. What is Ted's position now?
A. Assistant to Jorge.
Q. When did he become the assistant to Jorge?
A. Couple months back.
Q. What is Miguel's title?
A. Superintendent.
Q. Any particular building?
A. No. It is that one building.
Q. That is one building meaning Civic?
A. Civic.
Q. And just so we are clear, do you understand the difference between an employee and an independent

contractor?
A. Yes.
Q. Do you understand that one receives what we call a W-2 and the other receives a 1099?
A. Correct.
Q. The four people that you identified, are they employees or independent contractors?
A. Employees.
Q. The 10 to 15 -- strike that. The 15 employees that you said the company has right now, are those actually employees or any of them independent contractors?
A. All employees.
Q. Who are the owners of the company?
A. Myself. I think Barbara may have a small percentage.
Q. Do you think you have 90 percent or more?
A. I don't remember.
Q. Since you started the company have there been any other owners besides yourself and Barbara?
A. I started the company my dad might have had five percent. It has been many years ago.
Q. And when did he relinquish his interest?
A. Many years ago.
Q. Who makes -- which people are responsible

for making the major decisions associated with the company?

A. Me.

Q. Does anybody participate in making those major decisions?

A. My wife and my son.

Q. Does the company have formal meetings?

A. Yes, somewhat.

Q. Somewhat?

A. When we can all get together.

Q. Does the company keep minutes of its meetings?

A. Barbara does.

Q. Typed or in writing?

A. Not sure.

Q. I read an article from 2015 that indicated the company had 20 employees in management and a hundred in the field.

What would the hundred in the field have been?

A. Subs.

Q. So it didn't mean they were actually employees. Is that my understanding?

A. That's right.

Q. Has the company ever won any awards?

A. Many.
Q. What awards were those be?
A. Historical Restoration Award in Louisiana, New Orleans. Um, outstanding achievements for many high profile jobs in Louisiana area. Um, one being an Extreme Makeover house. Another was for the Republican National Convention that was in New Orleans. Some others. I can't remember them all.
Q. Who gave out the awards that you described? Are they contractor or subcontractor associations or some other popularity contest?
How are they voted on and how are they distributed?
A. Through the city.
Q. Through the city?
A. The City of New Orleans.
Q. Do you believe citizens of the city voted on them or was it members of the city council or how were they decided?
A. I have no idea how that is done.
Q. You mentioned outstanding achievements for several high profile projects. What high profile projects are you referring to?
A. We did an Extreme Makeover house. The program, remember that? We did one of those in four

days. Um, we did the Republican Convention. Latter Library.

Q. A library?

A. Latter Library, L-A-T-T-E-R. That one was, it was a late 1700 mansion that we had to restore. I know there is more I just can't think of them all. U.S. Mint.

Q. You won an award for that too?

A. I think we did get something from the state for that.

Q. What did you do for the U.S. Mint?

A. We restored it.

Q. How many stories?

A. Three I think.

Q. How many square feet?

A. It's huge. I have no idea. It takes up a whole city block.

Q. Did PVGC do the entire renovation for the U.S. Mint?

A. Um, all exterior and ground floor exhibit rooms. It's a museum right now.

Q. What renovation exactly was done to the exterior? Did you replace the cladding or building the envelope or just repair damage to it?

A. Both. We also did the Louisiana Supreme

Court building which was a panel replacement. Marble panels.
Q. Exterior panels?
A. Uh-huh.
Q. That a yes?
A. Yes, I'm sorry.
Q. How many floors was the Supreme Court?
A. Three or four.
Q. When was that?
A. '90s.
Q. When was the U.S. Mint?
A. '90s.
Q. When was the Republican National Convention?
A. That was either late '89 or '90 something.
Q. How many stories was that?
A. The Republican Convention?
Q. Yes, sir.
A. It was actually a prefab two story building that we built off site and hauled it in in panels and erected it on the ground floor of the Louisiana Superdome. I had the highest clearance available. There was only one other guy that could get in the president room other than me.
Q. Sounds like you're pretty proud of that?
A. Background check through myself, my family

and everybody. I still have the lapel pin.

Q. The pin is what was the secret symbol to get you in the clearance?

A. All secret service people knew there was only two people that had the pins. And we had to personally meet them. That way when the convention was ongoing we had to staff it in case something went wrong.

Q. Went wrong in the way of construction?

A. Whether, yeah. When you watch a person speaking at a convention they are on a platform and you may be five foot tall and he is six foot tall. But if you look at it on the camera you always be in the same place at the microphone. So we had to adjust your floor for your height. So the camera didn't move. Cause if Bruce would walk in and your mic is different his head would be out the camera. So we had to manage that. And we had to physically take your measurement, record it and when we knew it was your time to speak we had to adjust the floor.

Q. The Extreme Makeover house that you identified, how many stories was that?

A. It was two.

Q. Where was that built?

A. When?

Q. Where.
A. Braithwaite, Louisiana.
Q. Braithwaite?
A. Braithwaite. I think it's B-R-A-T-I-T-H Way. Braithwaite.
Q. When was that?
A. Somewhere around before Katrina.
MR. LAWHON: You got on a date on that, Bruce?
MR. PARTINGTON: Katrina was in '05. This specific house, no.
BY MR. LAWHON:
Q. Any of the projects that you identified for me so far that we talked about, were they ever behind schedule?
A. No.
Q. Didn't you have two days of torrential rain on the Extreme Makeover house?
A. Yes, we finished it on time too.
Q. How did you end up doing that? Did you have to bring in more people?
A. We had people available.
Q. My question is did you bring in more people to accelerate the construction on that project?
A. I think we might have lost our tape and

floater. They wanted to leave and we brought in new ones.

Q. Lost what?

A. Tape and float subcontractor. For sheetrock, tape and float sheetrock.

Q. So let me make sure I understand you. You lost two days because of rain but you still finished it on schedule and you did not have to bring in additional subs or labors to accelerate the schedules to finish on time.

Am I understanding that correctly?

A. Correct. When it started raining the guy that was going to do the tape and floating didn't want to hang around. So he left. We brought in another company. But we still made it the reveal date where they put the bus in front of the house, move the bus and the family is there. And everybody is crying.

Q. People cried?

A. Yeah.

Q. Did you cry?

A. Yes, I did, but not for that reason. I had just lost my dad.

Q. I'm sorry.

A. He's the one that committed to do the house and I had to fulfill it.

Q. Sounds like you did a pretty good job on it.
A. If you paid me for it it would have been over a million dollar job. We done it in four days.
Q. And just so I am clear, there was no additional help you had to bring in to finish in the four days?
A. We had people on site. That was our schedule to do their jobs. And we didn't bring, I don't think. Only person we brought in is the new tape and float people.
Q. I want to make sure I am not -- I'm a little confused with your answer here. I realize you had people on site that already had a pre-designated time or scope of work to do when you started the job.
Do I understand that correctly?
A. Correct.
Q. Okay. My question is because of whatever time you may have lost, whether rain or whatever, did you have to ask people to come in, additional laborers or additional subs or did you have to ask people to work overtime or longer than they excepted in order to finish on time?
A. It was always anticipated being a 24/7 job. And subs managed to man the job accordingly. And when the rain hit they just manned up and we got it done.

Q. Okay. On any of the projects that you just described that we talked about so far that won awards did you have to bring in additional help or otherwise do anything to accelerate the schedule?

A. I don't remember.

Q. Any other awards you can think of that we haven't covered so far?

A. Personally?

Q. The company one for construction.

A. I am sure there is more. I just can't remember them all.

Q. I will ask your son PJ questions when I take his deposition but I guess I'll ask you a little bit of background.

What is his role in the company?

A. As of today he is our senior estimator and project manager.

Q. In late 2016 when he applied for his license what was his title or role then?

A. Same.

Q. How long has he been the senior estimator and project manager for PVGC?

A. Many years. Huey Breaux was estimator. When he retired -- PJ worked under him. And Huey taught estimating at University of New Orleans so he

since how retired. And it's been quite a long time. I don't remember the date.
Q. Is that Huey?
A. Huey, H-U-E-Y. Breaux, B-R-E-A-U-X.
Q. However long Huey has been retired is how long right after that PJ became the senior estimator?
A. That's correct.
Q. Does PJ work for the company full-time since he has been the senior estimator?
A. Yes.
Q. I understand he does some kind of car racing or drag racing or something like that?
A. Hobby.
Q. Do I understand that correctly?
A. Hobby.
Q. It never interferes with construction work?
A. No.
Q. What kind of racing is it?
A. NHRA drag racing. He is quite good at it too.
Q. Pretty proud of that?
A. Division four champion. That's one whole quarter of the state or the country.
Q. How long has he been racing?
A. Since he is eight years old.

Q. How long has he been racing in the NHRA?
A. Since eight.
Q. Is the racing that he does local, regional or nationwide?
A. Divisional which is regional. Like Texas to Florida. That whole kind of quarter of the Unites States.
Q. Has he been racing continuously since he was eight? Did he ever stop?
A. Maybe for a year when his wife had a baby.
Q. Still racing today?
A. No.
Q. When did he stop?
A. We just don't have time. Kind of losing a little interest in it. Done it so many years.
Q. Do you know approximately what year he stopped?
A. We haven't stopped. We just don't race a lot like we used to. We raced this year once or twice.
Q. When did the racing slow down?
A. Probably this year.
Q. I think this is exhibit number 259. Take a moment to look at this and let me know when you're done, please.

A. I am.
Q. Have you seen something that looks like what is depicted in exhibit 259 before?
A. Not in this format.
(Defendant's Exhibit No. 259 was marked for identification.)
BY MR. LAWHON:
Q. Okay. I will represent to you -- I see that it is cut off to the right a little bit but I'll represent to you this is a printout of a particular section of the PVGC website.
Does that sound right other than the fact that it has been cut off?
A. I guess. It don't look familiar.
Q. It don't look familiar. Have you ever been on the website before?
A. Yeah, but it don't look like this.
Q. What does it look like?
A. Totally different. The page don't look like this if I remember right.
Q. Does it have the same pictures?
A. Possibly.
Q. Who is responsible for managing the website?
A. We don't keep it up. I just don't have any interest in keeping it up to date.

Q. My question was who is responsible for managing the website?
A. We had a guy that was doing it for us part-time.
Q. As an employee part-time?
A. No, just a friend doing it for me.
Q. What was his name?
A. Tommy Gorman.
Q. G-O-R-M-A-N?
A. Yes.
Q. Does he have a company?
A. No.
Q. Just a friend?
A. Just a friend. I don't believe in websites like that.
Q. Do you know when the last time he updated it was?
A. No.
Q. Is there anybody in the office that keeps up with when he updates it or when he adds information to it?
A. I am not sure.
Q. I will represent to you that this is a printout of the projects that are listed under the project heading from the company website. I want to

cover these with you for a minute. Um, the first one that is listed there with the pictures is the Civic Towers and Civic Towers Senior, Miami, Florida. It says current project. It's cut off there. I'm sorry that it cut off.
Um, the pictures that are there, who took those?
A. Not sure.
Q. When were those pictures taken?
A. When we started the project. I don't know the exact date.
Q. Is it fair to say that all these pictures are taken pre-construction?
A. No, looks like construction just starting on Civic Towers.
Q. Is it fair to say all these pictures show the exterior building envelope in its original condition, not in its restored or new condition?
A. Correct. In the original?
Q. In the original condition, yes.
A. Yes.
Q. The second project listed there is Terrytown Elementary School. It says new construction completed. It's cut off. It should say 2011.
Does that sound right?

A. Yes.
Q. Who was involved from the company in supervising and managing the construction of that project?
A. On site or in the office?
Q. On site.
A. Um, superintendent. I can't remember his name. Tripp Rabilas.
Q. Tripp?
A. Tripp like you take a trip. T-R-I-P-P. Mindy Bruce and PJ. I'm sorry. PJ wasn't on site. He was in the office.
Q. Can you spell Tripp's last name?
A. R-A-B-I-L-A-S I think. Close enough.
Q. It says new construction. Was that a ground up brand new vertical construction of that school?
A. Yes.
Q. How many stories is it?
A. I believe it is three.
Q. Why do you believe it is three?
A. Cause there is -- if you look under the roof there is an attic, mechanical equipment all up in there. The barrel roof.
Q. Yes. There's a picture in, I guess what I will call the middle of the page at the bottom right.

And it shows a half moon roof. Look like two half moon roofs. One far and one in the near.
Am I saying that right?
A. That's correct. We call them barrel roofs.
Q. Barrel roofs?
A. Half barrels.
Q. And both of those had attic space?
A. It's the equipment rooms.
Q. They were used to house equipment?
A. Yes.
Q. Were they used for any other purpose?
A. Just equipment.
Q. Were they air conditioned or not?
A. That's where the air conditioners were.
Q. Right, I understand but they weren't enclosed --
A. -- they might have some air in there to climatize the controls.
Q. You don't know for sure?
A. I don't remember.
Q. Were you on site or were you involved at all personally in the construction of that?
A. I was on site a lot.
Q. Is the exterior brick?
A. Yes.

Q. The next project I think is on the next page. It is identified as the Terrytown Golden Age Center. New construction completed. And again, I'll represent to you it says on the website 2012.
Does that sound right?
A. Yes.
Q. Tell me what that project was?
A. This Golden Age Center.
Q. Did it go with the school or is it on the same --
A. -- it's a block over from the school.
Q. What is a Golden Age Center?
A. Old folks home.
Q. It is actually a home?
A. I mean, a home where they go, whatever. Eat lunch, dinner, whatever. You will be there one day.
Q. I am sure we all will.
A. We all will.
Q. You'll probably beat me there. Are you familiar with the term ALF or assisted living facility?
A. It is not one of those.
Q. How many stories is that building?
A. One.
Q. In the top left corner I see a picture. It

looks like it has windows on two floors. Am I misunderstanding that?
A. Not the same job.
Q. Oh, that's the school. I am sorry. If I look below there are, looks like four pictures of the Terrytown Golden Age Center?
A. Three.
Q. Okay. If you consider the one on the left look like one. Go with that.
A. I'm sorry, these are all split. I didn't realize that.
Q. So we agree those are four?
A. Yeah, it's four.
Q. Who was the super on that project?
A. I don't remember.
Q. What was your role on that project?
A. Oversee the project.
Q. Were you on site regularly?
A. Yes.
Q. Would Tripp or Mindy been the supers on that job since it's a block away?
A. No, Tripp would have been kind of like project manager for both. Mindy was on site for both.
Q. Also brick exterior?
A. Yes, and stucco.

Q. The one right below it says 2009 Archbishop Blenk, B-L-E-N-K, High School Conversion. Were you involved in that project?
A. Yes.
Q. How so?
A. It was a major renovation to a -- previously was a girls Catholic school that the Archdiocese donated it to Jefferson Parish and we rehabbed it into the, what they call it? Gifted child. There's a name for it. When you have a gifted child goes to like a magnet school. That's what it was.
Q. It says hurricane repairs and renovations?
A. Right.
Q. Was that at the same time?
A. Yes.
Q. Let me finish my question.
A. I'm sorry.
Q. The hurricane repairs and renovations, was it the same time you rehabbed it or was that at a different time?
A. When the Hurricane Katrina hit Archbishop Blenk did not go back in. So they donated it to the Parish. The Parish had to do the hurricane repairs and the rehab to make it for their use.
Q. Did PVGC do both of what you just described?

A. Both.
Q. How many stories was that school?
A. That was two.
Q. Who were the project supers?
A. I don't remember.
Q. Were you on site regularly?
A. Yes.
Q. The next project listed there is Lily White Ruppel, R-U-P-P-E-L, Academy. It says previously Thomas Jefferson High School hurricane repairs and renovations.
Are you familiar with that project?
A. Yes.
Q. Was that also repair work done after Hurricane Katrina?
A. Yes.
Q. Was it converted into a high school?
A. It was an elementary school that was restored. Was restored for the Thomas Jefferson group of children. But then when they took over Blenk High School Thomas Jefferson moved over there and Lily White Ruppel is the younger kids advanced studies.
Q. Was this a renovation or was there new construction involved?
A. It was a total gut and just rebuild. I

mean, the floors were rotten. We had to rebuild the floors, structures, everything. The building was about ready to collapse in itself. I think it was the second school ever built on the West Bank and they didn't want to lose it.
Q. How many stories?
A. Two.
Q. Did you replace or repair the building envelope?
A. Um, we had a lot of repairs. A lot of repairs.
Q. The next picture there is a control tower. I don't want to spend a whole lot of time on it. Who was responsible for supervising the construction of that tower?
A. Um, that was me and that was the, um, picture doesn't do it justice because it is in a bin of the Mississippi River. And they use it more like a -- like you have in an airport. A tower there with air traffic controllers. This is the traffic controller for the Mississippi River. And this is built on top of the levy. Um, it was a very intense type project because we had to, um, put a foundation in the levy without breaking the levy and flooding the entire city. So then this whole tower was built off

site and trucked in and erected on top of the levy.
Q. How tall is the tower?
A. It is from top -- from bottom to roof probably 50 feet maybe.
Q. Were there other project superintendents involved in supervising construction besides yourself?
A. Yes.
Q. Who?
A. My cousin Joe Montegeno (phonetic.) He has since passed away.
Q. Sorry to hear that. M-O-N-T-A-G-E-N-A?
A. M-O-N-G-I-T-O. With an O. Montageno.
Q. When was this project?
A. I don't remember.
Q. In the 2000's?
A. Probably.
Q. Early 2000's?
A. I don't remember.
Q. I didn't ask you who supervised construction of the Lily White Academy. Do you remember who that was?
A. No, I don't remember. Too many jobs I do.
Q. Then the next picture at the bottom left looks like a little Academy Award. Is that one of the achievement awards?

A. Yes.
Q. Do you know for which one?
A. I don't. I don't care about that stuff.
Q. How come there's a picture of it on the website?
A. Cause they put it.
Q. Showing you exhibit number 260, Mr. Vicari. Take a moment to look at that and let me know when you had a chance to do so.
A. Okay.
Q. Do you recognize that printout?
A. Look like a partial list of completed jobs.
(Defendant's Exhibit No. 260 was marked for identification.)
BY MR. LAWHON:
Q. I will represent to you that this was printed out from the client list window that is at the top of the website and this is a complete list of everything that is printed out off of the website.
What do you think is missing?
A. I don't know. When is the last time it was updated or was it all -- did we put all of it here? I don't know.
Q. Do you ever approve or supervise or take a look at the list of projects on the website?

A. No.
Q. Who is responsible for doing that?
A. Tommy did that.
Q. Did anybody help Tommy update the list or provide information about the list?
A. Probably one of the girls in the office might have helped him.
Q. I have a couple of questions about some of the specific ones but before I ask those I want to ask you some general ones.
A. Okay.
Q. Um, look at this list if you would, please, and identify for me any construction projects that are listed on here that involved brand new construction of four stories or higher?
MR. HARRISON: Did you ask him to mark it?
MR. LAWHON: Did I ask him to mark it? I can if you like. I was going to have him tell me but we will have him. Okay. Sure, Guy.
BY MR. LAWHON:
Q. So here, we'll do it this way if we could, Mr. Vicari. Here is a black pen. And if you would, if you see a project listed on there that was new construction done by PVGC of four stories or higher

please circle it and then tell us what project that is?

A. New construction; right?

Q. Yes, sir.

A. Could be a little small. I don't think this is a completed list.

Q. We'll come back to that in one second. Have you been able to find one at least that is on the list that is new construction four stories or more?

