**In the Matter Of:**

PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.

1:17-CV-23733 CMA

---

**PETER J. VICARI**

*October 16, 2018*

---



800.211.DEPO (3376)
*EsquireSolutions.com*

```
 1                 UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
 2                        MIAMI DIVISION

 3             CASE NO:  1:17-CV-23733 CMA

 4   PETE VICARI GENERAL CONTRACTOR, LLC,
     A foreign limited liability company,
 5
             Plaintiff,
 6   vs.

 7   THE OHIO CASUALTY INSURANCE
     COMPANY, d/b/a OHIO CASUALTY, a
 8   Foreign insurance company; COASTAL
     MAINTENANCE & RESTORATION,
 9   INC., a Florida corporation; COASTAL
     PREFAB, INC., a Florida corporation; and
10   CRONIN ENGINEERING, INC., a Florida
     Corporation,et al,
11
             Defendants.
12   _____/

13

14                      Esquire Deposition Solutions
                        44 West Flagler Street
15                      Suite 1400
                        Miami, Florida 33130
16                      Tuesday, 10:02  a.m.
                        October 16, 2018
17

18

19          VIDEOTAPED DEPOSITION OF PETER VICARI

20

21        Taken before Marvalencia Miller, Florida

22   Professional Reporter, Notary Public in and for the

23   State of Florida at Large, pursuant to Notice of

24   Taking Deposition filed in the above case.

25
```



PETER J. VICARI                                                  October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.                          2

```
 1   APPEARANCES:

 2

 3   ON BEHALF OF THE PLAINTIFF:
     CLARK PARTINGTON
 4   106 E College Ave
     Suite 600
 5   Tallahassee, FL 32301-7721
     BY:  Bruce Partington, Esquire
 6   BY: Telephonic Keith Bell, Esquire

 7   ON BEHALF OF THE DEFENDANT:
     ANTHONY M. LAWHON, PA
 8   3003 Tamiami Trl N
     Suite 200
 9   Naples, FL 34103-2768
     BY:  Anthony Lawhon, Esquire
10
     JONATHAN P. COHEN, P.A.
11   500 E Broward Blvd
     Suite 1710
12   Fort Lauderdale, FL 33394-3012
     BY: Jonathan Cohen, Esquire
13

14   ETCHEVERRY & HARRISON, LLP
     150 S Pine Island Rd
15   Suite 105
     Fort Lauderdale, FL 33324-2605
16   BY: Guy Harrison, Esquire

17   BANKER LOPEZ GASSLER, P.A.
     1200 S Pine Island Rd
18   Suite 170
     Plantation, FL 33324-4469
19   BY: Douglas Melamed, Esquire

20

21

22

23

24

25
```



```
 1                         - - - - - -

 2                       I N D E X

 3                         - - - - - -

 4
      PETER VICARI                           PAGE
 5       By Mr. Anthony Lawhon                 6

 6

 7
                  EXHIBITS FOR IDENTIFICATION
 8

 9    DEFENDANT'S                          PAGE
      No. 300   Test Score                   67
10    No. 301   Grade Report                 73
      No. 302   DBPR CILB6-A                 74
11    No. 303   E-mail 8/24/16               89
      No. 304   E-mail 8/24/16               93
12    No. 305   E-mail 8/30/16               95
      No. 306   6th Edition 2017            108
13    No. 307   DBPR CILB6-A 9/8/16         111
      No. 308   FEMA                        111
14    No. 309   Four Photos                 133
      No. 310   Two Photos                  152
15    No. 311   3/27/09 docs                168
      No. 312   DBPR App                    171
16    No. 313   Seven Photos                178

17

18

19

20

21

22

23

24

25
```



PETER J. VICARI                                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.                            4

```
 1    (Thereupon, the following proceedings were had)
 2            THE VIDEOGRAPHER:  This is Tape No. 1
 3         to the videotaped deposition of Peter J.
 4         Vicari, taken in the matter of Pete, Peter
 5         Vicari General Contractor, LLC, a foreign
 6         limited liability company, plaintiff,
 7         versus the Ohio Casualty Insurance Company,
 8         DBA; Ohio Casualty, a foreign insurance
 9         company; Coastal Maintenance & Restoration
10         Inc, a Florida corporation; Coastal Prefab,
11         Inc, a Florida corporation; and Cronin
12         Engineering, Inc, a Florida corporation,
13         defendant's.
14            Also, Coastal Maintenance and
15         Restoration, Inc., a Florida corporation,
16         and Coastal Prefab, Inc., a Florida
17         corporation, counter/cross-third party,
18         plaintiffs, versus Pete Vicari, General
19         Contractor, LLC, a foreign limited
20         liability company; Civic Towers, LLP, a
21         Florida limited liability partnership; and
22         Allied World Insurance Company foreign
23         insurance company.
24            This case is heard in the United
25         States District Court in the Southern
```



1    District of Florida, case number

2    1:17-CV-23733 CMA.  This deposition is

3    taking place at Esquire Deposition

4    Solutions, 44 West Flagler Street, Miami,

5    Florida.

6         Today's date is October 16, 2018, the

7    time on the record is 10:03 a.m.  My name

8    is Justin Routt, I'm the videographer.  The

9    court reporter is Marva Miller.

10        Will all attorneys please identify

11   themselves for the record.

12        MR. PARTINGTON:  Bruce Partington for

13   Pete Vicari, General Contractor.

14        MR. COHEN:  Jonathan Cohen on behalf

15   of Allied World Insurance Company.

16        MR. LAWHON: Do you want Keith?

17        (Brief discussion on phone connection)

18        MR. PARTINGTON:  There you go. Keith,

19   can you hear?

20        MR. BELL:  I can.  Thanks.

21        MR. PARTINGTON:  Okay.  Will you

22   identify yourself for the record.  He just

23   came on.

24        MR. BELL:  Yes.  Keith Bell for Pete

25   Vicari, General Contractor.



```
 1              (Brief discussion on phone connection)
 2              MR. LAWHON:  Tony Lawhon, I represent,
 3         Coastal Maintenance and Coastal Prefab.
 4              MR. HARRISON:  Guy Harrison on behalf
 5         of Ohio Casualty.
 6              MR. MELAMED:  Douglas Melamed on
 7         behalf of Cronin Engineering.
 8    Thereupon,
 9                   PETER VICARI,
10    was called as a witness and, having been first duly
11    sworn, was examined and testified as follows:
12              THE WITNESS:  Yes.
13              DIRECT EXAMINATION
14    BY MR. LAWHON:
15         Q.   Tell us your full name and your
16    current residence address, please.
17         A.   Peter John Vicari, 7338 Barataria
18    Boulevard, Marrero, Louisiana, 70072.
19         Q.   Can you spell Barataria, please.
20         A.   B-A-R-A-T-A-R-I-A Boulevard.
21         Q.   You understand that you just took an
22    oath to tell the truth.  Have you taken an oath
23    like that before in any other proceeding,
24    deposition or --
25         A.   Yes.
```



1        Q.    -- or testified before?

2        A.    Yes.

3        Q.    Do you understand what perjury is?

4        A.    Yes.

5        Q.    Okay.  You understand that's a crime?

6        A.    Yes.

7        Q.    Okay.  Do you intend to tell truth

8    throughout your testimony today?

9        A.    Yes.

10       Q.    When is the last time that you've

11   testified in a deposition or court proceeding?

12       A.    Uh, it's been two months ago.

13       Q.    Just to make sure we are on the same

14   page, other lawyers may have given you different

15   rules.  I'm going to make sure I lay a couple of

16   the ground rules down for you and I for our

17   deposition today.  As you see, we have a court

18   reporter here.  Her job is to type up everything

19   that is said or done in this room today, so I'm

20   going to ask you to extend me the courtesy of

21   letting me finish my question before you give me an

22   answer, and I'll extend you the same courtesy as

23   well, okay?

24       A.    Okay.

25       Q.    If at any time you don't understand



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.           8

```
 1   one of my questions, please let me know and I'll be

 2   happy to clarify or restate it for you, okay?

 3          A.   Okay.

 4          Q.   If you don't do that, I will assume

 5   you understood my question and your answer is

 6   responsive to it, okay?

 7          A.   All right.

 8          Q.   If you give me a nod of the head or if

 9   you say something like uh-huh, and I may ask you to

10   clarify if that's a yes or no so we have a clear

11   record, okay?

12          A.   Got it.

13          Q.   You testified two months ago.  Tell me

14   what that testimony was about, what case and where

15   it was.

16          A.   It was ATO Golden Construction case.

17          Q.   Was that a deposition?

18          A.   Yeah.

19          Q.   How many other times have you

20   testified, whether in a deposition, in a courtroom,

21   an arbitration or any other type of proceeding?

22          A.   None.

23          Q.   Are you currently on any medications

24   that would affect your ability to understand what

25   we are doing today?
```



PETER J. VICARI                                          October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          9

1          A.    No.

2          Q.    You been convicted of any crimes?

3          A.    No.

4          Q.    What, if anything, did you do to

5     prepare for your testimony today?

6          A.    Review e-mails, review files that were

7     saved to my computer, and the whole project.

8          Q.    How much time did you spend doing

9     that?

10         A.    Just yesterday, refreshing my memory.

11         Q.    While you were doing it yesterday,

12    give me an estimate of how much time you spent

13    doing that.

14         A.    Two hours.

15         Q.    What e-mails did you look at?

16         A.    The one between myself and Coastal.

17         Q.    Any particular e-mails come to mind

18    that you reviewed yesterday?

19         A.    No.  So many of them.

20         Q.    You said you also reviewed your files

21    on your computer.  Can you be more specific?

22         A.    Just any files that were produced.  I

23    mean, nothing in particular.  It was just

24    correspondence, RFI's, just everything.  I mean,

25    there is nothing in particular, it was just



PETER J. VICARI                                        October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          10

 1    refresher.

 2            Q.    Did you review any of the contracts

 3    between PVG--

 4            A.    No.  No.

 5            Q.    Let me finish my question.

 6            Did you review any of the contracts

 7    between PVGC and any of the Coastal companies?

 8            A.    No.

 9            Q.    Did you review any of the

10    architectural plans prepared by Perez and Perez?

11            A.    No.

12            Q.    Did you review any of the shop

13    drawings prepared by Cronin Engineering?

14            A.    Not yesterday, no.

15            Q.    Did you review any photographs or

16    videos?

17            A.    No.

18            Q.    Is yesterday the only time that you

19    did anything to prepare for your deposition

20    testimony?  Or did you do something before that?

21            A.    Just yesterday. Just yesterday.

22            Q.    If you would, I noticed that you speak

23    a little quietly.  I know the court reporter is

24    here, we got a videographer, too, so if you could

25    just speak up a little bit for us.



PETER J. VICARI                                          October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          11

```
 1              A.    Okay.
 2              Q.    I'm old, so sometimes I don't hear
 3     that well.
 4                    Did you talk to anybody in preparation
 5     for your testimony today, including talking to any
 6     lawyers?  Don't tell me the substance of what you
 7     talked.  But who, if anybody, did you talk to about
 8     preparing for your testimony?
 9              A.    Just Bruce.
10              Q.    Not Keith or anybody else at their
11     office?
12              A.    No.  Yesterday was just with Bruce.
13              Q.    Have you talked to your father at all
14     about your deposition or anticipated questions?
15              A.    Not really.
16              Q.    "Not really," meaning maybe a little
17     bit?
18              A.    Briefly discussed the project to
19     refresh our memories.  That's about it.  But it
20     wasn't nothing in particular.
21              Q.    What do you recall about talking to
22     your dad that refreshed your memory about the
23     project?
24              A.    Just when we started, just certain --
25     I don't know.  Just certain deals of the project
```



```
 1   when we started.  When we started it, when we --
 2   when shop drawings were submitted, just kind of
 3   refresh when things were done.  Nothing in
 4   particular that was answering questions or any type
 5   of sort.
 6        Q.   Did you go over a timeline that you
 7   had maybe in writing or anything like that?
 8        A.   No.
 9        Q.   What about your mom, did you talk to
10   her about your deposition testimony?
11        A.   No.
12        Q.   Anybody else you can think of you
13   talked about your depo?
14        A.   No.
15        Q.   When I was taking your father's
16   deposition, I asked him about some lawsuits that he
17   had been a party to, including PVGC.  I'm not going
18   to ask you about PVGC, but I would like to know if
19   you personally had been a party to any lawsuits or
20   any arbitration or other type of proceedings?
21        A.   Not that I recall.
22        Q.   Any companies that you've owned or
23   been a part of, other than PVGC, that have been
24   involved in a lawsuit and arbitration or other
25   proceeding?
```



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.        13

```
 1            A.   I don't think so.
 2            Q.   As you sit here today, how many
 3   different companies do you own an interest in?
 4            A.   I don't have any ownership in anything
 5   that's construction-wise.  The only thing that I
 6   own is the Vicari Enterprise, which is the Dairy
 7   Queens, and M&P Holdings, which is the real estate
 8   company.
 9            MADAME COURT REPORTER:  EMP Holdings?
10            THE WITNESS:  M & P.
11   BY MR. LAWHON:
12            Q.   In the last five years, have you owned
13   an interest in any companies besides the two that
14   you just identified?
15            A.   I'm members of the companies, but I
16   don't think I have any ownership of them.
17            Q.   What do you consider to be a member of
18   them?
19            A.   Just part of the LLC.  I'm just a
20   managing member, but I don't control any stocks or
21   own any percentage of any of it.
22            Q.   What companies are you a member of?
23            A.   Pete Vicari General Contractors.  And
24   I'm not sure if I'm on the other ones, Vicari
25   Auction or Vicari Motor Sports.  I'm not sure.
```



PETER J. VICARI                                        October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          14

```
 1                MADAME COURT REPORTER:  Please keep
 2      your voice up, you are talking low.
 3                THE WITNESS:  Okay.
 4      BY MR. LAWHON:
 5           Q.   When you said, Pete Vicari General
 6      Contractors, you mean the Florida company?
 7           A.   It's one company, as far as I know.  I
 8      mean, there's not -- only have one company.
 9           Q.   Your understanding there is one
10      company that is in charge of the Civic Towers
11      project, and also, the same company runs all the
12      Louisiana projects?
13           A.   Correct.
14           Q.   You mentioned the Vicari Enterprise
15      company has Dairy Queen.  Did you -- did I
16      understand that correctly?
17           A.   Yes.
18           Q.   Okay.  How many?
19           A.   Currently seven operational, and an
20      eighth one under construction.
21           Q.   Who builds those?
22           A.   Pete Vicari General Contractor.
23           Q.   Who supervises the construction?
24           A.   I have a guy that stays there for me,
25      watches it for me, and I do it over the phone or
```



1   through e-mails.  I've built enough of them where I

2   don't need to be staying there, watching them.  I

3   use the same subs for them, so they don't need a

4   babysitter.

5          Q.   So the Dairy Queen that is currently

6   under construction, for example, have you even been

7   to the site during construction?

8          A.   Yes.

9          Q.   How frequently do you go?

10          A.   Once a week.  Once every other week.

11   I mean, we only started it 30 days; it only takes

12   90 days to build.

13          Q.   Has Pete Vicari General Contractors

14   built all seven of the Dairy Queens?

15          A.   Yes.

16          Q.   Is your role typically the same

17   relative to the construction of those Dairy Queens?

18          A.   Yes.

19          Q.   Can you describe what you would

20   consider to be your role for those Dairy Queens?

21          A.   Uh,oversee the whole process from

22   start to finish.

23          Q.   Does your father have any role in

24   those Dairy Queens?

25          A.   No.



1          Q.    Is he involved in the construction at

2    all?

3          A.    No.

4          Q.    How about your mother?

5          A.    No.

6          Q.    Do either of your parents have any

7    aspect or any role at all with the construction of

8    those Dairy Queens, the business aspect, the

9    financial aspect, any part of it?

10         A.    They -- no.

11         Q.    The M&P Company, what does that do?

12         A.    That's the real estate company that

13   owns all the real estate and building for all the

14   Dairy Queens.

15         Q.    So for each of the seven existing

16   Dairy Queens you mentioned, M&P owns the real

17   estate and the DQs lease it back?

18         A.    Correct.

19         Q.    Who are the other owners or members of

20   the M&P company besides yourself?

21         A.    My brother.

22         Q.    What's his name?

23         A.    Michael.

24         Q.    What is his role?

25         A.    He is an operations.  He oversees



```
 1   daily operations of the restaurants.
 2        Q.   Daily operations, meaning he is the
 3   general manager of the restaurants?
 4        A.   He is the head of all operations.  He
 5   oversees the district managers and the general
 6   managers of the stores.
 7        Q.   Anybody else a member or own an
 8   interest in M&P?
 9        A.   No.
10        Q.   How about the Vicari Enterprise
11   entity, who are the other members or owners, if
12   any, besides yourself?
13        A.   Just my brother, Michael.
14        Q.   What is his role relative to the
15   Vicari Enterprise?
16        A.   Same thing.  We treat both companies
17   as one.
18        Q.   So he does daily operations for Vicari
19   Enterprise?
20        A.   Yes.
21        Q.   So, generally speaking, it sounds like
22   you are in charge of construction and your brother
23   is in charge of the operation of the restaurants?
24        A.   Correct.
25        Q.   Does that mean you are in charge of
```



```
1    all phases of construction; the actual

2    construction, vertical construction, financial,

3    anything to do with the construction?

4          A.   Correct.

5          Q.   Are you involved, or have you been

6    involved in the last five years, in any other

7    companies that are involved in construction?

8          A.   I don't think so.  Not that I

9    remember.

10         Q.   Have you started up a new construction

11   company in Louisiana in the last year or two?

12         A.   No,the Peter J. Vicari Construction

13   that we don't use.

14         Q.   When did you start that?

15         A.   That was 20 -- 2016 is when we -- I

16   think when we did it.

17         Q.   Is there a qualifying agent or a

18   license holder for that company?

19         A.   That's my company, yes.  That's my

20   general contractor's license under that company.

21         Q.   What was the purpose of starting that

22   company?

23         A.   To have my own company.

24         Q.   To do what?

25         A.   My own construction projects, when I
```



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          19

 1  get to it.  Just right now, it's inactive or we
 2  not using it because I'm doing everything with my
 3  dad.
 4          Q.   Since the company PJ Vicari
 5  Construction, since it was started, has it had any
 6  construction projects under contract?
 7          A.   No.
 8          Q.   Any other companies that you're a
 9  member of or involved in that are related to
10  construction?
11          A.   I don't think so.  Nothing comes to
12  mind.
13          Q.   Any other -- well, strike that.
14               Identify all the companies, no matter
15  what state they are in, that you qualify as the
16  license holder for.
17          A.   Pete Vicari General Contractors of
18  Florida.
19          Q.   Anything else?
20          A.   I'm not sure.  My mom handles all the
21  paperworks and licenses and qualifying.  I mean, I
22  don't -- I don't remember.  I know I qualify for
23  the Florida company.
24          Q.   In one you just identified?
25          A.   The one I just identified, which is my



 1   construction company, yes.

 2          Q.    Are there any other companies you can

 3   think of that you may not own an interest in, but

 4   you qualify the construction for and so you oversee

 5   the construction in some way?

 6          A.    I mean, you've had all the companies

 7   that I was on at one time.  A long time ago with PM

 8   Contractors.  I mean, I don't remember all of them

 9   that I qualify for.

10          Q.    How long ago was PM Contractors?

11          A.    Oh, goodness.  I have no idea.

12          Q.    More than ten years ago?

13          A.    No.  I got my license in '06 in

14   Louisiana.  And that was under one of them, PM, or

15   Pete Vicari, I don't remember.

16          Q.    The Pete Vicari -- Pete Vicari General

17   Contractor Florida Company is the Civic Towers

18   project the only one that it's ever had or that

19   currently it is working on?

20          A.    We did a Dairy Queen for another

21   franchisee in Pensacola last year.  It's been a

22   year since I finished it.

23          Q.    Who was the owner of the Pensacola DQ?

24          A.    Frauenshuh Hospitality Group.  I

25   couldn't tell you how to spell it, but it's --



1   Frauenshuh is how they say it, Hospitality Group,

2   out of Minneapolis.

3       Q.   During what time period was that DQ

4   under construction?

5       A.   They -- just so happened, they just

6   called me a week or two ago about the one-year

7   warranty period about to expire, just go fix one

8   light.  So it was a year ago November, I think I

9   finished it.  And it took 90 days to complete that.

10      Q.   Is it 90 days from the application for

11  building permit to CO or is it 90 days from

12  sticking a shovel in the ground to CO?

13      A.   From notice to proceed to notice to

14  completion of 90 days.

15      Q.   When you say notice to proceed, I

16  think in Florida we call them notices of

17  commencement.  Does that sound right?

18      A.   Yeahh.

19      Q.   Okay.

20      A.   The day you stick a shovel in the

21  ground when the start -- the date the clock starts.

22      Q.   Who from PVGC worked on that project?

23      A.   I had my uncle who oversees while I'm

24  not there.  And I checked in once a week with that

25  one.  That one was a little easier.  It was a



1    renovation so it didn't require -- it was just --

2    the square building was there, it was just gut the

3    inside, and build it out.  So it wasn't -- you

4    weren't coming out of the ground with the fresh

5    layouts so it was pretty simply.

6            Q.   No vertical structure, just tenant

7    improvements?

8            A.   Yeah.  Because they already had the

9    block walls; we built inside of it.

10           Q.   What's your uncle name?

11           A.   Nicky.

12           Q.   What's his last name?

13           A.   Thibodeaux.

14           Q.   Can you spell that?

15           A.   T-H-I-B-O-D-E-O-U-X [sic].

16           Q.   Any other employees from PVGC working

17   on that project?

18           A.   No.

19           Q.   What's your educational background

20   after high school, if any?

21           A.   I went to University of Holy Cross in

22   Algeris, Louisiana for maybe a year, and then

23   transferred to Pensacola -- forgot what it's

24   called.  Pensacola College, whatever it was down

25   there, in downtown.  Because we worked in Pensacola



 1  for Hurricane Ivan, so I went to school there for
 2  maybe a year.  And then Hurricane Katrina hit, had
 3  go back to New Orleans and I couldn't go back to
 4  school.  And I just learned everything in the
 5  field.
 6          Q.    Remind me what year was Katrina.  Was
 7  that '09?
 8          A.    '05.
 9          Q.    '05?
10          A.    Yeah.  Graduated in '03, '04 was Ivan,
11  and '05 was Katrina.
12          Q.    Any other technical school, trade
13  school, certificates of trades, anything like that?
14          A.    I been to Construction Estimating
15  Institute in Sarasota for their estimating program.
16  Wal-Mart School they call it for the Swift program
17  to get certified to work for Wal-Mart.  A lot of
18  seminars that do in New Orleans for project
19  management and estimating and things, Lorman --
20  Lorman education, something.  A few of those.
21  That's all I remember offhand.
22          Q.    The Construction Estimating Institute,
23  when was that?
24          A.    I don't remember of the date.  Had to
25  have been -- it was after Katrina.  I don't



PETER J. VICARI                                          October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.           24

```
 1   remember offhand.  I know I got a certificate in my
 2   office had a date on it.
 3           Q.    Somewhere between '05 and 2010?
 4           A.    Probably.
 5           Q.    And the Wal-Mart school, when did you
 6   go to that?
 7           A.    Probably same time frame.
 8           Q.    You ever done any work for Wal-Mart?
 9           A.    I haven't.  My dad has.  We were going
10   to get back in doing it and then we got busy with
11   hurricane work and we never had to go chasing it.
12           Q.    You mentioned some courses or seminars
13   and project management and whatnot.  When's the
14   last one you would have taken?
15           A.    It's been a few years since I been to
16   one.  That was in New Orleans.  It's probably been
17   easy five -- no, probably six years since I've been
18   to one.
19           Q.    Other than the general contractors --
20   strike that.
21               Other than the license you have in
22   Louisiana and the license you currently hold in
23   Florida, do you have any other professional
24   licenses?
25           A.    I don't think so.  Construction.  I
```



PETER J. VICARI                                          October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          25

```
 1    don't think.  Not that offhand.
 2            Q.    What is the correct name of the
 3    license that you have in Louisiana?
 4            A.    What you mean?
 5            Q.    What's it called?  Is it a general
 6    contractor's license?
 7            A.    Yes.  Louisiana has a -- has two --
 8    has designations; commercial -- commercial general
 9    contractor's license or residential contractor's
10    license.  And I have a commercial, that's the only
11    two they offer.
12            Q.    We have certified and registered, we
13    have general contractors, we have building
14    contractors.  Are you familiar with those?
15            A.    Right.
16            Q.    So all you have in Louisiana are
17    commercial general contractor and residential; two
18    categories?
19            A.    Correct.  And then the subcontractor
20    classifications.
21            Q.    I understand.  Specialties?
22            A.    Right.  Right.
23            Q.    I'm just talking about either a
24    general contractor or building contractor.
25            A.    I can build anything in Louisiana.
```



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          26

```
 1            Q.    When did you get that?
 2            A.    '06.
 3            Q.    What was required in order to receive
 4   that license?
 5            A.    Testing examination.  Same scenario I
 6   guess as Florida with the testing.
 7            Q.    An application process as well?
 8            A.    Correct.
 9            Q.    Did you pass the first time you
10   tested?
11            A.    Yes.
12            Q.    Do you have continuing education
13   requirements to maintain that license?
14            A.    Yes.
15            Q.    How many per year or per cycle?
16            A.    I don't remember offhand in Louisiana.
17   Those -- I just did it in Florida in August.  Here
18   it's once a year.
19            Q.    Has your Louisiana license remained
20   active continuously since you received it in '06?
21            A.    Yes.
22            Q.    Okay.  Ever been any complaints
23   against it?
24            A.    No.
25            Q.    So I'm assuming that if it's been
```



PETER J. VICARI                                        October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.              27

```
 1   continuously active in Louisiana, then you kept up
 2   your continuing education requirements every cycle?
 3          A.   Correct.
 4          Q.   Your Florida license, you said that
 5   you just finished doing your CE?
 6          A.   Correct.
 7          Q.   Has it been active continuously since
 8   you received it in 2016?
 9          A.   Yes.
10          Q.   So you've had to do continuing
11   education annually for that license?
12          A.   This was the first time that it
13   came -- came due.
14          Q.   Any other licenses you can think of we
15   haven't covered?
16          A.   I mean, I don't know what's considered
17   professional.  I have a racing licenses.  I mean, I
18   got CDL license.
19          Q.   I'm not looking for driver's licenses.
20          A.   Right.
21          Q.   But anything that requires testing and
22   you use for some type of business or profession.
23          A.   I don't think so.
24          Q.   Do you do any of the auctioneering?
25          A.   No.  I work for the company.  I don't
```



 1 | have a license to do anything in it.

 2 |           Q.   Let's talk a little bit about your

 3 | work history with Pete Vicari General Contractors.

 4 | And if it's okay with you, I'll call it PVGC.

 5 |           A.   Okay.

 6 |           Q.   Just tell me, just summarize for me

 7 | your -- from start to where you are now, just sort

 8 | of the -- the evolution of your work history with

 9 | PVGC.

10 |           A.   I grew up in the family business, so

11 | I've done it since I was born.  I learned how to

12 | ride Bobcats and be an equipment operator.  At the

13 | age of 8, I was operating equipment.  Through the

14 | summers when I was not in school, I was working on

15 | a job site.  And graduated in '03 from high school

16 | and was working prior to that on job sites.  We

17 | happened to be doing the job at my high school

18 | prior to me graduating, so I would work -- just

19 | walk next door after I get out of school and work

20 | till 5 or 6 o'clock pushing a shovel, you know, or

21 | pushing a broom, anything.

22 |           Once graduated, started learning

23 | everything in the field with our guys in the

24 | office.  You know, working the bottom up, laborer,

25 | then foreman, then superintendent, then project



 1   manager, and then estimator.  I mean, I work

 2   alongside our senior estimator after I graduated

 3   learning everything.  I think he was -- he retired

 4   in 2011.  So prior to that I worked from, like I

 5   said, from the bottom all the way up until he

 6   retired.  And once he retired in '11, I took over

 7   all the estimating and getting projects started

 8   with the hands off to the project managers in the

 9   job.  So I mean, I've been -- I've learned it all

10   from the bottom up until now, hands-on experience

11   and all.

12          Q.   I meant to ask you, by the way:  When

13   were you born?

14          A.   February 6, 1985.

15          Q.   So, the evolution of what you

16   described for me started as a laborer, worked up to

17   foreman, worked your way up to super, estimator,

18   project manager.  Those are kind of all the labels

19   you gave me?

20          A.   Correct.  It was kind of everything in

21   the construction world.

22          Q.   During what time period were you a

23   foreman?

24          A.   Right after I graduated high school,

25   for a year -- a year or two.



PETER J. VICARI                                          October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.              30

```
 1            Q.   So, my math tells me that's roughly
 2     '03 to '04, '05?
 3            A.   Yes.  Something like that.  That's
 4     when the -- that's when those hurricanes were
 5     happening, so it was a lot going on back then.
 6            Q.   During what type period were you a
 7     project superintendent?
 8            A.   Probably right after that, we went to
 9     Florida and coming back for Katrina is when I was
10     running -- or overseeing a lot of crews.
11            Q.   So that's '04, '05 to what year?
12            A.   I went in the office, I would have to
13     say, '07, '08 is when I went in the office maybe
14     full time.  Could be.  That's around-about dates.
15            Q.   And when you say you went into the
16     office full time, what would have been your title
17     for that?  Is that when you were doing the
18     estimating?
19            A.   I started learning -- working
20     alongside of our senior estimator, learning the
21     estimating and project management rules in the
22     office.
23            Q.   So that's from roughly '07, '08 to
24     the -- is that to the present?
25            A.   Well, '11 when our senior estimator
```



```
 1   retired, so that's when I took over the full time
 2   and it was all on me till today.
 3          Q.    Let me make sure -- let me make sure I
 4   got my math right.  If I say anything here that's
 5   incorrect, let me know.  So what I have is you are
 6   a foreman roughly '03 to '04, '05.  You are a
 7   superintendent from '04, '05 to approximately '07,
 8   '08.  '07, '08 to 2011, you're working under the
 9   senior estimator learning estimating.  And then
10   from 2011 to the present, you would be considered
11   senior estimating replacing the guy that was the
12   senior estimator?
13          A.    Yeah.  I mean, them dates, I don't
14   know if they are perfect or not.  I mean, it's a
15   family business.  We didn't keep track of that
16   stuff like I worked for somebody else.  It was you
17   learned everything as you progressed through.  I
18   did it all for a long time.
19          Q.    Understood.  I'm not going to hold you
20   to exact dates.  I'm just trying to get a range of
21   what was sort of your focus in construction during
22   what time period.  So those are rough, I understand
23   that.
24                But if I am following you,
25   approximately -- whenever the senior estimator
```



1   retired in 2011, some time, to the present time you

2   have taken over at least the senior estimator

3   duties that that person had.  Is that a fair

4   statement?

5        A.   Senior estimator and project manager.

6        Q.   And when you said that you went into

7   the office full time.  Is 2011 when you took over

8   the senior estimator's job when you went into the

9   office full time?

10       A.   No. It was prior to that.  I said when

11  I went in the office, it could be around '07, '08

12  is probably when I went in.  I mean, I don't know

13  exactly.  I got my hands in everything.

14       Q.   What -- starting in 2011 to now, so

15  that's roughly a seven-year period, do you have a

16  title?

17       A.   Senior project manager, project

18  manager.

19       Q.   What would you consider all of the job

20  duties that you've performed during that seven-year

21  period as the senior project manager?

22       A.   Estimate jobs, buyout the jobs, get

23  them started, and then hand it -- hand it off to

24  the superintendent or project manager that's

25  available to do it.  If none is available, I will



PETER J. VICARI                                          October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          33

```
 1   do it.
 2          Q.   Any other role or duties that you've
 3   played over that seven-year period as the project
 4   manager?
 5          A.   I mean, I do it all.  I mean, we all
 6   take our part in the office and do it.  I mean, we
 7   don't have, I guess per se, titles that you're
 8   only -- that's all you do is that.  No.  I mean,
 9   family business, we do it all.  I mean, anybody is
10   anything, we jump in, you know.  So I could go back
11   being a laborer tomorrow and go help in the field,
12   do what you got to do to get the job done.
13          Q.   Understood.
14               What would be sort of your regular
15   duties beyond the estimating and buying out the
16   jobs?  I mean, do you pay bills?  Do you get
17   receivables?
18          A.   No.  I'm not part of the accounting.
19   We have a person that handles all the accounting.
20          Q.   Who does that?
21          A.   Between my mom and Joey, they are the
22   two that handle all the accounting.
23          Q.   Has it been the same people the past
24   seven years?
25          A.   Yeah.  Joey been there longer than
```



 1   that.  My mom has been around since we started.

 2   But Joey has been around quite longer than that.

 3         Q.   Any other job functions that you

 4   performed that you would consider part of your

 5   duties the last seven years, other than what you've

 6   identified so far?  I mean I know you jump in once

 7   in awhile.  But I mean, in terms of what you do on

 8   a regular basis.

 9         A.   Everyday is oversee the projects that

10   we have going on and make sure that they are all

11   being done.  Being involved with everything.  I

12   mean, it's -- I don't know what more to say.  I

13   mean, we are involved in a lot of things.  I mean,

14   we just -- we are on top of everything, every day.

15         Q.   Who does ordering?

16         A.   We have a girl that was doing

17   ordering.  And now the field does it here.  The

18   Miami project, we have -- the person in the field

19   does them.  They get it approved through me and

20   make sure -- large purchases, I approve.  But small

21   things, they are allowed to get what they need.

22         Q.   How frequently are you out in the

23   field actually wearing a hardhat, walking through a

24   construction project?

25         A.   Pretty regularly.  I mean, Miami I'm



 1    out here lately good once a week I come out here.
 2    Before the hurricane I was out here a lot more.  It
 3    all depends on what's needed.  Back home, it's easy
 4    go onto the job site and pop in.  So, I mean, I'm
 5    on top of all of them, everything that's going on,
 6    we're staying involved with them and checking on
 7    them.  We don't let them just hang.
 8         Q.   So let me work backwards a little bit
 9    here just to kind of understand what your day to
10    day looks like.  You just said that you're -- right
11    now, you are here once a week.  Does that mean one
12    day a week or a couple of days?
13         A.    When I come here, I come for three
14    days, four days for that week.
15         Q.    And do you do that every week or once
16    a month or--
17         A.    Nah.  I'd say every other week.  I
18    mean, it depends.  It depends on what's going on.
19         Q.    I'm assuming you are in Louisiana the
20    rest of the time?
21         A.    Yes.
22         Q.    What other projects does PVGC have
23    going on now besides the Civic Towers project?
24         A.    Back home, we finishing up a school
25    and a Dairy Queen.