A. I found one.

Q. Which one is that?

A. Midship Marine.

Q. Where are you at, sir?

A. First page.

Q. About half way down?

A. Yeah.

Q. New building owner Midship Marine?

A. Right.

Q. Have you found any others on the list?

A. I don't see any more but I know there is others.

Q. Tell me what others you're aware of that you believe are not on the list?

A. I can't remember them all. I got another list that I think I can look at.

Q. As you sit here today is there a single building other than the Midship Marine building that you know of that PVGC constructed brand new from the ground up that is four stories or taller?
A. Not new construction.
Q. What was the Midship Marine project? Describe that for me?
A. It is a ship building facility. They build offshore -- what do they call it? Offshore crew boats.
Q. Crew boats?
A. Crew boats.
Q. What is it made of?
A. Steel.
Q. Steel framing. And then is the building envelope steel as well?
A. Metal panels.
Q. How many stories?
A. I believe it is probably seven stories.
Q. When was that project done?
A. I don't remember the date.
Q. Was it in the last -- was it in the 2000's, 21st century?
A. I don't remember.
Q. Were you involved in the management of that

project?

A. Yes.

Q. Were there other project managers as well?

A. PJ, Tripp. All of us were.

Q. Where was it located?

A. Harvey.

Q. How long did it take?

A. I don't remember.

Q. Are there stairs or elevators?

A. I think there is stairs in it.

Q. Inside or outside?

A. Stairs.

Q. How many sets?

A. Um, maybe two.

Q. Are there any floors or is it just one big open warehouse area?

A. There's like a mezzanine so where people can reach the sides of the boats.

Q. What is the mezzanine constructed of?

A. Steel.

Q. Any other floors or stories?

A. No.

Q. Who was the framing subcontractor for that job?

A. Um, A-1 Steel Erectors.

Q. Did they also manufacture the panels?
A. No.
Q. Or did somebody else?
A. No, we bought the panels.
Q. Who installed the panels?
A. A-1 Steel Erectors.
Q. What was the total contract price for PVGC on that project?
A. I have no idea.
Q. Was it in the millions or the hundreds of thousands?
A. No, I don't know.
Q. Who was the owner of the project?
A. Midship Marine.
Q. Who was the panel fabricator?
A. I don't remember the manufacturer.
Q. Was it from Louisiana or out of state?
A. I think they were out of state.
Q. Who supplied the steel?
A. The manufacturer.
Q. The manufacturer of the steel?
A. Uh-huh.
Q. That a yes?
A. Yes.
Q. Is that the same manufacturer of the steel

panels that we are talking about?
A. Yes.
Q. Any other projects you can think of that PVGC contracted for new construction that is more than four stories other than Midship Marine?
A. Not that I remember right now.
Q. Can you -- did you circle that on there, by the way?
A. I just ran a -- no, put a little line.
Q. Okay. Would you just write the word new next to that for me, please? It's on your line would be fine. The same question for renovations and let me be more precise with my question if I can. I would like to know if on that list there are any renovation projects that involved four stories or more of renovation work that PVGC engaged in. And so we are clear, what I don't mean is that you did work on a seventh and eighth floor only.
Do you understand my question now?
A. So only if I did the whole building?
Q. Or at least four stories of it or four stories or more.
A. I don't understand your question. Back up.
Q. Okay. Let me try and break it up. Can you identify for me on that list any projects that were

full renovations that were four stories or more?
A. Be specific on full renovations. Per floor or the entire building?
Q. Let's start with the entire building and then we can do per floor if you like.
A. Okay.
Q. Did you identify any, sir?
A. Yes, Louisiana Supreme Court Building. I think that was -- I can't remember. It is either three or four floors. We, um, the marble exterior panels were falling off the building. We had to take all the panels off the building and put new up.
Q. When you say we?
A. My company Pete Vicari General Contractors with subs.
Q. And just so I am clear, would the subs have done the erecting?
A. We did the demolition. They did the erection.
Q. PVGC demoed all the panels and then you had a subcontractor install the new fabricated panels?
A. Marble panels.
Q. Marble panels, I'm sorry. Yes.
A. The prefabricated on the complete building.
Q. Any others?

A. And I believe the St. Tammany Parish office building. I think we did a lot of that on that entire building. And that was, that was like six or seven floors. That has been many years ago. I don't remember all the details. I know there was a lot of work there.

Q. Did you make a note in the margin of those two projects that you just identified?

A. When I looked through the list I just made two dots just to come back to it when you asked me the question.

Q. Can you write out there, just put a line next to each of the two projects you just identified? And you can put reno if you want, R-E-N-O for renovation.

And just so I am clear, on the last page of the exhibit are the two projects that you just identified; is that correct, sir?

A. Yes.

Q. One says State Supreme Court building stone panel replacement. Is that the Louisiana Supreme Court we were just talking about?

A. Yes.

Q. And above three spots above that it says St. Tammany Parish office building renovation?

A. Correct.
Q. Are there any others on that list?
A. I am missing some. I know there is. I just can't find them all.
Q. Tell me what others you know about?
A. The Jefferson Parish School Board Building. I remember that one. I may be overlooking but I just don't see it here. Does a total gut classify of a floor?
Q. Well, we haven't talked about just a floor.
A. I'm saying does that classify to your answer? I mean, I am trying to.
Q. So far we have been talking about full building renovations that are four stories or more involving all the stories. I haven't talked to you yet about a single floor or multiple floors so I'll come to that next.
A. Okay.
Q. Are there any others you haven't been able to find yet that you would like to add to the list?
A. I just don't remember them all.
Q. If I remember your earlier testimony the Louisiana Supreme Court building project was in the '90s?
A. I said I think. I didn't know the specific

date.
Q. Yes, your testimony was some time in the '90s. Was that accurate testimony?
A. I don't know. The contract dates would reflect when it was done.
Q. Would it have been in the 21st century?
A. I don't know. I don't remember.
Q. When was the St. Tammany Parish office building project?
A. It was probably before that Supreme Court building.
Q. What role did you play on both of those projects?
A. I was involved in all my projects.
Q. Who were the other supers on those projects?
A. Do not remember.
Q. Do you remember the name of the subcontractor that installed the marble panels on the Supreme Court Building?
A. No.
Q. Did you purchase the panels from -- who did you purchase the panels from? Who did PVGC purchase the panels from?
A. From the manufacturer that supplied them. The steel panels and the structural steel.

Q. Let me see. Are we are talking about the same manufacturer from the Midship Marine project?
A. No, I'm sorry. Ask your question again?
Q. Sure. I am talking about the Supreme Court building, the marble panels that PVGC replaced. My question was who supplied them?
A. I don't remember the name.
Q. Was it an out of state or in state supplier?
A. It was in state.
Q. I think so far the tallest building that you identified for me so far as either new construction or full renovation is the Midship Marine project.
Am I understanding that correctly?
A. The tallest building I worked on?
Q. Full renovation on the entire building.
A. Not full. There is some taller buildings but it wasn't full renovation.
Q. Okay. And so I'll come back to that. My question was the tallest building that I heard you identify so far as either new construction or a full building renovation that PVGC has done is the Midship Marine one.
Am I correct about that?
A. No, that's fourth and fifth floor City Hall. I just noticed it.

Q. Where is that?
A. Second page top. Second one.
Q. But that's a renovation of just two of the floors; correct?
A. Right.
Q. That's not an entire building. Am I correct?
A. That's correct.
Q. Okay. My question was about an entire building renovation?
A. I don't think this is a complete list. There has got to be more than just two buildings complete renovation.
Q. So far you haven't been able to remember any others either, sir.
A. Right.
Q. So I just want to make sure I covered the scope of your testimony.
A. Again, I don't think it's a complete list.
Q. But you can't remember any others. Is that fair?
A. No.
Q. What is the tallest building -- strike that. What is the largest building that you think PVGC has built or done a full building renovation of?

A. I don't remember.
Q. Has PVGC -- so we talked about full buildings. I am going to move on from that. Now we will talk about floors. Has PVGC done a full renovation of more than five floors of a building at one time?
A. No.
Q. What is the largest number of floors, full floors that PVGC has renovated at one time?
A. Two.
Q. Has PVGC ever done a renovation of two or more floors of an apartment building at one time?
A. Yes.
Q. How many?
A. Three, maybe four.
Q. Which ones?
A. Sugar Mill Apartment Complex after Katrina.
Q. Is that on this list?
A. I don't see it. That's what I have been telling you. This is not an up to date list.
Q. What other apartment complexes do you believe that PVGC did a renovation of that consisted of two stories or more? Two floors or more?
A. There is quite a few.
Q. You said Sugar Mill. Name some others?

A. Acre Road Housing project. No, not that one. I'm sorry. The St. Thomas Housing project.
Q. Can you put a star by the ones you are going to talk about?
A. Yes, I seen St. Thomas. Now I can't find it again.
Q. Did you say St. Thomas or St. Bernard?
A. St. Thomas. I know I seen it on here. Now I can't find it again.
Q. It's about 18 lines down from the top. It says consolidated warehouse elevator renovation. Is that the one you're talking about?
A. Um, that too but there is another one also, St. Thomas Housing.
Q. On the second page about 8 or 9, 10 lines down?
A. I see it now.
Q. Is that the one you're referring to?
A. Yes.
Q. Says modernization and conversion LA1-1. What does that mean?
A. That was complete gut and rehab of three story building apartments. Maybe there were like 16 buildings.
Q. And PVGC did a renovation of all 16

buildings?
A. Yes. We didn't complete all of them cause the owner shut the project down. They were over-budget from HUD. They ran out of money.
Q. How many did you end up finishing?
A. Six, seven. Something like that. I don't remember.
Q. When was that?
A. I don't remember.
Q. In the '90s?
A. I have no idea.
Q. When was the Sugar Mill Apartment Complex project done?
A. After Katrina.
Q. Was it done as a result of Katrina?
A. Yes.
Q. Let me know if you find any others.
A. Again, this list is not updated so there is not many on here.
Q. What ones do you see on there?
A. St. Thomas.
Q. I think you said that one already. How about a new one?
A. That's the only one. You said two floors or more; right, if I remember your question?

Q. I don't remember how many floors but we will go with that. So far you identified two for me. You said Sugar Mill and St. Thomas. Regardless of whether it is on the list or not are there any others that you can tell me that you remember?
A. There was two or three complexes. I don't remember all the names. For the same owner. The owner was Favrot & Shane.
Q. Favrot, F-A-V --
A. -- F-A-R-V-O-T & Shane.
Q. S-H-A-N-E?
A. Yes.
Q. Is it the same Mr. Shane we talked about before?
A. That's his cousin that was like an older brother to me. I did probably five complexes, um, after Katrina and we -- he and I handled the, um, insurance claim with the insurance company.
Q. He, being who?
A. Henry Shane.
Q. Those were all repair work after Katrina?
A. Over a hundred million dollars.
Q. Those were all repair work because of Katrina?
A. Yes.

Q. The complexes were how big?
A. Sugar Mill was massive. I mean, it is like 20 buildings. I am not sure how many exactly but it's a lot. It went for two blocks. And then there was two or three others we did for him also.
Q. How many stories high were those buildings?
A. Three. One was three. I think the other ones were two.
Q. Were you, was PVGC working on the Sugar Mill complex project at the same time that it was working on any of the other ones that you just identified?
A. All simultaneously.
Q. All the apartment complexes that you just talked about were all because of Katrina?
A. Yes.
Q. Who would have been the project supers on those besides yourself?
A. I know Tripp was there and Raymond was there. I don't remember who else.
Q. Raymond Shane?
A. Yes.
Q. Was he working for PVGC at the time?
A. Yes.
Q. Any other apartment buildings that we haven't covered yet?

A. I don't remember them all.
Q. Are there any specific ones you remember in the last 10 years?
A. No.
Q. What is the largest contract in terms of dollar value that PVGC has had to do an apartment building renovation?
A. Probably this one, Civic. Civic and Senior together.
Q. What is the next largest dollar value after that? So what would be in second place?
A. Probably the Favrot & Shane properties.
Q. Were those all under one contract or separate contracts?
A. Um, it was cost plus. I don't think we had a contract really.
Q. Meaning, no written contract?
A. Correct.
Q. You might have an understanding of what you were supposed to do?
A. We had an agreement with cost plus 10 percent.
Q. Was there an estimated project value before you started?
A. Yes.

Q. What was it?
A. Over a hundred million dollars for all his properties.
Q. For all of the properties?
A. Correct. But we only did five. He had like 30 properties. We did five.
Q. So what was the total dollar value of the five?
A. 20. 15, $20 million. Something like that.
Q. Were any of those apartment complexes occupied while you were doing your renovation work?
A. The ones that the roofs blew off obviously were not occupied but there were others. Probably half.
Q. Half of the five complexes that we are talking about that you were doing for Favrot & Shane were occupied?
A. Yes.
Q. Fully occupied or partially occupied?
A. Fully occupied.
Q. Were they fully occupied throughout construction?
A. No, the roofs -- we had a lot of his actual roof blow off. And so they had, whatever personal items were salvageable, they had to take them and get

out so we could build, rebuild the roof back and re-sheetrock, re-paint. And there's others that had maybe a bedroom damaged so we went into the bedroom and just fixed it while they were in there. It was a little bit of both.
Q. Any others you can think of that were occupied during construction?
A. No.
Q. What you just identified for me in terms of scope of work for those apartment complexes sounds like it was mostly exterior renovation work?
A. No.
Q. Am I not understanding that correctly?
A. You're not.
Q. I thought I heard you say there might have been a bedroom or two but did I misunderstand you?
A. The majority of them the roofs were blown off so you had to literally re-frame the roof and rebuild the entire apartment. When the roof blew off it rained. The whole three stories got flooded. So you're not only repairing the top one but you are stripping the sheetrock out the second and the first one.
Q. So those wouldn't have been occupied then. Is that fair?

A. When the work was ongoing it was not. But it was occupied at the time Katrina hit. He was a hundred percent occupied.

Q. That I understand so let me make sure that we're clear about what my question asked you so that I have an answer that I think I understand. Any of these five apartment complexes that we are talking about my question is this.

Were you engaged in your renovation work during the time that it was also occupied by residents or unit owners?

A. Yes.

Q. At the same time?

A. Yes.

Q. And here's what confused me. If the roof blew off and there was water damage to all three floors and you had to gut the interior how would people be living in there while you were doing your renovation?

A. I didn't say that. I said they would remove their personal items and then we would go in and rebuild the thing so they would have to move. Whatever is left they could take, they would take, get out and we would take over the building and redo it.

Q. And was that the sequence for these jobs?

The people would come back after the hurricane, they would collect their belongings and then they would be moved someplace else and then you would be working on a building that had no residents.
Is that fair?
A. No, there was never a time where was never no residents. It was sporadic that the roof blew off half at one building but the other building had the seal tabs blew off. The fiberglass blew off and everything got wet. So we would go in work and one at a time while people were in there. In other parts of the building they weren't there where the entire roof framing blew off.
Q. So when you would go in and do your work when people were already occupying the unit would they have to move out temporarily or how did that work?
A. Depends on how much damage.
Q. Other than these five complexes that you told me have there been other projects that you can think of where you did a renovation of a residential apartment complex that was occupied during construction work?
A. Um, yes, there was a couple other housing projects. Acre Road was one. That was, um, I don't remember how many units. But it was a couple hundred

units that they had to move out. We rehabbed it and they moved back. There is quite a few others like that. I just can't remember them all.

Q. When was the Acre Road project?

A. I have no idea.

Q. This century or the last century?

A. Probably last.

Q. How many floors did you end up renovating?

A. I don't remember.

Q. How big were the apartments? How many stories?

A. They were single stories.

Q. Identify for me the three projects that most closely resemble the Civic Towers and Civic Towers Senior project that PVGC has worked on?

MR. PARTINGTON: Object to the form.

THE WITNESS: In type of work or building?

BY MR. LAWHON:

Q. In -- well, as close as possible to all of the factors. So the complexity of the work, the size of the building, the scope of work and the dollar value of the contract.

And if you can't get that close then whatever else might be close?

A. What I am thinking of right now is City Hall in New Orleans. It was fully occupied with people coming in all day long. I want to believe I think it is 9 floors. Either eight or 9 floors.
Q. Any other projects come to mind that most closely resemble this one?
MR. PARTINGTON: Object to the form.
THE WITNESS: State Supreme Court. St. Tammany Parish. I'm sure there's others. I can't remember them all.
BY MR. LAWHON:
Q. We touched on some of the details of the State Supreme Court and the St. Tammany one. I just want to ask a couple of other questions.
What was the dollar value of the contract?
A. I can't remember.
Q. Was it over 10 million?
A. I don't remember.
Q. Who would be the best person to ask that question?
A. Probably Barbara.
Q. How many floors did PVGC work on for the St. Tammany Parish building?
A. I don't remember the specifics there. I just know it was kind of a high-rise, mid-rise type

building.
Q. What do you mean when you say mid-rise?
A. It is not 50 stories but it might have been 10 stories.
Q. Is it residential, apartments?
A. It was a government building.
Q. Government building. So offices?
A. All, the St. Tammany Parish police jury building.
Q. Is it your testimony that PVGC worked on more than four floors or four stories of that St. Tammany Parish building?
A. I don't remember the details.
Q. Was the building occupied during construction?
A. Yes.
Q. Was there a schedule or a sequence to have people move out or remove themselves from locations where there was construction work for that project?
A. Yes. There is another building I just remembered two floors or would more while people were in it you asked earlier. Boomtown Casino and Casino Magic also. Two different casinos.
Q. Tell me what work PVGC did -- strike that. Were you personally involved in those projects?

A. Yes.
Q. What did you do on those projects?
A. Custom, the people that owned Boomtown Casino came to me. When they built the building originally they didn't finish the top floor, the second floor. It was, um, about 75 foot tall building and they just got vanilla box there. So the casino was on the bottom. They came to us, they wanted two escalators installed, four elevators and finish out the entire second floor. It was like, it was a high profile job. It had to be done. They used to do what's called Boom Fest. It used to be 4th of July weekend. They would have a big festival. Um, we did it in about six months while the casino never closed a door. Not one slot machine ever went off and we did the project on time, ahead of budget and they were happy.
Q. And if I understand you just described all of your work was just on the second floor?
A. No, it was on the first floor. We had to literally go in the building, cut the slab out, put the pits in for the elevators and the escalators. Re-pull everything back, reinstall the escalators. It was heavy major construction inside the building while the casino was open.

Q. What was the scope of work for Casino Magic?
A. Um, it was a restaurant. When we did that project we went in while the casino was in operation overnight and totally redid the restaurant and the escalators. It is now Margaritaville.
Q. The City Hall in New Orleans project that you mentioned, what was the dollar value of that?
A. I have no idea.
Q. When was that done?
A. No idea.
Q. Were any of the five projects that we just talked about, City Hall in New Orleans, State Supreme Court, St. Tammany Parish, Boomtown Casino or the Casino Magic, were any of those done in the 21st century?
A. Most of them. Most all of them.
Q. You earlier testified that --
A. -- maybe St. Tammany.
Q. Earlier you testified you thought the State Supreme Court was in the '90s. Now are you telling me that it was in the 2000's?
A. If you had -- I have a list that has the dates and everything. So I don't remember. I don't remember.
Q. Was the City Hall project in the 21st

century?
A. I have no idea.
Q. What was the scope of work for PVGC for the City Hall project? Did it do all 9 floors or a couple of the floors?
A. Two floors total gut. New chill water air conditioning system, ceilings, floors, walls.
Q. Which two floors?
A. Fourth and fifth.
Q. Are there any other projects that you can think of that most closely resemble the Civic Towers, Civic Tower project that PVGC has done besides what you identified so far?
A. I think we did some work at West Jefferson Hospital. I don't remember the floors we did. But I think it is like 9 floors. Eight, 9 floors tall.
Q. Did you do all 9 floors?
A. No.
Q. How many did you do? Two of them?
A. Two I think it was. I said yes, two of them I said.
Q. Any other projects you can think of that closely resemble?
A. I don't remember all of them. I can't remember any more.