PETER J. VICARI                                        October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          36

```
 1            Q.   How long has the DQ been under
 2   construction?  Sounds like they are 90-day
 3   projects?
 4            A.   Right.  I'll finish -- it's only been
 5   probably 30 days so I'm not even quite halfway
 6   through yet.
 7            Q.   What town is that DQ, or parish is
 8   that in?
 9            A.   Ascension Parish, which is
10   Prairieville.
11            Q.   The other project you mentioned is a
12   school.  What's the name of the school?
13            A.   Belle Chasse Primary.
14            Q.   Is that two words, Belle Chasse, or
15   one?
16            A.   Two words.  Two words, I think.
17            Q.   Where is that located?
18            A.   That's Belle Chasse.  It's in Belle
19   Chasse, Louisiana.
20            Q.   During what time period has PVGC been
21   working on that school?
22            A.   We are finishing up this month.  We
23   been on it a couple of years because there was some
24   issues that came up, but we are finishing up this
25   month.
```



1        Q.   So was that school under construction

2   during the same time period that PVGC has been

3   working on the Civic Towers project?

4        A.   Yes.

5        Q.   Are there any other projects that PVGC

6   was working on while it's been working on the Civic

7   Towers project?

8        A.   We have the DQ in Pensacola.  There

9   might have been some small ones back home that we

10  had.  I don't remember exactly the time frame which

11  job was going on.  We got a lot of work at one

12  time.  Prior to Civic Towers starting up, we wanted

13  to finish up what we had at home and then come do

14  this one, and not take on more at home because we

15  didn't want to overlook it.

16       Q.   I believe construction started on the

17  Civic Towers project, just call it February of

18  2017.  Does that sound about right to you?

19       A.   Correct.

20       Q.   Okay.  So since February of 2017 up to

21  now, all of the PVGC projects that you've

22  identified for me that have been ongoing during

23  that time period would be the Belle Chasse school,

24  DQ in Prairieville, DQ in Pensacola and some other

25  possible small projects in Louisiana.  Do I have



1   everything?

2          A.   I think that's right.

3          Q.   Would you have been -- would you have

4   been in charge of all the other projects that you

5   just identified for me?

6          A.   I wouldn't say in charge.  I'd

7   probably say if something would have came up with

8   estimated and then handed it off to a

9   superintendent or a project manager.  But it had to

10  have been small because we didn't take on anything

11  big since this Miami job started.

12         Q.   You had mentioned to me earlier that

13  you -- when you hand projects over, you still

14  oversee them.  So would you been responsible for

15  overseeing all these other projects that you

16  mentioned?

17         A.   Not day-to-day.  The Belle Chasse, we

18  have a team of people on that one that works on

19  that one daily.  So I -- it don't require my full

20  attention on that one.  Well, and they call me if

21  they need something estimated or done.  But other

22  than that, it's the people in the office run that

23  one.  The DQs, like I said, I oversee them but I

24  don't need to be there every day.  And I don't know

25  if there's any others, I really don't, small ones



PETER J. VICARI                                                  October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.                          39

```
 1   that we have done.
 2          Q.   You've mentioned estimating a few
 3   times here.  Would you consider estimating to be
 4   sort of the number one role or job that you
 5   perform?
 6          A.   Between that and managing the jobs,
 7   yeah.  I mean, right now we not bidding jobs so I'm
 8   not estimating every day, and we're focusing on
 9   getting this job finished and do our own thing
10   after, I mean.
11          Q.   Is that the reason you are not bidding
12   any other jobs because you are trying to finish the
13   Civic Towers project or is there some other reason?
14          A.   Not only that.  We just trying to wind
15   down.  We -- mom and dad want to slow it down and I
16   focus on maybe something else after, you know,
17   construction is -- you know, it's not like it used
18   to be.
19          Q.   What do you mean by that?
20          A.   Just the -- the way the projects are.
21   I mean, the plans and just not getting -- I don't
22   know.  I guess maybe my focus is shifting a little
23   bit coming down the years.  I don't want to do this
24   forever.
25          Q.   Did you ever want to do it forever?
```



PETER J. VICARI                                         October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.        40

```
 1          A.   I did.  You know, it was a family
 2   business.  I like it, and I still do.  It's just
 3   things change maybe.
 4          Q.   Is it harder, more complicated to do
 5   work now?
 6          A.   Everything gets harder and
 7   complicated, but that's what the challenge is on
 8   everything.  I mean, that's what we sign up to do,
 9   it is what it is.  It's what we do.
10          Q.   Are your parents retiring from
11   construction?
12          A.   Not once they retiring, they just want
13   to back it down.
14          Q.   Have you decided what other field or
15   venture you want to get into?
16          A.   My Dairy Queens is doing well.  I
17   don't think I really need to blow and go and bid
18   all this work and have all this stress.  I can pick
19   and choose the jobs I want to bid.  I'm not going
20   to get out of construction 100 percent, I'm just
21   going to be very, you know, specific on the ones
22   that I want to do.
23          Q.   The other jobs that we talked about,
24   the school -- let's start with the school.  During
25   construction of the school, how often would you go
```



```
 1   out to the field to visit the project itself?

 2        A.   When we first started and I was out

 3   there, that was a couple of years ago and I was out

 4   there a good part of every week and couple of days,

 5   just making sure the job was getting off to a good

 6   start.  And once I felt I didn't need to be there

 7   every day, another project manager was more or less

 8   taking over and there every day.  And I could

 9   manage it from the office or whatever.  He need

10   finish buying out the project, just keep it going.

11        Q.   So after the early part of it, when

12   you were out there a couple of days and you went

13   back into the office, how frequently were you going

14   out to the job site then?  Are we talking once

15   every other week, once a month?

16        A.   When -- after it got going, I could go

17   out there two, three days a week or maybe drive

18   over there, pop in for an hour and then drop it

19   off, something kind of -- wasn't hard to go to that

20   one from our office; only ten minutes away.

21        Q.   The -- the two Dairy Queens, the one

22   in Prairieville, the one in Pensacola, how often

23   are you out on the job site for those?

24        A.   Like I said, Prairieville, maybe once,

25   maybe twice a week I'll go run over there.  It's
```



1    about 45 minutes from the office, so I mean, I go

2    spend the day out there and then give everybody

3    their marching orders for that week and get it

4    done.  Pensacola, the same way.

5           Q.   Go out there once or twice a week, go

6    for the day, and then come back to Louisiana?

7           A.   Correct.

8           Q.   Any other projects that we haven't

9    covered that you've worked on whether under PVGC or

10   any other company since the beginning of 2017?

11          A.   I'm not -- I don't know offhand the

12   jobs that we had going that we were finishing up

13   when we were doing a lot of this.  I don't know

14   offhand which ones were going.  We just had a lot

15   going on right now every day.  It's hard to

16   remember last week, especially when you asking

17   projects that are done.  I don't know which ones we

18   had going at what time.

19          Q.   Tell me the two or three construction

20   projects that you've been involved in that would be

21   most identical to or most like the Civic Towers

22   project.

23          A.   Meaning like which way?  Of what --

24          Q.   Size, dollar value, square footage.

25   Any way you want to compare them.  If somebody said



 1   to you tell me the projects that you've done in the

 2   past that are most like the Civic Towers project,

 3   what would your answer be?

 4          A.   We have a few jobs that would be

 5   close.  I mean, the Sugar Mill Apartments was one.

 6   That's apartment living, you have -- which is

 7   probably -- I don't know what the dollar value is

 8   on that.  But the square footage is up there

 9   because it's a big complex.  Terrytown Elementary

10   was a big one.  That's 20 million.  And that's big

11   poured-in-place concrete structure.  We were doing

12   a lot of work back then.  I mean, we got -- the

13   list is compared apples to apples, it's hard.  I

14   mean, it was -- we was doing a lot prior to coming

15   here.

16          Q.   And -- and I didn't want, like, the

17   whole list.  I wanted what would be the top three?

18   So you've given me Sugar Mill? Apartments and

19   Terrytown Elementary.  Is there a -- what would be

20   the third place as the closest resembling the Civic

21   Towers project?

22          A.   I mean, we did a lot.  A bunch of

23   apartments after Katrina.  That's all we did after

24   Katrina for a good friend of my dads's was all his

25   apartments.  It was three or four properties that



1    we done, that we rehabbed and put back.

2                I don't know.  A bunch of commercial

3    projects that are big in size and up there in value

4    that would we did.  I mean, square footages too.  I

5    mean, it was all up there, from new construction to

6    renovations.  We kind of done it all.

7         Q.   What commercial projects come to mind

8    that you think closely resemble the Civic Towers

9    project that you've worked on?

10        A.   I mean, we did a lot of hospital work,

11   which is big buildings.  I mean, we did schools,

12   auditoriums, multipurpose centers, parks.  We've

13   done it all.  I mean, we've done every type of

14   construction there really is on -- maybe they are

15   not apples to apples, but they resemble in a way.

16   You know, apartment living versus square footage

17   versus price.  I mean, we've done them kind of all.

18        Q.   Any particular hospital come to mind

19   that you consider as a commercial project that most

20   closely resemble the Civic Towers?

21        A.   West Jeff Hospital is a number one --

22   was our number one customer for awhile.  We did a

23   lot of their work.

24        Q.   What's it called?

25        A.   West Jefferson Hospital.



PETER J. VICARI                                          October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          45

1          Q.   If they were your number one customer,

2     that suggests to me you worked on multiple projects

3     for the West Jefferson Hospital; is that right?

4          A.   Right.

5          Q.   Is there a particular project that

6     comes to mind, an addition or a new building or

7     something that you would consider to most closely

8     resemble the Civic Towers project?

9          A.   I done a bunch of projects there.  I

10    added on a penthouse to the top of the roof.  I

11    mean, we gutted and started over on floors,

12    different areas of the hospital, added mechanical

13    units to roofs.  I mean, we've done pretty much

14    everything there that they needed done.

15         Q.   And each of the projects you

16    identified, you would consider to be closely

17    resembling the Civic Towers project?

18         A.   I don't know.  When you say closely

19    resembling, I don't know why you keep saying it

20    like that.  What you mean by closely resembling?

21         Q.   As -- as close of a fit in terms of

22    the total nature of construction and dollar value

23    and square footage that --

24         A.   Construction is construction.  I mean,

25    they all got their complications and they all got



1   their issues.  They are all done the same way to

2   me.  I mean, they got their all start -- started

3   and finish it.  Whatever needs to be done, you do

4   it.  Construction is -- it is what it is.

5          Q.   I understand that.  And I'm just

6   trying to see what -- what is the closest to this

7   particular project.  I mean, no two people are

8   alike.  I get they are not going to be identical.

9          A.   No two jobs are alike.

10          Q.   I understand that.  That's why I'm

11   saying --

12          A.   There's nothing closely resembling

13   because nothing alike.  We are building the Civic

14   Towers in Miami.

15          Q.   But you might have something.  You

16   might have built a 15-story tower from the ground

17   up, for example, in New Orleans someplace.  Or you

18   might have renovated two Section 8 housing projects

19   in some parish outside of New Orleans.

20          A.   I understand.

21          Q.   So I am just trying to get you to tell

22   me what you think is the project that you have

23   worked on that most closely resembles the Civic

24   Towers project.  And so far, the only names you've

25   given me are the Sugar Mill Apartment, the



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.        47

```
 1   Terrytown Elementary and the West Jefferson
 2   Hospital.
 3         A.   You would have to give me the job list
 4   to go through it.  I mean, we done tons and tons of
 5   work since I started with them, after I graduated.
 6   I can't just pick out at the top of my head a job
 7   that says that's perfect, that's the one that
 8   resembles.  I mean, you give me a project list and
 9   I could go down and probably tell you how they are
10   close or resemble or, you know, or alike.
11         Q.   And I want to make sure we are clear,
12   I guess about a distinction here.  I'm -- I was
13   most particularly interested in the projects that
14   you personally have worked on, not necessarily just
15   PVGC.
16         A.   I have done a lot since I started with
17   them in '03.
18         Q.   Let me make sure I'm clear.  The Sugar
19   Mill Apartments, for example, did you work on that
20   project?
21         A.   Yes.
22         Q.   What would have been your job role or
23   job title at the time on that project?
24         A.   That was in -- right after '05.  So I
25   was superintendent foreman because I was helping
```



1   the guys that were there, just help running crews.

2   It wasn't just me.  We had a few of them because it

3   was a big project.

4           Q.   The Terrytown Elementary project, what

5   was your role or job description on that project?

6           A.   That one I know I was -- that's when I

7   was learning estimating, so he was teaching me -- I

8   was working alongside the estimator, estimating the

9   project and I helped get it off the ground going.

10          Q.   Once you got it off the ground, were

11  you involved in the vertical construction --

12          A.   Yes.  I was involved in --

13          Q.   Let me finish my question.

14          Once you got it off the ground, were

15  you involved in the vertical construction of the

16  school, the interior improvements of the

17  construction itself?

18          A.   Yes.

19          Q.   Throughout the course of the project,

20  you were involved in the Terrytown Elementary

21  project?

22          A.   Yes.

23          Q.   And then the hospital work that you

24  mentioned for West Jefferson Hospital, you

25  identified adding a penthouse.  Were you actually



```
 1   involved in that project?

 2          A.   Yes.  That's one I think was done

 3   after '11, I know it was, where I was the

 4   estimator, project manager and I was involved in a

 5   lot of the dailies of that one because it was

 6   pretty intense of getting that done because it was

 7   an operating hospital, and we were adding a lot of

 8   things to the operating rooms.  So there was a lot

 9   of coordination issues with that one, but with an

10   open hospital.

11          Q.   What -- can you identify a project

12   that you have personally worked on that involved

13   new construction of at least four separate floors

14   or higher?

15          A.   And actual stories -- when you say

16   stories.

17          Q.   Sure.

18               So, for example, the building we are

19   in right now, we are on the 14th floor, so there

20   are 14 separate floors.  So using that as an

21   understanding of what a floor is, my question is,

22   tell me what project you've been involved in where

23   it was new construction of four floors of a

24   building or more.

25          A.   That I personally built?  I haven't
```



1  built one four stories or higher, but I've built

2  buildings that are four stories in height.

3            Q.   And we will come back to that

4  distinction momentarily.  Let me just make sure I

5  understand.  Using what I have described as a

6  floor, so we are on the 14th floor, is there any

7  construction project that PVGC has been involved in

8  that involved new construction of four floors or

9  more?

10           A.   Of new construction?  No.  Of new

11  construction, no.

12           Q.   And just so I cover the universe of

13  your experience, is -- for any company in any

14  capacity, have you ever been involved in new

15  construction of a structure that has four floors or

16  more?

17           A.   No.  Four stories in height, yes.

18           Q.   What is your definition of a story?

19           A.   That could be many.

20           Q.   Give me one that you used before.

21           A.   A story could be anything.  I mean, it

22  could be the height of a floor.  I mean, it could

23  be 40 feet.  It could be 50 feet.  It could be 5

24  feet.

25           Q.   Have you heard people use the term



```
 1   story in the construction industry?
 2          A.    Well, yes.
 3          Q.    What do they typically mean when they
 4   use the word story?
 5          A.    The floor, the -- could mean anything.
 6   I mean--
 7          Q.    Does it usually indicate a floor to a
 8   ceiling?
 9          A.    Could.
10          Q.    So in your mind, sometimes a story
11   could be floor to ceiling and sometimes it doesn't
12   have to have a floor and a ceiling?
13          A.    Depends.
14          Q.    What would it depend on?
15          A.    I mean, you're taking this story
16   thing -- there's all different types of ways you
17   could look at it.  I don't know.  Story could be
18   anything.  It could be -- like I told you before,
19   the height of a building, it could be -- it could
20   be anything.  That's what I was informed when I did
21   this whole licensing deal where you've gone with
22   it.  This was something I was advised by counsel
23   on, so this is what it is.
24          Q.    We'll --
25          A.    I know.
```



```
 1              Q.   We will explore that, don't you worry.

 2                   What I want to focus on, though, is

 3     you said a story could be from a floor to a

 4     ceiling, it depends.  And I'm trying to find out

 5     what you mean it depends on what?

 6              A.   The issue at hand, I guess.

 7              Q.   What does that mean?

 8              A.   What you are calling a story at the

 9     time you are calling it a story.

10              Q.   Give me some examples of when it would

11     be different.

12              A.   The Superdome is a 300-foot tall

13     building.  It's one story, but it's four stories in

14     height or more.

15              Q.   So let's talk about the Superdome.

16     You said it's 300-feet in height.  Is that what you

17     said?

18              A.   Whatever it is.  I mean, it's tall.

19              Q.   You haven't measured it or looked up

20     the measurements, but --

21              A.   It's tall.

22              Q.   Okay.  All right.  But you called it

23     one story.  Why did you call it one story?

24              A.   The center is one story.

25              Q.   What you mean the center?  The dome
```



PETER J. VICARI                                      October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          53

```
 1   itself?
 2          A.   The center of the dome.  When you
 3   stand at the center at the bottom, it's a one
 4   story, but --
 5          Q.   Meaning what?  There is no floor above
 6   you?
 7          A.   I guess, yeah.
 8          Q.   Well, you used the word one story.
 9   What's your definition of one story when you are
10   talking about the Louisiana Superdome?
11          A.   Like I said, it's one story in the
12   center, because it's from floor to ceiling.
13          Q.   But you said it's three -- however
14   tall it is.  300 feet.  So it has more than four
15   stories in height?
16          A.   It's more than four stories in height.
17          Q.   Okay.  What is the height of a story
18   in the definition that you just used?
19          A.   It's not defined.
20          Q.   So how do I know -- if I was going to
21   figure out how many stories tall the Superdome is,
22   what would be my standard of measurement of one
23   story?
24          A.   You would have to figure what the --
25   the size wings of a building have in different
```



PETER J. VICARI                                           October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.              54

```
 1   heights of the floors.  I mean, it's all dependent
 2   what the architect or the engineers specifies on
 3   what the height of the floor is.  That could be
 4   anything.
 5           Q.   I thought we already agreed there is
 6   only one floor in the Superdome.
 7           A.   Superdome around the -- around the
 8   perimeter has different -- different areas that are
 9   different heights of different levels.
10           Q.   Well, let me ask it this way.  If I
11   asked you to go measure how many stories tall the
12   Superdome is, tell me what you'd do.
13           A.   I'd go in the center and measure from
14   the floor all the way to the roof.
15           Q.   And if you had a measuring tape or
16   stick that could reach that tall, you would come up
17   with a number of feet, 300-feet?
18           A.   Right.  Right.
19           Q.   So you would call that how many
20   stories then?
21           A.   It's a one-story building.
22           Q.   But before you said it's more than
23   four stories in height?
24           A.   It is.  It's more than four stories in
25   height with a one-story building.  It's the same --
```



PETER J. VICARI                                        October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.            55

 1    it's the same scenario.
 2            Q.    I understand that.
 3                  But when you are saying it's more than
 4    four stories in height, what do you mean by a
 5    story?
 6            A.    From floor to ceiling of a particular
 7    floor.
 8            Q.    Well, that goes back to it being one
 9    story, not more than four.
10            A.    You're confusing -- you are taking
11    this and turning this around ten different ways, I
12    mean--
13            Q.    Actually, I'm only doing it in two.
14            A.    No. You are not.
15            Q.    And I'm using what you gave me.  So
16    let me try and start over.
17                  All right.  So one way to look at how
18    many stories the Louisiana Superdome is, as you
19    described it, is to call it one story because it
20    has one floor and one ceiling in the center.  Did I
21    understand that right?
22            A.    Right.
23            Q.    Okay.  But you also said it is more
24    than four stories in height at the same time.  Did
25    I understand that right?



```
 1            A.    Right.

 2            Q.    Okay.  Are you using the term story

 3     with a different definition for each way you just

 4     described it?

 5            A.    Story could be an 8-foot height or a

 6     10-foot, a 12-foot, a 15-foot high floor.  I mean

 7     when you say four stories in height, you could take

 8     any measurement and make it more than four stories.

 9            Q.    What's the standard height of a story?

10            A.    There is none.  I mean, that's --

11            Q.    Tell me what the range of heights is

12     for a story?

13            A.    That range is so much in commercial

14     applications.

15            Q.    What's the range in residential?

16            A.    That ranges too, when you got 8-foot

17     ceilings, you got 20-foot ceilings.  I mean, there

18     is no specific number that says this is a story.

19            Q.    And when you tell me in the

20     residential application that it could be an 8-foot

21     celling or it could be a 12-foot celling, the

22     measurement goes from the floor to the celling to

23     get that measurement; is that right?

24            A.    Right.

25            Q.    So if you have an 8-foot ceiling, the
```



```
 1   measurement is 8 feet from the floor to the
 2   ceiling; is that right?
 3          A.   Right.
 4          Q.   And if it's a 12-foot ceiling, the
 5   measurement is 12 feet from the floor to the
 6   ceiling?
 7          A.   Right.
 8          Q.   Okay.
 9               MR. LAWHON:  Let's take five.
10               THE VIDEOGRAPHER:  We are off the
11          record.  It's 11:07 a.m.
12               (Thereupon, a short recess was taken.)
13               THE VIDEOGRAPHER:  We are back on the
14          record.  The time is 11:22 a.m.
15   BY MR. LAWHON:
16          Q.   Mr. Vicari, I want to shift gears a
17   little bit, do a little bit of cleanup and then
18   we'll come back to your Florida license.  When I
19   was asking you before about some of the duties that
20   you perform, one of the things that you said was
21   that you buyout projects.  Do you remember that
22   testimony?
23          A.   Yes.
24          Q.   Well, what does that mean?
25          A.   That I -- after the job is awarded and
```



1  contracted, I go back and, you know, contract the

2  subs for the job, buy materials that we are going

3  to buy, contract subcontractors for their scopes of

4  work to get everything bought that needs -- that's

5  needed for the project.

6        Q.   Is it your common practice to do that

7  after a contract has been signed by PVGC to work on

8  a specific project?

9        A.   Yes.  I mean, it depends, too, on the

10  type of project that we are working on.  We do a

11  lot of municipality work back home where you bid

12  the work, so then you have to go get the subs after

13  to do it for different pricing because the prices

14  adjust.  It all depends on the type of project.

15        Q.   My understanding of municipality work

16  is there's typically a bidding process.  And as

17  part of that bidding process, you've got to give

18  the municipality some supporting documentation in

19  terms of pricing and -- and trades and subs and

20  whatnot.  Is that how it works, as well, in

21  Louisiana?

22        A.   Louisiana, it's lowest bid wins type

23  thing on a lot of the jobs that we have done in the

24  past, negotiating work is done a little different.

25        Q.   So just forgetting the municipality



1  work, going back to private work, more

2  specifically.  In your experience, do you typically

3  run job takeoffs or ProFormas or estimates before

4  you bid a price for a project?  Or do you typically

5  do that work after the contract is awarded?

6        A.   Depends on the project, I guess.  I

7  take off certain items, certain items I get pricing

8  from the subs that -- doing that particular work, I

9  don't take that off.  I don't worry about using

10  their price and make sure it's complete or not.

11  Just on certain items, I do my own takeoff on the

12  material that I'm buying.

13        Q.   So it sort of depends on the job and

14  it depends on the particular sub or product or

15  trade?

16        A.   Right.  Correct.

17        Q.   Okay.  I was asking you before to

18  identify projects that most closely resemble the

19  Civic Towers project.  And I used those words.  Let

20  me change the topic a little bit.

21             Can you identify a projects that you

22  have personally been involved in that involved

23  renovations of apartments or condominiums that are

24  occupied or to be continued to be occupied during

25  construction, besides Civic Towers?



1        A.   The apartments after Katrina we done.

2   The Sugar Mill, Pelican Bay.  They was a few

3   others.  I forget the names of them, but those were

4   occupied units that we worked around.

5        Q.   When you say after Katrina, so this

6   would have been, like, 2006, 2007 time period?

7        A.   Correct.

8        Q.   Any since then?

9        A.   I mean, a lot of the projects, like

10  the hospital was occupied.

11       Q.   By patients, not residents -- well,

12  some residents, I guess.

13       A.   Yeah.

14       Q.   Okay.  All right.  Any other projects

15  since the Katrina work that were continuing to be

16  occupied in some form during construction?

17       A.   I would have to see the list of our

18  jobs.  I mean, we've done so many of them since

19  Katrina, I don't remember offhand exactly which

20  ones.

21       Q.   What's the largest hospital project

22  that you've personally been involved in that had

23  occupancy in existence during construction?

24       A.   Every one of the West Jeff projects

25  was done during operating hours?  I mean, there --



```
 1   we did two or three of them we were simultaneously.

 2   So the main one exactly, I don't have one exactly

 3   to tell you what the list is, that was exactly West

 4   Jeff job.  They were all done in the hospital,

 5   which was occupied and operating.

 6           Q.   Do you know the largest one that would

 7   have involved multiple floors?

 8           A.    Not offhand.  Like I say, we did a lot

 9   of work in that hospital.

10           Q.    Is it all one hospital complex or are

11   we talking about a different hospital buildings in

12   different parts of different towns?

13           A.    No.  It was all within the same couple

14   city blocks, but they had different buildings, the

15   main hospital, the ancillary buildings, the office

16   buildings.  It was five, six buildings of West

17   Jeff.

18           Q.    Do -- well, strike that.

19                Let's sort of back up and talk about

20   your license for a little while.  When did you

21   first think about or decide to apply for a Florida

22   contractor's license?

23           A.    This was middle of '16, 2016.

24           Q.    Why did you --

25           A.    Beginning, whenever we was approached
```



1    to do this project and the previous qualifier

2    retired and he didn't want to renew it.  So just

3    felt best I get my own, what I wanted to do.

4              Q.   When you say the previous qualifier

5    retired, who was that?

6              A.   I think it was Raymond Shane held the

7    license.

8              Q.   And he was the qualifier for PVGC?

9              A.   Yes.

10             Q.   Why did you apply for the license as

11   opposed to your dad, for example?

12             A.   It was best that I get it so I can be

13   useful for years down the road.  If he was going to

14   retire and I want to do it, then I would have my

15   own.

16             Q.   Did you talk to anybody about what it

17   would take to get a license or apply for a license

18   before you started going through the process?

19             A.   My mom handled the very beginning

20   application process, talked to that lady Jackie at

21   AAA.  And she kind of gave us the rundown on what

22   needs to be done and then referred us to an

23   attorney to help us.  So that way we make sure that

24   we did all right.

25             Q.   When you say Jackie at AAA, who are



PETER J. VICARI                                          October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          63

```
 1   you referring to?

 2            A.   Jackie Farris.

 3            Q.   And where did you get AAA from?

 4            A.   I don't know offhand.  My mom -- my

 5   mom did the first initial looking -- you know,

 6   getting the information and finding out what needs

 7   to be done, so I don't know where she -- where we

 8   would have got it from.

 9            Q.   And I guess let me ask that question.

10   So we will just use Jackie Farris's name.  Do you

11   know how you guys found Jackie Farris?

12            A.   No.  That's what I was just saying.  I

13   don't know how -- how we found her.  I don't know.

14   That's what my mom did.

15            Q.   Who contacted Jackie Farris or her

16   company first to talk about getting a license?

17            A.   The very first phone call was my mom,

18   just to ask her a few questions about what need to

19   be -- how to start the process.

20            Q.   Before your mom contacted Jackie

21   Farris, had you or your mom done any research about

22   what would be involved to get a Florida license?

23            A.   I think we just, you know, went on the

24   website and printed the application and wanted to

25   get, you know, the right input from the right
```



PETER J. VICARI                                     October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          64

1   people so that way it was done right the first time

2   and not redone multiple times.

3          Q.    Was it important to you to do it right

4   the first time?

5          A.    On everything it is.

6          Q.    What website are you talking about?

7          A.    The Florida DBPR.

8          Q.    Who actually went on the website to

9   get that application; was it you or your mom?

10         A.    I think my mom.

11         Q.    Any other research that either one of

12  you did to determine what needed to be done to

13  qualify or to get a license?

14         A.    I don't remember offhand exactly what

15  went down the first day we did this.  It's so long

16  ago.  And like I said, we contacted people that

17  knew the right answers.

18         Q.    Jackie is the one --

19         A.    Jackie was one of the first people.

20         Q.    So your mom calls Jackie to -- so far

21  what I've heard from you is you downloaded --

22  somebody downloaded, sounds like your mom,

23  downloaded the DBPR application and then your mom

24  found Jackie Farris and called her to ask her some

25  questions.  Am I with -- am I right so far?



1          A.    Correct.

2          Q.    Did you participate in that phone call

3    or were you there when she made that phone call?

4          A.    No.

5          Q.    Did she tell you what her and Jackie

6    talked about?

7          A.    I think so.  I mean, I don't remember

8    exactly the conversation.  I know it was pretty

9    much that she referred us to an attorney.

10         Q.    Did she -- you said your mom asked

11   some questions.  Do you know what questions she

12   asked?

13         A.    No.

14         Q.    Did you give your mom a list of any

15   questions or anything in particular your -- you

16   wanted your mom to find out from Jackie?

17         A.    No.

18         Q.    You -- what's the next step you did

19   then after your mom talked to Jackie?

20         A.    We had got -- Jackie had given us

21   David Bryant attorney contact info, that was going

22   to help us through the process.

23         Q.    David Bryant was an attorney?

24         A.    Yes.

25         Q.    Did somebody contact David Bryant at



1    some point in time?

2              A.    Yes.

3              Q.    Who did that?

4              A.    I think my dad made the first phone

5    call.

6              Q.    Do you know when that was?

7              A.    No.

8              Q.    Was that -- at some point in time, you

9    took a couple of tests for the contractor's

10   license.  Do you remember doing that?

11             A.    Right.

12             Q.    Was Mr. Bryant contacted before or

13   after you took the tests?

14             A.    I think before.  I think so.  It had

15   to have been.

16             Q.    Well, let's --

17             MR. PARTINGTON:  Well, before you go

18        to that.  I did the last deposition exhibit

19        that was marked Pete's was 264, so you were

20        right about that.  So -- so I don't know

21        what we want to do.  Do we know where --

22        what was the first one that was marked in

23        Moss yesterday or--

24             MR. LAWHON:  Can go off the record for

25        a minute?



```
 1              MR. PARTINGTON:  Yeah.

 2              THE VIDEOGRAPHER:  Off the record.

 3         It's 11:35 a.m.

 4              (Thereupon, a discussion was held off

 5         the record.)

 6              THE VIDEOGRAPHER:  It's 11:36, we are

 7         back on the record.

 8  BY MR. LAWHON:

 9         Q.   Mr. Vicari, from time to time we are

10  going to go through some exhibits today, and we

11  have to mark them with numbers for identification.

12  So bear with us here.  I'm showing you Exhibit

13  Number 300, and I will note for you that it's

14  double-sided.  Some of the exhibits I have are

15  double-sided and some are not.

16              (Thereupon, Defendant's Exhibit No.

17         300 was marked for identification.)

18              MR. PARTINGTON:  What's the first

19         page?

20              MR. LAWHON:  The first page is going

21         to be the one that has the --

22              MR. PARTINGTON:  Test scores?

23              MR. LAWHON:  -- test scores by itself

24         on it.

25              MR. PARTINGTON:  All right.
```



 1   BY MR. LAWHON:

 2          Q.   So take a moment to look at

 3   Exhibit 300 front and -- what I've called the

 4   front, which has your test scores for part two and

 5   part three on it.  And then in the back, I will

 6   call the back, which has your test score from the

 7   business and finance.  And let me know when you've

 8   had a chance to do that.

 9          A.   This is my -- my test scores.

10          Q.   Okay.  So up in the right-hand corner

11   there is a candidate number 212122.  Do you see

12   that?

13          A.   Yes.

14          Q.   Okay.  Do you know how that number --

15   do -- strike that.

16          Do you know when that number got

17   identified as being your candidate number?

18          A.   No.

19          Q.   Do you see the date there of

20   August 17th of 2016?

21          A.   Yes.

22          Q.   Does that sound like the date you

23   actually took the exam?

24          A.   Sounds about right.

25          Q.   Did you sit for one day or two days or



```
 1    more?
 2            A.    There was two parts.  There was one
 3    part I took in Tallahassee, and then the computer
 4    part I took in Mobile, Alabama.  So it was
 5    separated.
 6            Q.    The Tallahassee part, did that come
 7    first?
 8            A.    Yes.
 9            Q.    And about how much time between the
10    Tallahassee testing and the Mobile testing?
11            A.    The next day.  If you were able to
12    pass -- I'm trying to remember now.  I remember it
13    was the next day or it was -- it was close.  I know
14    if you passed the first part, you were able to
15    register for the second part right away.  So that's
16    what I was -- my plan was, was if I pass the first
17    part to see if I can get the next part done right
18    then and there.  I don't remember exactly, but I
19    know I drove to Tallahassee to take the part, to do
20    the first part.  And then I came home.  And then I
21    drove to Mobile when my -- my date was available to
22    do the computer part.
23            Q.    Did you have to go to Mobile to do it
24    or could you have done it online anywhere?
25            A.    You have to go to a testing --
```



PETER J. VICARI                                          October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.              70

```
 1    whatever the testing facility name was, their
 2    facility to take the test.  And they are all over
 3    the country.  It doesn't matter which one was first
 4    available.
 5             Q.   So, I see three tests on here.  I see
 6    a business and finance on the back and I see a part
 7    two contract administration and a part three
 8    project management.  Do you see those three?
 9             A.   Correct.
10             Q.   Which one was the first one?
11             A.   I want to say the first one was part
12    two and part three.  I think that was -- I think
13    that was Tallahassee.  I think.
14             Q.   And then part -- you think the Mobile
15    one is the one that's on the backside?
16             A.   Yes.  I think the Mobile is business
17    and finance, but I -- so I remember that's how it
18    was.
19             Q.   So if you look at the backside, about
20    in the middle, it has an exam date, which is
21    August 19th of 2016.  Do you see that?
22             A.   Right.
23             Q.   And so that's about three days after,
24    two days after?
25             A.   Two days.  That is it.
```



 1          Q.   So is that ringing right for you?

 2          A.   Yeah.  Then I had to have left

 3   Tallahassee and went -- I think I went to Mobile

 4   and spent the day in Mobile on the 18th.  And on

 5   the 19th and took that part.  I think that's how it

 6   went.