Q. Is there any other projects that comes to mind that PVGC had that was $20 million or more for one contract?
A. Like I said, maybe the Favrot was 15, 20 million. I don't remember the exact number.
Q. Any others?
A. They might have been. I just don't remember them all.
MR. LAWHON: Break for lunch.
(Luncheon recess was taken.)
BY MR. LAWHON:
Q. All set Mr. Vicari?
A. Yeah.
Q. Okay. Two other background subjects and then we will get a little bit more focused on things related to this project. The first thing I want to talk to you about is the shop drawing review process.
Prior to getting involved in this project did you have experience being involved in the process associated with designing, reviewing, submitting and approving shop drawings?
A. Many years ago.
Q. When you say many years ago, how many? Are we talking more than ten?
A. No, I just don't do them anymore. I have

people that look at them.
Q. Who are the people that look at them?
A. Bridget and PJ.
Q. For how long have Bridget and PJ been responsible for handling the shop drawings?
A. The last six, seven years.
Q. Before you turned that responsibility over to Bridget and PJ can you give me a range of about how long your experience was to go from the beginning of drafting shop drawings through final approval?
A. I would -- it was up to the sub. They were ultimately responsible for that. We would just review them for consistency with the drawings. Just spot check them and send them off.
Q. And just generally speaking in your experience how long does that process take from starting the drawing to final approval?
A. Um, a week, 10 days.
Q. Does your experience in the week to 10 day process involve review by an architect of record, an engineer of record and a governing authority or a threshold inspector?
A. Um, through the architect and thresholds. And depending on their workload how long it would take.

Q. How long does it typically take for them to review them?
A. No more than a week.
Q. In your experience is it common to have more than one submittal of shop drawings?
A. Most of the time you can get through with one but if this is a resubmit they correct things on the second one.
Q. Would your experience have involved anything more than two re-submittals?
A. No.
Q. And if I can be more precise do you have any experience with going through the shop drawing design, review and approval process for prefabricated exterior panels?
A. Not me personally.
Q. Who in the company has had that experience?
A. We rely on the subcontractors and their engineers.
Q. When you say rely on those folks -- let me refine the question a little bit. Have you personally been involved in the process at all of designing, submitting, reviewing and approving shop drawings for prefabricated panels?
A. Yeah, many years ago.

Q. When you say many years ago, how many?
A. When we did one and the one that keeps coming to mind is the marble panels, prefab marble panels on the State Supreme Court building.
Q. When say you relied on the subcontractor in that particular instance would you have let the subcontractor handle most of the process for the design, review, submittal approval process?
A. They would actually draw the drawings cause that is their trade, that is their business. They are the professionals in there. If we submitted them to an architect that had questions we would bring that sub in and prepare any comments that they may have.
Q. Do you recall what that process was like for those particular marble panels?
A. No, I don't remember.
Q. Do you remember any of the details at all? How long it took, how many submittals, how many people reviewed it?
Anything like that?
A. It didn't take long from what I remember. No, it didn't take long at all cause the job was finished in timely.
Q. Do you remember how long it took?
A. Not specifically.

Q. Do you know how many reviewers there were?
A. No, I don't remember.
Q. Do you know how many submittals there were?
A. Just one.
Q. The other general subject I want to ask you about your experiences with FEMA. I suspect with the hurricane renovation, restoration work, repair work that you have done you had some experience with understanding and applying FEMA rules.
Is that fair?
A. Yes.
Q. Okay. Are you familiar with the 50 Percent Rule?
A. Yes.
Q. What is your understanding of that rule?
A. If the building sustains more than 50 percent of damages versus the appraisal value. Appraised value.
Q. Appraised value as appraised by whom?
A. I don't know.
Q. Has it been your experience to hire a private appraiser to do appraisals to get valuations for FEMA purposes?
A. Um, the jobs I was been involved with where FEMA was involved I was not the owner. So how they

handled that I have no clue. The owners would handle all of that.

Q. Would you be involved in the calculation or deciding what the value of construction work would be done on FEMA jobs?

A. This job or other jobs?

Q. Other jobs.

A. No. Of this job.

Q. You mentioned that your understanding of the FEMA rule is that 50 percent of the sustained damage, that the renovation work can't be more than 50 percent of the appraised value of the property.

Did I understand your statement right?

A. I think so.

Q. Okay. Are you also -- are you also aware there's a separate rule for making substantial renovation to a building not because of any damage from a storm?

A. There is levels of repairs. Like stage one, two or three. I am not involved in that. Owners and architects handle that whole mess.

Q. So in the past is it your testimony that whenever FEMA has been involved or FEMA may be implicated in a construction project that PVGC is on you don't get involved in any of the calculations or

deciding what value of work is going to be done or anything like that?
A. That's correct.
Q. Who, if anybody, from PVGC does get involved with that decision-making or those calculations?
A. We do not get involved. There's a company. It is always the owner works that out with FEMA or the building permit offices or whatever.
Q. When you say there's a company you mean an independent company?
A. What do you mean? I didn't say company.
Q. Did I misunderstand your testimony?
A. Yeah. I don't understand what you're saying company.
Q. Okay. When there are FEMA projects you said it is between the owner and the architect I think you said before. Is there anybody else who gets involved in that calculation or those computations?
A. No.
Q. Let's talk about your background and experience with STO panels in particular and then we will talk about the company itself.
Before this project did you have any personal experience with STO panels in particular?
A. No.

Q. Before this project did you have any background working relationship or experience with Dominic Baruffi?
A. No.
Q. Do you know who Dominic Baruffi is?
A. Yes.
Q. Who is he?
A. Not sure his title but I think he's in charge of all STO affiliates. Or maybe the whole program.
Q. Had you personally been involved with working with any other prefabricated exterior panels other than the marble panels that you just described before this project?
A. Some metal panels.
Q. Like on the Midship Marine?
A. Yes.
Q. Any others?
A. I am sure there is other buildings that we done work on.
Q. None come to mind?
A. No.
Q. When and I am fast forwarding a little bit. Since we are talking about STO I thought I would ask you. When is the first time you were introduced to

Dominic Baruffi?

A. When Coastal abandoned the job.

Q. What date -- can you be more precise about what date it was?

A. No. Maybe before or after. I think June 19.

Q. June 19?

A. Before or after that date. I think that's the date they walked.

Q. How did you get introduced or learn about Mr. Baruffi?

A. I'm not sure how I found his name. Um, there was another gentleman that wrote a letter of recommendation for Coastal. I think I might have talked to him and then he referred me to Dominic.

Q. Is this around the June 19 date or so?

A. Before or after, yes.

Q. And I know you had some conversations with Mr. Baruffi and I know you exchanged some e-mails and we will talk about that later. I want to focus on a couple of things.

Was there ever a time you talked to Mr. Baruffi about getting involved in business together in any way, shape or form?

A. Me get in business with him?

Q. Yes.
A. No.
Q. Talked about a joint venture, talked about building a plant or running a plant to fabricate panels or anything like that?
A. Not at all.
Q. Other than related to this project have you had any other conversations with Mr. Baruffi about anything else?
A. None whatever.
Q. Have you ever met him face-to-face?
A. No.
Q. You said and I am sure we will talk about this at another date but since you said it I'll ask you about it. You said Coastal abandoned the job.
Those were your words; right?
A. Yes.
Q. What makes you come to that conclusion?
A. It is a fact.
Q. Why is it a fact? What did they do that makes you arrive at that conclusion?
A. Cause they left. Payments weren't even due and they just sent us a letter saying they were abandoning the site.
Q. Is there any other facts that have led you

to conclude that they abandoned the job?
MR. PARTINGTON: Object to the form.
THE WITNESS: I think I answered that.
They sent me pay numbers -- sorry, pay request numbers that wasn't supportive and they abandoned the job before payments were even due. Payments weren't to be turned in 'til the 20th. They left on the 19th. And I even tried to meet with them two, three days after that to resolve issues with them and they still abandoned.
BY MR. LAWHON:
Q. Are there any other facts you're aware of that have led you to conclude that Coastal abandoned the job as you described it?
MR. PARTINGTON: Object to the form.
THE WITNESS: Just their actions. They packed up and left.
BY MR. LAWHON:
Q. Anything else?
A. No, not specifically.
Q. Let's talk about your relationship with the owners of this project. Who are the representative of the owners of this particular project that you have dealt with?
A. Who?

Q. Yes.
A. I don't know all the owners. I deal with Ryan Fuson.
Q. Anybody else?
A. That's all I deal with.
Q. How many owners do you understand there to be?
A. I know of one other. Jeff -- I am not sure his last name. I don't have any dealings with him. But Ryan always refers to many partners. I don't know who they are.
Q. Is Fuson F-U-S-O-N?
A. Yes.
Q. I think I have seen the name Nick Boehm, B-O-E-H-M I think is the spelling. Have you seen that name?
A. Uh-huh.
Q. Is that a yes?
A. Yes.
Q. Who is he?
A. He is not a partner.
Q. What is his role?
A. He is an employee.
Q. What is his title?
A. Don't know.

Q. I understand that there's a Civic Towers LLP entity that owns Civic Towers and then there's a Civic Towers Senior, LLP that I think owns the Civic Towers Senior.
But my question is what companies or people behind those companies, if you know?
A. I have no idea.
Q. How do you understand that Mr. Fuson is one of the owners?
A. Cause he signed the contract.
Q. Which contract are you referring to?
A. The one with me.
Q. Is that what we typically call the prime contract?
A. Yes.
Q. Was there one prime contract or two prime contracts on this project?
A. Two.
Q. One for each building?
A. Yes.
Q. Did Mr. Fuson sign the prime contract for each building?
A. Yes.
Q. Are there any other owners that you know related to this project that you haven't identified so

far?
A. I don't know Ryan's business.
Q. How did you get introduced to this project?
A. A mutual friend that works for him and that was a joint venture with Ryan called me about a project that they were potentially buying down here.
Q. Who is the mutual friend?
A. Mark Ellis, E-L-L-I-S.
Q. What does Mr. Ellis do?
A. He is a property manager and they own like 7,000 apartments in LA area. California.
Q. How do you know Mr. Ellis?
A. Um, I used to work for him. He was the director of construction at MacFrugals Big Lots.
Q. When you say you used to work for him do you mean that PVGC used to do contracted work with the Big Lots owners?
A. Yes.
Q. When we talked earlier about the Big Lots work that the Florida company did in Florida in '80s or late '80s, early '90s was Mr. Ellis involved in those projects?
A. He was the director of construction.
Q. Is that when you worked with him?
A. Yes.

Q. Did you continue to work with him in other locations, other states for other Big Lots projects?
A. Other MacFrugals, yes.
Q. When did Mr. Ellis call you about this project?
A. Couple weeks before we got involved. I don't know the specific date.
Q. Would it have been some time in 2015 or 2016 or a different year?
A. 2016 probably.
Q. What month was it?
A. I have no idea.
Q. What season was it?
A. No idea.
Q. Was it cold, was it hot?
A. I don't remember.
MR. PARTINGTON: What season in New Orleans?
MR. LAWHON: Or LA.
BY MR. LAWHON:
Q. Tell me what you remember from the conversation?
A. That he had a mutual friend or business partner that was going to buy property and he was looking for somebody they could trust and do it in

Miami.
Q. What did you say?
A. I would be happy to talk to him to see what it is all about.
Q. Anything else about the call you remember?
A. That was it. Then they called me couple days or whatever later. They called me.
Q. Who is they?
A. I think it was Nick might have called us.
Q. What was -- tell me about that conversation?
A. He just told us there was two buildings that they had $10 million renovation project, that they would like to meet us out there. Said need time, just let us know when you all want to go.
Q. Anything else about the call?
A. No, it was short.
Q. Who participated in the call?
A. I think myself and Nick. Maybe Jeff was on the call or Ryan. One of them.
Q. What happened next?
A. We met them at the site. I think Nick and Jeff came. I only met Jeff twice. The first time and maybe one time during the project.
Q. How many times have you met Nick?
A. Half a dozen.

Q. All at the job site or elsewhere?
A. At the job site.
Q. How long after the phone call with Nick before you ended up meeting at the job site? Are we talking a couple of days, a week?
A. Probably a week.
Q. Do you recall when that was?
A. No.
Q. Would you have records identifying when that took place?
A. I might have an airplane ticket back then.
Q. Do you keep a calendar?
A. Yeah, but not that far back. I probably do have it though. I'm not sure.
Q. Does the office or does your wife or somebody else keep a calendar for your meetings and travel?
A. No.
Q. Are you the only person responsible for your calendar?
A. Yes.
Q. Do you keep a calendar in your phone or do you keep it in some other form?
A. I have paper on my desk.
Q. Paper on your desk in the office?

A. A paper calendar. A book.
Q. Other than a paper calendar and a plane ticket any other way that identifies when you would have visited the job site?
A. No.
Q. What happened at the job site?
A. Just walked and, you know, he gave us kind of a free rain to go wherever we wanted to just kind of see what the conditions of the buildings were in. And that's when I gave him the bad news that this thing wasn't no $10 million renovation.
Q. Before we get into the details of why you said that can you identify for me, please, everybody that was at this site visit?
A. I think it was PJ and I and Nick and Jeff.
Q. Did you take any notes while you were there?
A. No.
Q. Did PJ take any notes while he was there?
A. I am not sure.
Q. Did you take any photographs?
A. I might have. I don't remember.
Q. Did PJ take any photographs?
A. I don't know.
Q. Did anybody else take any photographs?
A. Not sure.

Q. Why did you tell them it was more than $10 million?
A. I just did some math in my head. You know, roughly 350 units times X amount. I just felt like 10 million was light.
Q. Did they tell you what the project would entail?
A. Interior renovations.
Q. Did they tell you there was any other scope of work to be done?
A. No.
Q. They made no mention of the exterior?
A. I told them that.
Q. What did you tell them in particular needed to be done?
A. You can't spend all this money in the interior when your envelope of the building is shot.
Q. That's the word you used, shot?
A. Deteriorated, shot.
Q. How did you arrive at that conclusion? Just from a visual inspection of the exterior or did you actually go into some of the apartments and inspect from the outside of the cladding?
A. From the outside. You could see it was in real bad shape.

Q. So after you told them this was more than a $10 million job did you tell them what range you thought it was?
A. Not at that time.
Q. What were you thinking it was at that time?
A. I don't remember. But I know it wasn't 10.
Q. Did the math in your head, come to something like 15 or 20 or 25?
A. Probably but it wasn't 10.
Q. When you told them it was more than 10 what did they say?
A. Little upset because a lot of people that they hired here locally let them down. They had inspections done and the reports came back that they didn't have the problems that they had.
Q. The reports came back and the reports didn't show half the problems that they had. Is that what you're saying?
A. Correct. And they paid for someone to do building inspections and they are sitting in California and they paid people here locally and it wasn't showing up.
Q. Did they share with you those reports?
A. No, but they told me about them.
Q. What did they tell you the reports said?

A. Indicating that there was no problems. They indicated they had asbestos evaluated, they had the site evaluated. They had the building, electrical, the plumbing, they had all systems checked. And only the plumbing vertical stack came back deteriorated, it had to be PVC line was a suggestion. And they knew up front that it used to be a dump site and they had some heavy metals they had to clean up.
Q. They had some soil testing done?
A. Yes.
Q. Did they tell you the results of those in particular in terms of what metals?
A. No, it wasn't -- they told me later it wasn't at a level that would be concerned about. But because of the HUD rules and the new federal regulations they had to do some cleanup. So they did it upon themselves. Just removed 30 feet of dirt and put clean fill back in to cap everything.
Q. Just so I keep my timing in my mind sequentially when you say they removed 30 feet of fill and put it in is that after they bought the project and after you got involved or is it before you got involved but after they purchased the buildings?
A. After. That was the plan that he had come up with as part of the report that was done. And then

they ultimately implemented it after the construction started.

Q. Was that part of your scope of work?

A. They ultimately put it in our scope. They negotiated with the subs, the remediation company and then they just added it to my contract to manage for them.

Q. So you ended up supervising the site remediation sub?

A. Yes.

Q. Who was that?

A. EENG.

Q. What else was discussed at this site visit that we were talking about?

A. That, um, they really want to know the results or I should say the extent of the damages on the outside of the building. That I would bring in a lift in the next week or two and have one of my guys drive down and get on the lift and cut holes in the building to see how deteriorated it was.

Q. Anything else discussed at the meeting?

A. No, that's it I think.

Q. Did you end up going inside any of the units themselves?

A. Yes.

Q. How many?
A. Handful.
Q. In each building?
A. Yes.
Q. Did you walk the community center?
A. Yes.
Q. Did you walk the roof?
A. I don't remember if I went on the roof.
Q. About how long --
A. -- yes, we did. We did go on the roof.
Q. Both roofs?
A. Yes. No, one of them for sure.
Q. Which one?
A. That was PJ's first time being in Miami and those two guys. They wanted to get a view of the whole city from the roof. They all took pictures up there.
Q. So the roof was for sightseeing, not to inspect it?
A. More so, yeah.
Q. How long did the visit take all together, the site visit?
A. We were there probably half a day.
Q. You mentioned that they wanted you to bring a lift down and do a little destructive testing as I

understand it correctly.
Is that right?
A. Yes.
Q. Did that happen?
A. Yes.
Q. How long after the site visit did that happen?
A. Probably within a week to 10 days.
Q. Who came down?
A. One of my guys. I don't remember. It was -- I don't remember his name. I can picture him but I can't remember his name.
Q. He brought a lift down or rented one here?
A. No, we rented one here. He drove down.
Q. Who attended that inspection?
A. He did it on his own.
Q. Was anybody else there besides himself for the owner or for PVGC?
A. No, just him and help.
Q. Did he take pictures, do a written report? Anything like that?
A. He took pictures.
Q. Did he talk to you about what he saw?
A. He called me while he was up on the lift.
Q. What did he tell you?

A. That the metal studs were totally rotten, deteriorated.
Q. What else did he say?
A. That's it basically. All the areas he checked the metal studs were just totally rotten.
Q. Both buildings?
A. More so in Civic than Senior.
Q. Did he inspect both buildings?
A. Yes, I think he did.
Q. Did he cut out holes, do destructive testing on both --
A. -- no, I don't think he did Senior. I think he did Civic. It was the most obvious in bad shape.
Q. So what happened next?
A. Finish his inspection and came home.
Q. Did you talk to the owners again after that?
A. Oh, yes, we told them the results that the wall is gone, it has deteriorated. You could go in the buildings and smell the mold and mildew from it all leaking in the walls for so many years.
Q. When you were at your first site visit with Nick and Jeff did you tell them that you noticed or identified mold and mildew as well?
A. We all did.
Q. Okay. You didn't mention that before when I

asked if there was anything else you guys talked about so let me come back to that.

So during your first site visit there was a discussion about mold and mildew?

A. It was just in passing when we were walking through the building.

Q. Was there any holes cut out of any of the drywall to evaluate the mold?

A. No.

Q. Who did you tell the results of your guy's inspection to specifically?

A. Um, after my guy went there?

Q. Yes, sir.

A. I think it was either Ryan or Nick.

Q. And what did they say?

A. They were a little shocked but I told them you have no exterior walls, it's gone, it's rotten.

Q. What else did they say?

A. That's it. I mean, they got to get back to us, they had to rethink the whole project.

Q. Do you know if during this time are they talking to any other general contractors about possibly being involved in that project at the same time that they are talking to you?