 7          Q.   So, if I can use August 17th to

 8   August 19th, those are the test dates that we are

 9   looking at here as our kind of date point of

10   reference.  How much towards getting a license had

11   you done before August 17th?

12          A.   I just went, took a little class down

13   in Florida just to refresh -- a refresher that they

14   say everybody should take just to go get the books

15   in the -- run them through them, I guess, and show

16   me what they are looking for in Florida, I guess.

17   I mean, I didn't have to do it, but it was just

18   something that was recommended.

19          Q.   Where did you do that class at?

20          A.   It was, I think, Sara -- Sarasota.  I

21   think Sarasota.

22          Q.   So it was like a prep class?

23          A.   Yeah.

24          Q.   Did you -- do you remember when --

25   before you took the exam, you went to that class,



PETER J. VICARI                                              October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.              72

```
 1    is it two days before, a month before?
 2              A.   I don't remember offhand.
 3              Q.   So is the -- let me try to keep things
 4    in sequence here.
 5                   You've mentioned an attorney by the
 6    name of David Bryant?  Has David Bryant been
 7    contacted before you go to the class or is he
 8    contacted after you go to the class?
 9              A.   I don't -- I don't remember the time
10    frames.  I really don't.
11              Q.   Do you know if you had submitted an
12    application to get a license before the testing or
13    can you only do that after you pass the test?
14              A.   I don't remember.
15              Q.   Are these your test scores that are
16    listed here?  Are those the right test scores that
17    you got?
18              A.   Yeah, looks like it.
19              Q.   And I notice on the back page there is
20    a different candidate ID number than the one that's
21    on what I've called the front page.  Do you notice
22    that as well?
23              A.   Right.
24              Q.   Does that -- do you know why that is?
25    Is that because it's two different facilities?
```



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.            73

```
 1              A.   I have no idea.
 2              Q.   This is Exhibit Number 301, it's only
 3     one sided.  Let me know when you've had a chance to
 4     look at it.
 5              A.   Okay.
 6                   (Thereupon, Defendant's Exhibit No.
 7              301 was marked for identification.)
 8     BY MR. LAWHON:
 9              Q.   It's kind of a different version of
10     your test grades from DBPR.  Does that look about
11     right?
12              A.   I've never -- I don't think I've ever
13     seen this paper.  It don't ring a bell.  I just
14     remember seeing the scores.
15              Q.   And the -- the name and the address is
16     the same for you 301 as it is for 300, right?
17              A.   Right.
18              Q.   So couple of things that caught my
19     attention.  One is on the right top right-hand
20     corner it has your date of birth 2/6 of 1982.  Do
21     you see that?
22              A.   Yea.
23              Q.   Do you know why that is?
24              A.   I have no idea.
25              Q.   And it has a different candidate
```



```
 1   number than the other two numbers that we've seen.

 2   Do you see that as well?

 3         A.    Yeah.

 4         Q.    It's still listing the examinations,

 5   the same dates and the same type of exams as the

 6   same, right?

 7         A.    Right.

 8         Q.    Okay.  So you don't know why your date

 9   of birth and your candidate ID number is different?

10         A.    I have no idea.

11         Q.    Okay.  I didn't either.

12               Next exhibit is Number 302.  Take a

13   moment to look at that and let me know when you are

14   done.  And that's double-sided, I believe.

15         A.    Okay.

16               (Thereupon, Defendant's Exhibit No.

17         302 was marked for identification.)

18   BY MR. LAWHON:

19         Q.    Have you seen this before?

20         A.    Look like the application.

21         Q.    And I will ask you to look at the

22   third to the last page.

23               MR. PARTINGTON:  Third to the last

24         page.  Do you mean sheet or do you mean

25         printed page?
```



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.            75

```
 1                 MR. LAWHON:  Third to last sheet,
 2          which is identified as 14 of 24 on the
 3          back.
 4                 MR. PARTINGTON:  Okay.
 5   BY MR. LAWHON:
 6          Q.   On the back. There's a box in the top
 7   entitled, "Affirmation by Written Declaration."  Do
 8   you see that?
 9          A.   Yes.
10          Q.   And there is a signature there do you
11   see the signature?
12          A.   Yes.
13          Q.   Whose signature is that?
14          A.   Mine.
15          Q.   There is a handwritten date of
16   August 23, 2016.  Do you see that?
17          A.   Yes.
18          Q.   Whose handwriting is that?
19          A.   My mom's.
20          Q.   Your mom's?
21          A.   Yes.
22          Q.   Why did your mom date it when you
23   signed it?
24          A.   She filled out the application.  And
25   as soon as I signed it, she put it on her desk and
```



```
 1    she dated it for me because I didn't date it when I

 2    signed it.

 3          Q.    There is a -- a statement in the box

 4    right above your signature that includes the

 5    following statements.  "I understand that my

 6    signature on this written declaration has the same

 7    legal effect as an oath or affirmation."  Do you

 8    see that sentence?

 9          A.    Yes.

10          Q.    Did you read that before you signed

11    it?

12          A.    Yes.

13          Q.    The next sentence says, "Under

14    penalties of perjury, I declare that I have read

15    the forgoing application and the facts stated in it

16    are true."  Do you see that sentence?

17          A.    Yes.

18          Q.    Did you read that before you signed

19    it?

20          A.    Yes.

21          Q.    Did you understand both of the two

22    sentences that I just read, when you read them and

23    signed the application?

24          A.    Yes.

25          Q.    The last sentence says, "I understand
```



```
 1    that falsification of any material information on

 2    this application may result in criminal penalty or

 3    administrative action, including a fine, suspension

 4    or revocation of the license."  Do you see that

 5    sentence?

 6           A.   Yes.

 7           Q.   Did you read that before you signed

 8    it?

 9           A.   Yes.

10           Q.   Did you understand that before you

11    signed it?

12           A.   Yes.

13           Q.   I think you told me that your mom

14    filled out the application.  Did I understand your

15    testimony correctly?

16           A.   She typed it in.  We gave her a lot of

17    the information to put in it.

18           Q.   Okay.  And I will start at the

19    beginning in a second.  But I wanted to make sure,

20    did you read the information in the application --

21           A.   Yes.

22           Q.   -- before -- let me finish my

23    question.

24                Did you read the information in the

25    application before you signed it?
```



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.        78

```
 1           A.   Yes.
 2           Q.   Did you make sure that it was truthful
 3    under penalty of perjury?
 4           A.   Yes.
 5           Q.   I had pointed out to you that your
 6    signature was dated, as you said, by your mom on
 7    August 23rd.  If you remember, you took the last
 8    test on August 29th, so that's about four days?
 9                MR. PARTINGTON:  It was the 19th,
10           wasn't it?
11                MR. LAWHON:  I'm sorry.  Did I say
12           29th?
13                MR. PARTINGTON:  Yes.
14                MR. LAWHON:  Thank you.  My mistake.
15    BY MR. LAWHON:
16           Q.   You took the test on August 19th, and
17    you signed the application on August 23rd.  So
18    that's about four days.  Does that sound right to
19    you?
20           A.   Yes.
21           Q.   Okay.  What did you personally do
22    related to your testing, your application or
23    getting a license in Florida between those four
24    days?
25           A.   What did I do?
```



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          79

```
 1            Q.    Yeah.
 2            A.    Completed their application because, I
 3    guess looking back, the application couldn't be
 4    sent in till you passed the test, looks like.
 5            Q.    Okay.  So during that four-day period,
 6    aside from completing the application, anything
 7    else you did related to the license?
 8            A.    I don't remember.
 9            Q.    Did you talk to anybody about the
10    application, the information that goes in the
11    application besides perhaps your mom or your dad?
12            A.    David Bryant was guiding us with all
13    the -- with what we need to do on this application
14    and how to fill it out properly.
15            Q.    Is it your testimony that Mr. Bryant
16    was assisting with this application by August 23rd
17    of 2016?
18            A.    Yes.
19            Q.    Did -- did somebody hire Mr. Bryant?
20            A.    We did.
21            Q.    Who is we?
22            A.    The company.
23            Q.    Did you have to sign a representation
24    agreement, engagement letter or some type of
25    contract with Mr. Bryant?
```



```
 1            A.   I don't remember.  My mom and dad
 2    would know that part of getting him.
 3            Q.   Did he charge any money for his
 4    services?
 5            A.   Yes.
 6            Q.   How much?
 7            A.   I think maybe five -- 5,000.  I think.
 8    I couldn't -- I mean, it's been awhile.
 9            Q.   Were you responsible for paying his
10    bill or were you involved in paying his bill?
11            A.   No.  My mom handles all paying bills.
12            Q.   Did the company receive a bill, a
13    statement or an invoice from Mr. Bryant or his law
14    firm?
15            A.   I'm not sure.
16            Q.   Do you know if the company received
17    more than one invoice or bill or statement from Mr.
18    Bryant?
19            A.   I have no idea.
20            Q.   Did you ever speak to Mr. Bryant
21    yourself?
22            A.   I think I was involved in the first
23    conversation that we had in the office with them.
24    And other than that, I think that was it.  My dad
25    handled a lot of the conversing with him.
```



PETER J. VICARI                                              October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.              81

1              Q.   The first conversation you had in the
2       office, meaning in the PVGC office?
3              A.   Yeah.
4              Q.   From Louisiana?
5              A.   Yes.
6              Q.   Was that a phone call?
7              A.   I think so?  I think we -- I think had
8       a conference call.  I mean, I don't know.  It's
9       been awhile.
10             Q.   Who participated in that call?
11             A.   I think it may have just been me, my
12      mom and dad.
13             Q.   And that's the only communication --
14      strike that.
15                  Is that' the only conversation that
16      you participated in with Mr. Bryant?
17             A.   I think so.
18             Q.   Did you directly communicate with
19      Mr. Bryant in any other way, like e-mail or text
20      message or anything like that?
21             A.   I didn't.
22             Q.   What -- what did you, your mom and
23      your dad talk about with Mr. Bryant during the
24      first conversation?
25             A.   Like I said, it's been awhile.



PETER J. VICARI                                         October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          82

```
 1        MR. PARTINGTON:  Just -- just for the
 2   record, we are not asserting
 3   attorney-client privilege as to these
 4   communications.  Well, I mean, just because
 5   I think you just want to make that clear
 6   for the record.  So -- and -- and I can
 7   tell you this on the record or off the
 8   record, but we got, from Bryant's
 9   inventory --
10        THE VIDEOGRAPHER:  Did you say go off
11   the record?
12        MR. PARTINGTON:  I said we can be on
13   or off.
14        -- a copy of whatever remained of his
15   file.  And I have that.  I also have -- I
16   only have one flash drive, but I have it on
17   the flash drive, which also has couple of
18   communications about -- with him between
19   PVGC and him that were electronic.  And my
20   guess is most of his file was on the
21   computer that inventory attorney didn't
22   take possession of.  So I have that here
23   today.
24        MR. LAWHON:  Okay.  How long have you
25   had it?
```



```
 1        MR. PARTINGTON:  We got it pretty
 2   early on after we found out that he had
 3   died.  Because initially when -- when this
 4   issue first came up, we tried to call him
 5   and then discovered he was deceased.  And
 6   so then we had to embark on the journey of
 7   finding the inventory attorney, who is --
 8   Keith actually did that.  I can't remember
 9   what the guy's name was.  And so we got it
10   from -- it was Mike Fox maybe.  Something
11   like that.  I can't remember, but --
12        MR. LAWHON:  That's okay.  I mean, I
13   know the bar keeps track of that stuff.
14        MR. PARTINGTON:  Yeah.
15        MR. LAWHON:  I am just curious why we
16   wouldn't have it before today.
17        MR. PARTINGTON:  I don't believe it
18   was within the scope of what any of the
19   previous requests for production would be.
20   But I brought it, anticipating that it
21   would be something that people would want
22   to see, anticipating that it would be
23   something that would be asked about.  It
24   may have been that we actually -- because
25   we -- it may be -- trying to -- it had not
```



PETER J. VICARI                                           October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.                    84

 1 | been produced either because it wasn't
 2 | within the scope of a request or because we
 3 | had objected on some of the licensing
 4 | issues.  But I have it today, so --
 5 |      MR. LAWHON:  I think it would have
 6 | been covered by your initial Rule 26
 7 | disclosures.  Anyways, if you are going to
 8 | rely on it.  But I -- we don't need to have
 9 | that conversation right now.  Be that as it
10 | may, you have something -- other copies for
11 | me to look at?
12 |      MR. PARTINGTON:  No.  I just -- well,
13 | take this off.  So this is -- and I need to
14 | take these sticky notes off of it.  But
15 | this is everything on a flash drive, which
16 | I will give to you, or it can get passed
17 | around and people can copy it if they want.
18 |      This is a hardcopy of, actually, of
19 | just what was his -- what we got from the
20 | inventory attorney.  Happy to give this to
21 | you to look at when I take the sticky notes
22 | off.
23 |      MR. LAWHON:  If you want to note where
24 | your sticky notes are with a pen mark or
25 | something, I'm fine with that.



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.         85

```
 1        MR. PARTINGTON:  That's okay.  I
 2    remember where they are.
 3        MR. LAWHON:  I don't.
 4        MR. PARTINGTON:  And what I -- I can
 5    tell you what I think this is.  So this is
 6    me speculating.  Because this -- this was
 7    the cover sheet on it.
 8        MR. LAWHON:  Well, let me do this, if
 9    I may.  I don't want o get too far ahead of
10    ourselves.
11        MR. PARTINGTON:  Okay.
12        MR. LAWHON:  If I can do it this way.
13    Why don't we do this.  I will continue the
14    line of questioning.  Can I look at that
15    during lunch?
16        MR. PARTINGTON:  Sure.
17        MR. LAWHON:  And then maybe we can get
18    it copied during lunch.  And -- and then we
19    will revisit what we want to talk about
20    relative to that particular package.
21        MR. PARTINGTON:  And -- and just to be
22    clear, there are a few communications,
23    e-mails, letters that are on the flash
24    drive, wherever it went, that are not in
25    here.  Because this is just what we got
```



PETER J. VICARI                                          October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.              86

```
 1                  from the inventory attorney.
 2                      MR. LAWHON:  I understand.
 3                      MR. PARTINGTON:  So --
 4                      MR. LAWHON:  So maybe --
 5                      MR. PARTINGTON:  But this is the only
 6             copy that I brought.  So --
 7                      MR. LAWHON:  I don't know if you have
 8             a way to look at this, but we will come
 9             back to that during --
10                      MR. HARRISON:  This is weird.
11                      MR. PARTINGTON:  I can show you how it
12             works.
13                      MR. HARRISON:  Does it pop out or
14             something?
15                      MR. LAWHON:  It flips around.  Yeah.
16                      MR. HARRISON:  Why don't we get it
17             just printed --
18                      MR. LAWHON:  I was thinking that you
19             upload it on your laptop.
20                      MR. HARRISON:  If I have room.  Hard
21             drive is pretty full.
22    BY MR. LAWHON:
23             Q.   All right.  Let's continue, then,
24    since we are still on the record.
25                  Let me follow up with a couple of more
```



PETER J. VICARI                                      October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.        87

 1   questions about Mr. Bryant and maybe we will

 2   revisit him particularly after lunch.

 3             Who -- so I think you already told me

 4   you participated in one phone call, no other

 5   communications that you had directly with

 6   Mr. Bryant.  And I believe you were going to start

 7   to tell me the first conversation that you had with

 8   Mr. Bryant was about.

 9        A.   I think it was just going through

10   this -- I think, from what I remember, going

11   through the application of how to fill it out

12   properly because it was just the initial phone

13   call.  He didn't have anything from us.  It was

14   just introduction, I guess.

15        Q.   If -- was Jackie Farris also helping

16   you at the time, fill out the application?

17        A.   I don't remember, I really don't.  It

18   was so early on I don't remember who did what.

19        Q.   So how long was the first

20   conversation, the conference call?

21        A.   I don't remember.  It was very short.

22   I mean, just an introduction, he said send me what

23   you got so we can maybe look at, start the process.

24   I mean, it was nothing in particular.

25        Q.   Had anybody sent Mr. Bryant anything



 1   before the phone call for him to look at or did you

 2   just talk about what should go in the application?

 3           A.   I don't think nothing was sent to him

 4   because it was just the first phone call of seeing

 5   who he was and what he can even do for us because

 6   it was just -- given to us by somebody else so it

 7   was calling him and he had to make himself an

 8   appointment to get him on the phone because he was

 9   busy.  And when he was able to get on the

10   conference call, we all just got on the call and

11   just introduced each other and tell him what we

12   were trying to do and he just kind of -- from what

13   I remember, he said send me what you got and let's

14   see what we can do.  It was nothing in stone of

15   doing anything.

16           Q.   So he wasn't hired yet by the company

17   during or before the first call?

18           A.   I don't think so, because it was just

19   an introduction.

20           Q.   And then you remember somebody sending

21   some information to Mr. Bryant?

22           A.   I think so.  I think we sent over -- I

23   guess we sent the application and he kind of walked

24   us through, I guess, how to fill it out properly.

25           Q.   Who would have sent that information



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          89

```
 1   to him?

 2          A.   I think my mom was the one that

 3   e-mailed it to him.

 4          Q.   We are going to come back to that, so

 5   you can kind of keep that handy.  I believe that's

 6   double-sided.

 7              MR. LAWHON:  And by the way, Bruce,

 8          for the record, just so you know, the 302

 9          is the same thing as the Exhibit 4 to the

10          BSI depo.

11              MR. PARTINGTON:  Okay.

12              MR. LAWHON:  So we can sort of clear

13          that up down the road.  And 303 is the same

14          thing as Exhibit 2.  Single-sided.

15              (Thereupon, Defendant's Exhibit No.

16          303 was marked for identification.)

17   BY MR. LAWHON:

18          Q.   Did you have a chance to look at that

19   e-mail?

20          A.   Yes.

21          Q.   Have you seen that before?

22          A.   I don't remember.

23          Q.   So starting at the bottom and kind of

24   working our way up, there appears to be an e-mail

25   from Robert Vicari to Jackie at
```



PETER J. VICARI                                          October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.              90

 1    bsicontractorsservices.com.  Do you see that?

 2           A.    Yes.

 3           Q.    Is -- is that the e-mail address for

 4    your mom?

 5           A.    Yes.

 6           Q.    And the e-mail says, "These are the

 7    jobs I'm going to type onto their form.  I started

 8    with jobs in December 2002.  Is this okay?  Does

 9    each year have to equal 2,000 hours."  Do you see

10    all that?

11           A.    Right.

12           Q.    It's dated August 24th of 2016.  You

13    see that?

14           A.    Okay.

15           Q.    So remember your application was

16    signed on August 23rd, the day before?

17           A.    Okay.

18           Q.    So do you -- do you recall having any

19    communications with Jackie Farris about your

20    application around August 23rd or August 24th?

21           A.    I don't.  I don't remember.  I mean, I

22    don't.

23           Q.    Did you ever talk to her directly?

24           A.    I haven't.

25           Q.    Did you ever communicate with her



 1  directly, whether by e-mail, text message or any

 2  other way?

 3        A.   No.

 4        Q.   Who did most of the communicating with

 5  Jackie Farris?

 6        A.   I think my mom did initially, because

 7  she wasn't around too long, I think.

 8        Q.   Who else would of communicated

 9  primarily with Jackie Farris, if it wasn't your

10  mom?

11        A.   No, mom -- Jackie wasn't around she

12  didn't do much after initial call.  I think they

13  all went to David Bryant.

14        Q.   And there is an e-mail response to

15  your mom's e-mail up above from Jackie Farris.  You

16  see that it's sent on August 24th of 2016 at

17  11:35 a.m.?

18        A.   Right.

19        Q.   You see actually has a tracking where

20  it confirms that your mom read the e-mail on

21  August 24, at 11:39, a.m.?

22        A.   Right.

23        Q.   Okay.  Had you seen this e-mail

24  before?

25        A.   I don't remember.



PETER J. VICARI                                                October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.                     92

```
 1            Q.   The last paragraph says -- talking
 2      about the projects that your mom had talked
 3      about -- "were all of these projects new
 4      construction?  If any of them were renovation work,
 5      the processor will not give time for renovations,
 6      unless it was an addition.  Only new construction
 7      work will be considered."  Do you see that?
 8            A.   Yes.
 9            Q.   Did your mom talk to you about having
10      to make a difference between new construction and
11      renovation work on your application?
12            A.   I don't remember.
13            Q.    In order to make sure that your
14      application was truthful and accurate, since
15      Ms. Farris made a distinction new construction and
16      renovations, at some point before you signed the
17      application under oath, did you make an effort to
18      distinguish between what renovation work was and
19      what new construction work was?
20            A.   I mean, I'm sure we've done something.
21      I just don't remember, I really don't.
22            Q.   Did you do any research or ask anybody
23      what qualifies as new construction and what
24      qualifies as renovations?
25            A.    I guess I don't remember, I really
```



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          93

```
 1   don't.
 2           Q.    Here is Exhibit Number 304, also one
 3   page.
 4                 (Thereupon, Defendant's Exhibit No.
 5           304 was marked for identification.)
 6                 MR. PARTINGTON:  Was this also one in
 7           other depositions?
 8                 MR. LAWHON:  It is Exhibit 3.
 9   BY MR. LAWHON:
10           Q.    Did you get a chance to review that?
11           A.    Yes.
12           Q.    Have you seen that before?
13           A.    I don't know.  I don't think.
14           Q.    So it's kind of a continuation of the
15   conversation before about, you know, what jobs to
16   list and talking about renovation verses new
17   construction.  And so on the bottom is a follow-up
18   e-mail from your mom to Jackie, it says -- that is
19   your mom's e-mail address, right?
20           A.    Yes.
21           Q.    And it's the same date as the last
22   exhibit, August 24th, right?
23           A.    Yes.
24           Q.    Okay.  "I can list more current jobs
25   under the foreman section if he is allowed to
```



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          94

```
 1    oversee several jobs."
 2              Jackie Farris writes back, "He has
 3    more than plenty of time if all the projects you
 4    had listed was new construction or addition work."
 5    Do you see that?
 6         A.   Yes.
 7         Q.   Do you remember any time, before or
 8    during the time you were doing your application,
 9    that you talked to your mom about the difference
10    between renovation work and new construction?
11         A.   I don't know.  I mean, we had David
12    Bryant that was involved too.  So a lot of things
13    went through him.  He was helping us through
14    ultimately to put this through the Florida
15    licensing board.  So I mean, I don't know.  I don't
16    remember.  I mean, he was -- he was who we were
17    going to for a lot of this too, so it wasn't just
18    Jackie.
19         Q.   Did you -- do you remember a specific
20    conversation that you had with your mom in getting
21    your application together, or when you signed the
22    application, about a distinction between renovation
23    work and new construction?
24         A.   I don't remember.  I really don't.
25              THE VIDEOGRAPHER:  Three minutes until
```



```
 1              DVD change.
 2                   MR. LAWHON:  Why don't you go ahead
 3              and change.
 4                   THE VIDEOGRAPHER:  Okay.  We are off
 5              the record.  This is Media 1.  It's
 6              12:10 p.m.
 7                   (Thereupon, a short recess was taken.)
 8                   THE VIDEOGRAPHER:  We are back on the
 9              record.  This will be Disk Number 2,
10              12:14 p.m.
11   BY MR. LAWHON:
12         Q.   We have now marked Exhibit Number 305,
13   Mr. Vicari.  Take a look at that.  And the
14   conversation actually starts on the back page, so
15   it's two-sided.  Let me know when you've had a
16   chance to read that.
17         A.   Okay.
18                   (Thereupon, Defendant's Exhibit No.
19              305 was marked for identification.)
20   BY MR. LAWHON:
21         Q.   Did you read the backside, too?
22         A.   Okay.
23         Q.   So starting on the back.  Have you
24   seen this before?
25         A.   No.  I don't remember.
```



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.        96

```
 1              Q.    Is that your mom's e-mail address?
 2              A.    Yes.
 3              Q.    So her e-mail is dated August 29th of
 4      2016, to Jackie Farris.  And the first sentence
 5      says, "Here is a copy of what I'm FedEx'ing to
 6      Mr. David Bryant."  There is nothing attached, but
 7      I'm assuming it was your application because it
 8      says it's a copy of application.  You see that?
 9              A.    Right.
10              Q.    Do you see where says copy of
11      application?
12              A.    Yeah.
13              Q.    All right.  Is it your understanding
14      of some point in time your mom provided Jackie
15      Farris with a completed application form?
16              A.    That's what it looks like.
17              Q.    Were you involved in that process at
18      all?
19              A.    I'm not sure.  I'm on the application.
20              Q.    Okay.  Other than reading the
21      application to make sure that it contains accurate
22      and truthful information and then signing it, what
23      else was your involvement in putting together the
24      information that's in the application?
25              A.    At the time, I mean, I don't remember
```



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.            97

```
 1    exactly what I did.  But, I mean, we all helped
 2    together -- put it together, me, mom and dad.
 3           Q.   So there are a number of projects
 4    listed in the application.  And there is some
 5    details about those projects.  You remember that?
 6           A.   Okay.
 7           Q.   Do you know who found those projects,
 8    collected them, who got the information about the
 9    projects?
10           A.   Sure all of us; me, mom and dad.
11           Q.   Did you talk to your mom and dad while
12    you were collecting those projects about what
13    projects should or should not go on the
14    application?
15           A.   I'm sure.
16           Q.   Did you talk about new construction
17    verses renovation work with your mom and dad when
18    you were trying to find projects to put on the
19    application?
20           A.   I mean, I'm not sure.  I'm sure.
21    Yeah, sure that's what we talked about.
22           Q.   Okay.  So this is -- just trying to
23    keep the timeline in place here.  I showed you --
24    remember your application was dated August 23rd.
25    These e-mails that we looked at, Exhibits 303 and
```



PETER J. VICARI                                          October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.              98

 1   304, the next day August 24th.  So now this is

 2   August 29, five days after that.  You with me on

 3   the timeline?

 4          A.    Right.

 5          Q.    Have you -- have you done anything

 6   between August 24th and August 29th relative to

 7   your application?

 8          A.    I don't remember.  I'm sure fill --

 9   filled portions of it out.  I don't remember

10   offhand what we did on those dates.

11          Q.    Did you actually sit down with a --

12   with the application and type or print or handwrite

13   in any of the information in it that sort of a

14   draft?

15          A.    I think I did on a draft one and my

16   mom typed it all in.  That's I think what it called

17   for, had to be typed in I think.  I don't remember.

18   She went and typed it all up on the application.

19          Q.    But you have a memory of actually

20   writing out what should go it in?

21          A.    I think I remember writing out some

22   jobs, putting input to it.  We all did.

23          Q.    Do you know where you got your

24   information from as far as the jobs go; just memory

25   or did you look at a list?



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          99

```
 1              A.   We have a job list we keep, all jobs.
 2              Q.   I think you were at your dad's
 3      deposition when I took it.  Am I right?
 4              A.   Correct.
 5              Q.   And there was a list of a bunch of
 6      projects that came from the website that I went
 7      over with him.  Do you remember that list?
 8              A.   I remember it, but I don't think it
 9      was complete.
10              Q.   Is that similar to the list that
11      you're talking about, maybe not as long?
12              A.   Yeah.  I think we keep on -- in the
13      server is more complete of everything.  Website was
14      just pick and choose, I think they just put certain
15      ones on there, but we keep a tab on that list.
16              Q.   Is -- so was it the server list that
17      you are telling me that was looked at to determine
18      what jobs go on the application?
19              A.   Right.  We keep a master job list.
20              Q.   And in the e-mail here your mom asked
21      a couple of questions about some changes.  But at
22      the bottom she says, "I gave him," meaning
23      Mr. Bryant, "copy of my job list, references
24      brochure of our company."
25                   Is the job list that she mentions the
```



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.        100

1  one that you described that's on the server?

2          A.   I guess.  I mean, I don't know what

3  extent she gave it because I don't if it's from

4  when my dad started or from a certain date.  I

5  don't know, but that's probably the list.  There is

6  only one master list.

7          Q.   Did you see the package that your mom

8  sent to Mr. Bryant?  Did you approve it, anything

9  that you did with it all?

10         A.   I mean, I remember it being put

11 together.  What I did, I touched it, I don't know.

12         Q.   Don't know if looked at it or not to

13 see what --

14         A.   I'm sure I reviewed it.  I mean, to

15 what extent, I don't know.

16         Q.   So, flipping over now, the e-mail

17 August 30th, from Jackie Farris to Barbara Vicari.

18 That's your mom, right?

19         A.   Right.

20         Q.   Okay.  And this is on August 30th, the

21 next day.  And it has a receipt indicating that

22 your mom read the e-mail at 11:45 a.m. on

23 August 30th.  Do you see that?

24         A.   Right.

25         Q.   So she's got some bullet points here.



```
 1   The first one says, "Take out all the experience
 2   pages that are renovation work.  The DBPR will not
 3   give any credit for renovation work.  The time for
 4   these projects cannot be included in the total time
 5   of experience from employment history."  You see
 6   that?
 7        A.   Yes.
 8        Q.   Okay.  Did you follow that advice?
 9        A.   I don't know.  I really don't.  A lot
10   of it I remember dealing with was when David Bryant
11   got his hands on it and that's when we made
12   revisions or whatever we had to do, which is what
13   she said in the e-mail is what she sent to David
14   Bryant, was all of this.
15        Q.   And I see Jackie Farris giving your
16   mom some advice about what DBPR will take and not
17   take.
18        A.   Right.
19        Q.   So at least the first thing that she
20   says is, "Renovation work doesn't account" --
21   doesn't count."  Do you see that?
22        A.   Right.
23        Q.   Okay.  If you go down to the fourth
24   bullet point it says, "For the Midship Marine
25   project 12/'04 to 8/2015 you need to check yes or
```



```
 1    not if the project was four stories or higher."  Do
 2    you see that?
 3           A.   Correct.
 4           Q.   And then at the very bottom, her --
 5    basically her last paragraph, I don't need to read
 6    it all to you.  Did you read that?
 7           A.   Right.
 8           Q.   Basically that says you don't qualify
 9    for a certified general contractor's license.  She
10    recommends that you apply for a certified building
11    contractor license.  That's basically that's what
12    that says.  Is that a fair statement?
13           A.   That was her opinion.
14           Q.   Okay.  I understand that's her
15    opinion.  Did you talk to your mom or dad about
16    Jackie Farris giving the opinion that you didn't
17    qualify for a certified general contractor's
18    license?
19           A.   We consulted with David Bryant.
20           Q.   I understand that, but that wasn't my
21    question.
22                My question was:  Did you talk to your
23    mom or dad about Jackie Farris specifically saying
24    that you don't qualify for the certified general
25    contractor's license?
```



```
 1              A.   I'm sure we spoke about it and then we
 2    were referred that we can go to David Bryant about
 3    it.
 4              Q.   Is it your recollection that Jackie
 5    Farris's recommendation about what you qualify for
 6    came before or after you got advice from Mr. Bryant
 7    as to what you qualified for?
 8              A.   I think David Bryant came in after
 9    this with the final applications.  Because he is
10    the one that took application and did whatever he
11    did, whatever he does.
12              Q.   Okay.  So by the time you send the
13    application to David Bryant and get some advice
14    from him, it's before that that you, your mom and
15    your dad understand that Jackie Farris says you
16    don't qualify for the license.  Is that a fair
17    statement?
18              A.   That's what she says.
19              Q.   Is there a reason that you didn't
20    follow her advice and just apply for a certified
21    building contractor license?
22              A.   We went under what David Bryant told
23    us to do.
24              Q.   Did you talk to him or did you talk to
25    your mom and dad or anybody about why don't we just
```



1    apply for the certified general -- certified

2    building license because Jackie saying I'm more

3    than qualified for that one?

4        A.   That was spoke about with David

5    Bryant.  He is the one that took the lead on it,

6    not Jackie.

7        Q.   What did Mr. Bryant tell you about

8    applying for a certified building contractor's

9    license?

10       A.   Mr. Bryant went through all the jobs

11   and description of all of the work, he felt I was

12   more than certified for a certified general, so

13   that's what I did because we could have did the

14   certified building, but he advised to do certified

15   general, so we did what he advised.

16       Q.   Did Mr. Bryant tell you specifically

17   what made you more than qualified for a certified

18   general contractor's license?

19       A.   From memory, I remember looking at and

20   him maybe saying that because the application the

21   way it reads, it's four stories in height.