A. No.

Q. Do you know if at any time they interviewed or talked to any other GC's besides yourself?
A. No, they did not.
Q. How do you know that for sure?
A. Cause he told me that he wanted to negotiate someone that they could trust. Cause Mark Ellis telling them about all the horror stories that he dealt with people here.
Q. Mark Ellis told Ryan?
A. Ryan.
Q. The horror stories that Mark Ellis was aware of?
A. Yes.
Q. Of dealing with people here?
A. That's correct.
Q. Here being identified as what, the State of Florida?
A. South Florida. I think he had done some projects before he and I met.
Q. He, being who?
A. Mark Ellis.
Q. Done some projects in south Florida?
A. Yes.
Q. So after Ryan tells you they need to rethink their involvement in the project what happens after

that?
A. At some point they told me they were trying to renegotiate the deal with the seller. When we were out there they were on their due diligence period. And I do not know the outcome of that. All I know is they went forward.
Q. How much time passed before you heard back from them and they wanted to go forward?
A. I don't remember. It wasn't all that long cause when they get on to something they try to move it forward.
Q. How do you know that?
A. Just I worked with these guys. They tried to move things forward. They were just aggressive.
Q. Is this the only project you worked on with these guys?
A. Yes.
Q. Is this the only project you worked on with any of the principals or owners of this project?
A. Yes.
Q. How do you find out they want to move forward?
A. They called me and tell me to, you know, to finalize the estimates.
Q. What estimates are we talking about?

A. The originall construction estimates. And to find a replacement of the exterior wall.

Q. Let me keep my chronology here if I can. So before you just mentioned finalized estimates. You hadn't mentioned that before in the sequence of things. So let me back you up.

When in the sequence of things that we just talked about did you start preparing estimates of construction for the project?

A. Not until they made a decision whether really to move forward because of the exterior building, because of the exterior walls. Cause I told them there it wasn't a $10 million job, I'm not spending time and effort, it ain't going to come out that number. That ain't going to happen.

Q. So at some point after they tell you they want to move forward is when PVGC starts putting together estimates?

A. Yep.

Q. Who was in charge of doing the estimates?

A. PJ.

Q. How long did it take to arrive at an estimate of total construction for -- total scope of work for both towers?

A. To a final number and a final estimate

number?
Q. Yes.
A. I don't remember. Could take weeks or a month.
Q. What did PJ do to arrive at those numbers?
A. Started searching out subcontractors, get some numbers on whether it is plumbing, electrical. Did some research on the panels. Um, the owner had found the STO panels, told PJ, you know, look into this. We were kind of looking at Dryvit systems and some other systems. And, um, I think that's it. The owner is the one that came up with STO cause it was prefab. They said why don't you look into that and we did and we contacted Crane. And then that is when we were told that I think PJ might have told me that after he had spoken with Vito that they would price the job.
Q. When you say we talked to Crane is that FL Crane?
A. Yes.
Q. Is that the first STO affiliate that PVGC spoke to about this project?
A. Yes.
Q. Were you involved in that call at all?
A. I think no. I don't remember if I was or

PJ. One of us spoke to them early on. Cause we ended conversation with them when we were told that Coastal had the territorial rights in south Florida. So we didn't bother with calling.

Q. Who from FL Crane did you guys talk to?

A. I'm not sure if was Jeremiah or someone else. That company is big. There's a lot of people there.

Q. What else was done in order to arrive at estimates for scope of work for this project?

A. I am sure there was site visits with walking with subs but I don't remember all the details.

Q. Did you participate in site visits with subs?

A. I think maybe once.

Q. And just so we are still in the same time period I'm trying to do this as chronologically as I can. So the site visit with subs that you're talking about, this is before you even started negotiating a contract or getting a contract with the owner or is this after?

A. Um, we had a kind of gentleman's agreement that we were going to negotiate, that it wasn't going to bid cause I don't do that anymore. I don't bid work. If we don't have an agreement that we are going

to negotiate I walk, I pass. And I think we had started the process of, um, getting the sub numbers together so that we could ultimately get together, get down to a bottom number.

Q. And where in getting to the bottom number did you arrive at this gentleman's agreement about negotiating?

A. It's early on.

Q. So that happens before you start getting to the final number. Is that fair?

A. Right, cause we start spending money when you start flying around, talking to people. You know, my whole team in office is working, that costs us money. We won't start that process until we have an agreement.

Q. So if I can keep the process in its order at some point Ryan tells you that they want to move forward with you and the general contractor on this project.

And then you guys are starting to do finalizing estimates I think was your phrase?

A. That's correct.

Q. Where in between those two events is there a gentleman's agreement?

A. When he decides he is going to go forward we

explain how we go forward on this process. And he agreed to it before we actually started doing estimates and spending time and money.
Q. What did you tell him was the agreement?
A. That as long as we negotiate and that we are going to do the job, we negotiate -- we might even negotiate a fee up front that it would be cost plus. I don't remember all those details but is the fact that we are going to do this job, it's not going to be a bid and we are going to go forward. And it was agreed to. Cause it's a learning curve on both parties. The owner didn't know what he wants me to do and I didn't know what to do.
Q. Was there a discussion about who would be responsible for your out of pocket expenses as you are going through the estimation phase?
A. That's a risk we run that this project may not go forward. But I don't give free estimates, you know. People call us all the time what does this cost? I have no idea. Go get somebody that gives you a free estimate.
Q. Did you tell Ryan during your discussion of the gentleman's agreement that he is going to pay for the estimate?
A. No, he was very confident that it was going

to go forward. So we run the risk that if it doesn't we'd lose that money. But he was very confident it was going forward.

Q. So let me clarify cause I am a little confused. Cause on the one hand you say you don't do free estimates but you just said we had the risk that if the project didn't go forward we don't do the work which in my mind means you just gave a free estimate.

Am I understanding that right?

A. Correct.

Q. Okay. So as it relates to this project my specific question to you is did you have an agreement that the owner would pay for your work associated with the estimate or did you take on the risk that it might end up being a free estimate?

A. I ran the risk that it might be a free estimate. But before I made that decision was he felt very confident that the job was going to go forward and that we had agreed that I was going to do the job.

Q. You mentioned before that finalizing the estimate might have taken weeks or a month. So in that process is this where people are coming to visit the site, talking to subs and trying to develop figures doing the research that you just mentioned that PJ was doing?

A. Yes.
Q. At some point in time did the company arrive at a final estimate of scope of work and costs of construction?
A. Yes.
Q. And when was that?
A. Late 2016.
Q. Is there a written agreement in place yet between the owner and PVGC for the work related to this project by the time you come up with a final estimate in late 2016?
A. Not at that time.
Q. What was the final estimate?
A. I don't remember the numbers.
Q. Was it one total number or was it broken down by tower?
A. Two contracts. One on each building.
Q. Was each estimate more than or less than $10 million?
A. I think they were more.
Q. Each one was more than 10?
A. Each more.
Q. Was there a report generated like a take-off or a proforma or anything that identifies and details the estimate that you're talking about?

A. Yes, there was a breakdown.
Q. Was it provided to the owner?
A. Yes.
MR. LAWHON: Do you need a moment to work with your phone?
THE WITNESS: Yeah, would you. These are the owners, they are flying in tonight. And they on the plane right now texting me.
MR. LAWHON: You want to take five minutes?
(Brief recess was taken.)
(End of Volume I.)

DEPOSITION ERRATA SHEET

Assignment No. # 2522635

Case Name: Vicari vs. Ohio Casualty et. al.

DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the entire transcript of my deposition/examination under oath taken in the captioned matter or the same has been read to me, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the DEPOSITION ERRATA SHEET, hereof, with the understanding that I offer these changes as if still under oath.

Signed on the 15th of August, 2018.

________________________________

PETE VICARI

Job # 2522635

DEPOSITION ERRATA SHEET

Page No._____Line No._____Change to:_________________

____________________________________________________

Reason for change:__________________________________

Page No._____Line No._____Change to:_________________

____________________________________________________

Reason for change:__________________________________

Page No._____Line No._____Change to:_________________

____________________________________________________

Reason for change:__________________________________

____________________________________________________

Page No._____Line No._____Change to:_________________

____________________________________________________

Reason for change:__________________________________

Page No._____Line No._____Change to:_________________

____________________________________________________

Reason for change:__________________________________

Page No._____Line No._____Change to:_________________

____________________________________________________

Reason for change:________________________________

Page No.____Line No._____Change to:__________________

_____________________________________________________

Reason for change:___________________________________

SIGNATURE:_________________________DATE:____________

PETE VICARI JOB # 2522635

DEPOSITION ERRATA SHEET

Page No._____Line No._____Change to:____________________

___________________________________________________________

Reason for change:________________________________________

Page No._____Line No._____Change to:____________________

___________________________________________________________

Reason for change:________________________________________

Page No._____Line No._____Change to:____________________

___________________________________________________________

Reason for change:________________________________________

Page No._____Line No._____Change to:____________________

___________________________________________________________

Reason for change:________________________________________

Page No._____Line No._____Change to:____________________

___________________________________________________________

Reason for change:________________________________________

Page No._____Line No._____Change to:____________________

___________________________________________________________

Reason for change:________________________________________

Page No._____Line No.______Change to:___________________

SIGNATURE:__________________________DATE:__________________

PETE VICARI Job # 2522635

Case 1:17-cv-23733-CMA Document 186-1 Entered on FLSD Docket 01/05/2019 Page 163 of 199



STATE OF FLORIDA

COUNTY OF PALM BEACH

I, the undersigned authority, certify that PETE VICARI personally appeared before me on the 8th of August, 2018, and was duly sworn.

Dated this 15th of August, 2018.

_________________________________

DEBORAH LAWRENCE
Notary Public, State of Florida
My Commission Expires: 4/6/2020
My Commission No: FF 979563

Job # 2522635

CERTIFICATE

THE STATE OF FLORIDA
COUNTY OF PALM BEACH

I, DEBORAH LAWRENCE, Court Reporter and Notary Public in and for the State of Florida at Large, do hereby certify that the aforementioned witness was by me first duly sworn to testify the whole truth; that I was authorized to and did report said deposition in stenotype and that the foregoing pages are a true and correct transcription of my shorthand notes of said deposition.

I further certify that said deposition was taken at the time and place hereinabove set forth and that the taking of said deposition was commenced and completed as hereinabove set out.

I further certify that I am not an attorney or counsel of any of the parties, nor am I a relative or employee of any attorney or counsel of party connected with the action, nor am I financially interested in the action.

The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or direction of the certifying reporter.

DATED this 15th of August, 2018.



_______________________________
DEBORAH LAWRENCE, Court Reporter

Job # 2522635

**Exhibits**

**2522635 Pete. Vicari DEFENDANT. EXHIBIT257**

**2522635 Pete. Vicari DEFENDANT. EXHIBIT258**

**2522635 Pete. Vicari DEFENDANT. EXHIBIT259**

**2522635 Pete. Vicari DEFENDANT. EXHIBIT260**

**$**

**$10**
138:12
140:11
141:1
142:2
151:13
157:18

**$180,000**
35:7

**$20**
113:9
123:2

**$270**
67:14

**$30,000**
31:15

**$40,000**
19:25
20:16
36:18

**$400,000**
30:10,25

**0**

**05**
56:11
77:10

**1**

**10**
10:24
11:15,24
23:11,12, 13,14
67:15,22, 23 71:9
108:15
112:3,21
118:17
119:4
124:18,19
141:4
142:6,9, 10 146:8
157:21

**10-11-91**
40:18

**10-3**
40:10

**1099**
71:4

**11-9-56**
5:22

**12**
55:8

**15**
62:3
68:17,24
71:9
113:9
123:4
142:8

**16**
108:23,25

**1700**
74:5

**18**
108:10

**1800**
48:19

**19**
46:14
47:16,22
48:13
131:6,7, 16

**1946**
66:2,4

**1989**
40:10
64:10

**1993**
45:11

**19th**
133:8

**2**

**20**
31:15
45:10
62:3
68:12
72:17
111:3
113:9
123:4
142:8

**2000's**
93:15,17
97:22
121:21

**2004**
50:5,7

**2009**
90:1

**2011**
85:24

**2012**
45:11
46:15
88:4

**2015**
72:16
137:8

**2016**
54:20
68:13
80:18
137:8,10
157:7,11

**2017**
68:14

**2018**
55:8

**20th**
133:7

**21st**
97:23
104:6
121:14,25

**24/7**
79:23

**25**
44:11
67:12
68:12
142:8

**257**
39:1,3,12
44:16
51:20

**258**
57:7 58:5
65:12

**259**
82:23
83:3,5

**260**
94:7,13

**3**

**30**
8:17
38:20
44:11
113:6
143:17,20

**35**
41:15

**350**
141:4

**4**

**40**
19:21
36:24

**40,000**
41:15

**4th**
120:12

**5**

**50**
93:4
119:3

127:12,16 128:10,11

7

**7** 45:11
**7,000** 136:11
**7432** 5:13
**75** 120:6

8

**8** 108:15
**8-25** 54:20
**80** 19:23 36:23
**80s** 136:20,21
**81** 66:6
**82** 66:6
**87** 45:16
**89** 40:12 75:14

9

**9** 108:15 118:4 122:4,16, 17
**90** 71:17 75:14
**90s** 75:10,12 103:24 104:3 109:10 121:20 136:21
**91** 40:8 56:7
**92** 56:7
**93** 45:16 46:14

A

**A-1** 98:25 99:6
**A-L-A-Y-A** 69:15
**abandoned** 131:2 132:15 133:1,6, 10,13
**abandoning** 132:24
**ability** 7:19,23 8:5
**Academy** 91:9 93:20,24
**accelerate** 77:24 78:9 80:4
**accountant** 34:14,15
**accounting** 36:21
**accurate** 6:8 45:14 104:3
**achievement** 93:25
**achievements** 73:4,21
**acquainted** 55:24
**Acre** 108:1 116:24 117:4
**acronym** 12:21 15:15
**actions** 133:16
**active** 14:2 24:6,11 46:25 52:16
**actively** 26:4
**actual** 68:7 113:23
**add** 103:20
**added** 144:6
**additional** 78:9 79:5,19, 20 80:3
**address** 5:12
**adds** 84:20
**adjust** 76:14,20
**admin** 40:14
**advanced** 91:22
**affect** 7:19,23
**affiliate** 152:21
**affiliated** 39:22 44:21 54:5 57:11 60:19,24 63:3
**affiliates** 130:9
**affiliating** 56:21
**affirmed** 5:7
**Age** 88:2,8,12 89:6
**Agency** 63:5,7
**agent** 26:13,17 42:13,25 55:23 65:21
**agent's** 26:18
**aggressive** 150:14
**agree** 19:7 20:16 37:17 89:12
**agreed** 155:2,11 156:19
**agreement** 35:24 36:14 38:14 112:21 153:22,25 154:6,15, 24 155:4, 23 156:12 157:8
**ahead** 18:9 120:16
**air** 87:13,14, 17 92:20 122:6
**airplane** 139:11
**airport** 92:19
**Alaya** 69:12,15
**ALF** 88:20
**Allied** 32:14
**amendment**

55:7
**amount** 31:2,3 36:9 64:10 141:4
**amounts** 35:1
**amputated** 56:3
**and/or** 28:5
**annual** 40:15
**anticipated** 10:10 79:23
**anticipation** 9:24
**anymore** 53:19 123:25 153:24
**apartment** 107:12, 17,21 109:12 111:13,24 112:6 113:10 114:10,19 115:7 116:21
**apartments** 108:23 117:10 119:5 136:11 141:22
**appears** 64:9
**application** 26:9,11, 25
**applied** 68:13 80:18
**applying** 127:9
**appraisal** 127:17
**appraisals** 127:22
**appraised** 127:18,19 128:12
**appraiser** 127:22
**approval** 124:10,17 125:14 126:8
**approve** 94:24
**approving** 123:21 125:23
**approximately** 82:16
**arbitration** 11:11,16, 17,23 12:3 21:11,16, 19,22 22:1,13, 15 25:21 27:21 28:16 29:18 64:23
**arbitrations** 24:3 28:23
**Archbishop** 90:1,21
**Archdiocese** 90:7
**architect** 12:18 14:11,12 15:3,6 16:9,21, 24 17:2 124:20,23 126:12 129:16
**architects** 128:21
**area** 42:23 56:23 73:5 98:16 136:11
**areas** 147:4
**arrive** 132:21 141:20 151:22 152:5 153:9 154:6 157:2
**article** 72:16
**asbestos** 143:2
**assistant** 34:20 70:15,16
**assisted** 88:20
**assisting** 64:7
**Associates** 14:13 15:4
**Association** 65:23
**associations** 73:10
**assume** 6:23
**ATO** 10:20,21 12:9 13:2 18:4,14 29:22 30:1,6, 11,14,20, 23 31:2,3 32:11,12 35:3
**attack** 57:5
**attended** 146:15
**attic** 86:22 87:7
**attorney** 10:7 17:5,12, 18,20,21 23:7,8 25:11
**attorneys** 9:16 25:14
**auction** 51:21 52:19,24 53:6,8,22
**auctioneer** 53:5
**auctioneer's** 52:18,21 53:3,13
**auctioning** 52:4 53:12
**auctions** 52:2 53:17,21
**authority** 124:21
**automobiles** 60:20 61:12
**award** 73:3 74:8 93:24
**awards** 72:25 73:2,9 80:2,6 93:25
**aware** 18:2,21 27:18,21 32:25 33:3 96:22 128:15 133:12 149:11

**B**

**B-A-R-B-A-R-A**

26:16

**B-L-E-N-K**
90:2

**B-O-E-H-M**
134:15

**B-O-U-D-U-I-N**
34:6

**B-R-A-T-I-T-H**
77:4

**B-R-E-A-U-X**
81:4

**baby**
82:10

**back**
11:22 21:21 22:11 28:18 35:22 43:24 54:1,19 65:20 70:17 90:22 96:7 100:23 102:10 105:18 114:1 116:1 117:2 120:23 139:11,13 142:14,16 143:5,18 148:2,19 150:7 151:6