22       Q.   Did Mr. Bryant -- if I understood your

23   earlier testimony, you didn't actually talk to

24   Mr. Bryant directly.  So he didn't give you that

25   particular advice directly; is that right?



```
 1          A.   That one came probably between my dad
 2     and David.
 3          Q.   So, is this your dad telling you what
 4     Mr. Bryant told him?
 5          A.   I'm sure.
 6          Q.   You wouldn't have gotten it from any
 7     other place, right?
 8          A.   No.
 9          Q.   Did your dad tell you what Mr. Bryant
10     indicated was the basis or reason why he said four
11     stories in height is all you need?
12          A.   I don't remember offhand.  Had a
13     conversation, but I know that was what was said.
14               MR. LAWHON:  Why don't we break for
15          lunch.
16               THE VIDEOGRAPHER:  Off the record.
17               (Thereupon, a lunch recess was taken.)
18               THE VIDEOGRAPHER:  We are back on the
19          record, the time is 1:41 p.m.
20     BY MR. LAWHON:
21          Q.   Mr. Vicari, we are back from lunch.
22               Did you do any homework or research or
23     anything to prepare for this afternoon session?
24          A.   No.
25          Q.   Okay.  We were talking about
```



PETER J. VICARI                                        October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          106

```
1    Mr. Bryant.  And I just want to say on the record,
2    I didn't have time to read through all the
3    materials that you gave me and we didn't have a
4    chance to upload whatever you gave us, so I'm going
5    to --
6              MR. PARTINGTON:  You want the take
7         that with you tonight?
8              MR. LAWHON:  Might do that.  I don't
9         know if I can -- might be able to access
10        what's on there, but I can give that a shot
11        and maybe we can try and address it
12        tomorrow.  Just going to reserve the right
13        to do that.  So--
14             MR. PARTINGTON:  One thing.  So I
15        started to say this earlier, but I think he
16        was -- so you will get to this some at
17        point, but originally there was going to be
18        a hearing on the licensing application, but
19        then the license got issued anyway.  I
20        think this is his, like, hearing binder
21        because there is all this legal stuff in
22        the back of it.  That's just my guess,
23        so -- if you want take that -- I don't
24        think he would know that.  But like I say,
25        that's my speculation.  Did you get
```



```
 1              lipstick on it?  The --
 2                   MR. LAWHON:  I plead the fifth.  I
 3              don't know.
 4                   MR. PARTINGTON:  You can take that
 5              with you this evening if you want.  That is
 6              the only hardcopy I brought with me, so...
 7                   MR. LAWHON:  I will try not to get hit
 8              by a bus.
 9                   THE VIDEOGRAPHER:  I heard everything
10              you said, but you may want to put on your
11              mic next time.
12    BY MR. LAWHON:
13         Q.   So I want to continue, Mr. Vicari,
14    through the sequence of getting the license.  But
15    before I do that, you had ended your testimony
16    beforehand in indicating that Mr. Bryant had told
17    you that a building qualified if it was four
18    stories in height.  Did I understand that testimony
19    correctly?
20         A.   Correct.
21         Q.   Well, let me say it better.  You were
22    told that Mr. Bryant gave that advice; he didn't
23    actually give it to you because you said before you
24    hadn't talk to him?
25         A.   Right.  Through my dad.
```



```
 1          Q.    Okay.

 2          A.    That's old.

 3          Q.    Yes.  I was just using it for the

 4   labeling.  I wanted to make sure I did it the same

 5   way that she did it.

 6                Show you what I marked as Exhibit 306.

 7   Actually, have an extra one of those for you,

 8   Jonathan.  And I will represent to you that this

 9   comes out of the Florida building code.  In fact,

10   if you look at the stop here, above where it say

11   definitions, it says, "Florida building code

12   building 6th edition 2017."  Do you see that?

13          A.    Yes.

14                (Thereupon, Defendant's Exhibit No.

15          306 was marked for identification.)

16   BY MR. LAWHON:

17          Q.    Okay.  Have you ever looked at the

18   Florida building code to determine what the

19   definition of a story is?

20          A.    May have in the past.

21          Q.    Would you have done that before you

22   tested for passing the testing that you took to get

23   your -- you license?

24          A.    I don't think.  I don't remember when

25   I did.
```



PETER J. VICARI                                          October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.         109

```
 1           Q.   Would it have been before or after
 2    this lawsuit came up, or at least a fight between
 3    the parties came up about your license?
 4           A.   I don't remember.  I mean, the
 5    attorneys dealt with that.
 6           Q.   Okay.  So I'm going to direct you to
 7    the definition of story, in the bottom left-hand
 8    corner.  And it seems a little odd.  But basically
 9    the definition spilled over to the top left-hand
10    corner of the next page.  So take a moment to look
11    at that if you would and let me know when you are
12    done.
13           A.   Okay.
14           Q.   Did you have a chance to read that?
15           A.   Yes.
16           Q.   Do you understand that?
17           A.   Yes.
18           Q.   Basically, if I can say it in a very
19    simple way.  The definition of story, according to
20    the Florida building code is a floor,
21    floor-to-ceiling space with a floor and a ceiling.
22    Fair enough?
23           A.   Yes.
24           Q.   Okay.  That's the only definition of
25    story that I've seen.  Have you seen a different
```



```
 1   definition of the word story from Mr. Bryant or
 2   anybody else that would apply to Florida licensing?
 3              MR. PARTINGTON:  Object to the form.
 4              THE WITNESS:  Like I said, with --
 5         with David Bryant I was told application
 6         reads four stories in height.
 7   BY MR. LAWHON:
 8         Q.   Understood that's what he told you.
 9   You had mentioned that before.
10              My question, though, was more
11   particular about what you've seen.  And to repeat
12   it for you, I would like to know if you have seen a
13   different definition of the word story before?
14         A.   No.
15         Q.   Has anybody told you, other than
16   perhaps lawyers, has anybody told you in the
17   construction industry or otherwise that there is a
18   different definition of story that applies in
19   Florida for licensure?
20         A.   No.
21         Q.   Mr. Vicari, we are going to move on to
22   Exhibit Number 308 -- I'm sorry, 307, thank you --
23   307 that I have marked for identification.  Take a
24   moment to look at that, and let me know when you
25   are done.  And, Bruce, this is also Exhibit
```



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          111

```
 1   Number 6 from BSI.
 2          A.    Okay.  This is an application.
 3                (Thereupon, Defendant's Exhibit No.
 4          307 & 308 was marked for identification.)
 5      BY MR. LAWHON:
 6          Q.    I believe that is your application.
 7   Does that look like your application and some
 8   additional documents with it.  But is that your
 9   application for that was -- well, why don't you
10   tell me what that is.
11          A.    Looks like the application.
12          Q.    Okay.  Is this one that you actually
13   had submitted to DBPR for a certified general
14   contractor's license?
15          A.    That's what it looks like, the
16   received stamp on the top, I guess.  That's all
17   that I can tell.
18                MR. PARTINGTON:  May I ask a question?
19          There is some handwritten, like, circles on
20          some of the things here.  Do you know
21          whether that's from the original or whether
22          that was applied later?
23                MR. LAWHON:  Because that's from BSI,
24          I think this is the one that came out of
25          the SI's file.
```



*800.211.DEPO (3376)*
*EsquireSolutions.com*

```
 1                    MR. PARTINGTON:  With the circles.

 2                    MR. LAWHON:  I think that's per the

 3              circle.  I'm not sure.

 4                    THE WITNESS:  I mean, this isn't the

 5              final application, from what it looks like.

 6   BY MR. LAWHON:

 7         Q.   We will come that to that.  You can

 8    help me with that as we -- as we move along here.

 9    So there is a stamp on it that's dated

10    September 8th of 2016.  And if you look at, again,

11    that page 14 of 24.

12         A.   Okay.

13         Q.   That's your signature, right?  That's

14    still the same date that your mom had put on it,

15    right?

16         A.   Correct.

17         Q.   Okay.  So if I can go from

18    September 6th or September 8th, whatever that date

19    is that stamped on there, and use our last sequence

20    of stuff, which was an e-mail from Jackie Farris,

21    August 30th, about a 90-day period.  What happens

22    in that 90-day period that led you to go ahead and

23    actually file this application?

24         A.   I don't remember.

25         Q.   Do you remember doing any research,
```



PETER J. VICARI                                          October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          113

```
 1   homework, getting more information or doing

 2   anything towards the application process?

 3          A.   No.  I don't remember.

 4          Q.   Was the application that you did

 5   submit to DBPR truthful in every way?

 6          A.   Yes.  To the best of my knowledge.

 7          Q.   Did you check it, read it, look at it

 8   before it was submitted to DBPR?

 9          A.   Yes.

10          Q.   How did it get submitted to DBPR?

11          A.   I'm not sure.  I don't remember.

12          Q.   Was it -- well, were you involved in

13   the process of getting it submitted to DBPR at all?

14          A.   I think my mom handled getting it

15   through David Bryant, I think who was our

16   contact -- who our contact was.  I don't know if we

17   submitted to DBPR or he did.  I don't remember.

18          Q.   Let me -- do me a favor, if you would

19   and I'm going ask a broad question and we'll wind

20   getting in the projects.  But identify for me which

21   project or projects you consider to be four stories

22   in height or more that qualify you to receive a

23   license as a certified general contractor in your

24   application?

25          A.   Midship Marine is four stories in
```



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          114

```
 1  height.  Sugar Mill is four stories in height.
 2  St. Bernard is four stories in height.  And
 3  Jefferson Parish Annex Building was four stories in
 4  height.  Sheriff office was four stories in height.
 5  West Jeff Hospital jobs, the penthouse was four
 6  stories in height.  I don't think there is any more
 7  in here.  I think that's it in the application.
 8          Q.   Okay.
 9          A.   Sorry.  My kid is at the doctor with a
10  fever.
11          Q.   That's okay.  You need the take a
12  break?
13          A.   He has got a fever.  That's okay.
14          Q.   How did you measure the height of the
15  projects that you just gave me?
16          A.   Typically height that we figure, the 8
17  to 12-feet times the total height of the building,
18  along with the stories.
19          Q.   Okay.  When you say typically, let me
20  be more precise.  Let's start with the Midship
21  Marine building.  Before you submitted your
22  application to DBPR, did you actually go measure
23  the height of that building?
24          A.   I don't think we had the plans in the
25  office.
```



```
 1              Q.    The construction plans?

 2              A.    I think.

 3              Q.    Do you still have them?

 4              A.    I don't remember if we did.  We may

 5    have called the owner.  He is a good friend of ours

 6    that owns that.  I don't remember exactly how we

 7    got it, but it was pretty simply.  It's down the

 8    street from our office.

 9              Q.    You gave me a couple of different ways

10    that you might of gotten the height.  Do you know

11    for sure how you actually did get the height?

12              A.    I don't remember.

13              Q.    How would -- do you know who did get

14    the height?

15              A.    No.  I don't think.

16              Q.    The Sugar Mill apartment complex, how

17    did you get the height for the application?

18              A.    For that, I don't remember off the

19    application.  But we knew it was about 8 to 10-feet

20    ceiling height in those rooms with the roof

21    structure on top.

22              Q.    Did you actually have a conversation

23    with either of your parents about how to arrive at

24    the height of those different buildings?

25              A.    I think it was all -- it was brought
```



1    up from David Bryant that we said typically to use

2    10-foot to the stories in height.

3            Q.    How do you know he brought that up?

4            A.    I think that's what he told my dad.

5            Q.    How do you know that; your dad told

6    you?

7            A.    Yea.

8            Q.    Did anybody go measure the Sugar Mill

9    Apartments?

10           A.    I don't remember.

11           Q.    If you are using 8 to 12 feet or 10

12   feet in height as your story as you just testified,

13   how did you know exactly what the tallest point or

14   the highest point of the building was to go up to?

15           A.    What you mean height?  We know.

16           Q.    How -- well, let me ask this way:  How

17   tall is the Sugar Mill apartment complex in height?

18           A.    Roughly -- I don't remember.  I don't

19   know exactly offhand.  I don't know.  I mean, it's

20   got to be 40 feet easily.

21           Q.    How do you know that?

22           A.    Because it's got three floors plus a

23   big added area built on top where the air

24   conditioning units are housed in.

25           Q.    So you come up with 40 feet, you take



```
 1    roughly 10 feet per floor, three floors, that's 30

 2    feet, and then approximately 10 feet for the

 3    housing for the HVAC equipment?

 4            A.    Correct.

 5            Q.    The HVAC equipment that you

 6    identified, it's in an attic.  Is that accessible

 7    from inside the building or outside the building?

 8            A.    I think on Sugar Mill, it's both.  I

 9    think you can to it from the inside and outside if

10    I'm remembering.  It's a head of flat roofs in

11    between the buildings that you can get on the flat

12    roof and access attics.

13            Q.    Who built the attic?

14            A.    After Katrina, a lot of the buildings

15    were heavily damaged and destroyed, so we had to

16    rebuild certain buildings.

17            Q.    And more precisely, did PVGC actually

18    build attics --

19            A.    Yea.

20            Q.    -- from -- from scratch or new?  Or

21    did you have to renovate or refurbish the existing

22    ones?

23            A.    We rebuilt the ones that were damaged.

24    I mean, pretty much one building was destroyed in

25    the very back that had to be started over.
```



PETER J. VICARI                                          October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          118

1          Q.    Did -- do the attics run the span of

2     the structure of each building?  In other words,

3     are they just as long and just as wide as the

4     apartment buildings themselves or are they much

5     smaller?

6          A.    They are the whole length of the

7     building.  They're -- you know, the building is all

8     separated in the apartment complex and one building

9     was destroyed.

10         Q.    The entire concrete structure all the

11    way down to rubble, down to the ground?

12         A.    No.  It was pretty much kind of the

13    first floor was destroyed, where it ripped off the

14    roof and the third floor and then tore up the walls

15    on the second and first.  So it was pretty much

16    start over on the building.

17         Q.    All three floors?

18         A.    On the section of it, yeah.

19         Q.    But not all three floors?  You

20    didn't -- you didn't build new all three floors?

21         A.    Yeah.  On the portion of it, we did.

22    And we were able to save some of the other parts of

23    it, of that building.

24         Q.    Okay.

25         A.    But not much.



PETER J. VICARI                                  October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          119

```
 1            Q.    All right.  I will come back to that
 2    one.
 3                  How about St. Bernard's, how tall is
 4    that building?
 5            A.    I don't know.  I don't remember
 6    offhand.  I didn't go measure all these building
 7    before coming here to refresh my memory.
 8            Q.    Did anybody measure them for PVGC
 9    before you applied for your license?
10            A.    We may have.  I don't remember.
11            Q.    And if I asked you the same question
12    about Jefferson Parish or the sheriff's office, how
13    you arrived at how many feet tall those buildings
14    are, what would be your answer?
15            A.    I don't know the actual -- not -- I
16    don't know.  I mean, I know the sheriff -- not the
17    sheriff, the Jefferson Parish, the annex building
18    or school board building, whichever one it was, has
19    three floors, a penthouse on top, to make it four,
20    the stair tower four.  So I know that building is
21    really tall -- really tall.  Sorry.
22            Q.    And if I understood your testimony
23    about the West Jefferson Hospital, you said that
24    was four stories in height of construction, but
25    PVGC only built out the penthouse floor.  Do I
```



PETER J. VICARI                                          October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.                 120

 1   understand that right?

 2          A.   Yes.  There was a section on the back

 3   of the hospital that we built a penthouse on top of

 4   the building, where the building would step down

 5   to, like, four floors or whatever, we had to build

 6   a penthouse on top of it to feed the air

 7   conditioning system for the operating rooms.

 8          Q.   So the penthouse that you built was

 9   for electrical equipment?

10          A.   HVAC equipment and electrical

11   equipment.  It was a big penthouse -- it was to

12   the -- it was for the whole operating room portion

13   of the wing of the hospital.

14          Q.   If I understand correctly, you did not

15   also construct the three floors below it from

16   scratch?

17          A.   No.  Not on that one.

18          Q.   So that particular project that you

19   are identifying was only one floor of construction

20   work; is that right?

21          A.   Right.

22          Q.   It just happens to be on the fourth

23   floor?

24          A.   Correct.

25          Q.   Do you know if you still have the



```
 1    plans in the office for any of the other projects

 2    that you just identified?

 3             A.   I'm not sure.  I have no idea.

 4             Q.   Did anybody look for them?

 5             A.   No -- no idea.

 6             Q.   So the Sugar Mill Apartments,

 7    St. Bernard's, the Jefferson Parish annex, the

 8    sheriff's office, you don't if the company still

 9    has those plans or not?

10             A.   Pretty much, I think, every five years

11    we purge or we get rid of the projects because we

12    don't need them.

13             Q.   So coming back to your application,

14    let's look at -- let me know when you are ready.

15             A.   Just reading this -- issue is.  Nephew

16    in the hospital.  I don't know what he's got, they

17    ain't sure.

18             Q.   Is he okay?

19             A.   He's fine.  He's got a fever with

20    bronchitis, now my nephew is in the hospital with

21    spinal meningitis, bacterial something.  He's been

22    laid up for two weeks in the hospital and he's

23    2 years old.

24             Q.   That's pretty serious.

25             A.   Yeah.
```



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          122

```
 1              Q.   Okay.  Well, if you need to take break
 2      to tend to your nephew, you just let me know.
 3              A.   He's good.
 4              Q.   So let me look through your
 5      application here if we can.  Start on page 3, if
 6      you would.
 7              A.   Okay.
 8              Q.   There is a section that says
 9      current/prior license information.  Do you see
10      that?
11              A.   Okay.
12              Q.   And it says, "If you currently hold or
13      have previously held a business or professional
14      license/registration in Florida or elsewhere,
15      please list each one below."  Do you see that?
16              A.   Correct.
17              Q.   And the only license that's listed
18      there for you is license number 1670, commercial
19      general contractor issued from November 15th of
20      2012 to the present.  Do you see that?
21              A.   Correct.
22              Q.   All right.  Is that information
23      accurate?
24              A.   It's got the license number of the
25      company.
```



PETER J. VICARI                                              October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.                    123

```
 1            Q.    Whose license is that?
 2            A.    That's my dad's license number.
 3            Q.    Well, it asks you for your license
 4    information, not your dad's.  So why is your dad's
 5    license information on the application?
 6            A.    I don't know.
 7            Q.    Well, that information is not truthful
 8    for you, then, is it?
 9                  MR. PARTINGTON:  Object to the form.
10    BY MR. LAWHON:
11            Q.    You can answer.
12            A.    I mean, must have been a typo.  I
13    don't know.  I don't know.  This is something that
14    obviously was done through David Bryant that
15    checked and helped us through this.  If we missed
16    something that we missed, a typo, it's a typo.
17            Q.    So far you've testified that you've
18    read this application twice; once when it was
19    prepared and you signed it on August 23rd of 2016,
20    and then right before it was submitted to DBPR.
21    And you told me earlier that you read it thoroughly
22    and carefully.  Did you miss that?
23            A.    I must have because I'm used to using
24    that license number when we do paperwork every day
25    in the company.  And when I fill something out, I
```



PETER J. VICARI                                     October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          124

```
 1   always put the 1670 license number on it.  Because

 2   that's the license that we always use and we don't

 3   use mine yet.  So I mean, if it was an oversight or

 4   a problem, then we had a license, the company.

 5          Q.   My understanding of the 1670 license

 6   that your dad is that it was issued a long, long

 7   time ago, like back in the 80's.  Is that your

 8   understanding?

 9          A.   My understanding, it's my grandpa's

10   license number that my dad was able to take over.

11          Q.   So it's really, really old?

12          A.   Yes.

13          Q.   Okay.

14          A.   1600 -- if I'm getting it right, he

15   was the 1600th person getting a license in

16   Louisiana.

17          Q.   And I think you told me that you got

18   your license in Louisiana issued in '06?

19          A.   Correct.

20          Q.   Okay.  So where would the

21   November 15th of 2012 date have come from?

22          A.   You would have to ask my mom.  They

23   must have changed the name of a company.  I have no

24   idea.

25          Q.   Did your mom type in the date?
```



PETER J. VICARI                                            October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.              125

```
 1            A.    I am guessing.  I don't -- I don't
 2    know.
 3            Q.    Somebody wrote in, under the type of
 4    license, "commercial general contractor."  You see
 5    that writing?
 6            A.    Right.
 7            Q.    Is that your handwriting or your
 8    mom's?
 9            A.    It looks like my mom's.
10            Q.    But you don't know why it says 1670
11    and you don't know why you didn't catch it?
12            A.    No.  We just use that number for
13    everything we do on a daily basis.
14            Q.    If you turn the page, I want to talk
15    you about part B of your application.  And I know
16    on this one it might be a little hard to read, so I
17    have given you Exhibit Number 302, which is the
18    first version of the application that you said you
19    signed.  And I think it's a little more legible
20    there.  And all I want to ask you is, under part B,
21    there is a note that says the certified general
22    contractor license must have experience in four or
23    more of the expertise of its -- of the experience
24    areas listed below and must provide at least one
25    year of experience in the construction of
```



1   structures at least four stories in height.  Did I

2   read that right?

3           A.   Correct.

4           Q.   All right.  You saw that before you

5   completed the application and before you signed it,

6   right?

7           A.   Right.

8           Q.   Okay.  And as we go through this

9   application, I think you identified some of the

10  projects you believe were four stories in height.

11  Let's talk about those.  Well, I'm probably going

12  to talk you about most of the projects so I

13  understand which ones apply and which don't.

14              So the first one listed as Archbishop

15  Shaw High School.  But if you turn the page it

16  says, "Construct new two-story school building."

17  Do you see that?

18          A.   Correct.

19          Q.   You're not going to tell me that's an

20  error and that really is a four-story structure,

21  are you?

22          A.   No.  Because it says right here,

23  construction four stories or higher and we said no.

24          Q.   That's the previous page 4 of 24, it

25  says no, okay.  So I just want to make sure that's



PETER J. VICARI                                          October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.           127

1   not one that you would consider to qualify you for

2   your license?

3          A.   No.

4          Q.   The next one is the Midship Marine

5   project and let me make some notes.

6               Okay.  So the information that's in

7   the Midship Marine section, did you review this

8   before you signed the application?

9          A.   Yes.

10         Q.   Okay.  Is it truthful?

11         A.   Yes.

12         Q.   You identify yourself as a foreman on

13  that project from December of '04 to August of '05.

14  So for me, that's about eight months.  Sound about

15  right?

16         A.   Yes.

17         Q.   All right.  Tell me what you did as

18  the foreman of that project.

19         A.   I worked out with the superintendent

20  doing everything out there, getting site work,

21  footings, slabs, helping with the erection.  I

22  mean, just help the superintendent coordinate

23  everything.

24         Q.   Who are the employees from PVGC that

25  worked on that project?



```
 1          A.   My goodness.  The only one I remember,
 2    I think was the superintendent at the time was a
 3    guy named Mike that worked for us, but I don't
 4    remember anybody else that would work with us
 5    there, because he was the one in charge.
 6          Q.   What was Mike's last name?
 7          A.   I think it was Bilbo, B-I-L-B-O.
 8          Q.   Do you remember any of the primary
 9    trades you worked with out there?
10          A.   It was all of them, your site work
11    guys, your concrete guys, metal building erectors.
12          Q.   Are those the same subs that you use
13    today?
14          A.   No.  I don't even remember who that
15    was back then.
16          Q.   Do you remember the names of any of
17    the primary subs on that job?
18          A.   No.
19          Q.   It says that is a 70-foot tall
20    structural steel building with structural concrete
21    slab.  Other than -- well, strike that.
22               Is the concrete slab the first floor?
23          A.   It's the ground -- ground level.
24          Q.   Is there any other concrete that was
25    poured on that job?
```



PETER J. VICARI                                              October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.              129

1           A.    Just your main slab, building slab.

2           Q.    How many floors are in that building?

3           A.    One.

4                 MR. LAWHON:   Bear with me, I got a lot

5     of moving parts.  308.

6                 MADAME COURT REPORTER:   Yes, sir.

7     BY MR. LAWHON:

8           Q.    I'm going to show you what we marked

9     as Exhibit Number 308, this is actually a composite

10    of a few things.  And we will end up coming back to

11    that from time to time.

12                Get a chance to look -- just the first

13    page.  The others are different ones, so we will

14    take them one at a time.

15                Did you get a chance to look at the

16    first page?

17          A.    Yes.

18          Q.    Do you recognize that?

19          A.    No.  I didn't prepare this.

20          Q.    Do you recognize the form as being a

21    typical building application, building permit

22    application form that you use out in Jefferson

23    Parish?

24          A.    Looks to be.  They may have altered

25    since then.  I don't remember.



PETER J. VICARI                                      October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.           130

```
1              Q.   Generally speaking, that's roughly --
2              A.   Looks kind of like what it was back
3    when I used to pull some.
4              Q.   And -- and so that was my next
5    question.  Did you have experience applying for
6    actually filling out the applications for building
7    permits back in 2006 and some years after that?
8              A.   I have done some.  I don't know how
9    many and when, but I've done some.
10             Q.   So, this lists the Midship Marine
11   project and it's got an address of 1029 I
12   Estoban[sic]?
13             THE WITNESS: Destrehan.
14             MR. PARTINGTON:  Destrehan.
15   BY MR. LAWHON:
16             Q.   Destrehan -- thank you -- Avenue.  So
17   is that the right address for the Midship Marine?
18             A.   I guess.
19             Q.   You haven't been by there in awhile?
20             A.   I mean, we pass it all the time, but I
21   don't look at the address.
22             Q.   All right.  The -- and the architect,
23   is that Claudia Seligman?
24             A.   Yeah, I guess.
25             Q.   Do you recall working with Claudia on
```



```
 1    this project?
 2              A.    I don't remember.
 3              Q.    The contractor is listed as Pete
 4    Vicari Gen Cont, C-O-N-T, and it's got the 1900
 5    Destrehan Avenue address.  That was the address for
 6    the company at the time, right?
 7              A.    Yes.  It still is.
 8              Q.    The license number to the right, right
 9    under the -- or right next to the address of 1670,
10    that's the same address that we just went over,
11    right?
12              A.    Yes.
13              Q.    And who would have been responsible
14    for submitting this application back in 2006 for
15    that project?
16              A.    I have no idea.
17              Q.    Your -- is there any question in your
18    mind whether or not PVGC submitted the building
19    application permit for the building application for
20    the permit for that particular project?
21              A.    I really don't know because they are
22    good friends of ours so I don't know if they took
23    care of it.  They may have because they were just
24    close friends and we worked together on it.
25              Q.    The -- there is a box towards the
```



 1   bottom here that says, "square feet per floor," and

 2   it only identifies the first floor is at cost.  Do

 3   you see that?

 4          A.   Yea.  I see that.

 5          Q.   Do -- is that information correct?

 6          A.   I have no idea.  I don't know what

 7   that means, whoever did this.

 8          Q.   As an estimator, how would you

 9   typically identify the information that goes in

10   that box?

11          A.   You put the square feet there.

12          Q.   Not a price per square feet or even a

13   price?

14          A.   No.  No.

15          Q.   It's described up here, says, "1-STY

16   open shed."  Do you see that?

17          A.   Right.

18          Q.   What's an open shed?

19          A.   It's whoever called it that, I guess.

20   Just it's a big manufacturing facility.  That's how

21   I took it as.

22          Q.   So, we have some pictures.  Here is

23   Exhibit Number 309.  There are four pictures in

24   Exhibit Number 309; is that correct?

25          A.   Correct.



PETER J. VICARI                                          October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.            133

```
 1                (Thereupon, Defendant's Exhibit No.
 2          309 was marked for identification.)
 3   BY MR. LAWHON:
 4          Q.   All right.  Do you recognize what's
 5   shown in the photos?
 6          A.   Yes.
 7          Q.   So what's in the first photo?
 8          A.   Picture of a sign of the road.
 9          Q.   For what?
10          A.   Midship Marine.
11          Q.   Is that what the sign looks like
12   today?
13          A.   I think so.  I think it is.  It hasn't
14   changed in years.
15          Q.   The -- and the next photograph, what
16   does that show?
17          A.   Picture of the side of the building.
18          Q.   That's what it looks like today?
19          A.   Yes.
20          Q.   Is that how you guys constructed it?
21          A.   Yes.
22          Q.   And the third picture, what does that
23   show?
24          A.   Picture of the backside of the
25   building.
```



```
 1            Q.    Is that what it looks like today?

 2            A.    Yes.

 3            Q.    Is that how PVGC constructed it?

 4            A.    As far as I know, yes.

 5            Q.    So, your application identifies it as

 6   70 feet tall.  Did I read that right?

 7            A.    I think so.

 8            Q.    70-foot tall structure steel building.

 9   My question is:  Where was the 70-foot measured up

10   to?

11            A.    The highest point.

12            Q.    So is that the tip of the roof?  Or is

13   that some of the -- looks like there is an antenna

14   or something that's sticking above that.

15            A.    To the tip of the roof.

16            Q.    To the tip of the roof?  So when you

17   are measuring the height of the building, it's your

18   experience that you measure it from where to where?

19            A.    The ground to the tallest point.

20            Q.    Define ground.  Is that the concrete

21   slab?  Is that the finished floor?

22            A.    It would be the slowest point of the

23   structure.

24            Q.    Lowest point of the structure to the

25   tip of the roof?
```



PETER J. VICARI                                          October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          135

```
 1              A.    Yes.
 2              Q.    Okay.  So you believe it's 70 feet
 3    from the lowest point of the Midship Marine
 4    building that we are looking at in this third
 5    picture up to the -- the apex or the tip of the --
 6    sort of the middle of the roof there?
 7              A.    Yes.
 8              Q.    Okay.  And then turning to the last
 9    page, what does that show?
10              A.    Inside of the building.
11              Q.    Is that what it looks like today?
12              A.    Yep.
13              Q.    Is that how you guys built it?
14              A.    Yes.
15              Q.    And you believe this building
16    qualifies for a Florida license for you because it
17    is taller than four stories in height, even though
18    it doesn't have four separate floors or more?  Do I
19    understand your testimony correctly?
20              A.    That's how we was advised by David
21    Bryant.
22              Q.    Did David Bryant specifically tell
23    somebody that this particular building qualifies
24    for a certified general contractor's license
25    because it is more than four stories in its height?
```



```
 1          A.    Yes.

 2          Q.    Who did he tell that to?

 3          A.    Pretty sure my dad.  That's who he was

 4   in contact with.

 5          Q.    Pretty sure or you are certain that

 6   they had that specific conversation about the

 7   specific Midship Marine project?

 8          A.    I'm pretty sure they had the

 9   conversation.

10          Q.    Were you there?

11          A.    I was not on the phone, no.

12          Q.    How do you know they had that

13   conversation?

14          A.    From remembering my dad told me.

15          Q.    I'm curious.  The Exhibit 302 I showed

16   you, which was the initial application that you

17   signed, in the Midship Marine box, it does not have

18   darkened a yes or no response to the question of

19   was this experience in the construction of

20   structures four story or higher, but in the

21   application I just showed you that was submitted to

22   DBPR, it is boxed.  Do you know -- do you know why?

23          A.    I think that was the first draft.  And

24   then I think David Bryant was -- got involved and

25   that's how things got finalized.
```



1        Q.   If you compare the description of the

2   project in your initial draft of the application,

3   which is Exhibit Number 302, to how it's identified

4   in the DBPR application, there is more writing

5   there.  Do you see that?

6        A.   Right.

7        Q.   Okay.  Who choose those words?

8        A.   I don't remember.

9        Q.   Did you discuss with your mom or

10  Mr. Bryant or anybody changing what's written

11  there?

12       A.   I'm sure there was a discussion

13  between my dad and David Bryant and myself maybe.

14  I don't remember.

15       Q.   Well, first you said you are sure and

16  then you said you don't remember.  So those to me

17  don't go together.  Is it --

18       A.   I'm sure there was a conversation,

19  obviously, if words added to the application.  So

20  there was conversation that happened is why they

21  got added more words to it.

22       Q.   Do you recall the details of the

23  specific conversation or you're just assuming it

24  happened?

25       A.   I'm assuming it had to have happened



PETER J. VICARI                                          October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          138

```
 1    between my dad and David Bryant.

 2           Q.    You're assuming your dad and

 3    Mr. Bryant talked about additional language to add

 4    to the application that got put into the one that

 5    you submitted or was submitted for you?

 6           A.    I'm assuming.  That's typically what

 7    happens.

 8           Q.    So let's look next, if we could, at

 9    the next page of your application.  And it refers

10    to the Sugar Mill Apartments.  And, oh, I just

11    wanted to get something back here on the -- never

12    mind.

13              Sugar Mill Apartments.  So the

14    information that's contained in the section for

15    Sugar Mill Apartments, is that all accurate and

16    truthful?

17           A.    As far as I know.

18           Q.    It identifies you as the foreman on

19    that project from September of 2005 to March of

20    2007.  Do you see that?

21           A.    Yes.

22           Q.    If I do my math right, you were about

23    23 to 25 years old; is that right?

24           A.    Right.

25           Q.    Can you tell me any of the --
```



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.              139

```
 1            A.    From when to when you said?

 2            Q.    What it says right there.

 3            A.    The day of the project?

 4            Q.    Yes.

 5            A.    From '05, I would have only been -- I

 6    was 18 in '03; 20.

 7            Q.    20 to 22?

 8            A.    Yeah.

 9            Q.    So between 20 and 22, you were a

10    foreman on this project?

11            A.    Correct.

12            Q.    And tell me what trades worked on that

13    project.

14            A.    All of them; I mean, you had framers,

15    you had roofers, you had mechanical, you had

16    electrical, you had plumbers, you had the whole

17    shebang for an apartment complex.

18            Q.    Masonry?

19            A.    Portion.  Might have been small

20    masonry on some portion of the building.  I don't

21    remember exactly on that one.

22            Q.    Who would have been the mason?

23            A.    Oh, I don't know.

24            Q.    Do you remember the names of any of

25    the trades?
```



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.        140

```
 1          A.   I think the electrical was Deubler
 2   Electric.  I remember them being there every day.
 3          Q.   D-L-U -- D-U-B-L-E-R?
 4          A.   It's like D-E-U-B-L-E-R or something
 5   like that.  That's all I really remember.  I
 6   remember seeing their trucks there every day,
 7   caught my eye.
 8          Q.   Anybody else?
 9          A.   No.  We hired a lot of the framers.  I
10   think a lot of the guys worked for us.  A lot of
11   the framers and finishers.
12               MADAME COURT REPORTER:  Keep your
13          voice up.
14               THE WITNESS:  I'm sorry.
15   BY MR. LAWHON:
16          Q.   Who were the supers on that job for
17   PVGC?  Or who was?
18          A.   I think Mike Bilbo was still there.  I
19   think Shawn Barrow was still around, I think he was
20   on that project.
21          Q.   Sean is S-E-A-N?
22          A.   S-H-A-W-N I think it was.
23               We had a team out there.  I remember
24   we had an office, we had four or five people.  I
25   don't know exactly everybody that was there.  But
```



1    that job had a specific -- had an office set up

2    with people.

3              Q.   According to the box that we are

4    looking at, there were no foundations or slab that

5    were greater than 20,000 square feet.  See that?

6              A.   Right.

7              Q.   Is that correct?

8              A.   I think so, yeah.

9              Q.   No masonry walls, right?

10             A.   Correct.

11             Q.   No steel erection?

12             A.   Right.

13             Q.   No precast concrete structures?

14             A.   Correct.

15             Q.   No columns were erected?

16             A.   Okay.

17             Q.   Is that right?

18             A.   Right.

19             Q.   No form work was done for structural

20   reinforced concrete, right?

21             A.   That one may have been -- they may

22   have been worked out there on that.  Maybe some

23   small areas that never got checked off.

24             Q.   So --

25             A.   I mean, they have been -- there was



```
 1    obviously concrete work out there.  I mean, to what

 2    extent I don't remember.

 3            Q.    But the box isn't check so --

 4            A.    It's not checked.

 5            Q.    So are you telling me now that the

 6    application is wrong?

 7            A.    No.  I mean, if it was small, I mean,

 8    it's not a big deal.

 9            Q.    Okay.  No elevated slabs, right?

10            A.    Right.

11            Q.    Okay.  So no floors were poured or tie

12    beams or anything like that; is that right?

13            A.    It was all wood framed.

14            Q.    Okay.  Were there any -- did you

15    create any -- well, strike that.

16                  If I understand it correctly, these

17    apartments existed before Katrina and they were

18    damaged by Katrina; is that right?

19            A.    Correct.

20            Q.    Okay.  So tell me how many different

21    buildings are there.

22            A.    Oh, goodness.  That property was huge.

23    I mean, each side had its on management numbers, so

24    I mean, I don't know exactly -- I mean, numbers,

25    but it was a bunch.  I mean, if you had to figure,
```



PETER J. VICARI                                          October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.           143

 1   probably 10 to 15 buildings per side.
 2          Q.   The building are all freestanding,
 3   they are separated from each other?
 4          A.   Yes.
 5          Q.   How tall are the buildings?
 6          A.   Well over -- got to be 40 feet
 7   probably.
 8          Q.   All ten of them or however many there
 9   are, I don't care about the number?
10          A.   They are the same.  They all match
11   each other.  They had some clubhouses that were
12   small.
13          Q.   And these are all apartments or
14   condominiums or --
15          A.   Apartments.
16          Q.   So did people live on the first floor?
17          A.   They lived -- whatever ones wasn't
18   damaged, they were living in them.
19          Q.   Before the hurricane?  Are there -- is
20   there a ground floor or a first floor?
21          A.   Yes.
22          Q.   Did it use numbers like 102 or 105, or
23   something like that?
24          A.   I don't remember how they were
25   numbered, but, yea, they were numbered.