**background**
5:25 6:3 75:25 80:14 123:14 129:20 130:2

**bad**
56:1 57:4 140:10 141:25 147:13

**balance**
19:25

**balcony**
51:17

**Bank**
92:4

**Barataria**
5:13

**Barbara**
26:15 34:5,6 41:3 55:11 71:15,20 72:13 118:21

**Barbara's**
34:8

**barrel**
86:23 87:4,5

**barrels**
87:6

**Baruffi**
130:3,5 131:1,11, 19,23 132:8

**basically**
147:4

**beach**
48:21 50:2,14, 23

**Bear**
34:1 52:11 65:11

**beat**
88:19

**bedroom**
114:3,16

**beginning**
68:14 124:9

**behalf**
42:10

**believes**
35:1,24 36:4,10, 15 38:3, 12

**belongings**
116:2

**Bernard**
108:7

**bid**
153:24 155:10

**big**
41:8,11 43:19 44:3 47:5,25 48:3,8 49:4,11 55:24 56:21 64:7 98:15 111:1 117:10 120:13 136:14, 16,19 137:2 153:7

**bill**
19:5 20:12

**billed**
20:6

**bills**
30:15,21

**bin**
92:17

**binder**
8:20

**binders**
8:25

**birth**
5:21

**bit**
6:3 39:15 57:14 67:3 80:13 83:9 114:5 123:15 125:21 130:23

**Biz**
39:10

**black**
8:19,20, 21 95:23

**Blenk**
90:2,22 91:20

**blew**
113:12 114:19 115:16 116:7,9, 13

**block**
74:17 88:11 89:21

**blocks**
111:4

**blow**
113:24

**blown**
114:17

**Board**
16:15 103:6

**boats**
97:10,11, 12 98:18

**body**
59:5,7 60:23

**Boehm**
134:14

**bond**
26:9,12, 25

**bonding**
32:14

**bonds**
25:25 26:5

**book**
8:19,21 9:7 140:1

**bookkeeping**
34:17,18

**Boom**
120:12

**Boomtown**
119:22 120:3

121:13

**born**
45:16

**bother**
153:4

**bottom**
30:5 54:7 86:25 93:3,23 120:8 154:4,5

**Bouduin**
34:5,19

**bought**
62:2 99:4 143:21

**Boulevard**
5:13

**Bounaguri's**
35:4

**box**
120:7

**Braithwaite**
77:2,3,4, 5

**branch**
33:14

**brand**
41:11 61:24 86:16 95:14 97:3

**break**
27:25 64:4 100:24 123:9

**breakdown**
158:1

**breaking**
92:24

**Breaux**
80:23 81:4

**brick**
87:24 89:24

**Bridget**
124:3,4,8

**briefly**
54:1

**bring**
77:21,23 78:8 79:5,8 80:3 126:12 144:17 145:24

**broken**
157:15

**brother**
64:19 110:16

**brought**
78:1,14 79:9 146:13

**Brown**
69:12,17, 18

**Bruce**
33:22 76:16 77:9 86:11

**Bruce's**
33:23

**budget**
120:16

**Buffet**
62:2

**build**
44:9 97:8 114:1

**Builder**
60:17

**building**
56:21 64:6 70:8,20, 21,22 74:23 75:1,18 85:17 88:23 92:2,8 96:17 97:2,8,15 100:20 101:3,4, 8,11,12, 24 102:2, 3,20,25 103:6,14, 23 104:9, 11,19 105:5,10, 14,15,19, 21 106:6, 10,23,24, 25 107:5, 12 108:23 112:7 115:24 116:4,8, 12 117:18,22 118:23 119:1,6, 7,9,12, 14,20 120:4,6, 21,24 126:4 127:16 128:17 129:8 132:4 135:19,22 141:17 142:20 143:3 144:17,20 145:3 148:6 151:12 157:17

**buildings**
41:16,25 48:20 49:20 50:16,19, 20 105:16 106:12 107:3 108:24 109:1 111:3,6, 24 130:19 138:11 140:9 143:23 147:6,8, 19

**built**
16:17 41:17 47:5 49:6 75:19 76:24 92:4,22, 25 106:25 120:4

**Buonaguri**
17:24

**Buonaguri's**
17:15

**bus**
78:16

**Buser**
37:8

**business**
46:18 47:20 48:12 55:13 59:8 61:4,12 126:10 131:23,25 136:2 137:23

**buy**
137:24

**buying**
136:6

C

**C-A-R-I-E**
25:20

**calculation**
128:3 129:18

**calculations**
128:25 129:5

**calendar**
139:12, 16,20,22 140:1,2

**California**
136:11 142:21

**call**
15:16 71:4 86:25 87:4 90:9

97:9
135:13
137:4
138:5,15,
17,19
139:3
152:24
155:19

**called**
29:12
39:18
41:7
44:18
59:19
60:9
120:12
136:5
138:6,7,9
146:24
150:23

**calling**
153:4

**camera**
76:13,15,
17

**cancel**
51:4

**cap**
143:18

**car**
61:3
81:11

**care**
94:3

**career**
22:8,9

**Carie**
25:20

**cars**
52:2,19
60:20
63:21

**case**
10:21
14:23
16:1,25
17:6
20:25
32:1,2,6
76:7

**casino**
119:22
120:4,7,
14,25
121:1,3,
13,14

**casinos**
119:23

**categories**
27:25

**Catholic**
90:7

**Cathy**
26:19,20

**caused**
48:25

**ceilings**
122:7

**center**
48:22
88:3,8,12
89:6
145:5

**century**
97:23
104:6
117:6
121:15
122:1

**champion**
81:22

**chance**
39:5
57:18

94:9

**change**
35:6 62:1
66:13

**charge**
19:11
130:9
151:20

**charges**
19:10

**check**
75:25
124:14

**checked**
143:4
147:5

**checks**
38:19

**child**
90:9,10

**children**
91:20

**chill**
122:6

**Chills**
61:15,17,
22

**Chris**
17:7
25:12,16,
18

**chronologic
ally**
153:17

**chronology**
151:3

**circle**
96:1
100:7

**cities**
59:9

**citizens**
73:17

**city**
73:14,15,
16,17,18
74:17
92:25
105:24
118:1
121:6,12,
25 122:4
145:16

**Civic**
69:6
70:9,22,
23 85:2,
3,15
112:8
117:14
122:11,12
135:1,2,3
147:7,13

**cladding**
74:23
141:23

**claim**
110:18

**claimed**
35:16

**claiming**
16:21
19:4

**claims**
32:25
35:8,12
67:11

**clarificati
on**
13:13
33:7

**clarify**
156:4

**classic**
52:2,19

**classify**
103:8,11

**clean**
143:8,18

**cleaned**
48:19

**cleanup**
143:16

**clear**
6:15 9:20
13:5,10,
12 35:15
49:14
53:2
64:21
70:24
79:4
100:17
101:16
102:16
115:5

**clearance**
75:21
76:3

**client**
94:17

**climatize**
87:18

**climbers**
18:23
20:4

**close**
31:4
86:14
117:20,
24,25

**closed**
22:2

40:22 43:22 120:14

**closely** 117:14 118:6 122:11,23

**clue** 128:1

**Coastal** 19:11,24 20:10,11, 19 32:23 33:11 131:2,14 132:15 133:13 153:2

**cold** 137:15

**collapse** 92:3

**collect** 116:2

**comments** 126:13

**commercial** 48:21

**committed** 16:22 78:24

**common** 125:4

**communicate** 55:25

**community** 145:5

**Comp** 65:21

**companies** 12:6 27:24 28:6,12, 15,19,22 29:2,5,6, 7,16,24 47:8 55:12 56:8 57:10 58:3,22 59:1,9,16 60:4,13, 18,25 61:3,4 63:2 67:1 135:5,6

**company** 11:6 12:22 18:15 29:11 32:14 34:9 39:22,25 41:1,6 42:5,10, 14,18 43:1,12, 18,25 44:17,22 46:18,21, 22 47:4, 15,21 48:2,7, 12,16 49:3 51:21,23, 25 52:24 53:4,8, 22,25 54:3,5,9, 16,25 55:3,23 56:25 57:2 58:22 60:2,3,8 61:9 62:14,15 64:6,12, 22,24 65:9,15, 18,22,24 66:1,3,6, 7,9,12 67:4,16, 17,19 71:10,14, 19,21 72:2,7, 11,17,25 78:15 80:9,15 81:8 84:11,25 86:2 101:14 110:18 125:17 129:6,9, 10,11,14, 22 136:20 144:5 153:7 157:2

**compilation** 39:4 57:8

**complete** 94:18 101:24 106:11, 13,19 108:22 109:2

**completed** 85:24 88:3 94:12 96:6

**completing** 20:23

**complex** 107:17 109:12 111:10 116:21

**complexes** 107:21 110:6,16 111:1,13 113:10,15 114:10 115:7 116:18

**complexity** 117:21

**computations** 129:18

**concerned** 143:14

**conclude** 133:1,13

**conclusion** 132:18,21 141:20

**condition** 85:18,20

**conditioned** 87:13

**conditioners** 87:14

**conditioning** 122:7

**conditions** 140:9

**condo** 48:20 49:24 50:9,10 51:12

**condominium** 49:25

**condos** 51:1,2

**confident** 155:25 156:2,18

**confuse** 45:17

**confused** 35:17 79:12 115:15 156:5

**confusion** 62:7

**connection** 7:16 26:24

**considered** 7:4 37:21

**consisted** 107:22

**consistency** 124:13

**consolidated** 108:11

**constructed** 16:17 97:3 98:19

**constructing** 64:7

**construction**

15:8,17 25:9 29:11 40:1,2 41:5 42:3 43:8,19 46:22 47:7,20 48:1 49:2,15 55:18 58:25 59:16 60:4,10, 13 61:3, 12 64:10 65:9 66:2,19, 23 67:1, 4,10,20 76:9 77:24 80:9 81:16 85:14,23 86:3,15, 16 87:22 88:3 91:24 92:14 93:6,19 95:13,14, 25 96:3,9 97:5 100:4 105:11,20 113:22 114:7 116:22 119:15,19 120:24 128:4,24 136:14,23 144:1 151:1,9, 23 157:4

**contacted** 152:14

**contest** 73:11

**continue** 137:1

**continuously** 54:24 82:8

**contract** 8:6 33:8 35:1,11 37:23 51:4 66:18 99:7 104:4 112:5,13, 16,17 117:23 118:15 123:3 135:10, 11,14,16, 21 144:6 153:20

**contracted** 100:4 136:16

**contractor** 8:6 17:6 42:7 44:18 54:2 71:1 73:10 154:18

**contractors** 12:11,22 39:19 42:6 47:4 48:11 59:20,21, 23,24 60:1 65:9,13 66:8,18 71:7,12 101:14 148:22

**contracts** 112:14 135:17 157:17

**contractually** 33:15

**control** 92:12

**controller** 92:21

**controllers** 92:20

**controls** 87:18

**convenient** 64:14

**convention** 73:7 74:1 75:13,16 76:6,11

**conversation** 10:6,8 137:22 138:10 153:2

**conversations** 10:9 131:18 132:8

**conversion** 90:2 108:20

**converted** 91:17

**convicted** 8:1

**corner** 39:18 88:25

**corporate** 13:7

**corporation** 39:18 44:7,18 47:1 60:16

**correct** 13:20 14:7 16:23 17:9 18:24 20:18 28:8 30:17,20 31:8,9, 18,25 36:11 38:6,10, 25 40:19 42:8 44:2 45:7 46:12 51:22 53:10,14 59:14,23 65:10,17 66:10,17, 21,22 67:2 69:20 71:5 78:12 79:16 81:7 85:19 87:4 102:18 103:1 105:23 106:4,7,8 112:18 113:5 125:7 129:3 142:19 149:15 154:22 156:10

**correctly** 20:17 31:1 46:14 78:11 79:15 81:14 105:13 114:13 146:1

**correspondence** 8:12,16, 18 9:5,9

**cost** 20:23 112:15,21 155:7,20

**costs** 154:13 157:3

**council** 73:18

**counsel** 32:5

**countersuing** 17:2

**country** 21:9

81:23

**couple**
5:24
10:22
25:16
51:19
58:25
64:4
70:17
95:8
116:23,25
118:14
122:4
131:21
137:6
138:6
139:5

**court**
5:2 6:7
11:10,16,
23 12:3
14:18,19,
20,22,24
15:25
18:11
21:2
23:22
27:4 31:7
32:2
75:1,7
101:8
102:20,22
103:23
104:10,19
105:4
118:8,13
121:13,20
126:4

**cousin**
64:19
93:9
110:15

**cover**
28:4
32:24
33:13
55:16
69:14
85:1

**covered**
13:3
25:23
55:20
80:7
106:17
111:25

**Covering**
6:2

**Covington**
59:7

**CPA**
34:17

**Crane**
37:5,6,19
38:2
152:14,
18,19
153:5

**cranes**
18:23

**Crest**
62:17
63:4

**crew**
97:9,11,
12

**cried**
78:18

**crime**
7:4

**crimes**
8:1

**Cronin**
8:25

**Crown**
5:14

**cry**
78:20

**crying**
78:17

**current**
67:6 85:4

**curve**
155:11

**Custom**
120:3

**customary**
61:8

**cut**
83:9,13
85:4,5,24
120:21
144:19
147:10
148:7

**D**

**D-U-N-N**
23:10

**dad**
45:17
46:9
58:19,23
60:12
63:9,11
64:12
71:21
78:22

**dad's**
45:25

**Dairy**
29:12,20
61:16,18,
19,20

**damage**
48:25
74:24
115:16
116:17
128:10,17

**damaged**
51:18
114:3

**damages**
127:17
144:16

**date**
5:21
32:1,3
40:10,18,
21 54:20,
23,24
77:8
78:15
81:2
83:25
85:11
97:21
104:1
107:20
131:3,4,
8,9,16
132:14
137:7

**dates**
9:9
45:12,14
56:12,13
104:4
121:23

**David**
69:12,19
70:4

**David's**
69:19
70:6

**day**
35:5
42:4,9
88:16
118:3
124:19
145:23

**days**
38:20
74:1
77:17
78:7
79:3,6
124:18
133:9
138:7
139:5
146:8

**Daytona**
53:23

**deal**
134:2,5
150:3

**dealer's**
52:21,25
53:1,4,7

**dealing**
149:14

**dealings**
134:9

**dealt**
133:24
149:8

**DEBORAH**
5:2

**December**
45:11

**decided**
73:19

**decides**
154:25

**deciding**
128:4
129:1

**decision**

151:10 156:17
**decision-making** 129:5
**decisions** 72:1,5
**defendant's** 39:12 58:5 83:5 94:13
**Define** 8:11
**demand** 37:1
**demoed** 101:20
**demolition** 101:18
**depending** 124:24
**Depends** 116:17
**depicted** 83:3
**depo** 33:24
**deposed** 9:22 11:1 13:6 16:5
**deposition** 5:2,24 7:9 8:25 9:1 10:2, 5,12,18, 21 13:10 16:3 17:15,22 21:2 27:8 35:4 80:13
**depositions** 37:11
**describe** 50:12 51:16 97:7
**design** 16:20,22 125:13 126:8
**designing** 123:20 125:22
**desk** 139:24,25
**destructive** 145:25 147:10
**detail** 54:7
**details** 11:9 28:4 102:5 118:12 119:13 126:17 140:12 153:12 155:8 157:24
**deteriorated** 141:19 143:5 144:20 147:2,18
**develop** 156:23
**Development** 62:17
**Diabetic** 57:4
**difference** 20:9,12 21:18 36:17 70:25
**dig** 50:13,18
**digging** 50:25
**diligence** 150:4
**dinner** 88:16
**direct** 5:9 34:25 35:23 36:14 38:14
**directly** 33:9
**director** 136:14,23
**directors** 43:12
**dirt** 143:17
**disagree** 19:7,8 37:17,18
**disclose** 26:7
**discussed** 144:13,21
**discussion** 148:4 155:14,22
**dismissed** 22:2
**dispute** 20:16
**disputing** 35:7
**dissolution** 40:14
**distinct** 56:18
**distributed** 73:13
**distributing** 51:5
**District** 48:18
**Division** 81:22
**Divisional** 82:5
**document** 39:17
**documents** 39:8
**dollar** 79:3 112:6,10 113:7 117:22 118:15 121:7
**dollars** 110:22 113:2
**Dominic** 130:3,5 131:1,15
**donated** 90:8,22
**door** 120:15
**dots** 102:10
**downstream** 33:10
**Downtown** 48:18
**dozen** 10:17 138:25
**DQ** 61:15,17, 22
**drafting** 124:10
**drag** 81:12,19
**draw** 126:9
**drawing** 123:17 124:17 125:13
**drawings** 123:21 124:5,10, 13 125:5, 23 126:9
**drive** 144:19
**drove** 146:14
**Dryvit** 152:10
**drywall** 33:4 148:8
**due** 36:10 38:9,15, 21,23 132:22 133:6 150:4

**duly**
5:7

**dump**
143:7

**dunes**
50:15,25

**Dunn**
23:10
25:19

**Dwayne**
23:10
25:19

**E**

**E-L-L-I-S**
136:8

**e-mails**
9:9
131:19

**earlier**
20:15
24:12
55:22
64:5
66:11
103:22
119:22
121:17,19
136:19

**early**
93:17
136:21
153:1
154:8

**easier**
66:14

**Eat**
88:15

**Ecolific**
18:3,14
31:7,12,
14,17,23
32:9

**education**
65:4

**EENG**
144:12

**effort**
151:14

**eighth**
100:18

**electrical**
143:3
152:7

**elementary**
85:23
91:18

**elevator**
108:11

**elevators**
98:9
120:9,22

**Ellis**
136:8,9,
12,21
137:4
149:6,9,
11,21

**else's**
52:14

**employee**
34:2
42:17,18
70:25
84:5
134:23

**employees**
67:5
68:10,15,
23 69:8,
11 71:7,
8,10,11,
13 72:17,
23

**enclosed**
87:16

**end**
77:20
109:5
117:8
144:23
156:15
158:12

**ended**
26:1 51:3
139:4
144:8
153:1

**engaged**
100:16
115:9

**engineer**
124:21

**engineers**
125:19

**entail**
141:7

**entire**
7:9 20:12
22:8 43:1
58:21
63:1
74:18
92:25
101:3,4
102:2
105:15
106:6,9
114:19
116:12
120:10

**entities**
19:25
33:8
57:10
63:2,19

**entity**
28:25
33:11
135:2

**envelope**
74:24
85:17
92:9
97:16
141:17

**equipment**
18:22
19:3,5,12
86:22
87:8,9,12

**erected**
75:20
93:1

**erecting**
101:17

**erection**
101:19

**Erectors**
98:25
99:6

**errors**
16:20,22

**escalators**
120:9,22,
23 121:5

**Espinales**
69:12

**estate**
61:7,9

**estimate**
151:23,25
155:21,24
156:8,14,
15,17,21
157:3,11,
13,18,25

**estimated**
112:23

**estimates**
150:24,25
151:1,4,
8,18,20
153:10
154:21
155:3,18
156:6

**estimating**
80:25

**estimation**
155:16

**estimator**
80:16,21,
23 81:6,9

**evaluate**
148:8

**evaluated**
143:2,3

**event**
40:14,18
56:13

**events**
154:23

**eventually**
20:11

**exact**
31:2
60:11
85:11
123:5

**EXAMINATION**
5:9

**examined**
5:7

**excepted**

79:21
**exchanged** 131:19
**exhibit** 39:1,2,12 44:16 51:20 53:24 57:7,23 58:3,5 62:10,25 65:12 74:20 82:23 83:3,5 94:7,13 102:17
**exist** 34:23
**existed** 27:3
**existence** 43:2 67:6
**existing** 26:8
**expenses** 155:15
**experience** 39:16 123:19 124:9,16, 19 125:4, 9,13,17 127:8,21 129:21,24 130:2
**experiences** 127:6
**expert** 67:19
**explain** 11:8
67:15 155:1
**extent** 144:16
**exterior** 51:11,15 74:20,23 75:3 85:17 87:24 89:24 101:10 114:11 125:14 130:12 141:12,21 148:17 151:2,11, 12
**Extreme** 73:6,24 76:21 77:18