PETER J. VICARI                                          October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          144

```
 1              Q.   Was there a second floor that people

 2      lived on?

 3              A.   Yes.

 4              Q.   Was there a third floor that people

 5      lived on?

 6              A.   Yes.

 7              Q.   Was there a fourth floor that people

 8      lived on?

 9              A.   Not lived on.

10              Q.   Was there anything higher than the

11      fourth floor?

12              A.   No.

13              Q.   So if I'm picturing what I just used

14      as floors, to me, if they are apartments, they've

15      got a floor and a ceiling.  So far what you

16      described, the first three floors have a floor and

17      a ceiling, so there is apartments in them, right?

18              A.   Right.

19              Q.   Okay.  What does the fourth floor, as

20      you've called it, consistent of?

21              A.   The HVAC areas.

22              Q.   What else?

23              A.   You had MEP's up there.  That's where

24      everything was housed.

25              Q.   It's HVAC and electrical?
```



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.        145

```
 1            A.    Right.
 2            Q.    What does the fourth floor consist of?
 3    Is it enclosed?
 4            A.    It's got a roof structure over it.
 5            Q.    It's got a floor?
 6            A.    Yes.
 7            Q.    What's the floor made of?
 8            A.    Wood.
 9            Q.    And is there a ceiling?
10            A.    You have your roof trusses, roof
11    frame.
12            Q.    It's like an attic?
13            A.    Right.
14            Q.    So there's no ceiling, it just has --
15    you expose trusses?
16            A.    Right.
17            Q.    Were there any interior, I guess what
18    I would call them, improvements done on the fourth
19    floor, other than affixing the HVAC or the MEP
20    equipment?
21            A.    To what extent do you mean?
22            Q.    Are their walls?
23            A.    Yes, there are walls.  They are
24    enclosed.
25            Q.    Are there interior walls?
```



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.        146

```
 1              A.    No.  It's a big open space.
 2              Q.    And what you just described is
 3    consistent with all the buildings, that they all
 4    have three floors of people living in units and
 5    then the fourth floor, as you've called it, is the
 6    electrical, the HVAC and the MEP?
 7              A.    Correct.
 8              Q.    How many of -- were any of the
 9    buildings completely destroyed by the hurricane to
10    the point where they were destroyed down to rubble,
11    ground floor?
12              A.    There was -- all I remember was one
13    big building in the back that took the brunt of all
14    the problems.  And all the buildings had damage, of
15    course, but there was one that was the worst that
16    was tore up bad.
17              Q.    How bad?
18              A.    I remember seeing the inside of all
19    three floors of people's apartments from the
20    outside.
21              Q.    Were -- was the ground floor -- was
22    the ground floor, first floor, the ground floor,
23    was that concrete?
24              A.    Yes.
25              Q.    Was each successive ceiling/floor
```





PETER J. VICARI                                   October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.        147

 1 | above it wood?
 2 |         A.   Yes.
 3 |         Q.   Were on the building in the back that
 4 | you say that was damaged the worst, were all three
 5 | floors removed or demolished or damaged as a result
 6 | of the hurricane?
 7 |         A.   Yes.  If I remember.  And I think so.
 8 |         Q.   The entire building or just portions
 9 | of it?
10 |         A.   There was a good bit of the building.
11 | That back building was tore up bad and had to be
12 | rebuilt.
13 |         Q.   Was the exterior structure built from
14 | concrete block?
15 |         A.   I don't remember.  I don't remember
16 | how the outside structure was made of, because they
17 | had a different textures on -- on those buildings,
18 | different materials.
19 |         Q.   You didn't build a whole new building
20 | for that one building, did you?
21 |         A.   A good bit of it.
22 |         Q.   But not a whole brand new one?
23 |         A.   No.
24 |         Q.   When you say a good bit of it, tell me
25 | what you did.



PETER J. VICARI                                                October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.            148

```
 1           A.    Well, a good portion of that back
 2    building had to be redone from the ground up.
 3           Q.    So was it all wood framed?
 4           A.    Yes.
 5           Q.    Did the interior units have to be
 6    rebuilt, wall, studs?
 7           A.    Yes.
 8           Q.    For the entire building?
 9           A.    Pretty much.
10           Q.    The rest of the buildings were not
11    nearly damaged as much as you've just described?
12           A.    They were in pretty bad shape.  A lot
13    of the roofs was ripped off.  Water got in every
14    building pretty much.
15           Q.    A lot of interior renovations?
16           A.    A good bit of it.  There was also
17    some -- a lot of exterior work, too, sealing them
18    up.
19           Q.    Sealing them up, but not having to
20    rebuild them?
21           A.    Right.
22           Q.    So if I'm looking back at your
23    application here where it says project type, there
24    is a box for new construction and a box for
25    renovation and they are both checked.  Do you see
```



PETER J. VICARI                                        October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.              149

```
 1   that?
 2           A.    Right.
 3           Q.    My question is:  Is the new
 4   construction part the repairing of the building
 5   that you just described for me of that one
 6   building?
 7           A.    There was replacement of the wing of
 8   that building that was destroyed.  And I didn't --
 9   was there some other -- I mean, I don't know to
10   what extent, but there was a lot of -- the whole
11   job, I mean, it was a disaster that site.  There
12   was so much work, it was unbelievable.  Everything
13   was damaged, just like everything in New Orleans.
14           Q.    No, understood.  And I'm just
15   trying -- when you -- when you are checking the box
16   here, or at least you are signing the application
17   for the box that's checked new construction, have
18   we covered all the new construction part of the
19   project?
20           A.    That's what I can remember.
21           Q.    The -- if you go back to the permit
22   application's exhibit, which is 308, turn to the
23   second page.  I know it's a little blurry, bear
24   with me.  Do you recognize this application?
25           A.    I mean, I didn't do it.
```



PETER J. VICARI                                      October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.        150

```
 1          Q.    Do you recognize the form of the

 2   application?

 3          A.    Not really.  Because it's the City of

 4   Kenner and I haven't done much -- had to deal with

 5   the permit office in Kenner much.

 6          Q.    So when you -- whatever work you did

 7   on the Sugar Mill Apartments didn't involve

 8   permitting?

 9          A.    Back then things were so loose in New

10   Orleans after the hurricane, they were -- people

11   were just frantically trying to get things fixed.

12   I mean, permits were really loose back then.

13          Q.    But to answer my question, you were

14   not involved in the permitting process --

15          A.    No.

16          Q.    -- for the Sugar Mill Apartments, were

17   you?

18          A.    No.

19          Q.    Okay.  But you have seen permit

20   applications from the City of Kenner before, have

21   you?

22          A.    I may have, but it's been awhile.  We

23   haven't worked in the City of Kenner probably since

24   doing a lot of this work.

25          Q.    So in the top left-hand corner there,
```



1   it has the applicant name Pete Vicari and the

2   address 1900 Destrehan.  Do you see that?

3           A.    Right.

4           Q.    That's the company name and address?

5           A.    Correct.

6           Q.    I think the date to the right is 920

7   something of '05.  Does that look right to you?

8           A.    Probably.  That's when the hurricane

9   hit right in August of '05.

10          Q.    And right underneath it, it identifies

11  name -- or excuse me, address of construction site,

12  4520 Williams Boulevard, Kenner.  And it says Sugar

13  Mill APT complex.  Is that -- did I read that

14  right?

15          A.    Correct.

16          Q.    Okay.  Favrot and Shane, F-A-V-R-O-T,

17  and Shane, S-H-A-N-E are listed as the owners.  Did

18  you work with them before?

19          A.    Yes.

20          Q.    Do you recall them being the owners of

21  that project?

22          A.    Yes.

23          Q.    There is a description of the work,

24  "Hurricane repairs, roof, drywall, flooring, and

25  elec," electric, I guess.  You see that?



```
 1            A.   Yes.

 2            Q.   Is that accurate?

 3            A.   I mean, it's hurricane repairs.  It's

 4    everything.

 5            Q.   Okay.  Anything on here that you see

 6    that's incorrect?

 7            A.   I have no idea.  I can't read a lot of

 8    it.

 9            Q.   Showing you Exhibit Number 310.  Take

10    a moment to look at that and let me know when you

11    are done.

12            A.   Okay.  Two pages.

13                 (Thereupon, Defendant's Exhibit No.

14            310 was marked for identification.)

15    BY MR. LAWHON:

16            Q.   Two pages.  Do you recognize the sign?

17            A.   It's a new sign.  It wasn't there when

18    we were there.

19            Q.   Okay.  You didn't build the sign?

20            A.   No.

21            Q.   Have you seen that sign, the new one?

22            A.   I passed there recently.  I noticed

23    that they updated the place.

24            Q.   Did you pass it to go look at the

25    apartments or for some other purpose?
```



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.        153

```
 1            A.    No.  Some other purpose.
 2            Q.    But at least it's named the Sugar Mill
 3     Apartment Homes, it's the same place, same location
 4     where you did the work that we've been talking
 5     about?
 6            A.    Correct.
 7            Q.    All right.  And the second picture,
 8     can you tell me what that is?
 9            A.    Looks like it's one of the buildings.
10     Didn't look like that when we were there.
11            Q.    It didn't look like that when you
12     started?
13            A.    No.  He since -- he since renovated
14     this place.  Mr. Shane does renovations constantly.
15     He owns over 9,000 apartments, so he always
16     updating his places and changing the way they look.
17     So I couldn't tell you if something is different
18     than when we were there.
19            Q.    Okay.  In terms of the overall
20     building footprint, has that changed?
21            A.    I have no idea.  Like I said, he's --
22     he adds on and changes things constantly.
23            Q.    Does the -- so it looks like there are
24     three floors with units and then there is a roof
25     over the third floor.  Does that look the same?
```



PETER J. VICARI                                                October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.           154

```
 1            A.    Appears to.  I mean, I don't remember.
 2      Buildings are different shapes and sizes through
 3      the complex.  I mean, they kind of look the same,
 4      but they're a little -- every one is a little
 5      different.
 6            Q.    And understanding that they are -- are
 7      different, but just sort of in a general way, are
 8      they -- do they all have the third -- the three
 9      floors with that rooftop attic access that you
10      described?
11            A.    I think so.
12            Q.    As constructed by -- as done by PVGC?
13            A.    As far as I know.  I mean, they could
14      have changed it.
15            Q.    Looking back at your, what I will call
16      the initial draft of the application so we just
17      don't have to keep calling it Exhibit 302.  Initial
18      draft of the application, in comparing what's in
19      the box for Sugar Mill 2, what you're looking at
20      now in the application that was submitted to DBPR a
21      couple things caught my attention.  So one is how
22      come it says in the initial draft of the
23      application that it's 400 square feet and then in
24      this one it says 40,000 square feet?
25            A.    I'm not sure.
```



PETER J. VICARI                                        October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.            155

 1            Q.    Okay.  So is that something that you

 2    missed when you were reading the application as

 3    well?

 4            A.    Well, the draft application was put

 5    together and maybe it was -- information was

 6    misconstrued on what it really was.  I mean, until

 7    we dive deep into it, we caught some little errors

 8    that we need to fix.

 9            Q.    Well, doesn't sound like anybody's

10    fixed them, at least yet.  So are you aware of

11    somebody fixing these errors that we pointed out so

12    far?

13            A.    Through the process of the different

14    little revisions.  I mean, things were corrected

15    that Bruce caught or my dad caught or my mom caught

16    or I caught.  I mean, nobody is perfect.

17            Q.    Bruce being who?

18            A.    I mean, not Bruce.  David Bryant.

19            Q.    Do you specifically recall correcting

20    your application to change the square footage to a

21    different square footage than what you see on the

22    Exhibit 307?

23            A.    I don't remember.

24            Q.    I pointed out before that the license

25    that was listed was not your license, but it was



PETER J. VICARI                                      October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.            156

```
1    your dad's license.  Do you recall that
2    specifically being changed with DBPR at some point?
3            A.   I don't remember.
4            Q.   Is it 40,000 square feet or was it
5    400,000 square feet?
6            A.   I have no idea.
7            Q.   The additional text that's typed in
8    there to identify the projects specifics, who came
9    up with that text?
10           A.   I have no idea.
11           Q.   Did you contribute to that all,
12   participate in it at all, add any of that to it?
13           A.   I'm sure I did.  I mean, it was a
14   family deal that put together.  I mean, we work as
15   a family.
16           Q.   Can you tell what part you contributed
17   to?
18           A.   I don't remember.  I mean, it's all
19   done together.
20           Q.   So we don't waste any time, if the
21   application says that it's not experienced in the
22   construction of structures four stories or higher,
23   do -- is there any chance that's going to change?
24           A.   Not anymore.  I mean, the license is
25   there is done.  There is no reason to go back.
```



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          157

```
 1           Q.   Are you going to tell me that any of
 2     these are a mistake?
 3           A.   No.
 4           Q.   That it says it's not four stories or
 5     higher, but it really was?
 6           A.   Nothing's going to change.  I mean, I
 7     don't know what we would change or why we would
 8     change it.
 9                MR. PARTINGTON:  Just y'all are
10           talking about two different things.  I
11           don't mean to interject.  He's hearing you
12           say are you going to go change anything on
13           the license application.  And I think you
14           are asking, is there anything, in looking
15           at this, that you might answer differently
16           today?  In other words, is anything that he
17           sees today looking at this that might be
18           corrected.  I think you are hearing --
19           talking about two different tings, at least
20           as I'm hearing it.
21                MR. LAWHON:  I will clarify.  Maybe I
22           will just make it easy for myself.
23     BY MR. LAWHON:
24           Q.   Flip the page, if you would, to the
25     Thomas Jefferson High School project.  To me it
```



PETER J. VICARI                                        October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          158

```
 1   says two stories and that's not construction of a

 2   structure four stories or higher.  Do you see that?

 3          A.   Right.  It's checked box no.

 4          Q.   Okay.  It also says it's a renovation.

 5          A.   Right.

 6          Q.   So would you ever consider that

 7   project to be construction of a new structure four

 8   stories or higher?

 9          A.   No.

10               MR. LAWHON:  Let's take five.

11               THE VIDEOGRAPHER:  Okay.  We are off

12          the record, it's 2:51 p.m.

13               (Thereupon, a short recess was taken.)

14               THE VIDEOGRAPHER:  Back on the record,

15          the time is 3:00 p.m.

16   BY MR. LAWHON:

17          Q.   Before I move on from Sugar Mill, just

18   so I'm clear, when you indicate in your application

19   that it's four stories, you're counting the space

20   between the third floor units and the roof as a

21   story?

22          A.   It's four stories in height.

23          Q.   And that's the fourth story of height?

24          A.   Yes.

25          Q.   Moving on to St. Bernard.  Look at the
```



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          159

```
 1    information that's in your application regarding

 2    the St. Bernard government complex and let me know

 3    when you are ready.

 4           A.   Okay.

 5           Q.   Is the information there all truthful

 6    and accurate?

 7           A.   As far as I can tell.

 8           Q.   Okay.  You're identified as the

 9    foreman on that project for, looks like, about ten

10    months.  Look about right?

11           A.   Uh-huh.

12           Q.   Is that a yes?

13           A.   Yes.

14           Q.   What did you do as the foreman?

15           A.   The way this definition read in the

16    rules is foreman was anything as a foreman on up.

17    So on this one I was mainly more like project

18    manager overseeing.  There wasn't a box for that.

19           Q.   What --

20           A.   On a few of them it's like that.

21           Q.   And what duties did you perform as the

22    project super?

23           A.   I was mainly on this one as project

24    manager/help duty estimate on this one.  I was more

25    involved with helping the other project manager and
```



PETER J. VICARI                                          October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          160

1    superintendent day to day.

2           Q.   Do you remember the names of any of

3    the trades?

4           A.   Not offhand.  I mean, it was all of

5    them.  Usual trade MEPs, carpenters, framers,

6    roofers.  There is everything.

7           Q.   Who was the super?

8           A.   I think on this one, his name was

9    Ricky that worked for us.

10          Q.   R-I-C-K-Y?

11          A.   Yes.

12          Q.   Last name?

13          A.   I think it was Bowles, B-O-W-L-E-S.  I

14   think that was his name, his last name.

15          Q.   As I'm looking at the section for

16   experience areas.  None of the boxes are checked.

17   Do you see that?

18          A.   Yes.

19          Q.   Is that -- is that all correct?

20          A.   Yes.

21          Q.   All right.  Now, you have this listed

22   as -- it says, "Was this experience in the

23   construction of structures four stories or higher?"

24   You said yes.  Do you see that?

25          A.   Four stories in height, yes.



PETER J. VICARI                                                October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.            161

```
 1              Q.    Okay.  But down below in the project
 2    type, it says it's a renovation.
 3              A.    Correct.
 4              Q.    So it wasn't new construction.  It was
 5    just renovating the four stories?
 6              A.    Correct.
 7              Q.    Tell me what exactly PVGC, did to
 8    renovate the four stories.
 9              A.    From remembering, this was a total --
10    I think it was a total gut and rebuild from -- this
11    was definitely from the hurricane.  That building
12    flooded.  So that one was a total gut and rebuild
13    of everything.
14              Q.    Did you -- I mean, since this doesn't
15    appear to involve any poured concrete, tie beams or
16    slabs, I'm assuming you didn't do anything to the
17    super structure?
18              A.    No.  It was mainly interior, new
19    glass, new -- maybe some new brick here and there,
20    fixed the roof.  But it was big.  It was a lot of
21    work.
22              Q.    So this particular project, PVGC did
23    not build a new structure that was four stories or
24    more in height; is that right?
25              A.    This was not a new construction.
```



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          162

```
 1           Q.   There is some -- if you compare the
 2    description in the project specifics from the
 3    initial draft application to what was submitted to
 4    DBPR, you see a lot more of a description.  Do you
 5    see that?
 6           A.   Correct.
 7           Q.   Who came up with that language or who
 8    put that there?
 9           A.   This was obviously broadened out,
10    probably based off David Bryant's recommendation
11    and talking amongst ourselves in the office,
12    between my mom and dad.
13           Q.   Did -- do you know if Mr. Bryant
14    recommended that renovation work would qualify for
15    a certified general contractor's license?
16           A.   I have no idea.
17           Q.   Who -- who came up with it being four
18    stories?
19           A.   It was four stories in height is
20    what --
21           Q.   How did you determine that it was four
22    stories in height?
23           A.   By the height of the building.
24           Q.   Did somebody measure it?
25           A.   I don't remember.
```



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.        163

```
 1              Q.   You don't know how you came up with
 2     four stories?
 3              A.   Well, it's a tall building.
 4              Q.   That's how it made it into the
 5     application as four stories, that somebody said it
 6     was a tall building and so you just said it was
 7     four stories?
 8              A.   It was a conversation amongst, I'm
 9     sure, my mom and dad and -- and David Bryant
10     looking at which projects would qualify and we put
11     all this on the table to David Bryant.  He
12     recommended what we should do.
13              Q.   Do you have a specific recollection of
14     being involved in determining that this should
15     identify that project as being a four-story
16     project?
17              A.   I don't remember.
18              Q.   If I could ask you to look at the
19     permit applications again.  And if you would look
20     at the third page.
21              A.   Okay.
22              Q.   Do you recognize that application?
23              A.   Yes.  Well, I remember seeing it, but
24     I didn't -- didn't fill this out.
25              Q.   Who signature is that on the bottom?
```



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          164

```
 1              A.   I have no idea.
 2              Q.   Well, it's -- there is a signature at
 3     the very bottom for a contractor's signature and it
 4     looks like it start with a D, do you see that?
 5              A.   Yes.
 6              Q.   Any idea who that could have been?
 7              A.   No idea.
 8              Q.   The date is January 25th of 2008,
 9     which closely aligns with the March of 2008 date
10     that's put in the application, right?
11              A.   Yes.
12              Q.   Okay.  Do you know who would have been
13     responsible for completing and submitting this
14     permit application?
15              A.   Normally on a lot of these jobs we've
16     done, the architect was always in charge of doing
17     the actual submission to the permit office.  And we
18     would always just bring our contract with the owner
19     and a check to pick them up, is how it works.  On a
20     lot of these, how they work.
21              Q.   The con -- this is the St. Bernard
22     Parish, so that's the project we are talking about,
23     right?
24              A.   Right.
25              Q.   And it lists the contractor as being
```



PETER J. VICARI                                              October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.                   165

1  Pete Vicari.  It's got a Barataria address.  Why is

2  that?

3          A.   We had temporarily relocate after

4  Hurricane Katrina because our building got hit by a

5  tornado and had to be torn down and started over,

6  so we moved to a temporary location that we -- my

7  dad had owned, you know, a bunch of real estate and

8  we had one open, so we just moved into it for

9  temporarily.

10         Q.   I thought you told me Katrina was in

11  '05.

12         A.   Right.

13         Q.   This is '08.  So you moved -- when did

14  you move?

15         A.   We were in our temporary location for

16  a couple of years.

17         Q.   I think some of the permit

18  applications we looked at --

19         A.   We still kept 1900 as a mailing

20  address because it was our warehouse.  Everything

21  was still there.  I mean, we didn't, like, abandon

22  the place.  It was still our office.  So we used

23  both.  The mailbox was still there, the equipment

24  was still there.  Just the main office was just

25  destroyed.  And it was around the corner.



1           Q.    So right underneath the address, you

2     see it says height?

3           A.    Right.

4           Q.    And it list the height as 34 feet.  Do

5     you see that?

6           A.    Uh-huh.

7           Q.    Is that a yes?

8           A.    Yes.

9           Q.    Okay.

10          A.    Sorry.

11          Q.    That's not four stories in height, is

12    it?

13          A.    Could be.

14          Q.    34 feet could be in a government

15    complex?

16          A.    Could be anything.  8-foot ceilings

17    times four is 32.

18          Q.    Do you think those are all 8-foot

19    ceiling in the St. Bernard complex?

20          A.    I'm just saying in general, it could

21    be.  This one had to -- this one just means -- I

22    don't know about the 34, but it's over 34 in a lot

23    of the areas.  I don't know who filled this out and

24    what -- how they used it.  I have no idea.  I can't

25    speak for them.

PETER J. VICARI                                          October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.              167

```
1              Q.   So you think the 34 --
2              A.   Could be wrong.
3              Q.   -- listed in this application is
4   wrong?
5              A.   Could be.
6              Q.   It say it's three stories tall.  Your
7   application say four stories tall?
8              A.   Four stories in height, I'm saying.
9              Q.   Well, it doesn't say four stories in
10  height in the application, but what you are telling
11  me is what you meant when this application to DBPR
12  was filed is when you -- when you agreed that it
13  should say four stories, you meant four stories in
14  height?
15             A.   That's how we were advised by David
16  Bryant.
17             Q.   Do you -- do you know how many floors
18  and ceilings are actually in the St. Bernard
19  government complex?
20             A.   I don't know offhand.
21             Q.   Could it be three?
22             A.   Could be with the penthouse or a big
23  attic space, because I know a lot of equipment was
24  on the roof in the rooms.
25             Q.   If this information that's on this
```



PETER J. VICARI                                        October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          168

```
 1    application for permit that we are talking about is

 2    correct and it's really three stories and 34 feet,

 3    would you agree with me that that's not four

 4    stories or more in height?

 5           A.   If it's correct.  But I don't think

 6    it's correct.

 7           Q.   Do you think just the height is

 8    incorrect or do you think the number of stories is

 9    incorrect as well?

10           A.   I think it's missing that -- the roof

11    area where all the equipment is.

12           Q.   Showing you what we've marked as

13    Exhibit 311.  Take a moment to look at that and let

14    me know when you are done.

15           A.   Okay.

16                (Thereupon, Defendant's Exhibit No.

17           311 was marked for identification.)

18    BY MR. LAWHON:

19           Q.   You read that little description of

20    March 27th of 2009 there?

21           A.   What now?  March 27th.

22           Q.   Yea, it says March 27th, 2009.

23           A.   Oh, yea.

24           Q.   And there's a description of hurricane

25    damage.  Is that a fair statement?
```



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.         169

```
 1            A.    Right.

 2            Q.    Do you agree with what's written

 3   there?

 4            A.    This was a quick little article.  I

 5   don't -- I mean, I don't know.  It don't match the

 6   permit application.  Everybody just -- this could

 7   have been a quick article that somebody put

 8   together real quick that was missing information.

 9            Q.    Do you agree with the description of

10   the damage that was caused by the hurricane that's

11   listed there?

12            A.    I mean, I agree that there was damage

13   to the building.  Not to what extent.  I mean, I

14   don't remember.

15            Q.    There is a sentence in that article

16   three lines from the bottom, there is some -- there

17   is some black marking next to it.  Do you see where

18   I'm talking about?

19            A.    Right.

20            Q.    It says, "This two-story government

21   complex."

22            A.    Right.

23            Q.    Will you read that out loud, that

24   sentence.

25            A.    "This two-story government complex
```



PETER J. VICARI                                        October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.         170

```
 1    consist of a two-story main building and
 2    single-story meeting hall."
 3              Q.   So this article is saying that the
 4    St. Bernard complex is not four stories, but two
 5    stories.  Do you agree with that?
 6              A.   I don't think so.
 7              Q.   Why not?
 8              A.   I don't remember what exactly the
 9    building is composed of and what's on the third
10    floor of the apartment upstairs.  I don't remember
11    what's there.  This one is an older project after
12    Katrina.
13              Q.   So you are saying this article is
14    false?
15              A.   I'm not saying it's false.  I just --
16    I don't think it's got the 100 -- 100 percent
17    correct information.
18              Q.   Well, to me, there is a big difference
19    between two stories and four stories; it's double.
20              A.   I'm not saying it's four stories.  I'm
21    saying it's four stories in height.
22              Q.   I understand that.  So -- so this
23    article using a different definition of stories
24    than you use?
25              A.   I'm guessing it is.
```



```
 1                 Q.   Showing you Exhibit 312.

 2                 A.   Okay.

 3                      (Thereupon, Defendant's Exhibit No.

 4            312 was marked for identification.)

 5    BY MR. LAWHON:

 6                 Q.   So far, you've said in your DBPR

 7    application that the St. Bernard government complex

 8    was four stories, the permit application says three

 9    stories, the article I showed you says two stories.

10    Now we are looking at the picture.  Tell me who is

11    right.

12                 A.   I always said it was four stories in

13    height.  I never said it was four stories.  I was

14    advised by David Bryant as he put it on the

15    application.

16                 Q.   So of the three that I just gave you,

17    two of them could be right because somebody could

18    be using a different definition of story than you

19    were using?

20                 A.   I guess.

21                 Q.   But you don't know which one is the

22    right definition?

23                 A.   No.

24                 Q.   How tall is that building?

25                 A.   I don't know offhand.
```



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          172

```
 1              Q.   Well, I see two --
 2              A.   The first floor is pretty tall, the
 3     second floor is decent.  And there's also something
 4     else in that roof that you are missing a picture
 5     of.
 6              Q.   Well, let's walk through this here.
 7     So the first picture, do you recognize that as the
 8     St. Bernard government complex?
 9              A.   It's been awhile since I been there.
10     I think that was the building.
11              Q.   The second picture?
12              A.   Yeah.
13              Q.   Just a different angle?
14              A.   Yeah.
15              Q.   The third picture actually has a sign
16     in front of it that says St. Bernard Parish.  Does
17     that --
18              A.   You are asking me the sign.  A lot of
19     that wasn't there after Katrina still.
20              Q.   Would you guys have installed that
21     sign or not?
22              A.   No.
23              Q.   Is -- is this -- do you know if the
24     building has been substantially renovated,
25     remodeled or rebuilt or anything since you did your
```



PETER J. VICARI                                         October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.            173

 1   work to it?

 2           A.   I have no idea.  We haven't been down

 3   there since this project.

 4           Q.   And then the last page, is that just

 5   another angle?

 6           A.   Looks like it.

 7           Q.   So I don't see anything above the

 8   second floor.  What do you believe is above the

 9   second floor?

10           A.   There's another roof structure up

11   there with the metal roofing on it, I am

12   remembering.  I remember seeing -- I remember going

13   up there.

14           Q.   And it's on top of the second floor?

15           A.   Yes.

16           Q.   And what is this roof structure?

17           A.   I don't remember.

18           Q.   Did PVGC repair it, remodel it, build

19   it?  What happened?

20           A.   I guess I don't remember what we did

21   to it.  We worked on it.

22           Q.   So it's possible that it was

23   already -- it was still there after Katrina, you

24   guys just fixed it?

25           A.   Portions of it, I'm sure.  Everything



```
 1    was tore up everywhere.

 2              Q.   What was housed in the roof structure,

 3    if anything?

 4              A.   I don't remember.  Probably all your

 5    mechanical equipment.  And this was probably a big

 6    chiller project, so I'm sure it's all your MEPs and

 7    whatever else they would have had up there.

 8              Q.   So if there is a roof structure and

 9    there are two floors, to me, that would be the

10    third floor.  Does that sound right?

11              A.   That's considered that, but I would

12    consider it still four stories in height.

13              Q.   Do you know if anybody went and

14    actually measured that building?

15              A.   No.  I don't know.

16              Q.   So you don't know for sure if that's

17    more than, what, 40, 44 feet tall?

18              A.   I don't remember.

19              Q.   What work did PVGC do on the second

20    floor of that building?

21              A.   I don't remember.  We worked all over

22    the building.  I know it was an -- I know a portion

23    of it was in operational.  I just remember having

24    to work around some staff.

25              Q.   Turn the page, if you would, and look
```



```
 1   at the information listed for the Lafitte Multi
 2   Purpose Facility.  Let me know when you are done.
 3             A.    Okay.
 4             Q.    Is that all accurate and truthful
 5   information?
 6             A.    As far as I can tell.
 7             Q.    It indicates the date of the project
 8   was from January 2008 to December of 2009; is that
 9   correct?
10             A.    If that's what it was, then, yeah.
11             Q.    Where would that information have come
12   from?
13             A.    The job list.
14             Q.    The job list that we talked about
15   that's in the computer?
16             A.    Yes.  The master -- a master job list.
17             Q.    So that list identifies the project by
18   what?  By name?  By address?
19             A.    It just gives a brief description of
20   what we did.  I mean, it was just the name of the
21   project, the address, the architect's name, the
22   owner's name and the value.  That's it.
23             Q.    What about --
24             A.    It may show, like, when we started and
25   when we stopped.  I don't know.  It's an Excel
```



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.        176

```
 1    spreadsheet.  They kind of just -- the project
 2    secretary keeps track of that kind of thing.
 3            Q.   The -- the box -- or excuse me, the
 4    sentence, "Was this experience in the construction
 5    of structures four stories or higher," in the box
 6    that's checked is no.  Is that an accurate
 7    statement?
 8            A.   Yes.
 9            Q.   Is that because it says it's a new
10    construction of a two-story 15,000-square foot
11    facility?
12            A.   Yes.
13            Q.   All right.  Do you remember working on
14    this project?
15            A.   Yes.
16            Q.   What does it look like?
17            A.   It's broken up into four buildings.
18    Got a museum, a theater, a library, and a dance
19    hall, I guess, to rent -- you can rent this little
20    hall for weddings.
21            Q.   Museum, library, dance hall and what
22    else?
23            A.   A -- a small theater.
24            Q.   And is everything that you just
25    identified on what I would call the ground floor
```



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.            177

```
 1    the first floor?
 2              A.    Yes.
 3              Q.    Is there anything on a second floor?
 4              A.    A lot of mechanical equipment.  It's
 5    real tall.  It's got a mezzanine in one or two of
 6    the buildings.  I don't remember all the details
 7    about it.  But --
 8              Q.    What you mean by mezzanine?
 9              A.    In part of one or two of the little
10    buildings in this little area, you can go upstairs
11    on the second floor where they put some equipment,
12    like a theater.
13              Q.    The theater equipment itself, like for
14    the production for the theater?
15              A.    Yea.  Yea.
16              Q.    There is no seating up there?
17              A.    No.  It's just a little -- it's a room
18    for staff.
19              Q.    Was that -- was that part of the work
20    that PVGC did?
21              A.    Which part?
22              Q.    Built out the mezzanine?
23              A.    Yes.
24              Q.    As part of the project?
25              A.    Correct.
```



PETER J. VICARI                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.        178

```
 1            Q.   So PVGC built this particular
 2    multipurpose facility from the ground up, new
 3    construction?
 4            A.   Yes.
 5            Q.   Two stories to me means -- well, what
 6    is two stories -- what do you mean by two stories
 7    when it's written here?
 8            A.   There's a section of the building
 9    that's got a second story.  It's got a floor, it's
10    got a ceiling.
11            Q.   And the address that's listed there,
12    is that the right address?
13            A.   I don't recall.  I don't remember.  We
14    did -- City Park Avenue has five, six buildings.
15    And we did work on every single one of them,
16    whether we built them or renovated them.
17            Q.   Bear with me one second.  I'm supposed
18    to do a better job of filling these out.
19                 Showing you Exhibit 313.  You get a
20    chance to look at all the pictures?
21            A.   Yeah.
22                 (Thereupon, Defendant's Exhibit No.
23            313 was marked for identification.)
24    BY MR. LAWHON:
25            Q.   Can you tell me what I'm looking at?
```



```
 1              A.   The Lafitte Auditorium.

 2              Q.   Is that the facility that we were just

 3   talking about?

 4              A.   No.

 5              Q.   It's a different place?

 6              A.   It's different.

 7              Q.   Is it the same address?

 8              A.   I have no idea.  They may use the same

 9   address.  I want to say they are on the same water

10   meter because the multipurpose is next door on the

11   backside of this building.

12              Q.   I see.  Okay.  Well, hold on to that.

13              A.   It's all the same parking lot.  They

14   all share the same thing, so hopefully the same

15   one.

16              Q.   So the Lafitte Auditorium is different

17   than the Lafitte Multi Purpose Facility?

18              A.   Correct.

19              Q.   Turn the page, if you would.

20              A.   Okay.

21              Q.   The next one is the Blenk, B-L-E-N-K,

22   school conversion to Thomas Jefferson School.

23   That's not four stories of new construction or

24   higher, right?

25              A.   Correct.
```