**F**

**F-A-R-V-O-T** 110:10
**F-A-V** 110:9
**F-O-R-T-N-E-R** 53:16
**F-U-S-O-N** 134:12
**fabricate** 132:4
**fabricated** 101:21
**fabricator** 99:15
**face-to-face** 132:11
**faces** 68:24
**facility** 88:21 97:8
**fact** 83:12 132:19,20 155:8
**factors** 117:21
**facts** 132:25 133:12
**fair** 28:7,20 60:21 64:9 85:12,16 106:21 114:25 116:5 127:10 154:10
**falling** 101:11
**falls** 29:19,20
**familiar** 37:6,9,14 54:3 59:2 83:14,15 88:20 91:12 127:12
**familiarize** 39:5 57:14
**family** 58:13,14 59:8 75:25 78:17
**fast** 68:21 130:23
**father** 54:12
**favor** 6:5
**Favrot** 110:8,9 112:12 113:16 123:4
**federal** 14:20 143:15
**fee** 155:7
**feet** 74:15 93:4 143:17,20
**felt** 141:4 156:17
**FEMA** 127:6,9, 23,25 128:5,10, 23 129:7, 15
**Fest** 120:12
**festival** 120:13
**fiberglass** 116:9
**field** 72:18,19
**figures** 156:24
**filed** 13:25 14:16 15:19 18:2,11, 21 23:15 24:20,23 31:7 40:10,18 45:10 47:13,16 54:20
**filings** 41:1
**fill** 143:18,20
**filled** 26:9
**final** 124:10,17 151:25 154:10 157:3,10, 13
**finalize** 150:24
**finalized** 151:4
**finalizing** 154:21 156:20
**find** 96:8 103:4,20 108:5,9 109:17 150:21 151:2

**fine**
12:24 66:16 100:12

**finish**
6:6 18:8 34:1 78:10 79:5,22 90:16 120:5,9 147:15

**finished**
77:19 78:7 126:23

**finishing**
109:5

**fired**
31:21,22, 23

**firm**
25:17 32:5

**fixed**
114:4

**FL**
37:5,6,19 38:2 152:18 153:5

**float**
78:4,5 79:10

**floater**
78:1

**floating**
78:13

**flooded**
114:20

**flooding**
92:24

**floor**
74:20 75:20 76:15,20 100:18 101:2,5 103:9,10, 16 105:24 120:5,6, 10,19,20

**floors**
50:11 75:7 89:1 92:1,2 98:15,21 101:10 102:4 103:16 106:4 107:4,5, 8,9,12,23 109:24 110:1 115:17 117:8 118:4,22 119:11,21 122:4,5, 6,7,8,15, 16,17

**Florida**
5:4 28:1, 6,12,15, 25 29:1 39:17,18, 19 40:3 41:2,23, 24 42:6, 21 43:10 44:1 45:10 46:19 47:4,8, 14,16,22 48:2,8,13 49:3,7,16 52:25 53:6,8,18 54:24 55:1,13, 14,20 64:6,16, 23 82:6 85:3 136:20 149:17, 18,22 153:3

**flying**
154:12 158:7

**focus**
131:20

**focused**
123:15

**folks**
62:5 88:13 125:20

**follow-up**
64:4

**foot**
41:15 76:12 120:6

**foreign**
44:17

**forget**
18:25

**form**
9:24 39:9 49:5 65:22 117:16 118:7 131:24 133:2,15 139:23

**formal**
72:7

**format**
83:4

**formed**
60:8 65:24 66:6

**Fortner**
53:16

**forward**
150:6,8, 11,14,22 151:11,17 154:18,25 155:1,10, 18 156:1, 3,7,18

**forwarding**
68:21 130:23

**found**
96:10,19 131:12 152:9

**foundation**
50:19,24 92:23

**foundations**
50:18

**fourth**
105:24 122:9

**framing**
97:15 98:23 116:13

**free**
140:8 155:18,21 156:6,8, 15,16

**friend**
84:6,13, 14 136:4, 7 137:23

**front**
57:7 78:16 143:7 155:7

**Ft**
42:23

**fulfill**
78:25

**full**
5:12 101:1,2 103:13 105:12, 15,16,17, 20 106:25 107:2,4,8

**full-time**
69:9 81:8

**fully**
113:19, 20,21 118:2

**fun**
33:24

**function**
8:5

**Fuson**
134:3,12 135:8,21

G

**G-E-R-A-R-D**
5:19,20

**G-O-R-M-A-N** 84:9
**G-R-A-C-E** 26:19
**gave** 10:18 11:19 27:7 36:3,6 73:9 140:7,10 156:8
**GC's** 149:2
**general** 8:6 12:11,22 17:5 39:19 42:6,7 44:18 47:4 48:11 54:2 59:20,22, 24 60:1 67:20 95:10 101:14 127:5 148:22 154:18
**generally** 124:15
**generated** 157:23
**gentleman** 131:13
**gentleman's** 153:22 154:6,24 155:23
**Gerard** 5:16,17 45:20
**gifted** 90:9,10
**girls** 90:7 95:6
**give** 5:24 6:6, 11 7:3 10:21 67:4 124:8 155:18
**giving** 27:4
**Glass** 17:16,19 35:5,8 36:3,4,10
**Golden** 18:15 29:22 30:6,11, 14,23 31:2 32:12 88:2,8,12 89:6
**good** 79:1 81:19
**Gorman** 84:8
**governing** 124:21
**government** 119:6,7
**Grace** 26:19
**graduate** 65:2
**great** 69:21
**Grill** 61:15,17, 22
**ground** 5:25 74:20 75:20 86:15 97:4
**group** 91:19
**guess** 44:25 47:14 70:2 80:13 83:14 86:24
**gut** 91:25 103:8 108:22 115:17 122:6
**guy** 75:22 78:12 84:3 95:20 148:12
**guy's** 148:10
**guys** 144:18 145:15 146:10 148:1 150:13,16 153:5 154:20

**H**

**H&e** 18:22 19:4,13 20:1,9
**H-U-E-Y** 81:4
**half** 10:17 87:1,6 96:15 113:14,15 116:8 138:25 142:17 145:23
**Hall** 105:24 118:1 121:6,12, 25 122:4
**hand** 39:17 40:10 156:5
**Handful** 145:2
**handle** 51:5 126:7 128:1,21
**handled** 110:17 128:1
**handling** 41:1 124:5
**hang** 78:14
**happen** 6:13 146:4,7 151:15
**happened** 13:9 17:23 21:3 138:20 140:6 147:14
**happy** 6:19 120:17 138:3
**hard** 34:12,13
**hardware** 36:23
**HARRISON** 95:16
**Harvey** 65:14 98:6
**hauled** 75:19
**head** 6:13 76:17 141:3 142:7
**heading** 84:25
**health** 57:3,4
**hear** 56:5 57:6 93:11
**heard** 6:3 105:19

114:15 150:7

**heart** 57:5

**heavy** 120:24 143:8

**height** 76:15

**held** 53:17,22

**helped** 95:7

**helps** 62:8

**Henry** 110:20

**high** 65:2,4,21 73:5,22 90:2 91:10,17, 20 111:6 120:10

**high-rise** 118:25

**higher** 95:15,25

**highest** 75:21

**hire** 69:25 127:21

**hired** 70:1,4 142:13

**Historical** 48:18 73:3

**hit** 79:25 90:21 115:2

**Hobby** 81:13,15

**Holding** 29:12,13

**holes** 144:19 147:10 148:7

**home** 88:13,14, 15 147:15

**honestly** 10:25

**horror** 149:7,11

**Hospital** 122:15

**hot** 137:15

**house** 22:22 73:6,24 76:21 77:11,18 78:16,24 87:9

**housing** 108:1,2, 14 116:23

**HOV** 15:7,14, 16

**HUD** 109:4 143:15

**Huey** 80:23,24 81:3,4,5

**huge** 74:16

**hundred** 72:18,19 110:22 113:2 115:3 116:25

**hundreds** 99:10

**hurricane** 48:4,6, 17,25 49:19 90:12,18, 21,23 91:10,15 116:1 127:7

**I**

**idea** 22:6 24:15,17 58:24 67:5 73:20 74:16 99:9 109:11 117:5 121:8,10 122:2 135:7 137:12,14 155:20

**identification** 39:13 58:6 83:6 94:14

**identified** 13:18 15:3 29:16 44:17 46:13 49:4,18 58:2 71:6 76:22 77:13 88:2 102:8,13, 18 105:11 110:2 111:11 114:9 122:13 135:25 147:23 149:16

**identifies** 39:18 45:2,5 51:21 54:8 65:13 140:3 157:24

**identify** 53:25 95:13 100:25 101:7 105:20 117:13 140:13

**identifying** 139:9

**imagine** 62:7

**impaired** 8:5

**implemented** 144:1

**implicated** 128:24

**in-house** 34:16

**inactive** 45:11

**including** 37:12

**independent** 31:6 70:25 71:7,11 129:10

**Indiana** 44:9

**Indicating** 143:1

**individual** 13:9 51:6

**information** 6:1 26:23 40:9 45:9 84:20 95:5

**initial** 63:10

**initials** 62:6

**inside** 98:11 120:24 144:23

**inspect** 141:22 145:19 147:8

**inspection** 141:21 146:15 147:15 148:11

**inspections** 142:14,20

**inspector**
124:22

**install**
101:21

**installed**
22:22
99:5
104:18
120:9

**installer**
23:3

**instance**
126:6

**insurance**
63:5,7
65:20
67:11
110:18

**intend**
7:8

**intended**
32:24
33:12

**intense**
92:22

**interest**
71:23
82:15
83:25

**interferes**
81:16

**interior**
51:8
115:17
141:8,17

**interviewed**
149:1

**intimidation**
7:13

**introduced**
130:25
131:10
136:3

**Invoices**
30:17

**involve**
21:23
124:20

**involved**
11:6
12:15
25:25
27:22
28:13,16, 19,22
29:1,5,17
41:6
42:4,9
51:12
55:19
61:5 63:6
86:2
87:21
90:3
91:24
93:6
95:14
97:25
100:15
104:14
119:25
123:18,19
125:9,22
127:24,25
128:3,20, 23,25
129:4,6, 17 130:11
131:23
136:21
137:6
143:22,23
148:23
152:24

**involvement**
42:2
149:25

**involving**
21:12
64:22,23
103:15

**Irma**
70:3

**issue**
6:2 36:22

**issues**
13:8
133:10

**item**
57:13

**items**
9:4 40:13
113:25
115:21

**Ivan**
48:4,6,17
49:19
50:4 68:6

**J**

**J-E-A-N**
13:23

**J-O-B-I-C-O**
62:23

**Jake's**
59:4,7

**Jean**
12:17
13:19,24
16:5,10

**Jeff**
134:8
138:18,22
140:15
147:22

**Jefferson**
14:17
23:16
90:8
91:10,19, 21 103:6
122:14

**Jeremiah**
37:5
153:6

**job**
15:5
16:10
43:4
79:1,3, 14,23,24
89:3,21
98:24
120:11
126:22
128:6,8
131:2
132:15
133:1,6, 14 139:1, 2,4
140:4,6
142:2
151:13
152:17
155:6,9
156:18,19

**Jobico**
62:22
63:15

**jobs**
42:7,11
73:5 79:8
93:22
94:12
115:25
127:24
128:5,6,7

**Joe**
93:9

**Joey**
34:5,19
53:16

**jog**
34:22

**John**
45:24,25
46:2,3,4

**join**
65:22

**joint**
132:3
136:5

**Jorge**
69:12,15
70:1,5, 15,16

**Jorge's**
70:10

**judge**
27:12

**judgment**
23:22
27:12

**July**
120:12

**June**
55:7
131:5,7, 16

**Junior**
46:4

**juniors**
46:5

**jury**
119:8

**justice**
92:17

**K**

**K-MART** 41:12
**Katrina** 56:9,14 77:7,10 90:21 91:15 107:17 109:14,15 110:17, 21,24 111:14 115:2
**keeping** 83:25
**kids** 91:22
**kind** 20:6 33:13 41:14 48:15,22 65:18 81:11,18 82:6,14 89:22 118:25 140:7,8 152:10 153:22
**knew** 76:4,19 143:6
**knowledge** 13:14

**L**

**L-A-F-I-T-E** 13:23
**L-A-T-T-E-R** 74:4
**L-E-M-I-E-U-X** 17:8
**LA** 136:11 137:19
**LA1-1** 108:20
**labor** 65:24,25 66:8
**laborers** 79:19
**labors** 78:9
**Lafitte** 12:17 13:19,23, 24 16:5, 10
**lapel** 76:1
**Large** 5:4
**largest** 106:24 107:8 112:5,10
**late** 36:10,16 37:2,22 74:5 75:14 80:18 136:21 157:7,11
**law** 25:17
**LAWHON** 5:10 9:3 13:12,17 33:12,19 39:14 49:8 50:6 56:15,19 57:22 58:7 63:25 64:2 77:8,12 83:7 94:15 95:18,21 117:19 118:11 123:9,11 133:11,18 137:19,20 158:4,9
**LAWRENCE** 5:2
**lawsuit** 12:9 13:2,25 14:16,25 15:2,19, 23 16:6, 8,13,19 17:13 18:2,6, 10,21 19:2,14 22:1,13, 15 23:11, 17 26:2 29:22,25 30:11,16, 20 31:7, 10 32:8, 12,19 37:1 55:4
**lawsuits** 12:10,16, 20,25 21:4,7 23:24 24:6,10 25:1,5,6, 22 26:7, 23 27:2, 5,10,18 28:16,23 29:17 32:15 35:17,20 64:22
**leaking** 22:23 147:20
**leaks** 22:24
**learn** 131:10
**learning** 155:11
**leave** 78:1
**led** 132:25 133:13
**left** 9:1 21:5 32:22,23 38:12 39:17 40:10 78:14 88:25 89:8 93:23 115:23 132:22 133:8,17
**legs** 56:3
**Lemieux** 17:7,18 25:12
**letter** 131:13 132:23
**level** 143:14
**levels** 50:11 128:19
**levy** 92:22,24 93:1
**library** 74:2,3,4
**license** 29:11 52:4,9, 13,18,20, 21,24,25 53:1,3,4, 5,7,13 64:14 68:14 80:18
**liens** 34:7
**lift** 144:18,19 145:25 146:13,24
**light** 141:5
**Lily** 91:8,21 93:20
**lines** 108:10,15
**list** 33:5,18 34:6 57:12

58:21
63:1
94:12,17, 18,25
95:4,5,12
96:6,8, 19,23,25
100:14,25
102:9
103:2,20
106:11,19
107:18,20
109:18
110:4
121:22

**listed**
46:7
60:19
62:11
63:17
84:24
85:2,22
91:8
95:14,24

**listings**
57:8

**literally**
50:18
114:18
120:21

**litigation**
6:2 11:2, 4,5,7
35:14,20

**live**
42:20

**lives**
59:11

**living**
88:20
115:18

**LLC**
28:25

47:1
52:24
54:2
59:24
60:3
63:20
66:13

**LLP**
135:1,3

**local**
82:3

**locally**
142:13,21

**located**
69:3 98:5

**location**
68:8 69:5

**locations**
119:18
137:2

**long**
10:23
14:25
15:23
66:5
80:21
81:1,5,6, 24 82:1
98:7
118:3
124:4,9, 16,24
125:1
126:18, 21,22,24
139:3
145:9,21
146:6
150:9
151:22
155:5

**longer**
79:21

**looked**
9:13
57:17
102:9

**lose**
92:5
156:2

**losing**
82:14

**losses**
27:16

**lost**
77:25
78:3,7,22
79:18

**lot**
33:2
44:15
48:19,20
50:15
61:7 67:7
68:22
82:19
87:23
92:10,13
102:2,5
111:4
113:23
142:12
153:7

**Lots**
41:8,11
43:19
44:3
47:5,25
48:3,8
49:4,11
55:24
56:21
64:8
136:14, 17,19
137:2

**Louisiana**
5:14
14:17
17:10
24:20,22, 25 28:1, 20 29:4, 5,15
46:25
53:19
57:9
59:16
60:6,14
61:6,14
66:2,24
68:2,18
69:1
73:3,5
74:25
75:20
77:2
99:17
101:8
102:21
103:23

**Lowell**
37:6

**lunch**
88:16
123:9

**luncheon**
123:10

**M**

**M&p**
29:12,13

**M-A-C-G-U-R-G-A-L**
41:10

**M-E-Y-E-R-S**
14:13

**M-O-N-G-I-T-O**
93:12

**M-O-N-T-A-G-E-N-A**
93:11

**Macfrugals**
41:7,9
44:7
47:24
136:14
137:3

**machine**
120:15

**made**
37:1
78:15
97:13
102:9
141:12
151:10
156:17

**Magic**
119:23
121:1,14

**magnet**
90:11

**major**
72:1,5
90:6
120:24

**majority**
114:17

**make**
6:4,5
52:23
78:6
79:11
90:24
102:7
106:17
115:4

**Makeover** 73:6,24 76:21 77:18
**makes** 71:25 132:18,21
**making** 66:14 72:1,4 128:16
**man** 79:24
**manage** 76:18 144:6
**managed** 67:13 79:24
**management** 42:10 72:17 97:25
**manager** 15:8,17 34:2 70:11 80:17,22 89:23 136:10
**managers** 98:3
**managing** 83:23 84:2 86:3
**manned** 79:25
**mansion** 74:5
**manufacture** 99:1
**manufacturer** 23:3 99:16,20, 21,25 104:24 105:2
**marble** 75:1 101:10, 22,23 104:18 105:5 126:3,15 130:13
**Margaritaville** 121:5
**margin** 102:7
**Marine** 96:12,17 97:2,6 99:14 100:5 105:2,12, 22 130:16
**mark** 37:8 95:16,18 136:8 149:6,9, 11,21
**marked** 39:2,12 58:5 83:5 94:13
**Marrero** 59:6,10, 12
**massive** 111:2
**mast** 18:23 20:4
**math** 46:14 141:3 142:7
**matter** 18:4
**meaning** 31:11 70:22 112:17
**means** 15:15 45:1 54:22 156:8
**measurement** 76:19
**mechanical** 86:22
**mediation** 11:17,20 21:17,19 23:23
**medication** 7:18 8:3
**meet** 76:6 133:8 138:13
**meeting** 139:4 144:21
**meetings** 72:7,12 139:16
**Melbourne** 41:19 43:7
**members** 54:9 58:13,14 59:8 73:18
**memory** 34:22 35:10 56:18
**mention** 141:12 147:25
**mentioned** 15:2 29:22 55:22 62:4 65:8 73:21 121:7 128:9 145:24 151:4,5 156:20,24
**mess** 128:21
**met** 132:11 138:21, 22,24 149:19
**metal** 97:17 130:15 147:1,5
**metals** 143:8,12
**meteorologist** 56:16
**Meyers** 14:13 15:4
**mezzanine** 98:17,19
**Miami** 41:18 43:7 85:3 138:1 145:14
**mic** 76:16
**Mick** 31:11 70:2
**microphone** 76:14
**mid-rise** 118:25 119:2
**middle** 45:23 62:6 86:25
**Midship** 96:12,17 97:2,6 99:14 100:5 105:2,12, 21 130:16
**Miguel** 69:13
**Miguel's** 69:13,24 70:18
**mildew** 147:19,23 148:4
**Mill** 59:4,6,10 107:17,25 109:12 110:3 111:2,9

**million**
67:14
79:3
110:22
113:2,9
118:17
123:2,5
138:12
140:11
141:2,5
142:2
151:13
157:19

**millions**
99:10

**mind**
12:21
27:16
36:19
118:5
123:2
126:3
130:21
143:19
156:8

**Mindy**
86:11
89:20,23

**Mint**
74:7,11,
19 75:11

**minute**
24:8
29:23
85:1

**minutes**
8:17 28:4
67:15
72:11
158:10

**missing**
94:20
103:3

**Mississippi**
53:20
92:18,21

**misunderstand**
114:16
129:12

**misunderstanding**
89:2

**misunderstood**
49:13

**mixture**
25:3,4,7,
8

**modernization**
108:20

**mold**
147:19,23
148:4,8

**moment**
39:3
57:11,13
82:24
94:8
158:4

**money**
16:24
17:3
19:13
30:12
31:17
32:20
33:1
35:5,8,
12,16,24
36:1,5,15
37:2,12,
20 38:2,
5,13,23
109:4
141:16
154:11,14
155:3
156:2