PETER J. VICARI                                           October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.            180

```
 1          Q.   The next one is the Terrytown school
 2    and auditorium.  That's not four stories or higher
 3    of new construction, is it?
 4          A.   Correct.
 5          Q.   The next one is the West Jefferson
 6    Medical Center fourth floor.  That's not new
 7    construction of four stories or higher, is it?
 8          A.   Correct.
 9               THE VIDEOGRAPHER:  Five minutes to
10          change.
11    BY MR. LAWHON:
12          Q.   Back to Terrytown real quick.  So the
13    text says it's construction of a new three-story
14    building from the ground up?
15          A.   Correct.
16          Q.   How many floors are in that building?
17          A.   Three.
18          Q.   And then the West Jefferson Medical
19    Center says, "Complete total gut and replacement of
20    the fourth floor of an eight-story hospital."
21          A.   Correct.
22          Q.   How many floors are in that hospital?
23          A.   That building is eight.  There is
24    multiple buildings.
25          Q.   Turn the page.  The next project
```



```
1    listed there is the Jefferson Parish

2    Administration -- or Admin Annex building.  Do you

3    see that?

4           A.   Yes.

5           Q.   Is the information there truthful and

6    accurate?

7           A.   Yes.

8           Q.   It says, "Was this experience in the

9    construction of structures four stories or higher?"

10   And you have yes.  Do you see that?

11          A.   Yes.

12          Q.   But the description says it's a

13   renovation, right?

14          A.   Correct.

15          Q.   No new construction, right?

16          A.   Right.

17          Q.   And it says, in the specifics, built

18   offices on the third floor of four-story building

19   with complete systems.  Did I read that right?

20          A.   Yes.

21          Q.   So if I understand PVGC's work on this

22   application -- strike that.

23               If I understand PVGC's work that's

24   depicted here for that building, PVGC only worked

25   on one story, one floor; is that correct?
```



PETER J. VICARI                                          October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          182

```
 1            A.   Actually, we did work on the penthouse
 2   work to do MEPs.  That wasn't included on the
 3   description, but there is work that we did do on
 4   that; just wasn't added on the description, but we
 5   did do it.
 6            Q.   So you did work on only the third
 7   story, the third floor and on the penthouse too?
 8            A.   Correct.
 9            Q.   Just for the sake of discussion, let's
10   call the penthouse -- what floor is that?
11            A.   Four, fourth.
12            Q.   So PVGC did work on the third floor
13   only and on the fourth floor only, as you've
14   described it?
15            A.   Correct.
16            Q.   And how does that qualify as new
17   construction of a structure that is four stories or
18   higher?
19                 MR. PARTINGTON:  Form.
20                 THE WITNESS:  It doesn't.  It was a
21            renovation.
22   BY MR. LAWHON:
23            Q.   Well, then why did you check the box
24   that says yes for the construction of structures
25   four stories or higher?
```



PETER J. VICARI                                        October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.        183

```
 1              A.   Because it was four stories in height.

 2              Q.   But you didn't do all four stories,

 3      right?

 4              A.   Right.

 5              Q.   You only did part of some of the

 6      floors?

 7              A.   Correct.

 8              Q.   And it's your testimony that that

 9      qualifies as construction of structures four

10      stories or higher?

11              A.   I'm not saying it does or it doesn't.

12      We marked the boxes and I was given a license based

13      on my experience.

14              Q.   Based on what the application says?

15              A.   Based on what application says and

16      based on what we done.

17              Q.   Well, DBPR did not know what you had

18      done.  They just went by your application; isn't

19      that right?

20              A.   Correct.

21              Q.   All right.  So back to my question,

22      then.  Let me say it this way.  You represented on

23      your application that working on the third floor of

24      the Jefferson Parish admin annex building qualified

25      as the construction of structures four stories or
```



PETER J. VICARI                                          October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.              184

```
 1   higher; isn't that true?
 2          A.   I'm not saying that.  I'm telling you
 3   exactly what I done on this project and they had
 4   this to look at and read, they felt I had the
 5   experience to receive a certified general
 6   contractor's license.  I did not lie.  I said I
 7   built all of this on the third floor.  There was a
 8   renovation.  It was four stories in height.
 9          Q.   But you did not build four consecutive
10   stories?
11          A.   I'm not saying I did.
12          Q.   Let me finish my sentence.
13               You did not build four consecutive
14   stories of new construction for this particular
15   project that you are listed here, did you?
16          A.   No.  I didn't say I did.
17          Q.   What you are saying you did when you
18   are saying yes for was this experience in the
19   construction of structures four stories or higher?
20          A.   As advised by David Bryant, considered
21   four stories in height that work we did after
22   renovations.
23          Q.   So Mr. Bryant told somebody in your
24   family that even if you only work on one floor, as
25   long as it's higher than four stories in height,
```

```
 1   it's -- qualifies for a general contractor's

 2   license?

 3           A.   I'm not saying it qualify or doesn't

 4   qualify.  I gave what they ask for.  And it was up

 5   to the licensing board to determine if I was

 6   experienced or not.

 7           Q.   But that's not what you said a minute

 8   ago.  You said Mr. Bryant said this was okay to do.

 9   So --

10           A.   He advised us that anything four

11   stories in height would qualify.

12           Q.   And let me just clarify.  He didn't

13   advise you, right?

14           A.   My dad.

15           Q.   Okay.  Let me be more precise.  Did

16   somebody tell you that Mr. Bryant advised that this

17   specific project would qualify for a certified

18   general contractor's license?

19           A.   Yeah.  That's who reviewed this

20   application before it went.

21           Q.   And who -- who did Mr. Bryant tell

22   that to?

23           A.   Had to have been my dad.

24               THE VIDEOGRAPHER:  Can we go off?

25               MR. LAWHON:  Yes.
```



PETER J. VICARI                                          October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.        186

1          THE VIDEOGRAPHER:  Sorry to bother

2     you.  We are off the record.  The time is

3     3:34 p.m., this is the end of Media Disc 2.

4

5          (Thereupon, concludes vol. I at 3:34

6     p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
1    Reference No.: 3015555

2

3    Case:  PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.

4

         DECLARATION UNDER PENALTY OF PERJURY

5

         I declare under penalty of perjury that

6    I have read the entire transcript of my Depo-

     sition taken in the captioned matter or the

7    same has been read to me, and the same is

     true and accurate, save and except for

8    changes and/or corrections, if any, as indi-

     cated by me on the DEPOSITION ERRATA SHEET

9    hereof, with the understanding that I offer

     these changes as if still under oath.

10

11         _____

12         Peter J. Vicari

13

14         NOTARIZATION OF CHANGES

15              (If Required)

16

17   Subscribed and sworn to on the _____ day of

18

19   _____, 20____ before me,

20

21   (Notary Sign)_____

22

23   (Print Name)                   Notary Public,

24

25   in and for the State of _____
```



1    Reference No.: 3015555

     Case:  PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.

2

3    Page No._____Line No._____Change to:_____

4    _____

5    Reason for change:_____

6    Page No._____Line No._____Change to:_____

7    _____

8    Reason for change:_____

9    Page No._____Line No._____Change to:_____

10   _____

11   Reason for change:_____

12   Page No._____Line No._____Change to:_____

13   _____

14   Reason for change:_____

15   Page No._____Line No._____Change to:_____

16   _____

17   Reason for change:_____

18   Page No._____Line No._____Change to:_____

19   _____

20   Reason for change:_____

21   Page No._____Line No._____Change to:_____

22   _____

23   Reason for change:_____

24

     SIGNATURE:_____DATE:_____

25   Peter J. Vicari



PETER J. VICARI                                          October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.          189

1  Reference No.: 3015555

   Case:  PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.

2

3  Page No._____Line No._____Change to:_____

4  _____

5  Reason for change:_____

6  Page No._____Line No._____Change to:_____

7  _____

8  Reason for change:_____

9  Page No._____Line No._____Change to:_____

10 _____

11 Reason for change:_____

12 Page No._____Line No._____Change to:_____

13 _____

14 Reason for change:_____

15 Page No._____Line No._____Change to:_____

16 _____

17 Reason for change:_____

18 Page No._____Line No._____Change to:_____

19 _____

20 Reason for change:_____

21 Page No._____Line No._____Change to:_____

22 _____

23 Reason for change:_____

24

   SIGNATURE:_____DATE:_____

25 Peter J. Vicari



          Exhibits

3015555 Pet
er.J.
 Vicari.
EXHIBIT300

3015555 Pet
er.J.
 Vicari.
EXHIBIT301

3015555 Pet
er.J.
 Vicari.
EXHIBIT302

3015555 Pet
er.J.
 Vicari.
EXHIBIT303

3015555 Pet
er.J.
 Vicari.
EXHIBIT304

3015555 Pet
er.J.
 Vicari.
EXHIBIT305

3015555 Pet
er.J.
 Vicari.
EXHIBIT306

3015555 Pet
er.J.
 Vicari.
EXHIBIT307

3015555 Pet
er.J.
 Vicari.
EXHIBIT308

3015555 Pet
er.J.
 Vicari.
EXHIBIT309

3015555 Pet
er.J.
 Vicari.
EXHIBIT310

3015555 Pet
er.J.
 Vicari.
EXHIBIT311

3015555 Pet
er.J.
 Vicari.
EXHIBIT312

3015555 Pet
er.J.
 Vicari.
EXHIBIT313

3015555 Pet
er.J.
 Vicari.
EXHIBIT314

3015555 Pet
er.J.
 Vicari.
EXHIBIT315

3015555 Pet
er.J.
 Vicari.
EXHIBIT316

3015555 Pet
er.J.
 Vicari.
EXHIBIT317

3015555 Pet
er.J.
 Vicari.
EXHIBIT318

              0

03
   23:10
   28:15
   30:2 31:6
   47:17
   139:6

04
   23:10
   30:2,11
   31:6,7
   127:13

05
   23:8,9,11
   24:3
   30:2,11
   31:6,7
   47:24
   127:13
   139:5
   151:7,9
   165:11

06
   20:13
   26:2,20
   124:18

07
   30:13,23
   31:7,8
   32:11

08
   30:13,23
   31:8
   32:11
   165:13

09
   23:7

              1

1
   95:5

1-STY
   132:15

10
   116:11
   117:1,2
   143:1

10-feet
   115:19

10-foot
   56:6
   116:2

100
   40:20
   170:16

102
   143:22

1029
   130:11

105
   143:22

11
   29:6
   30:25
   49:3

11:07
   57:11

11:22
   57:14

11:35
   67:3
   91:17

11:36
   67:6

11:39
   91:21

11:45
   100:22

12
   57:5

116:11

12-feet
   114:17

12-foot
   56:6,21
   57:4

12/'04
   101:25

12:10
   95:6

12:14
   95:10

14
   49:20
   75:2
   112:11

14th
   49:19
   50:6

15
   143:1

15,000-
square
   176:10

15-foot
   56:6

15-story
   46:16

15th
   122:19
   124:21

16
   61:23

1600
   124:14

1600th
   124:15

1670
   122:18
   124:1,5



125:10
131:9

**17th**
68:20
71:7,11

**18**
139:6

**18th**
71:4

**1900**
131:4
151:2
165:19

**1982**
73:20

**1985**
29:14

**19th**
70:21
71:5,8
78:9,16

**1:41**
105:19

_____

**2**

**2**
89:14
95:9
121:23
154:19
186:3

**2,000**
90:9

**2/6**
73:20

**20**
18:15
43:10
139:6,7,9

**20,000**
141:5

**20-foot**
56:17

**2002**
90:8

**2005**
138:19

**2006**
60:6
130:7
131:14

**2007**
60:6
138:20

**2008**
164:8,9
175:8

**2009**
168:20,22
175:8

**2010**
24:3

**2011**
29:4
31:8,10
32:1,7,14

**2012**
122:20
124:21

**2016**
18:15
27:8
61:23
68:20
70:21
75:16
79:17
90:12
91:16
96:4
112:10

123:19

**2017**
37:18,20
42:10
108:12

**212122**
68:11

**22**
139:7,9

**23**
75:16
138:23

**23rd**
78:7,17
79:16
90:16,20
97:24
123:19

**24**
75:2
91:21
112:11
126:24

**24th**
90:12,20
91:16
93:22
98:1,6

**25**
138:23

**25th**
164:8

**26**
84:6

**264**
66:19

**27th**
168:20,
21,22

**29**
98:2

**29th**
78:8,12
96:3 98:6

**2:51**
158:12

_____

**3**

**3**
93:8
122:5

**30**
15:11
36:5
117:1

**300**
53:14
67:13,17
68:3
73:16

**300-feet**
52:16
54:17

**300-foot**
52:12

**301**
73:2,7,16

**302**
74:12,17
89:8
125:17
136:15
137:3
154:17

**303**
89:13,16
97:25

**304**
93:2,5
98:1

**305**

95:12,19

**306**
108:6,15

**307**
110:22,23
111:4
155:22

**308**
110:22
111:4
129:5,9
149:22

**309**
132:23,24
133:2

**30th**
100:17,
20,23
112:21

**310**
152:9,14

**311**
168:13,17

**312**
171:1,4

**313**
178:19,23

**32**
166:17

**34**
166:4,14,
22 167:1
168:2

**3:00**
158:15

**3:34**
186:3,5

_____

**4**

**4**



89:9
126:24

**40**
50:23
116:20,25
143:6
174:17

**40,000**
154:24
156:4

**400**
154:23

**400,000**
156:5

**44**
174:17

**45**
42:1

**4520**
151:12

---
**5**

**5**
28:20
50:23

**5,000**
80:7

**50**
50:23

---
**6**

**6**
28:20
29:14
111:1

**6th**
108:12
112:18

---
**7**

**70**
134:6
135:2

**70-foot**
128:19
134:8,9

**70072**
6:18

**7338**
6:17

---
**8**

**8**
28:13
46:18
57:1
114:16
115:19
116:11

**8-foot**
56:5,16,
20,25
166:16,18

**8/2015**
101:25

**80's**
124:7

**8th**
112:10,18

---
**9**

**9,000**
153:15

**90**
15:12
21:9,10,
11,14

**90-day**
36:2
112:21,22

**920**
151:6

---
**A**

**a.m.**
57:11,14
67:3
91:17,21
100:22

**AAA**
62:21,25
63:3

**abandon**
165:21

**ability**
8:24

**access**
106:9
117:12
154:9

**accessible**
117:6

**account**
101:20

**accounting**
33:18,19,
22

**accurate**
92:14
96:21
122:23
138:15
152:2
159:6
175:4
176:6

**181:6**

**action**
77:3

**active**
26:20
27:1,7

**actual**
18:1
49:15
119:15
164:17

**add**
138:3
156:12

**added**
45:10,12
116:23
137:19,21
182:4

**adding**
48:25
49:7

**addition**
45:6 92:6
94:4

**additional**
111:8
138:3
156:7

**address**
6:16
73:15
90:3
93:19
96:1
106:11
130:11,
17,21
131:5,9,
10 151:2,
4,11
165:1,20
166:1

175:18,21
178:11,12
179:7,9

**adds**
153:22

**adjust**
58:14

**admin**
181:2
183:24

**administration**
70:7
181:2

**administrative**
77:3

**advice**
101:8,16
103:6,13,
20 104:25
107:22

**advise**
185:13

**advised**
51:22
104:14,15
135:20
167:15
171:14
184:20
185:10,16

**affect**
8:24

**affirmation**
75:7 76:7

**affixing**
145:19

**afternoon**
105:23

**age**



28:13

agent
  18:17

agree
  168:3
  169:2,9,
  12 170:5

agreed
  54:5
  167:12

agreement
  79:24

ahead
  85:9 95:2
  112:22

air
  116:23
  120:6

Alabama
  69:4

Algeris
  22:22

aligns
  164:9

alike
  46:8,9,13
  47:10

allowed
  34:21
  93:25

alongside
  29:2
  30:20
  48:8

altered
  129:24

ancillary
  61:15

angle
  172:13

173:5

annex
  114:3
  119:17
  121:7
  181:2
  183:24

annually
  27:11

answering
  12:4

answers
  64:17

antenna
  134:13

anticipated
  11:14

anticipatin
g
  83:20,22

anybody's
  155:9

anymore
  156:24

apartment
  43:6
  44:16
  46:25
  115:16
  116:17
  118:4,8
  139:17
  153:3
  170:10

apartments
  43:5,18,
  23,25
  47:19
  59:23
  60:1
  116:9
  121:6

138:10,
13,15
142:17
143:13,15
144:14,17
146:19
150:7,16
152:25
153:15

apex
  135:5

appears
  89:24
  154:1

apples
  43:13
  44:15

applicant
  151:1

application
  21:10
  26:7
  56:20
  62:20
  63:24
  64:9,23
  72:12
  74:20
  75:24
  76:15,23
  77:2,14,
  20,25
  78:17,22
  79:2,3,6,
  10,11,13,
  16 87:11,
  16 88:2,
  23 90:15,
  20 92:11,
  14,17
  94:8,21,
  22 96:7,
  8,11,15,
  19,21,24

97:4,14,
19,24
98:7,12,
18 99:18
103:10,13
104:20
106:18
110:5
111:2,6,
7,9,11
112:5,23
113:2,4,
24 114:7,
22
115:17,19
121:13
122:5
123:5,18
125:15,18
126:5,9
127:8
129:21,22
131:14,19
134:5
136:16,21
137:2,4,
19 138:4,
9 142:6
148:23
149:16,24
150:2
154:16,
18,20,23
155:2,4,
20 156:21
157:13
158:18
159:1
162:3
163:5,22
164:10,14
167:3,7,
10,11
168:1
169:6
171:7,8,
15 181:22

183:14,
15,18,23
185:20

application
's
  149:22

application
s
  56:14
  103:9
  130:6
  150:20
  163:19
  165:18

applied
  111:22
  119:9

applies
  110:18

apply
  61:21
  62:10,17
  102:10
  103:20
  104:1
  110:2
  126:13

applying
  104:8
  130:5

appointment
  88:8

approached
  61:25

approve
  34:20
  100:8

approved
  34:19

approximate
ly
  31:7,25



117:2

APT
  151:13

arbitration
  8:21
  12:20,24

Archbishop
  126:14

architect
  54:2
  130:22
  164:16

architect's
  175:21

architectur
al
  10:10

area
  116:23
  168:11
  177:10

areas
  45:12
  54:8
  125:24
  141:23
  144:21
  160:16
  166:23

around-
about
  30:14

arrive
  115:23

arrived
  119:13

article
  169:4,7,
  15 170:3,
  13,23
  171:9

Ascension
  36:9

asks
  123:3

aspect
  16:7,8,9

asserting
  82:2

assisting
  79:16

assume
  8:4

assuming
  26:25
  35:19
  96:7
  137:23,25
  138:2,6
  161:16

ATO
  8:16

attached
  96:6

attention
  38:20
  73:19
  154:21

attic
  117:6,13
  145:12
  154:9
  167:23

attics
  117:12,18
  118:1

attorney
  62:23
  65:9,21,
  23 72:5
  82:21
  83:7

84:20
86:1

attorney-
client
  82:3

attorneys
  109:5

Auction
  13:25

auctioneeri
ng
  27:24

auditorium
  179:1,16
  180:2

auditoriums
  44:12

August
  26:17
  68:20
  70:21
  71:7,8,11
  75:16
  78:7,8,
  16,17
  79:16
  90:12,16,
  20 91:16,
  21 93:22
  96:3
  97:24
  98:1,2,6
  100:17,
  20,23
  112:21
  123:19
  127:13
  151:9

Avenue
  130:16
  131:5
  178:14

awarded
  57:25
  59:5

aware
  155:10

awhile
  34:7
  44:22
  80:8
  81:9,25
  130:19
  150:22
  172:9

_____

B

_____

B-A-R-A-T-
A-R-I-A
  6:20

B-I-L-B-O
  128:7

B-L-E-N-K
  179:21

B-O-W-L-E-S
  160:13

babysitter
  15:4

back
  16:17
  23:3
  24:10
  30:5,9
  33:10
  35:3,24
  37:9
  40:13
  41:13
  42:6
  43:12
  44:1 50:3
  55:8
  57:13,18
  58:1,11

59:1
61:19
67:7
68:5,6
70:6
72:19
75:3,6
79:3 86:9
89:4 94:2
95:8,14,
23
105:18,21
106:22
117:25
119:1
120:2
121:13
124:7
128:15
129:10
130:2,7
131:14
138:11
146:13
147:3,11
148:1,22
149:21
150:9,12
154:15
156:25
158:14
180:12
183:21

background
  22:19

backside
  70:15,19
  95:21
  133:24
  179:11

backwards
  35:8

bacterial
  121:21



bad
  146:16,17
  147:11
  148:12
bar
  83:13
Barataria
  6:17,19
  165:1
Barbara
  100:17
Barrow
  140:19
based
  162:10
  183:12,
  14,15,16
basically
  102:5,8,
  11 109:8,
  18
basis
  34:8
  105:10
  125:13
Bay
  60:2
beams
  142:12
  161:15
bear
  67:12
  129:4
  149:23
  178:17
beginning
  42:10
  61:25
  62:19
  77:19
bell

73:13
Belle
  36:13,14,
  18 37:23
  38:17
Bernard
  114:2
  158:25
  159:2
  164:21
  166:19
  167:18
  170:4
  171:7
  172:8,16
Bernard's
  119:3
  121:7
bid
  40:17,19
  58:11,22
  59:4
bidding
  39:7,11
  58:16,17
big
  38:11
  43:9,10
  44:3,11
  48:3
  116:23
  120:11
  132:20
  142:8
  146:1,13
  161:20
  167:22
  170:18
  174:5
Bilbo
  128:7
  140:18
bill

80:10,12,
  17
bills
  33:16
  80:11
binder
  106:20
birth
  73:20
  74:9
bit
  10:25
  11:17
  28:2 35:8
  39:23
  57:17
  59:20
  147:10,
  21,24
  148:16
black
  169:17
Blenk
  179:21
block
  22:9
  147:14
blocks
  61:14
blow
  40:17
blurry
  149:23
board
  94:15
  119:18
  185:5
Bobcats
  28:12
books
  71:14

born
  28:11
  29:13
bother
  186:1
bottom
  28:24
  29:5,10
  53:3
  89:23
  93:17
  99:22
  102:4
  109:7
  132:1
  163:25
  164:3
  169:16
bought
  58:4
Boulevard
  6:18,20
  151:12
Bowles
  160:13
box
  75:6 76:3
  131:25
  132:10
  136:17
  141:3
  142:3
  148:24
  149:15,17
  154:19
  158:3
  159:18
  176:3,5
  182:23
boxed
  136:22
boxes
  160:16

183:12
brand
  147:22
break
  105:14
  114:12
  122:1
brick
  161:19
Briefly
  11:18
bring
  164:18
broad
  113:19
broadened
  162:9
brochure
  99:24
broken
  176:17
bronchitis
  121:20
broom
  28:21
brother
  16:21
  17:13,22
brought
  83:20
  86:6
  107:6
  115:25
  116:3
Bruce
  11:9,12
  89:7
  110:25
  155:15,
  17,18



brunt
  146:13

Bryant
  65:21,23,
  25 66:12
  72:6
  79:12,15,
  19,25
  80:13,18,
  20 81:16,
  19,23
  87:1,6,8,
  25 88:21
  91:13
  94:12
  96:6
  99:23
  100:8
  101:10,14
  102:19
  103:2,6,
  8,13,22
  104:5,7,
  10,16,22,
  24 105:4,
  9 106:1
  107:16,22
  110:1,5
  113:15
  116:1
  123:14
  135:21,22
  136:24
  137:10,13
  138:1,3
  155:18
  162:13
  163:9,11
  167:16
  171:14
  184:20,23
  185:8,16,
  21

Bryant's
  82:8
  162:10

BSI
  89:10
  111:1,23

bsicontract
orsservices
.com.
  90:1

build
  15:12
  22:3
  25:25
  117:18
  118:20
  120:5
  147:19
  152:19
  161:23
  173:18
  184:9,13

building
  16:13
  21:11
  22:2
  25:13,24
  45:6
  46:13
  49:18,24
  51:19
  52:13
  53:25
  54:21,25
  102:10
  103:21
  104:2,8,
  14 107:17
  108:9,11,
  12,18
  109:20
  114:3,17,
  21,23
  116:14
  117:7,24
  118:2,7,
  8,16,23
  119:4,6,

17,18,20
120:4
126:16
128:11,20
129:1,2,
21 130:6
131:18,19
133:17,25
134:8,17
135:4,10,
15,23
139:20
143:2
146:13
147:3,8,
10,11,19,
20 148:2,
8,14
149:4,6,8
153:20
161:11
162:23
163:3,6
165:4
169:13
170:1,9
171:24
172:10,24
174:14,
20,22
178:8
179:11
180:14,
16,23
181:2,18,
24 183:24

buildings
  44:11
  50:2
  61:11,14,
  15,16
  115:24
  117:11,
  14,16
  118:4
  119:13

142:21
143:1,5
146:3,9,
14 147:17
148:10
153:9
154:2
176:17
177:6,10
178:14
180:24

builds
  14:21

built
  15:1,14
  22:9
  46:16
  49:25
  50:1
  116:23
  117:13
  119:25
  120:3,8
  135:13
  147:13
  177:22
  178:1,16
  181:17
  184:7

bullet
  100:25
  101:24

bunch
  43:22
  44:2 45:9
  99:5
  142:25
  165:7

bus
  107:8

business
  16:8
  27:22
  28:10

31:15
33:9 40:2
68:7
70:6,16
122:13

busy
  24:10
  88:9

buy
  58:2,3

buying
  33:15
  41:10
  59:12

buyout
  32:22
  57:21

_____

     C

_____

C-O-N-T
  131:4

call
  21:16
  23:16
  28:4
  37:17
  38:20
  52:23
  54:19
  55:19
  63:17
  65:2,3
  66:5 68:6
  81:6,8,10
  83:4
  87:4,13,
  20 88:1,
  4,10,17
  91:12
  145:18
  154:15
  176:25
  182:10



called
 21:6
 22:24
 25:5
 44:24
 52:22
 64:24
 68:3
 72:21
 98:16
 115:5
 132:19
 144:20
 146:5

calling
 52:8,9
 88:7
 154:17

calls
 64:20

candidate
 68:11,17
 72:20
 73:25
 74:9

capacity
 50:14

care
 131:23
 143:9

carefully
 123:22

carpenters
 160:5

case
 8:14,16

catch
 125:11

categories
 25:18

caught
 73:18

140:7
154:21
155:7,15,
16

caused
 169:10

CDL
 27:18

CE
 27:5

ceiling
 51:8,11,
12 52:4
53:12
55:6,20
56:25
57:2,4,6
109:21
115:20
144:15,17
145:9,14
166:19
178:10

ceiling/
floor
 146:25

ceilings
 56:17
 166:16
 167:18

celling
 56:21,22

center
 52:24,25
 53:2,3,12
 54:13
 55:20
 180:6,19

centers
 44:12

certificate
 24:1

certificate
s
 23:13

certified
 23:17
 25:12
 102:9,10,
 17,24
 103:20
 104:1,8,
 12,14,17
 111:13
 113:23
 125:21
 135:24
 162:15
 184:5
 185:17

challenge
 40:7

chance
 68:8 73:3
 89:18
 93:10
 95:16
 106:4
 109:14
 129:12,15
 156:23
 178:20

change
 40:3
 59:20
 95:1,3
 155:20
 156:23
 157:6,7,
 8,12
 180:10

changed
 124:23
 133:14
 153:20
 154:14

156:2

changing
 137:10
 153:16

charge
 14:10
 17:22,23,
 25 38:4,6
 80:3
 128:5
 164:16

chasing
 24:11

Chasse
 36:13,14,
 18,19
 37:23
 38:17

check
 101:25
 113:7
 142:3
 164:19
 182:23

checked
 21:24
 123:15
 141:23
 142:4
 148:25
 149:17
 158:3
 160:16
 176:6

checking
 35:6
 149:15

chiller
 174:6

choose
 40:19
 99:14
 137:7

circle
 112:3

circles
 111:19
 112:1

city
 61:14
 150:3,20,
 23 178:14

Civic
 14:10
 20:17
 35:23
 37:3,6,
 12,17
 39:13
 42:21
 43:2,20
 44:8,20
 45:8,17
 46:13,23
 59:19,25

clarify
 8:2,10
 157:21
 185:12

class
 71:12,19,
 22,25
 72:7,8

classificat
ions
 25:20

Claudia
 130:23,25

cleanup
 57:17

clear
 8:10
 47:11,18
 82:5
 85:22
 89:12