**monies**
51:6

**Montageno**
93:12

**Montegeno**
93:9

**month**
137:11
152:4
156:21

**months**
70:17
120:14

**moon**
87:1,2

**Morning**
5:11

**motor**
59:1

**move**
76:16
78:16
107:3
115:22
116:16
117:1
119:18
150:10,
14,21
151:11,17
154:17

**moved**
91:21
116:3
117:2

**MP**
65:12

**multiple**
50:10,11
103:16

**muscle**
52:2,19
60:20

**museum**
74:21

**mutual**
136:4,7
137:23

**Myers**
42:23

**N**

**names**
33:3 62:1
63:16
110:7

**Naples**
42:23

**National**
73:7
75:13

**nationwide**
82:4

**needed**
141:14

**negotiate**
149:5
153:23
154:1
155:5,6,7

**negotiated**
43:23
144:5

**negotiating**
153:19
154:7

**news**
140:10

**NHRA**
81:19
82:1

**Nicholls**
65:5

**Nick**
134:14
138:9,18,
21,24
139:3
140:15
147:22
148:14

**nod**
6:13

**normal**
36:7,8

**north**
43:10

**Notary**
5:3

**note**
102:7

**notes**
140:16,18

**noticed**
13:6,9
105:25
147:22

**number**
19:12
36:6 39:3
41:9
57:7,9
58:3
62:10
68:10
82:23
94:7
107:8

123:5 151:15,25 152:1 154:4,5, 10 157:15

**numbers**
133:4,5 152:5,7 154:2 157:14

**O**

**Oak**
62:17 63:4

**oath**
7:1

**Object**
49:5 117:16 118:7 133:2,15

**obligated**
33:15

**obligation**
7:2

**obtaining**
26:1

**obvious**
147:13

**occupied**
113:11, 13,17,19, 20,21 114:7,24 115:2,3, 10 116:21 118:2 119:14

**occupying**
116:15

**offering**
65:23

**office**
68:7,19 69:1,5 84:19 86:5,12 95:6 102:1,25 104:8 139:15,25 154:13

**officer**
34:2

**officers**
43:11

**offices**
68:1 119:7 129:8

**official**
34:8

**offshore**
97:9

**older**
64:19 110:15

**ongoing**
14:2 56:2 76:7 115:1

**online**
39:10

**open**
98:16 120:25

**opening**
40:25

**operation**
121:3

**opposed**
64:12

**opposite**
59:3

**order**
9:13 52:4 79:21 153:9 154:16

**orders**
35:6

**original**
85:17,19, 20

**originall**
151:1

**originally**
120:5

**Orleans**
56:23,24, 25 73:4, 8,16 80:25 118:2 121:6,12 137:18

**outcome**
23:17 150:5

**outstanding**
36:5,7,9 73:4,21

**over-budget**
109:4

**overbilled**
30:7 31:3

**overbilling**
30:3

**overdue**
36:10,16 37:2,16, 21,23

**overlap**
47:11

**overlapping**
19:10 47:10

**overlooking**
103:7

**overnight**
121:4

**Oversee**
89:17

**overtime**
79:21

**owe**
31:16

**owed**
16:24 19:19 20:10,11 30:23 32:20 33:1 35:2,5,8, 12,16,24 36:1,5,15 37:12,20 38:3,12

**owes**
19:13,20, 25 20:10, 13,19

**owned**
120:3

**owner**
10:1 14:5,8 31:11 35:7 38:4 44:3,4,5, 6,10 51:6 60:16 96:17 99:13 109:3 110:7,8 127:25 129:7,16 146:18 152:8,12 153:20 155:12 156:13 157:9 158:2

**owners**
9:22 15:8 38:18 43:11 44:4 66:18 67:5 71:14,20 115:11 128:1,20 133:22,23 134:2,6 135:9,24 136:17 147:16 150:19 158:7

**ownership**
61:24

**owns**
29:11 135:2,3

**P**

**P&h**
63:20

**P-L-A-M**
15:22

**packed**
133:17

**pages**
39:4,5 51:19 53:24 57:24 102:1,25 103:6 104:8 118:9,23 119:8,12 121:13

**paid**
19:4 23:18 30:18 38:4,8,20 79:2 142:19,21

**panel**
75:1 99:15 102:21

**panels**
75:2,3,19 97:17 99:1,4,5 100:1 101:11,12,20,21,22,23 104:18,21,22,23,25 105:5 125:15,24 126:3,4,15 129:21,24 130:12,13,15 132:5 152:8,9

**paper**
139:24,25 140:1,2

**Parish**
14:17,19 15:20 16:15 23:16 90:8,23

**part**
10:6 11:5 17:22 20:2,23 23:21 56:17 58:3 143:25 144:3

**part-time**
84:4,5

**partial**
94:12

**partially**
113:19

**participate**
72:4 153:13

**participated**
138:17

**participating**
26:5

**parties**
12:2,15 14:10,14 18:16,17 32:8,11 155:12

**Partington**
8:21,24 13:4 33:6,16 49:5 50:5 56:11,17 57:20 77:10 117:16 118:7 133:2,15 137:17

**Partington's**
32:5

**partner**
134:21 137:24

**partners**
134:10

**parts**
116:11

**party**
12:6,11 13:1 15:14 21:8,25 22:13,15 24:1,4,7,9 25:1,21 26:23,24 27:3,19 32:15

**pass**
154:1

**passed**
93:10 150:7

**passing**
148:5

**past**
28:6,13 38:15,20,23 128:22

**pay**
19:16,18 23:21 31:13 36:7,8 37:23,24 133:4 155:23 156:13

**payment**
37:1

**payments**
132:22 133:6,7

**pen**
95:23

**pending**
12:10 14:25 15:23 21:5,8,12,22 27:2 35:14

**Pensacola**
48:5,7 50:1,2,23 68:4

**people**
22:5 33:2,8,9 67:12 71:6,25 76:4,5 77:21,22,23 78:18 79:7,10,13,19,20 98:17 115:18 116:1,11,15 118:2 119:18,21 120:3 124:1,2 126:18 135:5 142:12,21 149:8,14 153:7 154:12 155:19 156:22

**percent**
71:17,22 112:22 115:3 127:12,17 128:10,11

**percentage**
58:21 71:16

**perform**
43:18 52:4

**performed**
49:15

**period**
40:4,5,6,7,20 41:4 46:13 47:22 56:6,20 68:3,16 150:4 153:17

**perjury**
7:4

**permit**
129:8

**person**
6:7 33:20 34:3 48:10 53:11,12 55:10 76:10 79:9 118:19 139:19

**person's**
53:15

**personal** 13:14 23:24 42:2 113:24 115:21 129:24

**personally** 21:8,13, 23,25 22:10,12, 14 23:25 24:3 26:22 27:19 47:20 52:9,13 53:7 59:17 61:5 76:6 80:8 87:22 119:25 125:16,21 130:11

**pete** 5:6 12:11,22 17:5 39:19 42:5 43:8 44:18 47:3 48:2,7,10 54:2 57:10 58:1,8, 15,18,20 59:11,20, 22,23 60:1 62:4,10 101:14

**Peter** 5:13 45:20 46:1,3,4, 7 54:8,15 57:10 58:1 60:10,17 63:1,16, 17,18

**Petersburg** 41:19

**phase** 155:16

**phone** 69:23 139:3,22 158:5

**phonetic** 93:9

**photographs** 140:20, 22,24

**phrase** 154:21

**physical** 69:5

**physically** 76:18

**Pick** 44:8

**picture** 86:24 88:25 92:12,17 93:23 94:4 146:11

**pictures** 83:21 85:2,6,9, 12,16 89:5 145:16 146:20,22

**pieces** 9:9 19:12

**piled** 50:15

**pin** 76:1,2

**pins** 76:5

**pirate** 13:24

**pits** 120:22

**PJ** 27:19 28:5,11 29:1,16 45:15 68:13 80:12,24 81:6,8 86:11 98:4 124:3,4,8 140:15, 18,22 151:21 152:5,9, 15 153:1 156:25

**PJ's** 45:23 145:14

**place** 62:19,20, 22 63:14 76:14 112:11 139:10 157:8

**places** 50:15

**plan** 143:24

**plane** 140:2 158:8

**plans** 16:22

**plant** 132:4

**Plaquemines** 15:20,22 16:15

**platform** 76:11

**play** 104:12

**Plaza** 62:18

**plumbing** 143:4,5 152:7

**plural** 60:24

**PM** 59:21 65:9,24 66:8,18

**pocket** 155:15

**point** 5:14 46:8 60:3 62:15 150:2 151:16 154:17 157:2

**police** 119:8

**popularity** 73:11

**position** 30:6 31:16 70:14

**possibly** 24:22 83:22 148:23

**potentially** 136:6

**practice** 61:8

**practitioner** 60:15

**pre-construction** 85:13

**pre-designated** 79:13

**precise** 100:13 125:12 131:3

**prefab** 75:18 126:3 152:13

**prefabricated** 101:24 125:14,24 130:12

**prepare** 8:8 9:5, 14 126:13

**prepared** 26:11

**preparing** 13:8 151:8

**presently** 13:1

**president** 44:25 45:1,6 46:8 75:23

**pretty** 31:4 75:24 79:1 81:21

**previously** 90:6 91:9

**price** 99:7 152:16

**prime** 135:13, 16,21

**principals** 150:19

**printed** 39:9 94:17,19

**printout** 83:10 84:24 94:11

**Prior** 123:18

**prison** 7:5

**private** 127:22

**problems** 142:15,17 143:1

**proceeding** 11:11,23 12:3,7 14:23 16:1 21:2 22:1,13 23:22

**proceedings** 5:1 21:12,22 25:22 27:21 28:16 29:18 64:23

**process** 123:17,19 124:16,20 125:14,22 126:7,8, 14 154:2, 14,16 155:1 156:22

**professionals** 126:11

**profile** 73:5,22 120:11

**profit** 39:18 44:17

**proforma** 157:24

**program** 73:25 130:10

**project** 6:2 7:12, 16 8:4 9:22,23 16:13 26:1 30:7,15, 21 31:24 32:18 33:1 34:25 35:2,6,9, 12,25 36:2,5, 14,15 37:21 38:3,13, 24 41:14 49:25 55:4 61:9 68:15 70:11 77:24 80:17,22 84:25 85:4,10, 22 86:4 88:1,7 89:14,16, 17,23 90:3 91:4,8,12 92:23 93:5,13 95:24 96:1 97:6,20 98:1,3 99:8,13 103:23 104:9 105:2,12 108:1,2 109:3,13 111:10,16 112:23 117:4,15 119:19 120:16 121:3,6, 25 122:4, 12 123:16,18 128:24 129:23 130:1,14 132:7 133:22,23 135:17,25 136:3,6 137:5 138:12,23 141:6 143:21 148:20,23 149:25 150:15, 18,19 151:9 152:22 153:10 154:19 155:17 156:7,11 157:10

**projects** 7:12 41:5 47:20 48:1,23 64:16 66:19 73:22,23 77:13 80:1 84:24 94:25 95:13 100:3,15, 25 102:8, 13,17 104:13, 14,15 116:19,24 117:13 118:5 119:25 120:2 121:11 122:10,22 123:1 129:15 136:22 137:2 149:19,22

**properties** 50:14 112:12 113:3,4,6

**property** 128:12 136:10 137:24

**proud** 75:24 81:21

**provide** 95:5

**provided** 38:24 39:2 158:2

**providing** 26:22

**Public** 5:3

**punishable** 7:4

**purchase** 104:21,22

**purchased** 143:23

**purpose** 87:11

**purposes** 127:23

**put** 24:7 57:6 78:16 92:23

94:6,22 100:9 101:12 102:12,14 108:3 120:21 143:18,21 144:4

**putting**
24:6 151:17

**PVC**
143:6

**PVGC**
12:20,21, 25 14:6 16:12,21 17:2,12 18:3,22 19:4,13, 20 20:10, 13,16 21:5,12, 23 22:10, 11 24:7,9 25:1,2,6, 11,14,18, 21 26:1, 7,23 27:3 28:25 30:7,11, 14 31:3,8 32:5,9,12 33:1,9,25 34:3,25 35:6,11, 24 36:14 38:4,14 65:8 66:1,12, 15,20,23, 25 67:3, 24 68:1, 11,16,23 74:18 80:22 83:11 90:25 95:25 97:3 99:7 100:4,16 101:20 104:22 105:5,21 106:24 107:2,4, 9,11,22 108:25 111:9,22 112:6 117:15 118:22 119:10,24 122:3,12 123:2 128:24 129:4 136:16 146:18 151:17 152:21 157:9

**PVGC's**
30:6 31:16

## Q

**qualifier**
64:11

**qualifying**
42:13,25 55:23

**quality**
67:24

**quarter**
81:23 82:6

**Queen**
61:20

**Queens**
29:12,20 61:16,18, 19

**question**
6:24 11:22 18:8 21:21 24:9 25:6 30:20 32:24 33:7,12, 21 34:1, 4,22 35:18,22 36:12 39:8 49:9,14 54:19 60:12 77:23 79:17 84:1 90:16 100:12, 13,19,23 102:11 105:3,6, 19 106:9 109:25 115:5,8 118:20 125:21 135:5 156:12

**questions**
6:12,19 57:15 64:4 65:7 80:12 95:8 118:14 126:12

**quit**
31:12,20 70:2

## R

**R-A-B-I-L-A-S**
86:14

**R-E-N-O**
102:14

**R-O-M-E**
15:14

**R-O-T-O-L-O**
63:7

**R-U-P-P-E-L**
91:9

**Rabilas**
86:8

**race**
82:18

**raced**
82:19

**racing**
81:11,12, 18,19,24 82:1,3,8, 11,21

**rain**
77:17 78:7 79:18,25 140:8

**rained**
114:20

**raining**
78:12

**raised**
50:17

**ran**
65:25 100:9 109:4 156:16

**range**
124:8 142:2

**rate**
67:23

**rates**
65:20,23

**Raymond**
42:15 55:22 64:5 111:18,20

**re-frame**
114:18

**re-paint**
114:2

**Re-pull**
120:23

**re-sheetrock**
114:2

**re-submittals**
125:10

**reach**
98:18

**read**
8:12,18 9:7 37:23 72:16

**reading**
8:15

**ready**
92:3

**real**

57:4
61:7,9
141:25

**realize**
66:11
79:12
89:11

**reason**
38:7
48:11
57:3
78:21

**rebuild**
48:22
51:5
91:25
92:1
114:1,19
115:22

**recall**
9:8 11:1
12:2
26:22
27:4,7,14
48:15
126:14
139:7

**receives**
71:3,4

**recent**
56:2

**recess**
64:1
123:10
158:11

**recognize**
63:19
94:11

**recommendation**
131:14

**recommended**
65:21

**record**
6:4,8,15
13:5,11
49:14
64:21
76:19
124:20,21

**records**
139:9

**redid**
121:4

**redo**
115:24

**refer**
12:21
66:15

**reference**
35:17

**references**
58:8

**referred**
131:15

**referring**
8:22 40:7
66:3
73:23
108:18
135:11

**refers**
134:10

**refine**
125:21

**reflect**
104:5

**refresh**
35:10

**regional**
82:3,5

**registered**
47:16
48:12
54:23
55:13

**regularly**
89:18
91:6

**regulations**
143:16

**rehab**
90:24
108:22

**rehabbed**
90:8,19
117:1

**reinstall**
120:23

**relate**
16:13

**related**
9:23
19:14
25:9 48:7
49:19
58:16,20
59:13
61:4,18
62:5
123:16
132:7
135:25
157:9

**relates**
156:11

**relationship**
130:2
133:21

**relative**
10:9

**relied**
126:5

**relinquish**
71:23

**rely**
125:18,20

**remain**
32:19

**remaining**
19:25

**remediation**
144:5,9

**remember**
10:15,25
11:9,14
12:1,8,14
21:6
24:2,13
25:15,17
28:24
32:3,16
33:4
36:20
41:19
46:20
47:23
48:9,16
49:24
50:3
56:12
60:11
62:24
71:18
73:8,25
80:5,11
81:2
83:20
86:7
87:20
89:15
91:5
93:14,18,20,22
96:24
97:21,24
98:8
99:16
100:6
101:9
102:5
103:7,21,22 104:7,16,17
105:7
106:14,20
107:1
109:7,9,25 110:1,5,7
111:19
112:1,2
116:25
117:3,9
118:10,16,18,24
119:13
121:23,24
122:15,24,25
123:5,7
126:16,17,21,24
127:2
137:16,21
138:5
140:21
142:6
145:8
146:10,11,12
150:9
152:3,25
153:12
155:8
157:14

**remembered**
119:21

**remove**
115:20
119:18

**removed**

143:17,20

**renegotiate**
150:3

**reno**
102:14

**renovated**
16:17 107:9

**renovating**
64:7 117:8

**renovation**
50:9 67:10 74:18,22 90:6 91:23 100:14,16 102:15,25 105:12, 15,17,21 106:3,10, 13,25 107:5,11, 22 108:11,25 112:7 113:11 114:11 115:9,19 116:20 127:7 128:11,17 138:12 140:11