```
158:18        56:13         42:10         61:10       conditionin
              122:18        50:13         115:16      g
clock         125:4         63:16         116:17       116:24
 21:21                      79:22         118:8        120:7
              common        80:12,16      139:17
close          58:6         88:16         151:13      condominium
 43:5                       99:24         154:3       s
 45:21        communicate   121:8         159:2        59:23
 47:10         81:18        122:25        166:15,19    143:14
 69:13         90:25        123:25        167:19
 131:24                     124:4,23      169:21,25    conference
              communicate   131:6         170:4        81:8
closely       d             151:4         171:7        87:20
 44:8,20       91:8                       172:8        88:10
 45:7,16,                   compare
 18,20        communicati    42:25        complicated  confirms
 46:12,23     ng             137:1         40:4,7       91:20
 59:18         91:4          162:1
 164:9                                    complicatio  confusing
              communicati   compared     ns            55:10
closest       on             43:13        45:25
 43:20         81:13                                  consecutive
 46:6                       comparing    composed      184:9,13
              communicati    154:18       170:9
clubhouses    ons                                     considered
 143:11        82:4,18      complaints   composite     27:16
               85:22         26:22        129:9        31:10
Coastal        87:5                                    92:7
 9:16 10:7     90:19        complete     computer      174:11
                             21:9         9:7,21       184:20
code          companies      59:10        69:3,22
 108:9,11,     10:7          99:9,13      82:21        consist
 18 109:20     12:22         180:19       175:15       145:2
               13:3,13,      181:19                    170:1
collected      15,22                     con
 97:8          17:16        completed     164:21      consistent
               18:7          79:2                      144:20
collecting     19:8,14       96:15       concludes     146:3
 97:12         20:2,6        126:5        186:5
                                                      constantly
College       company      completely    concrete      153:14,22
 22:24         13:8          146:9        43:11
               14:6,7,8,                  118:10      construct
columns        10,11,15    completing     128:11,      120:15
 141:15        16:11,12,     79:6         20,22,24     126:16
               20 18:11,     164:13       134:20
commencemen    18,19,20,                  141:13,20   constructed
t              22,23       completion     142:1        133:20
 21:17         19:4,23      21:14         146:23       134:3
               20:1,17                    147:14       154:12
commercial    company      complex       161:15
 25:8,10,      13:8          43:9                     constructio
 17 44:2,     14:6,7,8,                               n
 7,19          10,11,15
               16:11,12,
               20 18:11,
               18,19,20,
               22,23
               19:4,23
               20:1,17
               27:25
```



8:16
14:20,23
15:6,7,17
16:1,7
17:22
18:1,2,3,
7,10,12,
25 19:5,
6,10
20:1,4,5
21:4
23:14,22
24:25
29:21
31:21
34:24
36:2
37:1,16
39:17
40:11,20,
25 42:19
44:5,14
45:22,24
46:4
48:11,15,
17 49:13,
23 50:7,
8,10,11,
15 51:1
59:25
60:16,23
92:4,6,
10,15,19,
23 93:17
94:4,10,
23 97:16
110:17
115:1
119:24
120:19
125:25
126:23
136:19
148:24
149:4,17,
18 151:11
156:22

158:1,7
160:23
161:4,25
176:4,10
178:3
179:23
180:3,7,
13 181:9,
15
182:17,24
183:9,25
184:14,19

**construction-wise**
13:5

**consulted**
102:19

**Cont**
131:4

**contact**
65:21,25
113:16
136:4

**contacted**
63:15,20
64:16
66:12
72:7,8

**contained**
138:14

**continuation**
93:14

**continue**
85:13
86:23
107:13

**continued**
59:24

**continuing**
26:12
27:2,10

60:15

**continuously**
26:20
27:1,7

**contract**
19:6
58:1,3,7
59:5 70:7
79:25
164:18

**contracted**
58:1

**contractor**
14:22
20:17
25:17,24
102:11
103:21
113:23
122:19
125:4,22
131:3
164:25

**contractor's**
18:20
25:6,9
61:22
66:9
102:9,17,
25 104:8,
18 111:14
135:24
162:15
164:3
184:6
185:1,18

**contractors**
13:23
14:6
15:13
19:17
20:8,10

24:19
25:13,14
28:3

**contracts**
10:2,6

**contribute**
156:11

**contributed**
156:16

**control**
13:20

**conversation**
65:8
80:23
81:1,15,
24 84:9
87:7,20
93:15
94:20
95:14
105:13
115:22
136:6,9,
13
137:18,
20,23
163:8

**conversing**
80:25

**conversion**
179:22

**convicted**
9:2

**coordinate**
127:22

**coordination**
49:9

**copied**
85:18

**copies**
84:10

**copy**
82:14
84:17
86:6
96:5,8,10
99:23

**corner**
68:10
73:20
109:8,10
150:25
165:25

**correct**
14:13
16:18
17:24
18:4
25:2,19
26:8
27:3,6
29:20
37:19
42:7
59:16
60:7 65:1
70:9 99:4
102:3
107:20
112:16
117:4
120:24
122:16,21
124:19
126:3,18
132:5,24,
25 139:11
141:7,10,
14 142:19
146:7
151:5,15
153:6
160:19
161:3,6



162:6
168:2,5,6
170:17
175:9
177:25
179:18,25
180:4,8,
15,21
181:14,25
182:8,15
183:7,20

corrected
155:14
157:18

correcting
155:19

correctly
14:16
77:15
107:19
120:14
135:19
142:16

corresponde
nce
9:24

cost
132:2

counsel
51:22

count
101:21

counting
158:19

country
70:3

couple
7:15
35:12
36:23
41:3,4,12
61:13

66:9
73:18
82:17
86:25
99:21
115:9
154:21
165:16

courses
24:12

court
7:11,17
10:23
13:9 14:1
129:6
140:12

courtesy
7:20,22

courtroom
8:20

cover
50:12
85:7

covered
27:15
42:9 84:6
149:18

create
142:15

credit
101:3

crews
30:10
48:1

crime
7:5

crimes
9:2

criminal
77:2

Cronin

10:13

Cross
22:21

curious
83:15
136:15

current
6:16
93:24

current/
prior
122:9

customer
44:22
45:1

cycle
26:15
27:2

_____

D

_____

D-E-U-B-L-
E-R
140:4

D-L-U
140:3

D-U-B-L-E-R
140:3

dad
11:22
19:3 24:9
39:15
62:11
66:4
79:11
80:1,24
81:12,23
97:2,10,
11,17
100:4
102:15,23
103:15,25

105:1,3,9
107:25
116:4,5
124:6,10
136:3,14
137:13
138:1,2
155:15
162:12
163:9
165:7
185:14,23

dad's
99:2
123:2,4
156:1

dads's
43:24

dailies
49:5

daily
17:1,2,18
38:19
125:13

Dairy
13:6
14:15
15:5,14,
17,20,24
16:8,14,
16 20:20
35:25
40:16
41:21

damage
146:14
168:25
169:10,12

damaged
117:15,23
142:18
143:18
147:4,5
148:11

149:13

dance
176:18,21

darkened
136:18

date
21:21
23:24
24:2
68:19,22
69:21
70:20
71:9
73:20
74:8
75:15,22
76:1
93:21
100:4
112:14,18
124:21,25
151:6
164:8,9
175:7

dated
76:1 78:6
90:12
96:3
97:24
112:9

dates
30:14
31:13,20
71:8 74:5
98:10

David
65:21,23,
25 72:6
79:12
91:13
94:11
96:6
101:10,13
102:19



103:2,8,
13,22
104:4
105:2
110:5
113:15
116:1
123:14
135:20,22
136:24
137:13
138:1
155:18
162:10
163:9,11
167:15
171:14
184:20

day
21:20
34:14
35:9,10,
12 38:24
39:8
41:7,8
42:2,6,15
64:15
68:25
69:11,13
71:4
90:16
98:1
100:21
123:24
139:3
140:2,6
160:1

day-to-day
38:17

days
15:11,12
21:9,10,
11,14
35:12,14
36:5

41:4,12,
17 68:25
70:23,24,
25 72:1
78:8,18,
24 98:2

DBPR
64:7,23
73:10
101:2,16
111:13
113:5,8,
10,13,17
114:22
123:20
136:22
137:4
154:20
156:2
162:4
167:11
171:6
183:17

deal
51:21
142:8
150:4
156:14

dealing
101:10

deals
11:25

dealt
109:5

deceased
83:5

December
90:8
127:13
175:8

decent
172:3

decide
61:21

decided
40:14

declaration
75:7 76:6

declare
76:14

deep
155:7

Defendant's
67:16
73:6
74:16
89:15
93:4
95:18
108:14
111:3
133:1
152:13
168:16
171:3
178:22

Define
134:20

defined
53:19

definition
50:18
53:9,18
56:3
108:19
109:7,9,
19,24
110:1,13,
18 159:15
170:23
171:18,22

definitions
108:11

demolished

147:5

depend
51:14

dependent
54:1

depends
35:3,18
51:13
52:4,5
58:9,14
59:6,13,
14

depicted
181:24

depo
12:13
89:10

deposition
6:24
7:11,17
8:17,20
10:19
11:14
12:10,16
66:18
99:3

depositions
93:7

describe
15:19

description
48:5
104:11
137:1
151:23
162:2,4
168:19,24
169:9
175:19
181:12
182:3,4

designation
s
25:8

desk
75:25

Destrehan
130:13,
14,16
131:5
151:2

destroyed
117:15,24
118:9,13
146:9,10
149:8
165:25

details
97:5
137:22
177:6

determine
64:12
99:17
108:18
162:21
185:5

determining
163:14

Deubler
140:1

died
83:3

difference
92:10
94:9
170:18

differently
157:15

direct
6:13
109:6



directly
    81:18
    87:5
    90:23
    91:1
    104:24,25

disaster
    149:11

Disc
    186:3

disclosures
    84:7

discovered
    83:5

discuss
    137:9

discussed
    11:18

discussion
    67:4
    137:12
    182:9

Disk
    95:9

distinction
    47:12
    50:4
    92:15
    94:22

distinguish
    92:18

district
    17:5

dive
    155:7

doctor
    114:9

documentati
on
    58:18

documents
    111:8

dollar
    42:24
    43:7
    45:22

dome
    52:25
    53:2

door
    28:19
    179:10

double
    170:19

double-
sided
    67:14,15
    74:14
    89:6

downloaded
    64:21,22,
    23

downtown
    22:25

DQ
    20:23
    21:3
    36:1,7
    37:8,24

DQS
    16:17
    38:23

draft
    98:14,15
    136:23
    137:2
    154:16,
    18,22
    155:4
    162:3

drawings
    10:13

12:2

drive
    41:17
    82:16,17
    84:15
    85:24
    86:21

driver's
    27:19

drop
    41:18

drove
    69:19,21

drywall
    151:24

due
    27:13

duties
    32:3,20
    33:2,15
    34:5
    57:19
    159:21

duty
    159:24

DVD
    95:1

_____

E

_____

e-mail
    81:19
    89:19,24
    90:3,6
    91:1,14,
    15,20,23
    93:18,19
    96:1,3
    99:20
    100:16,22
    101:13
    112:20

e-mailed
    89:3

e-mails
    9:6,15,17
    15:1
    85:23
    97:25

earlier
    38:12
    104:23
    106:15
    123:21

early
    41:11
    83:2
    87:18

easier
    21:25

easily
    116:20

easy
    24:17
    35:3
    157:22

edition
    108:12

education
    23:20
    26:12
    27:2,11

educational
    22:19

effect
    76:7

effort
    92:17

eight-story
    180:20

eighth
    14:20

elec
    151:25

electric
    140:2
    151:25

electrical
    120:9,10
    139:16
    140:1
    144:25
    146:6

electronic
    82:19

Elementary
    43:9,19
    47:1
    48:4,20

elevated
    142:9

embark
    83:6

EMP
    13:9

employees
    22:16
    127:24

employment
    101:5

enclosed
    145:3,24

end
    129:10
    186:3

ended
    107:15

engagement
    79:24

Engineering
    10:13

engineers



54:2

**Enterprise**
13:6
14:14
17:10,15,
19

**entire**
118:10
147:8
148:8

**entitled**
75:7

**entity**
17:11

**equal**
90:9

**equipment**
28:12,13
117:3,5
120:9,10,
11 145:20
165:23
167:23
168:11
174:5
177:4,11,
13

**erected**
141:15

**erection**
127:21
141:11

**erectors**
128:11

**error**
126:20

**errors**
155:7,11

**estate**
13:7
16:12,13,

17 165:7

**estimate**
9:12
32:22
159:24

**estimated**
38:8,21

**estimates**
59:3

**estimating**
23:14,15,
19,22
29:7
30:18,21
31:9,11
33:15
39:2,3,8
48:7,8

**estimator**
29:1,2,17
30:20,25
31:9,12,
25 32:2,5
48:8 49:4
132:8

**estimator's**
32:8

**Estoban[sic**
130:12

**evening**
107:5

**Everyday**
34:9

**evolution**
28:8
29:15

**exact**
31:20

**exam**
68:23
70:20

71:25

**examination**
6:13 26:5

**examination
s**
74:4

**examples**
52:10

**exams**
74:5

**Excel**
175:25

**excuse**
151:11
176:3

**exhibit**
66:18
67:12,16
68:3
73:2,6
74:12,16
89:9,14,
15 93:2,
4,8,22
95:12,18
108:6,14
110:22,25
111:3
125:17
129:9
132:23,24
133:1
136:15
137:3
149:22
152:9,13
154:17
155:22
168:13,16
171:1,3
178:19,22

**exhibits**
67:10,14

97:25

**existed**
142:17

**existence**
60:23

**existing**
16:15
117:21

**experience**
29:10
50:13
59:2
101:1,5
125:22,
23,25
130:5
134:18
136:19
160:16,22
176:4
181:8
183:13
184:5,18

**experienced**
156:21
185:6

**expertise**
125:23

**expire**
21:7

**explore**
52:1

**expose**
145:15

**extend**
7:20,22

**extent**
100:3,15
142:2
145:21
149:10
169:13

**exterior**
147:13
148:17

**extra**
108:7

**eye**
140:7

———————

**F**

**F-A-V-R-O-T**
151:16

**facilities**
72:25

**facility**
70:1,2
132:20
175:2
176:11
178:2
179:2,17

**fact**
108:9

**facts**
76:15

**fair**
32:3
102:12
103:16
109:22
168:25

**false**
170:14,15

**falsificati
on**
77:1

**familiar**
25:14

**family**
28:10
31:15



33:9 40:1
156:14,15
184:24

**Farris**
63:2,11,
15,21
64:24
87:15
90:19
91:5,9,15
92:15
94:2
96:4,15
100:17
101:15
102:16,23
103:15
112:20

**Farris's**
63:10
103:5

**father**
11:13
15:23

**father's**
12:15

**favor**
113:18

**Favrot**
151:16

**February**
29:14
37:17,20

**Fedex'ing**
96:5

**feed**
120:6

**feet**
50:23,24
53:14
54:17
57:1,5

116:11,
12,20,25
117:1,2
119:13
132:1,11,
12 134:6
135:2
141:5
143:6
154:23,24
156:4,5
166:4,14
168:2
174:17

**felt**
41:6 62:3
104:11
184:4

**fever**
114:10,13
121:19

**field**
23:5
28:23
33:11
34:17,18,
23 40:14
41:1

**fight**
109:2

**figure**
53:21,24
114:16
142:25

**file**
82:15,20
111:25
112:23

**filed**
167:12

**files**
9:6,20,22

**fill**
79:14
87:11,16
88:24
98:8
123:25
163:24

**filled**
75:24
77:14
98:9
166:23

**filling**
130:6
178:18

**final**
103:9
112:5

**finalized**
136:25

**finance**
68:7
70:6,17

**financial**
16:9 18:2

**find**
52:4
65:16
97:18

**finding**
63:6 83:7

**fine**
77:3
84:25
121:19

**finish**
7:21 10:5
15:22
36:4
37:13
39:12
41:10

46:3
48:13
77:22
184:12

**finished**
20:22
21:9 27:5
39:9
134:21

**finishers**
140:11

**finishing**
35:24
36:22,24
42:12

**firm**
80:14

**fit**
45:21

**fix**
21:7
155:8

**fixed**
150:11
155:10
161:20
173:24

**fixing**
155:11

**flash**
82:16,17
84:15
85:23

**flat**
117:10,11

**Flip**
157:24

**flipping**
100:16

**flips**
86:15

**flooded**
161:12

**floor**
49:19,21
50:6,22
51:5,7,
11,12
52:3
53:5,12
54:3,6,14
55:6,7,20
56:6,22
57:1,5
109:20,21
117:1
118:13,14
119:25
120:19,23
128:22
132:1,2
134:21
143:16,20
144:1,4,
7,11,15,
16,19
145:2,5,
7,19
146:5,11,
21,22
153:25
158:20
170:10
172:2,3
173:8,9,
14
174:10,20
176:25
177:1,3,
11 178:9
180:6,20
181:18,25
182:7,10,
12,13
183:23
184:7,24



**floor-to-ceiling**
    109:21

**flooring**
    151:24

**floors**
    45:11
    49:13,20,
    23 50:8,
    15 54:1
    61:7
    116:22
    117:1
    118:17,
    19,20
    119:19
    120:5,15
    129:2
    135:18
    142:11
    144:14,16
    146:4,19
    147:5
    153:24
    154:9
    167:17
    174:9
    180:16,22
    183:6

**Florida**
    14:6
    19:18,23
    20:17
    21:16
    24:23
    26:6,17
    27:4 30:9
    57:18
    61:21
    63:22
    64:7
    71:13,16
    78:23
    94:14
    108:9,11,

18 109:20
110:2,19
122:14
135:16

**focus**
    31:21
    39:16,22
    52:2

**focusing**
    39:8

**follow**
    86:25
    101:8
    103:20

**follow-up**
    93:17

**foot**
    176:10

**footage**
    42:24
    43:8
    44:16
    45:23
    155:20,21

**footages**
    44:4

**footings**
    127:21

**footprint**
    153:20

**foreman**
    28:25
    29:17,23
    31:6
    47:25
    93:25
    127:12,18
    138:18
    139:10
    159:9,14,
    16

**forever**
    39:24,25

**forget**
    60:3

**forgetting**
    58:25

**forgoing**
    76:15

**forgot**
    22:23

**form**
    60:16
    90:7
    96:15
    110:3
    123:9
    129:20,22
    141:19
    150:1
    182:19

**found**
    63:11,13
    64:24
    83:2 97:7

**foundations**
    141:4

**four-day**
    79:5

**four-story**
    126:20
    163:15
    181:18

**fourth**
    101:23
    120:22
    144:7,11,
    19 145:2,
    18 146:5
    158:23
    180:6,20
    182:11,13

**Fox**
    83:10

**frame**
    24:7
    37:10
    145:11

**framed**
    142:13
    148:3

**framers**
    139:14
    140:9,11
    160:5

**frames**
    72:10

**franchisee**
    20:21

**frantically**
    150:11

**Frauenshuh**
    20:24
    21:1

**freestanding**
    143:2

**frequently**
    15:9
    34:22
    41:13

**fresh**
    22:4

**friend**
    43:24
    115:5

**friends**
    131:22,24

**front**
    68:3,4
    72:21
    172:16

**full**
    6:15
    30:14,16
    31:1
    32:7,9
    38:19
    86:21

**functions**
    34:3

─────────────

G

**gave**
    29:19
    55:15
    62:21
    77:16
    99:22
    100:3
    106:3,4
    107:22
    114:15
    115:9
    171:16
    185:4

**gears**
    57:16

**Gen**
    131:4

**general**
    13:23
    14:5,22
    15:13
    17:3,5
    18:20
    19:17
    20:16
    24:19
    25:5,8,
    13,17,24
    28:3
    102:9,17,
    24 104:1,
    12,15,18



111:13
113:23
122:19
125:4,21
135:24
154:7
162:15
166:20
184:5
185:1,18

**generally**
17:21
130:1

**girl**
34:16

**give**
7:21 8:8
9:12 42:2
47:3,8
50:20
52:10
58:17
65:14
84:16,20
92:5
101:3
104:24
106:10
107:23

**giving**
101:15
102:16

**glass**
161:19

**Golden**
8:16

**good**
35:1
41:4,5
43:24
115:5
122:3
131:22
147:10,

21,24
148:1,16

**goodness**
20:11
128:1
142:22

**government**
159:2
166:14
167:19
169:20,25
171:7
172:8

**grades**
73:10

**graduated**
23:10
28:15,22
29:2,24
47:5

**graduating**
28:18

**grandpa's**
124:9

**greater**
141:5

**grew**
28:10

**ground**
7:16
21:12,21
22:4
46:16
48:9,10,
14 118:11
128:23
134:19,20
143:20
146:11,
21,22
148:2
176:25
178:2

180:14

**Group**
20:24
21:1

**guess**
26:6 33:7
39:22
47:12
52:6 53:7
59:6
60:12
63:9
71:15,16
79:3
82:20
87:14
88:23,24
92:25
100:2
106:22
111:16
130:18,24
132:19
145:17
151:25
171:20
173:20
176:19

**guessing**
125:1
170:25

**guiding**
79:12

**gut**
22:2
161:10,12
180:19

**gutted**
45:11

**guy**
14:24
31:11
128:3

**guy's**
83:9

**guys**
28:23
48:1
63:11
128:11
133:20
135:13
140:10
172:20
173:24

―――――――

**H**

―――――――

**halfway**
36:5

**hall**
170:2
176:19,
20,21

**hand**
32:23
38:13
52:6

**handed**
38:8

**handle**
33:22

**handled**
62:19
80:25
113:14

**handles**
19:20
33:19
80:11

**hands**
29:8
32:13
101:11

**hands-on**
29:10

**handwrite**
98:12

**handwriting**
75:18
125:7

**handwritten**
75:15
111:19

**handy**
89:5

**hang**
35:7

**happened**
21:5
28:17
137:20,
24,25
173:19

**happening**
30:5

**happy**
8:2 84:20

**hard**
41:19
42:15
43:13
86:20
125:16

**hardcopy**
84:18
107:6

**harder**
40:4,6

**hardhat**
34:23

**HARRISON**
86:10,13,
16,20



**head**
8:8 17:4
47:6
117:10

**hear**
11:2

**heard**
50:25
64:21
107:9

**hearing**
106:18,20
157:11,
18,20

**heavily**
117:15

**height**
50:2,17,
22 51:19
52:14,16
53:15,16,
17 54:3,
23,25
55:4,24
56:5,7,9
104:21
105:11
107:18
110:6
113:22
114:1,2,
4,6,14,
16,17,23
115:10,
11,14,17,
20,24
116:2,12,
15,17
119:24
126:1,10
134:17
135:17,25
158:22,23
160:25

161:24
162:19,
22,23
166:2,4,
11 167:8,
10,14
168:4,7
170:21
171:13
174:12
183:1
184:8,21,
25 185:11

**heights**
54:1,9
56:11

**held**
62:6 67:4
122:13

**helped**
48:9 97:1
123:15

**helping**
47:25
87:15
94:13
127:21
159:25

**high**
22:20
28:15,17
29:24
56:6
126:15
157:25

**higher**
49:14
50:1
102:1
126:23
136:20
144:10
156:22
157:5

158:2,8
160:23
176:5
179:24
180:2,7
181:9
182:18,25
183:10
184:1,19,
25

**highest**
116:14
134:11

**hire**
79:19

**hired**
88:16
140:9

**history**
28:3,8
101:5

**hit**
23:2
107:7
151:9
165:4

**hold**
24:22
31:19
122:12
179:12

**holder**
18:18
19:16

**Holdings**
13:7,9

**Holy**
22:21

**home**
35:3,24
37:9,13,
14 58:11

69:20

**Homes**
153:3

**homework**
105:22
113:1

**hospital**
44:10,18,
21,25
45:3,12
47:2
48:23,24
49:7,10
60:10,21
61:4,9,
10,11,15
114:5
119:23
120:3,13
121:16,
20,22
180:20,22

**Hospitality**
20:24
21:1

**hour**
41:18

**hours**
9:14
60:25
90:9

**housed**
116:24
144:24
174:2

**housing**
46:18
117:3

**huge**
142:22

**hurricane**
23:1,2

24:11
35:2
143:19
146:9
147:6
150:10
151:8,24
152:3
161:11
165:4
168:24
169:10

**hurricanes**
30:4

**HVAC**
117:3,5
120:10
144:21,25
145:19
146:6

_____

I

**ID**
72:20
74:9

**idea**
20:11
73:1,24
74:10
80:19
121:3,5
124:24
131:16
132:6
152:7
153:21
156:6,10
162:16
164:1,6,7
166:24
173:2
179:8

**identical**



42:21
46:8

**identificat
ion**
67:11,17
73:7
74:17
89:16
93:5
95:19
108:15
110:23
111:4
133:2
152:14
168:17
171:4
178:23

**identified**
13:14
19:24,25
34:6
37:22
38:5
45:16
48:25
68:17
75:2
117:6
121:2
126:9
137:3
159:8
176:25

**identifies**
132:2
134:5
138:18
151:10
175:17

**identify**
19:14
49:11
59:18,21
113:20

127:12
132:9
156:8
163:15

**identifying**
120:19

**important**
64:3

**improvement
s**
22:7
48:16
145:18

**inactive**
19:1

**included**
101:4
182:2

**includes**
76:4

**including**
11:5
12:17
77:3

**incorrect**
31:5
152:6
168:8,9

**indicating**
100:21
107:16

**industry**
51:1
110:17

**info**
65:21

**information**
63:6
77:1,17,
20,24
79:10

88:21,25
96:22,24
97:8
98:13,24
113:1
122:9,22
123:4,5,7
127:6
132:5,9
138:14
155:5
159:1,5
167:25
169:8
170:17
175:1,5,
11 181:5

**informed**
51:20

**initial**
63:5 84:6
87:12
91:12
136:16
137:2
154:16,
17,22
162:3

**initially**
83:3 91:6

**input**
63:25
98:22

**inside**
22:3,9
117:7,9
135:10
146:18

**installed**
172:20

**Institute**
23:15,22

**intend**

7:7

**intense**
49:6

**interest**
13:3,13
17:8 20:3

**interested**
47:13

**interior**
48:16
145:17,25
148:5,15
161:18

**interject**
157:11

**introduced**
88:11

**introductio
n**
87:14,22
88:19

**inventory**
82:9,21
83:7
84:20
86:1

**invoice**
80:13,17

**involve**
150:7
161:15

**involved**
12:24
16:1
18:5,6,7
19:9
34:11,13
35:6
42:20
48:11,12,
15,20
49:1,4,

12,22
50:7,8,14
59:22
60:22
61:7
63:22
80:10,22
94:12
96:17
113:12
136:24
150:14
159:25
163:14

**involvement**
96:23

**issue**
52:6 83:4
121:15

**issued**
106:19
122:19
124:6,18

**issues**
36:24
46:1 49:9
84:4

**items**
59:7,11

**Ivan**
23:1,10

---

J

---

**Jackie**
62:20,25
63:2,10,
11,15,20
64:18,19,
20,24
65:5,16,
19,20
87:15



89:25
90:19
91:5,9,
11,15
93:18
94:2,18
96:4,14
100:17
101:15
102:16,23
103:4,15
104:2,6
112:20

January
164:8
175:8

Jeff
44:21
60:24
61:4,17
114:5

Jefferson
44:25
45:3 47:1
48:24
114:3
119:12,
17,23
121:7
129:22
157:25
179:22
180:5,18
181:1
183:24

job
7:18
28:15,16,
17 29:9
32:8,19
33:12
34:3 35:4
37:11
38:11
39:4,9

41:5,14,
23 47:3,
6,22,23
48:5
57:25
58:2
59:3,13
61:4
99:1,19,
23,25
128:17,25
140:16
141:1
149:11
175:13,
14,16
178:18

jobs
32:22
33:16
39:6,7,12
40:19,23
42:12
43:4 46:9
58:23
60:18
90:7,8
93:15,24
94:1
98:22,24
99:1,18
104:10
114:5
164:15

Joey
33:21,25
34:2

John
6:17

Jonathan
108:8

journey
83:6

jump

33:10
34:6

_____

        K
_____

Katrina
23:2,6,
11,25
30:9
43:23,24
60:1,5,
15,19
117:14
142:17,18
165:4,10
170:12
172:19
173:23

Keith
11:10
83:8

Kenner
150:4,5,
20,23
151:12

kid
114:9

kind
12:2
29:18,20
35:9
41:19
44:6,17
62:21
71:9 73:9
88:12,23
89:5,23
93:14
118:12
130:2
154:3
176:1,2

knew
64:17

115:19

knowledge
113:6

_____

        L
_____

labeling
108:4

labels
29:18

laborer
28:24
29:16
33:11

lady
62:20

Lafitte
175:1
179:1,16,
17

laid
121:22

language
138:3
162:7

laptop
86:19

large
34:20

largest
60:21
61:6

law
80:13

LAWHON
6:14
13:11
14:4
57:9,15
66:24

67:8,20,
23 68:1
73:8
74:18
75:1,5
78:11,14,
15 82:24
83:12,15
84:5,23
85:3,8,
12,17
86:2,4,7,
15,18,22
89:7,12,
17 93:8,9
95:2,11,
20
105:14,20
106:8
107:2,7,
12 108:16
110:7
111:5,23
112:2,6
123:10
129:4,7
130:15
133:3
140:15
152:15
157:21,23
158:10,16
168:18
171:5
178:24
180:11
182:22
185:25

lawsuit
12:24
109:2

lawsuits
12:16,19

lawyers
7:14 11:6



110:16

**lay**
  7:15

**layouts**
  22:5

**lead**
  104:5

**learned**
  23:4
  28:11
  29:9
  31:17

**learning**
  28:22
  29:3
  30:19,20
  31:9 48:7

**lease**
  16:17

**led**
  112:22

**left**
  71:2

**left-hand**
  109:7,9
  150:25

**legal**
  76:7
  106:21

**legible**
  125:19

**length**
  118:6

**letter**
  79:24

**letters**
  85:23

**letting**
  7:21

**level**
  128:23

**levels**
  54:9

**library**
  176:18,21

**license**
  18:18,20
  19:16
  20:13
  24:21,22
  25:3,6,9,
  10 26:4,
  13,19
  27:4,11,
  18 28:1
  57:18
  61:20,22
  62:7,10,
  17 63:16,
  22 64:13
  66:10
  71:10
  72:12
  77:4
  78:23
  79:7
  102:9,11,
  18,25
  103:16,21
  104:2,9,
  18 106:19
  107:14
  108:23
  109:3
  111:14
  113:23
  119:9
  122:9,17,
  18,24
  123:1,2,
  3,5,24
  124:1,2,
  4,5,10,
  15,18

125:4,22
127:2
131:8
135:16,24
155:24,25
156:1,24
157:13
162:15
183:12
184:6
185:2,18

**license/
registratio
n**
  122:14

**licenses**
  19:21
  24:24
  27:14,17,
  19

**licensing**
  51:21
  84:3
  94:15
  106:18
  110:2
  185:5

**licensure**
  110:19

**lie**
  184:6

**light**
  21:8

**lines**
  169:16

**lipstick**
  107:1

**list**
  43:13,17
  47:3,8
  60:17
  61:3
  65:14

93:16,24
98:25
99:1,5,7,
10,15,16,
19,23,25
100:5,6
122:15
166:4
175:13,
14,16,17

**listed**
  72:16
  94:4 97:4
  122:17
  125:24
  126:14
  131:3
  151:17
  155:25
  160:21
  167:3
  169:11
  175:1
  178:11
  181:1
  184:15

**listing**
  74:4

**lists**
  130:10
  164:25

**live**
  143:16

**lived**
  143:17
  144:2,5,
  8,9

**living**
  43:6
  44:16
  143:18
  146:4

**LLC**
  13:19

**located**
  36:17

**location**
  153:3
  165:6,15

**long**
  20:7,10
  31:18
  36:1
  64:15
  82:24
  87:19
  91:7
  99:11
  118:3
  124:6
  184:25

**longer**
  33:25
  34:2

**looked**
  52:19
  97:25
  99:17
  100:12
  108:17
  165:18

**loose**
  150:9,12

**Lorman**
  23:19,20

**lot**
  23:17
  30:5,10
  34:13
  35:2
  37:11
  42:13,14
  43:12,14,
  22 44:10,
  23 47:16
  49:5,7,8
  58:11,23
  60:9 61:8



77:16
80:25
94:12,17
101:9
117:14
129:4
140:9,10
148:12,
15,17
149:10
150:24
152:7
161:20
162:4
164:15,20
166:22
167:23
172:18
177:4
179:13

loud
169:23

Louisiana
6:18
14:12
18:11
20:14
22:22
24:22
25:3,7,
16,25
26:16,19
27:1
35:19
36:19
37:25
42:6
53:10
55:18
58:21,22
81:4
124:16,18

low
14:2

lowest
58:22
134:24
135:3

lunch
85:15,18
87:2
105:15,
17,21

─────────

M

─────────

M&p
13:7
16:11,16,
20 17:8

MADAME
13:9 14:1
129:6
140:12

made
65:3 66:4
92:15
101:11
104:17
145:7
147:16
163:4

mailbox
165:23

mailing
165:19

main
61:2,15
129:1
165:24
170:1

maintain
26:13

make
7:13,15
31:3

34:10,20
47:11,18
50:4 56:8
59:10
62:23
77:19
78:2 82:5
88:7
92:10,13,
17 96:21
108:4
119:19
126:25
127:5
157:22

making
41:5

manage
41:9

management
23:19
24:13
30:21
70:8
142:23

manager
17:3
29:1,18
32:5,17,
18,21,24
33:4 38:9
41:7 49:4
159:18,25

manager/
help
159:24

managers
17:5,6
29:8

managing
13:20
39:6

manufacturi
ng
132:20

March
138:19
164:9
168:20,
21,22

marching
42:3

Marine
101:24
113:25
114:21
127:4,7
130:10,17
133:10
135:3
136:7,17

mark
67:11
84:24

marked
66:19,22
67:17
73:7
74:17
89:16
93:5
95:12,19
108:6,15
110:23
111:4
129:8
133:2
152:14
168:12,17
171:4
178:23
183:12

marking
169:17

Marrero
6:18

mason
139:22

masonry
139:18,20
141:9

master
99:19
100:6
175:16

match
143:10
169:5

material
59:12
77:1

materials
58:2
106:3
147:18

math
30:1 31:4
138:22

matter
19:14
70:3

mean--
51:6
55:12

meaning
11:16
17:2
42:23
53:5 81:2
99:22

means
132:7
166:21
178:5

meant
29:12
167:11,13



measure
    54:11,13
    114:14,22
    116:8
    119:6,8
    134:18
    162:24

measured
    52:19
    134:9
    174:14

measurement
    53:22
    56:8,22,
    23 57:1,5

measurements
    52:20

measuring
    54:15
    134:17

mechanical
    45:12
    139:15
    174:5
    177:4

Media
    95:5
    186:3

Medical
    180:6,18

medications
    8:23

meeting
    170:2

member
    13:17,20,
    22 17:7
    19:9

members
    13:15
    16:19

17:11

memories
    11:19

memory
    9:10
    11:22
    98:19,24
    104:19
    119:7

meningitis
    121:21

mentioned
    14:14
    16:16
    24:12
    36:11
    38:12,16
    39:2
    48:24
    72:5
    110:9

mentions
    99:25

MEP
    145:19
    146:6

MEP's
    144:23

MEPS
    160:5
    174:6
    182:2

message
    81:20
    91:1

metal
    128:11
    173:11

meter
    179:10

mezzanine

177:5,8,
22

Miami
    34:18,25
    38:11
    46:14

mic
    107:11

Michael
    16:23
    17:13

middle
    61:23
    70:20
    135:6

Midship
    101:24
    113:25
    114:20
    127:4,7
    130:10,17
    133:10
    135:3
    136:7,17

Mike
    83:10
    128:3
    140:18

Mike's
    128:6

Mill
    43:5,18
    46:25
    47:19
    60:2
    114:1
    115:16
    116:8,17
    117:8
    121:6
    138:10,
    13,15
    150:7,16

151:13
    153:2
    154:19
    158:17

million
    43:10

mind