**renovations**
49:10,11 90:12,18 91:11 100:12 101:1,2 103:14 141:8

**rental**
19:3,5 20:5

**rented**
146:13,14

**repair**
50:19 51:6,8 74:24 91:14 92:8 110:21,23 127:7

**repairing**
50:24 114:21

**repairs**
51:14,16, 17 90:12, 18,23 91:10 92:10,11 128:19

**rephrase**
6:20

**replace**
74:23 92:8

**replaced**
105:5

**replacement**
75:1 102:21 151:2

**report**
40:15 143:25 146:20 157:23

**reporter**
5:3 6:7

**reports**
142:14, 16,23,25

**represent**
23:6 54:22 57:7 83:8,10 84:23 88:4 94:16

**representative**
13:7 34:3 133:22

**representing**
17:19

**Republican**
73:7 74:1 75:13,16

**request**
36:7,8 133:4

**required**
52:3

**research**
152:8 156:24

**resemble**
117:14 118:6 122:11,23

**reside**
69:9

**residence**
5:12

**residential**
116:20 119:5

**residents**
115:10 116:4,7

**resolve**
133:9

**responsibility**
124:7

**responsible**
33:14 40:25 71:25 83:23 84:1 92:14 95:2 124:5,12 139:19 155:15

**rest**
15:11

**restate**
6:20 49:13

**restaurant**
121:2,4

**restoration**
48:21 49:19 50:10,25 51:12 73:3 127:7

**restore**
50:19 74:5

**restored**
48:19 74:12 85:18 91:19

**resubmit**
125:7

**result**
109:15

**results**
143:11 144:16 147:17 148:10

**retail**
41:15 42:3

**retainage**
37:13

**rethink**
148:20 149:24

**retired**
80:24 81:1,5

**returned**
64:3

**reveal**
78:15

**review**
123:17 124:12,20 125:2,14 126:8

**reviewed**
9:13 126:19

**reviewers**
127:1

**reviewing**
123:20 125:23

**rid**
20:4

**Rides**
63:20

**rightly**

38:13

**rights**
153:3

**risk**
155:17 156:1,6, 14,16

**River**
59:4,6,10 92:18,21

**Road**
108:1 116:24 117:4

**Robert**
31:11 70:2

**role**
80:15,19 89:16 104:12 134:22

**roles**
64:10

**rolling**
57:21

**Rome**
15:7,12, 13 16:11

**roof**
86:21,23 87:1 93:3 113:24 114:1,18, 19 115:15 116:7,12 145:7,8, 10,16,18

**roofs**
87:2,4,5 113:12,23 114:17

145:11

**room**
75:23

**rooms**
74:21 87:8

**Rotolo**
63:5,7

**rotten**
92:1 147:1,5 148:17

**roughly**
40:20 46:14 141:4

**rule**
127:13,15 128:10,16

**rules**
5:25 6:3 127:9 143:15

**run**
7:12 155:17 156:1

**running**
132:4

**Ruppel**
91:9,22

**Ryan**
134:3,10 136:5 138:19 148:14 149:9,10, 24 154:17 155:22

**Ryan's**
136:2

**S**

**S-A-U-L-E-T**
62:21

**S-H-A-N-E**
42:15 110:11

**sake**
66:14

**salvageable**
113:25

**sand**
50:14

**Saulet**
62:18,19, 20 63:14

**Save**
44:8

**scale**
67:22

**schedule**
77:15 78:8 79:8 80:4 119:17

**schedules**
78:9

**school**
16:15,18 65:2,4 85:23 86:16 88:9,11 89:4 90:2,7,11 91:2,10, 17,18,21 92:4 103:6

**scope**
79:14 106:18 114:10 117:22 121:1 122:3 141:9 144:3,4 151:23 153:10 157:3

**screwy**
45:18

**seal**
116:9

**searching**
152:6

**season**
137:13,17

**secret**
76:2,4

**secretary**
45:3 57:9 65:13

**section**
83:11

**securing**
25:25 26:5

**seller**
150:3

**semester**
65:5

**send**
124:14

**senior**
70:12 80:16,21 81:6,9 85:3 112:8

117:15 135:3,4 147:7,12

**sentence**
6:6

**separate**
18:6,10 22:10 25:22 28:9,10 31:6 46:21 47:13 53:11 66:19 112:14 128:16

**September**
45:10

**sequence**
115:25 119:17 151:5,7

**sequentiall y**
143:20

**service**
76:4

**services**
38:23

**serving**
42:6

**set**
59:9 61:8 123:12

**sets**
98:13

**settled**
14:11

**settlement**
23:21,23

**seventh** 100:18
**severance** 31:13
**Shane** 42:15,16, 20,25 43:4 55:22 56:22 64:6 110:8,10, 13,20 111:20 112:12 113:16
**shape** 9:23 56:1 131:24 141:25 147:13
**share** 142:23
**sheetrock** 78:5 114:22
**ship** 97:8
**shocked** 148:16
**shop** 59:5,7 60:23 123:17,21 124:5,10 125:5,13, 23
**shopping** 48:21
**shops** 60:24
**short** 64:3 67:8 68:3 138:16
**shortly** 60:8
**shot** 141:17, 18,19
**show** 85:16 142:17
**showed** 9:18
**showing** 94:7 142:22
**shows** 44:25 87:1
**shut** 109:3
**sick** 56:10
**side** 40:10
**sides** 98:18
**sightseeing** 145:18
**sign** 135:21
**signed** 135:10
**similar** 11:11
**simultaneously** 111:12
**single** 57:13 97:1 103:16 117:12
**sir** 5:11 7:10,14, 17 8:22 9:25 11:25 14:15 28:17 30:2,8 40:7 49:1 75:17 96:4,13 101:7 102:18 106:15 148:13
**sit** 9:8 32:17 38:22 47:19 97:1
**site** 43:4 69:6 75:19 79:7,13 86:5,6,11 87:21,23 89:18,23 91:6 93:1 132:24 138:21 139:1,2,4 140:4,6, 14 143:3, 7 144:8, 13 145:22 146:6 147:21 148:3 153:11, 13,18 156:23
**sitting** 142:20
**size** 117:21
**sky** 65:20
**slab** 120:21
**slot** 120:15
**slow** 82:21
**small** 71:15 96:5
**smell** 147:19
**soil** 143:9
**sole** 60:15,16
**someplace** 116:3
**son** 10:3,9 27:18 29:1 45:6 46:8 54:12,14, 24 55:15 58:19,23 60:4,5,24 61:11,13 72:6 80:12
**sound** 37:14 40:23 46:16 50:7 65:15 83:12 85:25 88:5
**sounds** 75:24 79:1 114:10
**south** 43:10 149:18,22 153:3
**Southern** 37:8,20 38:2
**space** 87:7
**speak** 10:3 76:20
**speaking** 9:16 76:11 124:15
**specific** 9:4 11:13 32:2,21 34:21 51:3 77:11 95:9 101:2 103:25 112:2 137:7 156:12
**specifically** 11:3 16:16 30:14 35:17

47:24 126:25 133:20 148:11

**specifics** 10:2,19 118:24

**specs** 16:22

**spell** 13:21 15:9,13, 21 41:9 86:13

**spelling** 69:20 134:15

**spend** 8:15 92:13 141:16

**spending** 151:14 154:11 155:3

**split** 89:10

**spoke** 152:22 153:1

**spoken** 17:24 152:16

**sporadic** 116:7

**sports** 59:1

**spot** 124:13

**spots** 102:24

**square** 41:15 74:15

**St** 41:19 43:8 102:1,24 104:8 108:2,5, 7,8,14 109:21 110:3 118:8,13, 22 119:8, 11 121:13,18

**stabilized** 51:2

**stack** 143:5

**staff** 76:7

**stage** 128:19

**stairs** 98:9,10, 12

**stand** 5:15

**star** 108:3

**start** 101:4 151:8 154:9,11, 12,14

**started** 25:15 40:21 44:8 54:16,17 64:15

68:15 71:19,21 78:12 79:14 85:10 112:24 144:2 152:6 153:19 154:2 155:2

**starting** 68:14 85:14 124:17 154:20

**starts** 151:17

**state** 5:3 14:18 18:11 31:7 32:2 41:2 45:10 47:14,16 48:13 49:15 52:19 54:23,25 55:12,14, 19 57:9 60:5,14 61:5,13 65:5 74:9 81:23 99:17,18 102:20 105:8,9 118:8,13 121:12,19 126:4 149:16

**statement** 28:7,20 60:21

128:13

**states** 44:14 52:22 66:24 68:1 82:7 137:2

**status** 32:2

**steel** 97:14,15, 16 98:20, 25 99:6, 19,21,25 104:25

**step** 38:1

**Steve** 25:19

**STO** 129:21,24 130:9,24 152:9,12, 21

**stone** 102:20

**stop** 56:6 57:2 82:9,13

**stopped** 56:20,21 82:17,18

**stores** 42:3 44:11 49:7

**stories** 41:25 49:21 50:22,23 74:13 75:15

76:22 86:18 88:23 91:2 92:6 95:15,25 96:9 97:4,18, 19 98:21 100:5,15, 21,22 101:1 103:14,15 107:23 111:6 114:20 117:11,12 119:3,4, 11 149:7, 11

**storm** 128:18

**storms** 56:18

**story** 44:12 75:18 108:23

**strike** 12:19,20 37:5 46:22 65:1 71:9 106:23 119:24

**stripping** 114:22

**structural** 104:25

**structures** 92:2

**stucco** 89:25

**studies**
91:22

**studs**
147:1,5

**stuff**
94:3

**subcontractor**
11:3,4,6, 7 35:11, 23 36:13, 25 38:11 73:10 78:4 98:23 101:21 104:18 126:5,7

**subcontractors**
32:18 33:10 34:24 38:8 65:22 67:13 125:18 152:6

**subject**
26:2 30:15 32:19 55:3 127:5

**subjects**
123:14

**submittal**
125:5 126:8

**submittals**
126:18 127:3

**submitted**
126:11

**submitting**
123:20 125:23

**subs**
32:22 72:21 78:9 79:20,24 101:15,16 144:5 153:12, 14,18 156:23

**substance**
7:22 8:3 9:17

**substantial**
128:16

**substantively**
10:4

**successful**
67:16

**sue**
22:24 23:1

**sued**
12:17 14:4,5 15:6 22:4,5 25:2,7 31:12

**Sugar**
107:17,25 109:12 110:3 111:2,9

**suggestion**
143:6

**suing**
16:8,12 19:15,22 20:9,13 25:2,6 30:11,14, 21 31:2, 14

**suit**
15:3

**suits**
35:13

**summary**
67:8

**Sun**
39:10

**super**
89:14

**Superdome**
75:21

**superintendent**
8:5 70:7, 12,19 86:7

**superintendents**
93:5

**supers**
89:20 91:4 104:15 111:16

**supervise**
43:8 94:24

**supervised**
93:19

**supervising**
86:3 92:14 93:6 144:8

**supervision**
42:10

**supplied**
99:19 104:24 105:6

**supplier**
18:22 35:23 36:25 38:11 105:8

**suppliers**
32:18,22 33:11 36:13

**supplies**
34:24

**supportive**
133:5

**supposed**
112:20

**Supreme**
74:25 75:7 101:8 102:20,21 103:23 104:10,19 105:4 118:8,13 121:12,20 126:4

**suspect**
127:6

**sustained**
128:10

**sustains**
127:16

**sworn**
5:7

**symbol**
76:2

**system**
122:7

**systems**
37:8,20 38:2 143:4 152:10,11

**T**

**T-R-I-P-P**
86:10

**table**
8:19

**tabs**
116:9

**take-off**
157:23

**takes**
74:16

**taking**
35:13

**talk**
5:25 9:17 10:2 21:15 22:9,12 27:24 67:7 68:22 107:4 108:4 123:17 129:20,22 131:20 132:13 133:21 138:3

146:23 147:16 153:5

**talked** 9:21 21:14 24:7 26:8 27:10 41:5 47:3 56:7 64:5 77:14 80:2 103:10,15 107:2 110:13 111:14 121:12 131:15,22 132:3 136:19 148:1 149:2 151:8 152:18

**talking** 10:23 22:11 35:19 42:5 51:13 55:5 59:23 63:8 65:16 66:7,25 68:7 69:8 100:1 102:22 103:13 105:1,4 108:12 113:16 115:7 123:24 130:24 139:5 144:14 148:22,24 150:25 153:18 154:12 156:23 157:25

**tall** 50:20 76:12 93:2 120:6 122:16

**taller** 49:20 97:4 105:16

**tallest** 105:10, 14,19 106:23

**Tammany** 102:1,25 104:8 118:9,13, 23 119:8, 12 121:13,18

**Tampa** 53:23

**tape** 77:25 78:4,5,13 79:10

**taught** 80:25

**team** 154:13

**Ted** 69:12,17, 18 70:12

**Ted's** 70:14

**telling** 9:25 107:20 121:20 149:7

**tells** 149:24 154:17

**temporarily** 116:16

**ten** 24:16 67:25 68:17 123:24

**term** 88:20

**terms** 13:7 112:5 114:9 143:12

**territorial** 153:3

**Terrytown** 85:22 88:2 89:6

**testified** 5:8 11:23 12:4 20:15,25 66:11 121:17,19

**testify** 7:2,8 11:10,16

**testimony** 7:3 8:9 9:5,14, 18,24 10:5,10 11:19 14:22 15:25 18:12,14 19:24 20:8,17, 19 27:4,8 31:1 37:19,25 38:1 46:10 103:22 104:2,3 106:18 119:10 128:22 129:12

**testing** 143:9 145:25 147:10

**Texas** 53:19 82:5

**texting** 158:8

**thing** 115:22 123:16 140:11

**things** 123:15 125:7 131:21 150:14 151:6,7

**thinking** 118:1 142:5

**thinks** 36:24

**Thomas** 91:10,19, 21 108:2, 5,7,8,14 109:21 110:3

**thought** 19:18 35:13 65:11 114:15 121:19 130:24 142:3

**thousands** 99:11

**threats** 7:12

**threshold** 124:22

**thresholds** 124:23

**ticket** 139:11 140:3

**til** 133:7

**time** 6:8,18 8:15 10:18 19:10 27:3 39:23 40:4,5,6 43:1 46:8,13 47:11 56:5,8 62:16 64:10 66:12 67:6 68:3,13, 16 70:5

76:20 77:19 78:10 79:13,18, 22 81:1 82:14 84:16 90:14,19, 20 92:13 94:21 104:2 107:6,9, 12 111:10,22 115:2,10, 13 116:6, 11 120:16 125:6 130:25 131:22 137:8 138:13, 22,23 142:4,5 145:14 148:21,24 149:1 150:7 151:14 153:16 155:3,19 157:2,10, 12

**timely**
126:23

**times**
10:14 22:4,17 138:24 141:4

**timing**
143:19

**title**
34:8,10, 19 44:25 70:6,10, 18 80:19 130:8 134:24

**today**
7:20,24 8:9 9:6, 8,14,18, 24 10:2, 3,10 13:6 32:17 35:25 38:22 47:19 67:6 68:23 80:16 82:11 97:1

**told**
10:1 20:3 51:13 116:19 138:11 141:13 142:1,10, 24 143:13 147:17 148:16 149:5,9 150:2 151:13 152:9,15 153:2

**Tommy**
84:8 95:3,4

**tonight**
158:7

**top**
39:17 88:25 92:22 93:1,3 94:18 106:2 108:10 114:21 120:5

**torrential**
77:17

**total**
91:25 99:7 103:8 113:7 122:6 151:23 157:15

**totally**
83:19 121:4 147:1,5

**touch**
29:23

**touched**
118:12

**tower**
92:12,15, 19,25 93:2 122:12 157:16

**towers**
69:7 85:3,15 117:14 122:11 135:1,2,3 151:24

**town**
12:17 13:19,21 14:8 16:5 42:22

**trade**
35:23 36:13,25 38:12 126:10

**trades**
32:18 34:25

**traffic**
92:20

**trailer**
68:8

**travel**
139:17

**traveled**
43:7

**treat**
18:4,11

**trial**
27:11 32:1

**trip**
29:19,20 86:10

**Tripp**
86:8,9,10 89:20,22 98:4 111:18

**Tripp's**
86:13

**trucked**
93:1

**trust**
68:21 137:25 149:6

**truthful**
7:3

**truthfully**
7:2,8

**turn**
44:16 51:19

**turned**
124:7 133:7

**twofold**
20:7

**type**
6:7 48:20 52:3 60:20 92:23 117:17 118:25

**Typed**
72:14

**types**
48:23 51:16 67:9

**typically**
125:1 135:13

**U**

**U.S.**
74:7,11, 19 75:11

**uh-huh**
6:13 18:18 63:12 75:4 99:22 134:17

**ultimately**
124:12 144:1,4 154:3

**underneath**
50:16

**understand** 6:18 7:1, 6,7,19,23 15:15 18:6,10 20:17 21:18 22:10 30:19 31:1 36:4 37:25 39:16 45:5,15, 19 46:10 47:15 49:9 52:23 70:24 71:3 78:6 79:15 81:11,14 87:15 100:19,23 115:4,6 120:18 128:13 129:13 134:6 135:1,8 146:1

**understandi ng** 36:9 41:11 53:9 66:17,22 72:23 78:11 105:13 112:19 114:13 127:9,15 128:9 156:9

**understood** 6:24

**unit** 115:11 116:15

**Unites** 82:6

**units** 51:7,9 116:25 117:1 141:4 144:23

**University** 65:6 80:25

**unpaid** 30:15,21 32:19 35:1

**update** 95:4

**updated** 84:16 94:22 109:18

**updates** 84:20

**upset** 142:12

**V**

**V-E-R-G-A-S** 15:10

**valuations** 127:22

**vanilla** 120:7

**venture** 132:3 136:5

**ventures** 61:4,12

**verbal** 6:11

**verdict** 27:12

**Vergas** 15:7,9,12 16:11,13

**versus** 127:17

**vertical** 86:16 143:5

**Vicari** 5:6,13,23 12:11,22 17:5 39:1,19 42:6 44:18 46:7 47:3 48:2,7,11 51:21 52:24 53:8,22 54:2,8,15 57:6,11 58:1,2,8 59:20,22, 23 60:1, 10,17 63:1 64:3 94:7 95:23 101:14 123:12

**Vicaris** 58:15,18, 20 59:11 62:4,10 63:16

**vice** 45:6 46:7

**Victories** 27:16

**view** 145:15

**visit** 140:14 144:13 145:21,22 146:6 147:21 148:3 153:18 156:22

**visited** 140:4

**visits** 153:11,13

**visual** 141:21

**Vito** 152:16

**Volume** 158:12

**voted** 73:12,17

**W**

**W-2** 71:4

**wait** 6:5

**walk** 39:15 76:16 145:5,7 154:1

**walked** 131:9 140:7

**walking** 148:5 153:11

**wall** 37:8,20 38:2 147:18 151:2

**walls** 122:7 147:20 148:17 151:12

**wanted** 13:4 19:16,18 51:4 78:1 120:8 140:8 145:15,24 149:5 150:8

**wanting** 51:4

**warehouse** 98:16 108:11

**Warren** 17:15 62:2

**washed** 50:14,17

**watch** 76:10

**water** 115:16 122:6

**website** 83:11,16, 23 84:2, 25 88:4

94:5,18, 19,25

**websites**
84:14

**week**
8:14 17:16 38:19 124:18,19 125:3 139:5,6 144:18 146:8

**weekend**
120:13

**weeks**
9:12 10:22 137:6 152:3 156:21

**West**
92:4 122:14

**wet**
116:10

**White**
91:8,22 93:20

**wife**
26:13 34:5,6,20 41:3 43:13,16 45:2 47:18 48:14 54:8 72:6 82:10 139:15

**wife's**
26:14

**window**
22:24 23:2,19, 20 51:17 94:17

**windows**
22:22 51:17 89:1

**witnesses**
9:21

**won**
72:25 74:8 80:2

**word**
100:10 141:18

**words**
132:16

**work**
20:24 38:23 43:19,23, 25 47:24 48:4,6,7, 15,20,24 49:18,19 50:10,12, 25 51:11 52:4 55:18,23 56:6,24 65:18 66:19,23 67:9,14, 24 68:18 79:14,21 81:8,16 91:14 100:16,17 102:6 110:21,23 113:11 114:10,11 115:1,9 116:10, 14,16,22 117:17, 21,22 118:22 119:19,24 120:19 121:1 122:3,14 127:7 128:4,11 129:1 130:20 136:13, 15,16,20 137:1 141:10 144:3 151:24 153:10,25 156:7,13 157:3,9 158:5

**worked**
48:2 49:20 56:23 60:7 80:24 105:14 117:15 119:10 136:24 150:13, 15,18

**working**
8:4 19:11 34:13 44:8 55:4 57:2 64:15 111:9,10, 22 116:3 130:2,12 154:13

**workload**
124:24

**Workman**
65:21

**works**
34:12 129:7 136:4

**world**
23:2,19, 20 32:15 56:18

**worst**
67:23

**worth**
36:23,24 67:14

**write**
100:10 102:12

**writing**
72:14

**written**
112:17 146:20 157:8

**wrong**
76:8,9

**wrongly**
38:13

**wrote**
131:13

**Y**

**year**
15:1 40:20 41:4 47:22 82:10,16, 19,22 137:9

**years**
7:5 10:19,23 11:15,24 14:1 15:24 22:20 23:11,12 25:16 46:14 47:17 48:13 61:21 62:3 71:22,24 80:23 81:25 82:15 102:4 112:3 123:22,23 124:6 125:25 126:1 147:20

**younger**
91:22

**Z**

**Zinsel**
17:16,19 35:5,8 36:3,4, 10,17,19, 21 37:3