    9:17
    19:12
    44:7,18
    45:6
    51:10
    131:18
    138:12

mine
    75:14
    124:3

Minneapolis
    21:2

minute
    66:25
    185:7

minutes
    41:20
    42:1
    94:25
    180:9

misconstrued
    155:6

missed
    123:15,16
    155:2

missing
    168:10
    169:8
    172:4

mistake
    78:14
    157:2

Mobile
    69:4,10,

21,23
    70:14,16
    71:3,4

mom
    12:9
    19:20
    33:21
    34:1
    39:15
    62:19
    63:4,5,
    14,17,20,
    21 64:9,
    10,20,22,
    23 65:10,
    14,16,19
    75:22
    77:13
    78:6
    79:11
    80:1,11
    81:12,22
    89:2 90:4
    91:6,10,
    11,20
    92:2,9
    93:18
    94:9,20
    96:14
    97:2,10,
    11,17
    98:16
    99:20
    100:7,18,
    22 101:16
    102:15,23
    103:14,25
    112:14
    113:14
    124:22,25
    137:9
    155:15
    162:12
    163:9

mom's
    75:19,20



91:15
93:19
96:1
125:8,9

**moment**
68:2
74:13
109:10
110:24
152:10
168:13

**momentarily**
50:4

**money**
80:3

**month**
35:16
36:22,25
41:15
72:1

**months**
7:12 8:13
127:14
159:10

**Moss**
66:23

**mother**
16:4

**Motor**
13:25

**move**
110:21
112:8
158:17
165:14

**moved**
165:6,8,
13

**moving**
129:5
158:25

**Multi**
175:1
179:17

**multiple**
45:2 61:7
64:2
180:24

**multipurpose**
44:12
178:2
179:10

**municipality**
58:11,15,
18,25

**museum**
176:18,21

——————

**N**

**Nah**
35:17

**named**
128:3
153:2

**names**
46:24
60:3
128:16
139:24
160:2

**nature**
45:22

**necessarily**
47:14

**needed**
35:3
45:14
58:5
64:12

**negotiating**
58:24

**nephew**
121:15,20
122:2

**Nicky**
22:11

**No,the**
18:12

**nod**
8:8

**note**
67:13
84:23
125:21

**notes**
84:14,21,
24 127:5

**Nothing's**
157:6

**notice**
21:13,15
72:19,21

**noticed**
10:22
152:22

**notices**
21:16

**November**
21:8
122:19
124:21

**number**
39:4
44:21,22
45:1
54:17
56:18
67:13
68:11,14,
16,17

72:20
73:2
74:1,9,12
93:2
95:9,12
97:3
110:22
111:1
122:18,24
123:2,24
124:1,10
125:12,17
129:9
131:8
132:23,24
137:3
143:9
152:9
168:8

**numbered**
143:25

**numbers**
67:11
74:1
142:23,24
143:22

——————

**O**

**oath**
6:22 76:7
92:17

**Object**
110:3
123:9

**objected**
84:3

**occupancy**
60:23

**occupied**
59:24
60:4,10,
16 61:5

**odd**
109:8

**offer**
25:11

**offhand**
23:21
24:1 25:1
26:16
42:11,14
60:19
61:8 63:4
64:14
72:2
98:10
105:12
116:19
119:6
160:4
167:20
171:25

**office**
11:11
24:2
28:24
30:12,13,
16,22
32:7,9,11
33:6
38:22
41:9,13,
20 42:1
61:15
80:23
81:2
114:4,25
115:8
119:12
121:1,8
140:24
141:1
150:5
162:11
164:17
165:22,24



offices
  181:18

older
  170:11

one-story
  54:21,25

one-year
  21:6

ongoing
  37:22

online
  69:24

open
  49:10
  132:16,18
  146:1
  165:8

operating
  28:13
  49:7,8
  60:25
  61:5
  120:7,12

operation
  17:23

operational
  14:19
  174:23

operations
  16:25
  17:1,2,4,
  18

operator
  28:12

opinion
  102:13,
  15,16

opposed
  62:11

or--

35:16
66:23

order
  26:3
  92:13

ordering
  34:15,17

orders
  42:3

original
  111:21

originally
  106:17

Orleans
  23:3,18
  24:16
  46:17,19
  149:13
  150:10

overlook
  37:15

oversee
  20:4 34:9
  38:14,23
  94:1

overseeing
  30:10
  38:15
  159:18

oversees
  16:25
  17:5
  21:23

oversight
  124:3

owned
  12:22
  13:12
  165:7

owner
  20:23

115:5
164:18

owner's
  175:22

owners
  16:19
  17:11
  151:17,20

ownership
  13:4,16

owns
  16:13,16
  115:6
  153:15

――――――――

        P

――――――――

p.m.
  95:6,10
  105:19
  158:12,15
  186:3,6

package
  85:20
  100:7

pages
  101:2
  152:12,16

paper
  73:13

paperwork
  123:24

paperworks
  19:21

paragraph
  92:1
  102:5

parents
  16:6
  40:10
  115:23

parish
  36:7,9
  46:19
  114:3
  119:12,17
  121:7
  129:23
  164:22
  172:16
  181:1
  183:24

Park
  178:14

parking
  179:13

parks
  44:12

part
  12:23
  13:19
  16:9
  33:6,18
  34:4
  41:4,11
  58:17
  68:4,5
  69:3,4,6,
  14,15,17,
  19,20,22
  70:6,7,
  11,12,14
  71:5 80:2
  125:15,20
  149:4,18
  156:16
  177:9,19,
  21,24
  183:5

participate
  65:2
  156:12

participate
d
  81:10,16

87:4

parties
  109:3

PARTINGTON
  66:17
  67:1,18,
  22,25
  74:23
  75:4
  78:9,13
  82:1,12
  83:1,14,
  17 84:12
  85:1,4,
  11,16,21
  86:3,5,11
  89:11
  93:6
  106:6,14
  107:4
  110:3
  111:18
  112:1
  123:9
  130:14
  157:9
  182:19

parts
  61:12
  69:2
  118:22
  129:5

party
  12:17,19

pass
  26:9
  69:12,16
  72:13
  130:20
  152:24

passed
  69:14
  79:4
  84:16



152:22

passing
  108:22

past
  33:23
  43:2
  58:24
  108:20

patients
  60:11

pay
  33:16

paying
  80:9,10,
  11

Pelican
  60:2

pen
  84:24

penalties
  76:14

penalty
  77:2 78:3

Pensacola
  20:21,23
  22:23,24,
  25 37:8,
  24 41:22
  42:4

penthouse
  45:10
  48:25
  114:5
  119:19,25
  120:3,6,
  8,11
  167:22
  182:1,7,
  10

people
  33:23

38:18,22
46:7
50:25
64:1,16,
19 83:21
84:17
140:24
141:2
143:16
144:1,4,7
146:4
150:10

people's
  146:19

percent
  40:20
  170:16

percentage
  13:21

Perez
  10:10

perfect
  31:14
  47:7
  155:16

perform
  39:5
  57:20
  159:21

performed
  32:20
  34:4

perimeter
  54:8

period
  21:3,7
  29:22
  30:6
  31:22
  32:15,21
  33:3
  36:20
  37:2,23

60:6 79:5
112:21,22

perjury
  7:3 76:14
  78:3

permit
  21:11
  129:21
  131:19,20
  149:21
  150:5,19
  163:19
  164:14,17
  165:17
  168:1
  169:6
  171:8

permits
  130:7
  150:12

permitting
  150:8,14

person
  32:3
  33:19
  34:18
  124:15

personally
  12:19
  47:14
  49:12,25
  59:22
  60:22
  78:21

Pete
  13:23
  14:5,22
  15:13
  19:17
  20:15,16
  28:3
  131:3
  151:1
  165:1

Pete's
  66:19

Peter
  6:17
  18:12

phases
  18:1

phone
  14:25
  63:17
  65:2,3
  66:4 81:6
  87:4,12
  88:1,4,8
  136:11

photo
  133:7

photograph
  133:15

photographs
  10:15

photos
  133:5

pick
  40:18
  47:6
  99:14
  164:19

picture
  133:8,17,
  22,24
  135:5
  153:7
  171:10
  172:4,7,
  11,15

pictures
  132:22,23
  178:20

picturing
  144:13

PJ
  19:4

place
  43:20
  97:23
  105:7
  152:23
  153:3,14
  165:22
  179:5

places
  153:16

plan
  69:16

plans
  10:10
  39:21
  114:24
  115:1
  121:1,9

played
  33:3

plead
  107:2

plenty
  94:3

plumbers
  139:16

PM
  20:7,10,
  14

point
  66:1,8
  71:9
  92:16
  96:14
  101:24
  106:17
  116:13,14
  134:11,
  19,22,24
  135:3



PETER J. VICARI                                                      October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.     Index: pointed..project

146:10
156:2

pointed
78:5
155:11,24

points
100:25

pop
35:4
41:18
86:13

portion
118:21
120:12
139:19,20
148:1
174:22

portions
98:9
147:8
173:25

possession
82:22

poured
128:25
142:11
161:15

poured-in-
place
43:11

practice
58:6

Prairieville
36:10
37:24
41:22,24

precast
141:13

precise
114:20

185:15

precisely
117:17

prep
71:22

preparation
11:4

prepare
9:5 10:19
105:23
129:19

prepared
10:10,13
123:19

preparing
11:8

present
30:24
31:10
32:1
122:20

pretty
22:5
34:25
45:13
49:6 65:8
83:1
86:21
115:7
117:24
118:12,15
121:10,24
136:3,5,8
148:9,12,
14 172:2

previous
62:1,4
83:19
126:24

previously
122:13

price
44:17
59:4,10
132:12,13

prices
58:13

pricing
58:13,19
59:7

primarily
91:9

primary
36:13
128:8,17

print
98:12

printed
63:24
74:25
86:17

prior
28:16,18
29:4
32:10
37:12
43:14

private
59:1

privilege
82:3

problem
124:4

problems
146:14

proceed
21:13,15

proceeding
6:23 7:11
8:21
12:25

proceedings
12:20

process
15:21
26:7
58:16,17
62:18,20
63:19
65:22
87:23
96:17
113:2,13
150:14
155:13

processor
92:5

produced
9:22 84:1

product
59:14

production
83:19
177:14

profession
27:22

professiona
l
24:23
27:17
122:13

Proformas
59:3

program
23:15,16

progressed
31:17

project
9:7
11:18,23,
25 14:11
20:18
21:22

22:17
23:18
24:13
28:25
29:8,18
30:7,21
32:5,17,
21,24
33:3
34:18,24
35:23
36:11
37:3,7,17
38:9
39:13
41:1,7,10
42:22
43:2,21
44:9,19
45:5,8,17
46:7,22,
24 47:8,
20,23
48:3,4,5,
9,19,21
49:1,4,
11,22
50:7
58:5,8,
10,14
59:4,6,19
60:21
62:1 70:8
101:25
102:1
113:21
120:18
127:5,13,
18,25
130:11
131:1,15,
20 136:7
137:2
138:19
139:3,10,
13 140:20
148:23



149:19
151:21
157:25
158:7
159:9,17,
22,23,25
161:1,22
162:2
163:15,16
164:22
170:11
173:3
174:6
175:7,17,
21 176:1,
14 177:24
180:25
184:3,15
185:17

**projects**
14:12
18:25
19:6 29:7
34:9
35:22
36:3
37:5,21,
25 38:4,
13,15
39:20
42:8,17,
20 43:1
44:3,7
45:2,9,15
46:18
47:13
57:21
59:18,21
60:9,14,
24 92:2,3
94:3
97:3,5,7,
9,12,13,
18 99:6
101:4
113:20,21

114:15
121:1,11
126:10,12
156:8
163:10

**properly**
79:14
87:12
88:24

**properties**
43:25

**property**
142:22

**provide**
125:24

**provided**
96:14

**pull**
130:3

**purchases**
34:20

**purge**
121:11

**purpose**
18:21
152:25
153:1
175:2
179:17

**pushing**
28:20,21

**put**
44:1
75:25
77:17
94:14
97:2,18
99:14
100:10
107:10
112:14
124:1

132:11
138:4
155:4
156:14
162:8
163:10
164:10
169:7
171:14
177:11

**putting**
96:23
98:22

**PVG--**
10:3

**PVGC**
10:7
12:17,18,
23 21:22
22:16
28:4,9
35:22
36:20
37:2,5,21
42:9
47:15
50:7 58:7
62:8 81:2
82:19
117:17
119:8,25
127:24
131:18
134:3
140:17
154:12
161:7,22
173:18
174:19
177:20
178:1
181:24
182:12

**PVGC's**
181:21,23

——————————
          Q
——————————

**qualified**
103:7
104:3,17
107:17
183:24

**qualifier**
62:1,4,8

**qualifies**
92:23,24
135:16,23
183:9
185:1

**qualify**
19:15,22
20:4,9
64:13
102:8,17,
24 103:5,
16 113:22
127:1
162:14
163:10
182:16
185:3,4,
11,17

**qualifying**
18:17
19:21

**Queen**
14:15
15:5
20:20
35:25

**Queens**
13:7
15:14,17,
20,24
16:8,14,
16 40:16
41:21

**question**
7:21 8:5
10:5
48:13
49:21
63:9
77:23
102:21,22
110:10
111:18
113:19
119:11
130:5
131:17
134:9
136:18
149:3
150:13
183:21

**questioning**
85:14

**questions**
8:1 11:14
12:4
63:18
64:25
65:11,15
87:1
99:21

**quick**
169:4,7,8
180:12

**quietly**
10:23

——————————
          R
——————————

**R-I-C-K-Y**
160:10

**racing**
27:17

**range**
31:20



56:11,13,
15

ranges
  56:16

Raymond
  62:6

reach
  54:16

read
  76:10,14,
  18,22
  77:7,20,
  24 91:20
  95:16,21
  100:22
  102:5,6
  106:2
  109:14
  113:7
  123:18,21
  125:16
  126:2
  134:6
  151:13
  152:7
  159:15
  168:19
  169:23
  181:19
  184:4

reading
  96:20
  121:15
  155:2

reads
  104:21
  110:6

ready
  121:14
  159:3

real
  13:7
  16:12,13,

16 165:7
169:8
177:5
180:12

reason
  39:11,13
  103:19
  105:10
  156:25

rebuild
  117:16
  148:20
  161:10,12

rebuilt
  117:23
  147:12
  148:6
  172:25

recall
  11:21
  12:21
  90:18
  130:25
  137:22
  151:20
  155:19
  156:1
  178:13

receipt
  100:21

receivables
  33:17

receive
  26:3
  80:12
  113:22
  184:5

received
  26:20
  27:8
  80:16
  111:16

recently
  152:22

recess
  57:12
  95:7
  105:17
  158:13

recognize
  129:18,20
  133:4
  149:24
  150:1
  152:16
  163:22
  172:7

recollectio
n
  103:4
  163:13

recommendat
ion
  103:5
  162:10

recommended
  71:18
  162:14
  163:12

recommends
  102:10

record
  8:11
  57:11,14
  66:24
  67:2,5,7
  82:2,6,7,
  8,11
  86:24
  89:8
  95:5,9
  105:16,19
  106:1
  158:12,14
  186:2

redone
  64:2
  148:2

reference
  71:10

references
  99:23

referred
  62:22
  65:9
  103:2

referring
  63:1

refers
  138:9

refresh
  11:19
  12:3
  71:13
  119:7

refreshed
  11:22

refresher
  10:1
  71:13

refreshing
  9:10

refurbish
  117:21

register
  69:15

registered
  25:12

regular
  33:14
  34:8

regularly
  34:25

rehabbed
  44:1

reinforced
  141:20

related
  19:9
  78:22
  79:7

relative
  15:17
  17:14
  85:20
  98:6

relocate
  165:3

rely
  84:8

remained
  26:19
  82:14

remember
  18:9
  19:22
  20:8,15
  23:21,24
  24:1
  26:16
  37:10
  42:16
  57:21
  60:19
  64:14
  65:7
  66:10
  69:12,18
  70:17
  71:24
  72:2,9,14
  73:14
  78:7 79:8
  80:1
  83:8,11
  85:2
  87:10,17,
  18,21
  88:13,20



89:22
90:15,21
91:25
92:12,21,
25  94:7,
16,19,24
95:25
96:25
97:5,24
98:8,9,
17,21
99:7,8
100:10
101:10
104:19
105:12
108:24
109:4
112:24,25
113:3,11,
17  115:4,
6,12,18
116:10,18
119:5,10
128:1,4,
8,14,16
129:25
131:2
137:8,14,
16
139:21,24
140:2,5,
6,23
142:2
143:24
146:12,18
147:7,15
149:20
154:1
155:23
156:3,18
160:2
162:25
163:17,23
169:14
170:8,10
173:12,

17,20
174:4,18,
21,23
176:13
177:6
178:13

remembering
117:10
136:14
161:9
173:12

Remind
23:6

remodel
173:18

remodeled
172:25

removed
147:5

renew
62:2

renovate
117:21
161:8

renovated
46:18
153:13
172:24
178:16

renovating
161:5

renovation
22:1
92:4,11,
18  93:16
94:10,22
97:17
101:2,3,
20  148:25
158:4
161:2
162:14

181:13
182:21
184:8

renovations
44:6
59:23
92:5,16,
24  148:15
153:14
184:22

rent
176:19

repair
173:18

repairing
149:4

repairs
151:24
152:3

repeat
110:11

replacement
149:7
180:19

replacing
31:11

reporter
7:18
10:23
13:9  14:1
129:6
140:12

represent
108:8

representat
ion
79:23

represented
183:22

request
84:2

requests
83:19

require
22:1
38:19

required
26:3

requirement
s
26:13
27:2

requires
27:21

research
63:21
64:11
92:22
105:22
112:25

resemble
44:8,15,
20  45:8
47:10
59:18

resembles
46:23
47:8

resembling
43:20
45:17,19,
20  46:12

reserve
106:12

residence
6:16

residential
25:9,17
56:15,20

residents
60:11,12

response

91:14
136:18

responsible
38:14
80:9
131:13
164:13

responsive
8:6

rest
35:20
148:10

restate
8:2

restaurants
17:1,3,23

result
77:2
147:5

retire
62:14

retired
29:3,6
31:1  32:1
62:2,5

retiring
40:10,12

review
9:6  10:2,
6,9,12,15
93:10
127:7

reviewed
9:18,20
100:14
185:19

revisions
101:12
155:14

revisit
85:19



PETER J. VICARI
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.

October 16, 2018
Index: revocation..sentence

87:2

**revocation**
77:4

**RFI's**
9:24

**Ricky**
160:9

**rid**
121:11

**ride**
28:12

**right-hand**
68:10
73:19

**ring**
73:13

**ringing**
71:1

**ripped**
118:13
148:13

**road**
62:13
89:13
133:8

**Robert**
89:25

**role**
15:16,20,
23 16:7,
24 17:14
33:2 39:4
47:22
48:5

**roof**
45:10
54:14
115:20
117:12
118:14
134:12,

15,16,25
135:6
145:4,10
151:24
153:24
158:20
161:20
167:24
168:10
172:4
173:10,16
174:2,8

**roofers**
139:15
160:6

**roofing**
173:11

**roofs**
45:13
117:10
148:13

**rooftop**
154:9

**room**
7:19
86:20
120:12
177:17

**rooms**
49:8
115:20
120:7
167:24

**rough**
31:22

**roughly**
30:1,23
31:6
32:15
116:18
117:1
130:1

**rubble**
118:11
146:10

**Rule**
84:6

**rules**
7:15,16
30:21
159:16

**run**
38:22
41:25
59:3
71:15
118:1

**rundown**
62:21

**running**
30:10
48:1

**runs**
14:11

————————

**S**

————————

**S-E-A-N**
140:21

**S-H-A-N-E**
151:17

**S-H-A-W-N**
140:22

**sake**
182:9

**Sara**
71:20

**Sarasota**
23:15
71:20,21

**save**
118:22

**saved**
9:7

**scenario**
26:5 55:1

**school**
22:20
23:1,4,
12,13,16
24:5
28:14,15,
17,19
29:24
35:24
36:12,21
37:1,23
40:24,25
48:16
119:18
126:15,16
157:25
179:22
180:1

**schools**
44:11

**scope**
83:18
84:2

**scopes**
58:3

**score**
68:6

**scores**
67:22,23
68:4,9
72:15,16
73:14

**scratch**
117:20
120:16

**sealing**
148:17,19

**Sean**

140:21

**seating**
177:16

**secretary**
176:2

**section**
46:18
93:25
118:18
120:2
122:8
127:7
138:14
160:15
178:8

**sees**
157:17

**Seligman**
130:23

**seminars**
23:18
24:12

**send**
87:22
88:13
103:12

**sending**
88:20

**senior**
29:2
30:20,25
31:9,11,
12,25
32:2,5,8,
17,21

**sentence**
76:8,13,
16,25
77:5 96:4
169:15,24
176:4
184:12



PETER J. VICARI
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.

October 16, 2018
Index: sentences..sort

sentences
  76:22

separate
  49:13,20
  135:18

separated
  69:5
  118:8
  143:3

September
  112:10,18
  138:19

sequence
  72:4
  107:14
  112:19

server
  99:13,16
  100:1

services
  80:4

session
  105:23

set
  141:1

seven-year
  32:15,20
  33:3

Shane
  62:6
  151:16,17
  153:14

shape
  148:12

shapes
  154:2

share
  179:14

Shaw
  126:15

Shawn
  140:19

shebang
  139:17

shed
  132:16,18

sheet
  74:24
  75:1 85:7

sheriff
  114:4
  119:16,17

sheriff's
  119:12
  121:8

shift
  57:16

shifting
  39:22

shop
  10:12
  12:2

short
  57:12
  87:21
  95:7
  158:13

shot
  106:10

shovel
  21:12,20
  28:20

show
  71:15
  86:11
  108:6
  129:8
  133:16,23
  135:9
  175:24

showed

97:23
  136:15,21
  171:9

showing
  67:12
  152:9
  168:12
  171:1
  178:19

shown
  133:5

SI's
  111:25

sic
  22:15

side
  133:17
  142:23
  143:1

sided
  73:3

sign
  40:8
  79:23
  133:8,11
  152:16,
  17,19,21
  172:15,
  18,21

signature
  75:10,11,
  13 76:4,6
  78:6
  112:13
  163:25
  164:2,3

signed
  58:7
  75:23,25
  76:2,10,
  18,23
  77:7,11,
  25 78:17

90:16
  92:16
  94:21
  123:19
  125:19
  126:5
  127:8
  136:17

signing
  96:22
  149:16

similar
  99:10

simple
  109:19

simply
  22:5
  115:7

simultaneou
sly
  61:1

single
  178:15

Single-
sided
  89:14

single-
story
  170:2

sir
  129:6

sit
  13:2
  68:25
  98:11

site
  15:7
  28:15
  35:4
  41:14,23
  127:20
  128:10

149:11
  151:11

sites
  28:16

size
  42:24
  44:3
  53:25

sizes
  154:2

slab
  128:21,22
  129:1
  134:21
  141:4

slabs
  127:21
  142:9
  161:16

slow
  39:15

slowest
  134:22

small
  34:20
  37:9,25
  38:10,25
  139:19
  141:23
  142:7
  143:12
  176:23

smaller
  118:5

So--
  106:13

someplace
  46:17

sort
  12:5 28:7
  31:21



33:14
39:4
59:13
61:19
89:12
98:13
135:6
154:7

sound
21:17
37:18
68:22
78:18
127:14
155:9
174:10

sounds
17:21
36:2
64:22
68:24

space
109:21
146:1
158:19
167:23

span
118:1

speak
10:22,25
80:20
166:25

speaking
17:21
130:1

Specialties
25:21

specific
9:21
40:21
56:18
58:8
94:19

136:6,7
137:23
141:1
163:13
185:17

specificall
y
59:2
102:23
104:16
135:22
155:19
156:2

specifics
156:8
162:2
181:17

specifies
54:2

speculating
85:6

speculation
106:25

spell
6:19
20:25
22:14

spend
9:8 42:2

spent
9:12 71:4

spilled
109:9

spinal
121:21

spoke
103:1
104:4

Sports
13:25

spreadsheet

176:1

square
22:2
42:24
43:8
44:4,16
45:23
132:1,11,
12 141:5
154:23,24
155:20,21
156:4,5

St
114:2
119:3
121:7
158:25
159:2
164:21
166:19
167:18
170:4
171:7
172:8,16

staff
174:24
177:18

stair
119:20

stamp
111:16
112:9

stamped
112:19

stand
53:3

standard
53:22
56:9

start
15:22
18:14
21:21

28:7
40:24
41:6 46:2
55:16
63:19
77:18
87:6,23
114:20
118:16
122:5
164:4

started
11:24
12:1
15:11
18:10
19:5
28:22
29:7,16
30:19
32:23
34:1
37:16
38:11
41:2
45:11
46:2
47:5,16
62:18
90:7
100:4
106:15
117:25
153:12
165:5
175:24

starting
18:21
32:14
37:12
89:23
95:23

starts
21:21
95:14

state
19:15

stated
76:15

statement
32:4 76:3
80:13,17
102:12
103:17
168:25
176:7

statements
76:5

staying
15:2 35:6

stays
14:24

steel
128:20
134:8
141:11

step
65:18
120:4

stick
21:20
54:16

sticking
21:12
134:14

sticky
84:14,21,
24

stocks
13:20

stone
88:14

stop
108:10

stopped



175:25

stores
  17:6

stories
  49:15,16
  50:1,2,17
  52:13
  53:15,16,
  21 54:11,
  20,23,24
  55:4,18,
  24 56:7,8
  102:1
  104:21
  105:11
  107:18
  110:6
  113:21,25
  114:1,2,
  3,4,6,18
  116:2
  119:24
  126:1,10,
  23
  135:17,25
  156:22
  157:4
  158:1,2,
  8,19,22
  160:23,25
  161:5,8,
  23
  162:18,
  19,22
  163:2,5,7
  166:11
  167:6,7,
  8,9,13
  168:2,4,8
  170:4,5,
  19,20,21,
  23 171:8,
  9,12,13
  174:12
  176:5
  178:5,6

179:23
180:2,7
181:9
182:17,25
183:1,2,
10,25
184:8,10,
14,19,21,
25 185:11

story
  50:18,21
  51:1,4,
  10,15,17
  52:3,8,9,
  13,23,24
  53:4,8,9,
  11,17,23
  55:5,9,19
  56:2,5,9,
  12,18
  108:19
  109:7,19,
  25 110:1,
  13,18
  116:12
  136:20
  158:21,23
  171:18
  178:9
  181:25
  182:7

street
  115:8

stress
  40:18

strike
  19:13
  24:20
  61:18
  68:15
  81:14
  128:21
  142:15
  181:22

structural
  128:20
  141:19

structure
  22:6
  43:11
  50:15
  115:21
  118:2,10
  126:20
  134:8,23,
  24 145:4
  147:13,16
  158:2,7
  161:17,23
  173:10,16
  174:2,8
  182:17

structures
  126:1
  136:20
  141:13
  156:22
  160:23
  176:5
  181:9
  182:24
  183:9,25
  184:19

studs
  148:6

stuff
  31:16
  83:13
  106:21
  112:20

subcontract
or
  25:19

subcontract
ors
  58:3

submission
  164:17

submit
  113:5

submitted
  12:2
  72:11
  111:13
  113:8,10,
  13,17
  114:21
  123:20
  131:18
  136:21
  138:5
  154:20
  162:3

submitting
  131:14
  164:13

subs
  15:3
  58:2,12,
  19 59:8
  128:12,17

substance
  11:6

substantial
ly
  172:24

successive
  146:25

Sugar
  43:5,18
  46:25
  47:18
  60:2
  114:1
  115:16
  116:8,17
  117:8
  121:6
  138:10,
  13,15
  150:7,16
  151:12

153:2
154:19
158:17

suggests
  45:2

summarize
  28:6

summers
  28:14

super
  29:17
  159:22
  160:7
  161:17

Superdome
  52:12,15
  53:10,21
  54:6,7,12
  55:18

superintend
ent
  28:25
  30:7 31:7
  32:24
  38:9
  47:25
  127:19,22
  128:2
  160:1

supers
  140:16

supervises
  14:23

supporting
  58:18

supposed
  178:17

suspension
  77:3

Swift
  23:16



system
  120:7

systems
  181:19

———————————

        T
———————————

T-H-I-B-O-
D-E-O-U-X
  22:15

tab
  99:15

table
  163:11

takeoff
  59:11

takeoffs
  59:3

takes
  15:11

taking
  12:15
  41:8
  51:15
  55:10

talk
  11:4,7
  12:9 28:2
  52:15
  61:19
  62:16
  63:16
  79:9
  81:23
  85:19
  88:2
  90:23
  92:9
  97:11,16
  102:15,22
  103:24
  104:23

107:24
125:14
126:11,12

talked
  11:7,13
  12:13
  40:23
  62:20
  65:6,19
  92:2 94:9
  97:21
  138:3
  175:14

talking
  11:5,21
  14:2
  25:23
  41:14
  53:10
  61:11
  64:6 92:1
  93:16
  99:11
  105:25
  153:4
  157:10,19
  162:11
  164:22
  168:1
  169:18
  179:3

tall
  52:12,18,
  21 53:14,
  21 54:11,
  16 116:17
  119:3,13,
  21 128:19
  134:6,8
  143:5
  163:3,6
  167:6,7
  171:24
  172:2
  174:17

177:5

Tallahassee
  69:3,6,
  10,19
  70:13
  71:3

taller
  135:17

tallest
  116:13
  134:19

tape
  54:15

teaching
  48:7

team
  38:18
  140:23

technical
  23:12

telling
  99:17
  105:3
  142:5
  167:10
  184:2

tells
  30:1

temporarily
  165:3,9

temporary
  165:6,15

ten
  20:12
  41:20
  55:11
  143:8
  159:9

tenant
  22:6

tend
  122:2

term
  50:25
  56:2

terms
  34:7
  45:21
  58:19
  153:19

Terrytown
  43:9,19
  47:1
  48:4,20
  180:1,12

test
  67:22,23
  68:4,6,9
  70:2 71:8
  72:13,15,
  16 73:10
  78:8,16
  79:4

tested
  26:10
  108:22

testified
  7:1,11
  8:13,20
  116:12
  123:17

testimony
  7:8 8:14
  9:5 10:20
  11:5,8
  12:10
  57:22
  77:15
  79:15
  104:23
  107:15,18
  119:22
  135:19
  183:8

testing
  26:5,6
  27:21
  69:10,25
  70:1
  72:12
  78:22
  108:22

tests
  66:9,13
  70:5

text
  81:19
  91:1
  156:7,9
  180:13

textures
  147:17

that'
  81:15

theater
  176:18,23
  177:12,
  13,14

Thibodeaux
  22:13

thing
  13:5
  17:16
  39:9
  51:16
  58:23
  89:9,14
  101:19
  106:14
  176:2
  179:14

things
  12:3
  23:19
  34:13,21
  40:3 49:8
  57:20



72:3
73:18
94:12
111:20
129:10
136:25
150:9,11
153:22
154:21
155:14
157:10

**thinking**
86:18

**Thomas**
157:25
179:22

**thought**
54:5
165:10

**three-story**
180:13

**tie**
142:11
161:15

**till**
28:20
31:2 79:4

**time**
7:10,25
9:8,12
10:18
20:7 21:3
24:7 26:9
27:12
29:22
30:14,16
31:1,18,
22 32:1,
7,9 35:20
36:20
37:2,10,
12,23
42:18
47:23

52:9
55:24
57:14
60:6
64:1,4
66:1,8
67:9 69:9
72:9
87:16
92:5
94:3,7,8
96:14,25
101:3,4
103:12
105:19
106:2
107:11
124:7
128:2
129:11,14
130:20
131:6
156:20
158:15
186:2

**timeline**
12:6
97:23
98:3

**times**
8:19 39:3
64:2
114:17
166:17

**tings**
157:19

**tip**
134:12,
15,16,25
135:5

**title**
30:16
32:16
47:23

**titles**
33:7

**today**
7:8,17,19
8:25 9:5
11:5 13:2
31:2
67:10
82:23
83:16
84:4
128:13
133:12,18
134:1
135:11
157:16,17

**told**
51:18
77:13
87:3
103:22
105:4
107:16,22
110:5,8,
15,16
116:4,5
123:21
124:17
136:14
165:10
184:23

**tomorrow**
33:11
106:12

**tonight**
106:7

**tons**
47:4

**top**
34:14
35:5
43:17
45:10
47:6

73:19
75:6
109:9
111:16
115:21
116:23
119:19
120:3,6
150:25
173:14

**topic**
59:20

**tore**
118:14
146:16
147:11
174:1

**torn**
165:5

**tornado**
165:5

**total**
45:22
101:4
114:17
161:9,10,
12 180:19

**touched**
100:11

**tower**
46:16
119:20

**Towers**
14:10
20:17
35:23
37:3,7,
12,17
39:13
42:21
43:2,21
44:8,20
45:8,17

46:14,24
59:19,25

**town**
36:7

**towns**
61:12

**track**
31:15
83:13
176:2

**tracking**
91:19

**trade**
23:12
59:15
160:5

**trades**
23:13
58:19
128:9
139:12,25
160:3

**transferred**
22:23

**treat**
17:16

**trucks**
140:6

**true**
76:16
184:1

**trusses**
145:10,15

**truth**
6:22 7:7

**truthful**
78:2
92:14
96:22
113:5
123:7



127:10
138:16
159:5
175:4
181:5

turn
125:14
126:15
149:22
174:25
179:19
180:25

turning
55:11
135:8

two-sided
95:15

two-story
126:16
169:20,25
170:1
176:10

type
7:18 8:21
12:4,20
27:22
30:6
44:13
58:10,14,
22 74:5
79:24
90:7
98:12
124:25
125:3
148:23
161:2

typed
77:16
98:16,17,
18 156:7

types
51:16

typical
129:21

typically
15:16
51:3
58:16
59:2,4
114:16,19
116:1
132:9
138:6

typo
123:12,16

_____

U

Uh,oversee
15:21

uh-huh
8:9
159:11
166:6

ultimately
94:14

unbelievabl
e
149:12

uncle
21:23
22:10

underneath
151:10
166:1

understand
6:21 7:3,
5,25 8:24
14:16
25:21
31:22
35:9
46:5,10,
20 50:5

55:2,21,
25 76:5,
21,25
77:10,14
86:2
102:14,20
103:15
107:18
109:16
120:1,14
126:13
135:19
142:16
170:22
181:21,23

understandi
ng
14:9
49:21
58:15
96:13
124:5,8,9
154:6

understood
8:5 31:19
33:13
104:22
110:8
119:22
149:14

units
45:13
60:4
116:24
146:4
148:5
153:24
158:20

universe
50:12

University
22:21

updated
152:23

updating
153:16

upload
86:19
106:4

upstairs
170:10
177:10

Usual
160:5

_____

V

venture
40:15

verses
93:16
97:17

version
73:9
125:18

versus
44:16,17

vertical
18:2 22:6
48:11,15

Vicari
6:17
13:6,23,
24,25
14:5,14,
22 15:13
17:10,15,
18 18:12
19:4,17
20:15,16
28:3
57:16
67:9
89:25
95:13
100:17

105:21
107:13
110:21
131:4
151:1
165:1

videos
10:16

visit
41:1

voice
14:2
140:13

vol
186:5

_____

W

Wal-mart
23:16,17
24:5,8

walk
28:19
172:6

walked
88:23

walking
34:23

wall
148:6

walls
22:9
118:14
141:9
145:22,
23,25

wanted
37:12
43:17
62:3
63:24



PETER J. VICARI
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.

October 16, 2018
Index: warehouse..year

65:16
77:19
108:4
138:11

**warehouse**
165:20

**warranty**
21:7

**waste**
156:20

**watches**
14:25

**watching**
15:2

**water**
148:13
179:9

**ways**
51:16
55:11
115:9

**wearing**
34:23

**website**
63:24
64:6,8
99:6,13

**weddings**
176:20

**week**
15:10
21:6,24
35:1,11,
12,14,15,
17 41:4,
15,17,25
42:3,5,16

**weeks**
121:22

**weird**
86:10

**West**
44:21,25
45:3 47:1
48:24
60:24
61:3,16
114:5
119:23
180:5,18

**whatnot**
24:13
58:20

**When's**
24:13

**whichever**
119:18

**wide**
118:3

**Williams**
151:12

**wind**
39:14
113:19

**wing**
120:13
149:7

**wings**
53:25

**wins**
58:22

**wood**
142:13
145:8
147:1
148:3

**word**
51:4 53:8
110:1,13

**words**
36:14,16
59:19

118:2
137:7,19,
21 157:16

**work**
23:17
24:8,11
27:25
28:3,8,
18,19
29:1 35:8
37:11
40:5,18
43:12
44:10,23
47:5,19
48:23
58:4,7,
11,12,15,
24 59:1,
5,8 60:15
61:9
92:4,7,
11,18,19
94:4,10,
23 97:17
101:2,3,
20 104:11
120:20
127:20
128:4,10
141:19
142:1
148:17
149:12
150:6,24
151:18,23
153:4
156:14
161:21
162:14
164:20
173:1
174:19,24
177:19
178:15
181:21,23

182:1,2,
3,6,12
184:21,24

**worked**
21:22
22:25
29:4,16,
17 31:16
42:9 44:9
45:2
46:23
47:14
49:12
60:4
127:19,25
128:3,9
131:24
139:12
140:10
141:22
150:23
160:9
173:21
174:21
181:24

**working**
20:19
22:16
28:14,16,
24 30:19
31:8
36:21
37:3,6
48:8
58:10
89:24
130:25
176:13
183:23

**works**
38:18
58:20
86:12
164:19

**world**
29:21

**worry**
52:1 59:9

**worst**
146:15
147:4

**writes**
94:2

**writing**
12:7
98:20,21
125:5
137:4

**written**
75:7 76:6
137:10
169:2
178:7

**wrong**
142:6
167:2,4

**wrote**
125:3

––––––––––

Y

**y'all**
157:9

**yea**
73:22
116:7
117:19
132:4
143:25
168:22,23
177:15

**Yeahh**
21:18

**year**
18:11



PETER J. VICARI
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS.

October 16, 2018
Index: years..yesterday

```
20:21,22
21:8
22:22
23:2,6
26:15,18
29:25
30:11
90:9
125:25
```

**years**
```
13:12
18:6
20:12
24:15,17
33:24
34:5
36:23
39:23
41:3
62:13
121:10,23
130:7
133:14
138:23
165:16
```

**yesterday**
```
9:10,11,
18 10:14,
18,21
11:12
66:23
```

