**In the Matter Of:**

PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS

1:17-CV-23733 CMA

---

**PETER J. VICARI**

*October 16, 2018*

*Volume II*

---



800.211.DEPO (3376)
EsquireSolutions.com

1                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
2                          MIAMI DIVISION

3                  CASE NO:  1:17-CV-23733 CMA

4    PETE VICARI GENERAL CONTRACTOR, LLC,
     A foreign limited liability company,
5
              Plaintiff,
6    vs.

7    THE OHIO CASUALTY INSURANCE
     COMPANY, d/b/a OHIO CASUALTY, a
8    Foreign insurance company; COASTAL
     MAINTENANCE & RESTORATION,
9    INC., a Florida corporation; COASTAL
     PREFAB, INC., a Florida corporation; and
10   CRONIN ENGINEERING, INC., a Florida
     Corporation,et al,
11
              Defendants.
12   _____/

13

14                      Esquire Deposition Solutions
                        44 West Flagler Street
15                      Suite 1400
                        Miami, Florida 33130
16                      Tuesday, 3:40 p.m.
                        October 16, 2018
17

18

19        VIDEOTAPED DEPOSITION OF PETER VICARI Vol.II

20

21        Taken before Marvalencia Miller, Florida

22   Professional Reporter, Notary Public in and for the

23   State of Florida at Large, pursuant to Notice of

24   Taking Deposition filed in the above case.

25



```
 1    APPEARANCES:

 2

 3    ON BEHALF OF THE PLAINTIFF:
      CLARK PARTINGTON
 4    106 E College Ave
      Suite 600
 5    Tallahassee, FL 32301-7721
      BY:  Bruce Partington, Esquire
 6    BY: Telephonic Keith Bell, Esquire

 7    ON BEHALF OF THE DEFENDANT:
      ANTHONY M. LAWHON, PA
 8    3003 Tamiami Trl N
      Suite 200
 9    Naples, FL 34103-2768
      BY:  Anthony Lawhon, Esquire
10
      JONATHAN P. COHEN, P.A.
11    500 E Broward Blvd
      Suite 1710
12    Fort Lauderdale, FL 33394-3012
      BY: Jonathan Cohen, Esquire
13

14    ETCHEVERRY & HARRISON, LLP
      150 S Pine Island Rd
15    Suite 105
      Fort Lauderdale, FL 33324-2605
16    BY: Guy Harrison, Esquire

17    BANKER LOPEZ GASSLER, P.A.
      1200 S Pine Island Rd
18    Suite 170
      Plantation, FL 33324-4469
19    BY: Douglas Melamed, Esquire

20

21

22

23

24

25
```



```
1                    - - - - - -

2                   I N D E X

3                    - - - - - -

4    PETER VICARI                    PAGE
        By Mr. Anthony Lawhon          190
5

6

7            EXHIBITS FOR IDENTIFICATION

8
     DEFENDANT'S                      PAGE
9    No. 314 Three Photos             190
     No. 315 Two Photos               205
10   No. 316 Exhibit B 9/22/16        213
     No. 317 Fax 9/26/16              217
11   No. 318 Auditorium Rental        233

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



 1   (Thereupon, the following proceedings were had)
 2              THE VIDEOGRAPHER:  We are back on the
 3         record.  This begins Media 3, it is
 4         3:40 p.m.
 5   BY MR. LAWHON:
 6         Q.   Mr. Vicari, showing you Exhibit
 7   Number 314.  Take a moment to look at that and let
 8   me know when you are done.
 9         A.   Okay.
10              (Thereupon, Defendant's Exhibit No.
11         314 was marked for identification.)
12   BY MR. LAWHON:
13         Q.   Do you recognize the building
14   identified in the three photos that comprise
15   Exhibit 314?
16         A.   Yes.
17         Q.   What is that?
18         A.   It's the Jefferson Parish School Board
19   Building.
20         Q.   Is that the one we were just talking
21   about?
22         A.   The annex building, yea.
23         Q.   So does the 4600 number match up with
24   the 4600 River Road address that you have listed in
25   your application?



 1          A.   Yes.

 2          Q.   Are these just different views of the

 3   exterior of that building?

 4          A.   Yes.

 5          Q.   Is this what it looked like when you

 6   worked on it?

 7          A.   I think so.

 8          Q.   And can you tell me which floor

 9   exactly you worked on?

10          A.   Third floor.

11          Q.   Here's a pen.  Will you just go ahead

12   and mark with whatever symbol you want to mark

13   with.  You can mark it right on the picture, what

14   floor did you worked on.

15          A.   Third floor right from that door.

16          Q.   Just put an X over here.  And where

17   else did you work on that building?

18          A.   Up here.  There is a penthouse up

19   there.

20          Q.   Is it a flat roof?

21          A.   Mostly.  There is penthouses on top of

22   that roof that comprise of the fourth floor.

23          Q.   Let me back up a second here.  So when

24   you use the term penthouse, to me that means some

25   luxurious apartment in New York City.  I don't



 1  typically equate that with being an MEP little

 2  shed.

 3          A.   So it's the fourth floor room.

 4          Q.   It's an -- okay.  Maybe it would help

 5  if you just described for me what it is up there on

 6  the -- on top of the third floor of that building.

 7          A.   There's a room up there that houses

 8  the MEPs for the building.

 9          Q.   Square footage-wise, how big is the

10  room?

11          A.   I don't know.  I have no idea.

12          Q.   Are we talking 10-by-10?  Are we

13  talking 50-by-50?

14          A.   No.  There is -- I have no idea

15  size-wise, but it's fairly large room.

16          Q.   And did you build that room from

17  scratch or did you just do repairs to it?

18          A.   Repairs and installed all the

19  equipment inside.

20          Q.   Was there already equipment inside of

21  it before and you replaced it?

22          A.   No.  We added to it.

23          Q.   There was already equipment there and

24  you added --

25          A.   Some small stuff.



 1           Q.   Let me finish my question.

 2                Was there already equipment there and

 3    you added to it?

 4           A.   Some.  I don't remember how much was

 5    there, but something was there.  But we added a lot

 6    because we did a lot of work on the third floor.

 7           Q.   Did you increase the size of the room?

 8           A.   No.

 9           Q.   So you did repairs to the room and you

10    added additional equipment inside the existing

11    room; is that a fair statement?

12           A.   Yes.

13           Q.   Okay.  And the work that you did on

14    the third floor was mostly entire or renovations?

15           A.   Complete build out.  It was an open

16    floor.  There was nothing on the third floor when

17    we started.

18           Q.   Just -- just concrete?

19           A.   Just concrete.  It was time to build

20    it out and for the new offices.

21           Q.   Turning the next page.  The Jefferson

22    Parish SO East Bank Emergency Command Center.  You

23    see that one?

24           A.   Yes.

25           Q.   Is that information all correct?



```
 1              A.   As far as I can remember.

 2              Q.   I see that none of the experience

 3     areas, foundation, masonry walls, etcetera are

 4     checked.  Do you agree -- is that correct?

 5              A.   Yes.

 6              Q.   It's also identified as a project of

 7     being renovation and not new construction.  Do you

 8     see that?

 9              A.   Yes.

10              Q.   What was the renovation work that PVGC

11     did on this project?

12              A.   Trying to remember.  We did a lot.  I

13     think there was only a small section of the

14     building that was occupied on the first floor for

15     the police officers that was still there.  But we

16     did everything from top to bottom.  Everything was

17     an empty building they just purchased or just

18     leased or whatever.  But they had just did a small

19     office inside for themselves.

20              Q.   Let me walk through it a little bit

21     here.  So on the first floor -- so there is a

22     ground floor, I'll call that the first floor; is

23     that right?

24              A.   Correct.

25              Q.   All right.  It was a shell?
```



1        A.   Yes.   There was a small, small section

2   of, I guess, where the corner where the police

3   officers, a few that were there.

4        Q.   When you started on the project, it

5   was like a little room that had been framed out?

6        A.   Yes.

7        Q.   All right.  And did you demo that

8   room?

9        A.   At the end, we moved them over to the

10  new side and then finished that little portion, so

11  we pretty much did the new building at the end of

12  the day.

13       Q.   Well, let me start floor by floor.  So

14  the first floor, would you call that a full entire

15  buildout?

16       A.   Yes.

17       Q.   Is there a ceiling above that floor?

18       A.   Yes.

19       Q.   Was that there when you started

20  working on it?

21       A.   No.  It was all gutted.

22       Q.   Did you build a ceiling?

23       A.   When you say ceiling or floor?

24       Q.   Well, so from the first floor -- is

25  there a second floor?



1          A.   Yes.

2          Q.   Okay.  What does the floor of the

3    second floor consist of?  Is it a concrete slab?

4          A.   Yes.

5          Q.   Was that already there or did you pour

6    the slab?

7          A.   No. I didn't pour the slab in there.

8    No.

9          Q.   So there was an existing concrete

10   floor?

11         A.   Yes.

12         Q.   That would be a floor for the second

13   floor but also the ceiling for the first floor,

14   right?

15         A.   No.  There was an acoustical ceiling

16   for the first floor.

17         Q.   But the acoustical ceiling is

18   underneath the concrete slab of the second floor,

19   right?

20         A.   Right.  It's not a ceiling.

21         Q.   Okay.  What do you call it?

22         A.   You have a drop ceiling that makes up

23   your ceiling, not the floor.  It's all MEP go above

24   the ceiling.

25         Q.   How thick is the concrete slab in that



1    building?

2              A.    About 3, 4 inches.

3              Q.    All right.  And then right underneath

4    that is the drop ceiling part?

5              A.    Bar joist.

6              Q.    Okay.  Bar joist, and it's framed out

7    for electrical and --

8              A.    Correct.

9              Q.    -- whatnot, so you have a drop

10   ceiling?

11             A.    Correct.

12             Q.    And then it's got the little tiles

13   like this?

14             A.    Correct.

15             Q.    Like what we have in this room?

16             A.    Correct.

17             Q.    All right.  Still a ceiling, right,

18   just a drop ceiling?

19             A.    Correct.

20             Q.    So was the second floor completely

21   empty when you started working on that project?

22             A.    I think so, yea.

23             Q.    Did you do a complete interior

24   buildout of the second floor?

25             A.    Yes.



```
 1              Q.    Is there a third floor?

 2              A.    Yes.

 3              Q.    Is there a concrete slab that makes up

 4     the third floor --

 5              A.    Yes.

 6              Q.    -- floor?

 7                    Was the second floor ceiling an

 8     acoustical ceiling?

 9              A.    Think so.

10              Q.    Did you make the acoustical

11     ceilings -- strike that.

12                    Did PVGC install the acoustical

13     ceilings on the first and second floor, or were

14     they already in existence when you started your

15     work?

16              A.    No.  We had to put them.

17              Q.    The interior of the third floor, did

18     PVGC build that out as well?

19              A.    Yes.

20              Q.    So what did you buildout on the first

21     floor?  Is that police officer offices?

22              A.    I don't remember.  It's the emergency

23     command center so it was a little bit of

24     everything.  911 was there.  Safe houses were in

25     there for people to stay during the storm.  It was
```



1   a mixture of everything.  And it's an operating

2   sheriff's office in a portion of it for that little

3   area.

4          Q.   The third floor after it -- so, is

5   there an acoustical ceiling to the third floor?

6          A.   Yes.

7          Q.   And what's above that?

8          A.   I think the concrete deck, roof deck.

9          Q.   Is that all the floors?

10         A.   I think so.

11         Q.   Is there anything on top of the

12   concrete deck?

13         A.   MEPs.

14         Q.   Are they exposed to the exterior or

15   are they in a room?

16         A.   I don't remember offhand.  I don't

17   remember.

18         Q.   Did you do any room -- did PVGC do any

19   room buildout on top of the concrete roof deck?

20         A.   I'm sure we did, but I don't remember.

21   This was a total -- total renovation.  There was

22   nothing there, so it needed everything.

23         Q.   The dates listed for that project or

24   from August of 2012 to May of 2013.  Do you see

25   that?



1          A.    Yes.

2          Q.    Does that sound right?

3          A.    I guess.  If that's when it was on the

4    list.

5          Q.    And would PVGC still have the plans

6    for that project?

7          A.    I'm not even sure.

8          Q.    The typed information indicates that

9    it's an interior renovation of a four-story

10   building.  Did -- if it's the interior renovation

11   of a four-story building, why did you check yes for

12   the box that says, "Was this experience in the

13   construction of structures four stories or higher"?

14         A.    Because advised by David Bryant that

15   it was considered four stories in height.

16         Q.    Mr. Bryant advised who of that

17   relative to this particular project?

18         A.    Had to have been my dad.

19         Q.    It also indicates construct exterior

20   emergency stairwell from fourth floor down.  What

21   does that mean?

22         A.    We had to put new stair tile on one

23   side of the building, if I remember right.

24         Q.    What are the stairs made of?

25         A.    Structural steel and concrete, if I



 1   remember.

 2            Q.   I don't see any reference to any

 3   poured concrete in the experience areas.

 4            A.   Just listed it as construct stairwell.

 5   I mean, it's mainly structural steel, all steel.

 6            Q.   As you sit here today, is it possible

 7   that there is no concrete on those stairs?

 8            A.   No.  I mean, you put the little 3-inch

 9   or 2-inch pan concrete and fill it with stair pans,

10   so it's not really considered, like, reenforced

11   concrete or anything like that.  It's just there to

12   fill the pan.

13            Q.   If you go back to the permit

14   application and turn to page 3 of that.  I know

15   that it's very illegible.  I'm going to try to talk

16   through some of this, if we can.  This is pretty

17   much the same form that we've seen --

18            A.   What page are you on?

19            Q.   The one that's the hardest to read.

20            A.   This is the annex building.  This is

21   the school board building, because it says 4600

22   River Road, it looks like.

23                 MR. PARTINGTON:  Dates in 2010, too.

24                 THE WITNESS:  Yeah.  4600 River Road,

25            I noticed the architect was --



1              MR. LAWHON:  Was that the other one?

2              THE WITNESS:  Yea, that's the other

3        one.

4    BY MR. LAWHON:

5        Q.    That's the annex building?

6        A.    Yes.

7        Q.    Okay.  Fair enough.

8              Turn the page and see how I did.

9        A.    All right.

10       Q.    Does that look more familiar?

11       A.    I didn't fill this out.

12       Q.    Okay.  Same form that we've been

13   talking about?

14       A.    Looks like it.

15       Q.    The -- it references the same address

16   that you have in the application?

17       A.    Looks like it.

18       Q.    It also refers to it as the Jefferson

19   Parish Sheriff's Office?

20       A.    Right.

21       Q.    And it's dated April 23rd of 2012?

22       A.    Correct.

23       Q.    Which is close to August of 2012.  I

24   think it says the date that it was issued was 7/24

25   of 2012.  Do you see that?



1          A.   Uh-huh, yes.

2          Q.   Yes?  Okay.

3               So do you have any reason to think

4    this is not the permit application for the project

5    that you have listed in your application as the

6    Jefferson Parish Sheriff's Office East Bank

7    Emergency Command Center?

8          A.   I have no idea.  I -- I didn't fill

9    this out.

10         Q.   I understand.

11              But is there anything in there -- did

12   you do any other work in 2012 on the Jefferson

13   Parish Sheriff's Office?

14         A.   Not a thing.

15         Q.   You see the contractor listed as Pete

16   Vicari General Contractor?

17         A.   Right.

18         Q.   And it says, "Interior renovations,"

19   right under the contractor name.  Did Pete Vicari

20   General Contractor do interior renovations to the

21   Jefferson Parish Sheriff's Office at any other time

22   other than 2012 into 2013?

23         A.   I don't know.  I mean, 2012, I have no

24   idea.

25         Q.   Well --



PETER J. VICARI Volume II                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS          204

1           A.   Following what you -- what you are

2     getting at.  What are you trying to ask?

3           Q.   All I'm trying to figure out is if

4     this is the application that matches up with the

5     project you listed here or would there have been

6     other sheriff's office projects that PVGC would

7     have performed in 2012 or 2013?

8           A.   I don't know.  I mean, it matches

9     the -- the project address matches.  I mean guess

10    it's the application for the permit.

11          Q.   The application for the permit lists,

12    over in the right-hand side, you see the license

13    number of 1607?

14          A.   Right.

15          Q.   Do you see right underneath there says

16    stories?

17          A.   Right.

18          Q.   How many stories does it list there?

19          A.   Three.

20          Q.   Do you know why that says three

21    stories and your application says four stories?

22          A.   Because we are saying it's four

23    stories in height and that's saying it's a

24    four-story building.

25          Q.   How is the height measured?



          A.   Like you said earlier, from the height
of the building.
          Q.   Well, let me be more precise.  Are
you -- do you know of anybody that measured the
height of that particular building before the
application was submitted?
          A.   I don't remember.
          Q.   Do you know how the measurement was
arrived at to put into the application?
          A.   No.
               MADAME COURT REPORTER:  How many do
          you have left?
               MR. LAWHON:  Last one.  Thank you.
               MR. PARTINGTON:  315?
               THE WITNESS:  315?
               MR. LAWHON:  Yes.  Yes, sir.
               (Thereupon, Defendant's Exhibit No.
          315 was marked for identification.)
BY MR. LAWHON:
          Q.   So it would be your testimony that
both the application indicating three stories --
strike that.
               Would it be your testimony that the
permit application that I just showed you that says
three stories and your own application showing four



1    stories, in your mind, could be both correct if the

2    permit application that I showed you was using

3    floors and you were using height?

4           A.    Correct.

5           Q.    Showed you Exhibit Number 315.  It

6    consists of two photographs.  Did you get a chance

7    to look at both of those?

8           A.    Yes.

9           Q.    Do you recognize them?

10          A.    Yes.

11          Q.    What is that?

12          A.    Picture of the building from two

13   angles.

14          Q.    Is that the building that PVGC worked

15   on that's identified in the application to DB --

16   DBPR we've been talking about?

17          A.    Yes.

18          Q.    Did you do any exterior work to the

19   building?

20          A.    Yea.

21          Q.    What did you do?

22          A.    I don't remember everything offhand,

23   but I know we worked on that glass tower.  I know

24   we worked on the front entry.  I know we worked on

25   all parts of the building.



1          Q.   But the exterior super structure was

2     already there?

3          A.   For the most part, yea.  The building

4     was there.

5          Q.   And I see, on the roof, some railing.

6     And I see, it looks like, some exposed -- is that

7     an electrical breaker box?  What is that?

8          A.   I have no idea.  I don't remember.

9          Q.   Is there -- I don't see a room up

10    there.  Is there supposed to be a room up there?

11         A.   I thought there was one towards the

12    back, but I don't remember.  I don't go by this

13    building much at all; it's not near us.

14         Q.   Is this -- the pictures that you are

15    looking at there, is this what it looked like when

16    PVGC was finished or had there been changes or

17    improvements to it?

18         A.   I mean, that's what the shape of it

19    looked like.  Now, whether they done anything since

20    we left, I have no idea.

21         Q.   I mean, besides cosmetic?  Any

22    substantive structural changes or --

23         A.   I don't think so.  I think that's

24    about what the shape was when we left.

25         Q.   Oh.  Where is the stair -- emergency



```
 1   stairwell?
 2          A.   I think it's part of this glass
 3   structure, I think.  I think there is something to
 4   the side or on the back that includes it.  Because
 5   you are able to -- you are able to come down inside
 6   the building somehow.  I don't remember.
 7          Q.   So in the second photograph of 315, to
 8   the right, there is a -- looks like the second and
 9   the third floor are all glass?
10          A.   Right.
11          Q.   Does that connect to something, like
12   another building or is it just part of the --
13          A.   I think that's their way to get out of
14   the building.
15          Q.   Is there parking over there or
16   something?
17          A.   There is something over here.
18          Q.   Okay.  And you think the stairwell was
19   over to the right outside of the picture?
20          A.   Correct.  There is a way to get out
21   the building that way.
22          Q.   How high up, if I use the building
23   that you are looking at -- so to me, if I could
24   just say it this way, this looks like a three-story
25   building, it's a three-floor building, at least the
```



1    enclosed building.  Can we agree on that?

2              A.    Correct.

3              Q.    All right.  Does the stairwell that

4    was built start at the roof of the third floor and

5    go down?

6              A.    There is a way to get out on the roof

7    of the stairwell because I remember going up there.

8              Q.    So it goes a little bit above the

9    roof?

10             A.    Correct.  Somewhere.  Maybe not on

11   that picture, but there is a way on that roof.

12             Q.    Next page identifies West Jefferson

13   Medical Center first and fifth floor renovations

14   that are not identified as construction of

15   structures four stories or higher.  Do you agree

16   with that?

17             A.    Yes.

18             Q.    Is this the same eight-story hospital

19   that we talked about before?

20             A.    Yes.

21             Q.    So you did the fourth floor before,

22   and now you've done the first and fifth floor?

23             A.    Correct.

24             Q.    Is the fifth floor higher than four

25   stories in height?



1        A.    Yes.

2        Q.    The next page also says West Jefferson

3   Medical Center, and it has the same address as the

4   last one we just looked at.  And it says,

5   "Penthouse additional on fifth floor."  Do you see

6   that?

7        A.    Right.

8        Q.    The previous one we looked at was work

9   on the first and fifth floor, right?

10       A.    Correct.

11       Q.    What's the difference between these

12  two?

13       A.    The hospital was broken out into

14  wings.  The main part is eight stories and it

15  breaks off the back and goes down lower.  So it's

16  lower part of the building.  That's where the

17  backside of where the maintenance area is and lower

18  floors, not as high as the front of the building.

19       Q.    And when you identified this as a

20  penthouse, is that for MEP and HVAC?

21       A.    Correct.  The last one we talked about

22  being what operating rooms were operational, it was

23  all feeding.

24       Q.    And this penthouse that's on the fifth

25  floor, is that higher than four stories?



1          A.   Yes.

2          Q.   And this is new construction of that

3     fifth floor penthouse, if I understand this

4     correctly, right?

5          A.   Right.

6          Q.   But it does not qualify as

7     construction of structure four stories or higher?

8          A.   Right.

9          Q.   The next project is the David Crockett

10    Fire Station?

11         A.   Correct.

12         Q.   I happened to notice that the dates of

13    the project on the right-hand side are left blank.

14    Do you know why that was?

15         A.   No.

16         Q.   That's supposed to be filled in?

17         A.   I guess, yea.

18         Q.   And you do not claim that that project

19    qualifies you to obtain a certified general

20    contractor's license, do you?

21         A.   Correct.  The only one where I just

22    thought about going back is we probably could have

23    changed or made the penthouse on the fifth floor

24    eligible for the four floors or higher.

25         Q.   You could have made it eligible?



 1          A.    Could have changed it from no to yes.

 2          Q.    Are we talking about the West

 3   Jefferson Medical Center penthouse addition on

 4   fifth floor?

 5          A.    Yes.

 6          Q.    So, you believe that one could have

 7   qualified because it's above four stories in height

 8   of work?

 9          A.    Correct.

10          Q.    So, if you -- there is a building

11   outside this window, looks like it's about 35 or

12   40 stories high.  If you had built a 30 -- if you

13   had built a floor on top, a penthouse for MEP and

14   HVAC on the 39th floor, but that's the only work

15   you did on the building, is it your testimony that

16   qualifies for construction of a new structure four

17   stories or higher?

18          A.    I believe it would.  That would be up

19   to the board to decide.

20          Q.    So, you don't have to build four

21   consecutive stories of new construction; you can

22   build one floor or one story, as long as it's more

23   than four stories in height?

24          A.    That's my belief, but we didn't mark

25   it so it stayed like that.  That's just what I



 1   believe.

 2          Q.   After you submitted -- or had somebody

 3   submit for you the application to DBPR that we just

 4   went over, what happens next relative to you

 5   getting your license?

 6          A.   I don't remember.  I mean, I know we

 7   had gotten back, I think, e-mail or a letter from

 8   DBPR, corrections maybe or something.

 9          Q.   Is showing you Exhibit Number 316.

10          (Thereupon, Defendant's Exhibit No.

11          316 was marked for identification.)

12          MR. LAWHON:  Bruce, this was Exhibit

13          Number 7 to BSI.

14          MR. PARTINGTON:  So, it looks there is

15          highlighting on here.  Do you know whether

16          that was how it came from BSI or whether it

17          was added in the copy?

18          MR. LAWHON:  I'm not sure if it was

19          produced -- if this is the native version

20          of what BSI produced in response to the

21          subpoena or if somebody highlighted that

22          section afterwards.

23          MR. PARTINGTON:  Okay.

24          MR. LAWHON:  I'm not sure.  I mean, if

25          you prefer, we can use a sanitized version



1          of the letter.

2                    MR. PARTINGTON:  No, that's fine.  I

3          was just wondering for the purposes of if

4          it comes up later, which it may or may not.

5                    MR. LAWHON:  I know there is a better

6          version of this letter someplace because it

7          doesn't have the Exhibit B on it.

8                    MR. PARTINGTON:  Yea, there is one

9          here.

10                    MR. LAWHON:  Yea, so--

11    BY MR. LAWHON:

12          Q.    Did you get a chance to look at that,

13    Mr. Vicari?

14          A.    Yes.

15          Q.    Did you receive this letter on or

16    about September 22nd of 2016?

17          A.    Looks like it.

18          Q.    How did you receive it?

19          A.    I don't remember.

20          Q.    Would you do me a favor, actually,

21    just to make our record clear, will you go back to

22    the permit application package right there?

23          A.    This.

24          Q.    That's this guy.

25          A.    Okay.



 1          Q.    And five pages from the back.

 2          A.    Okay.

 3          Q.    Are we looking at the same letter that

 4    I've marked as Exhibit Number 16 without the

 5    Exhibit B written on the top?

 6          A.    Yes.

 7          Q.    And the fact streamer on the bottom?

 8          A.    Yes.

 9          Q.    And the highlighting that

10    Mr. Partington referred to?

11          A.    Yes.

12          Q.    Okay.  I don't care which one we use.

13    You tell me which one you are more comfortable

14    with.

15          A.    It doesn't matter; the same verbiage.

16          Q.    All right.  Did you receive -- did you

17    read this letter when it came in?

18          A.    Well, I'm sure I did.

19          Q.    What did you do with it once you go

20    it?

21          A.    I'm sure we had got with David Bryant,

22    he was handling our license.

23          Q.    Did you participant in getting with

24    David Bryant?

25          A.    Probably not.  I mean, my dad and



1    David Bryant was handling the license for me and I

2    was busy working, everybody was helping.

3         Q.   So, as of right now, you are just

4    assuming your dad talked to Mr. Bryant about this

5    letter?

6         A.   That's who had all communications with

7    Mr. Bryant and my dad.

8         Q.   Did you ask anybody any questions

9    about this letter?

10        A.   No, I don't think.

11        Q.   It specifically says that Midship

12   Marine must reflect stories, not feet.  And asked

13   you to revise that.  Do you see that?

14        A.   Correct.

15        Q.   Did you talk to anybody about whether

16   or not you could use height or feet as opposed to a

17   story to identify the size of the Midship Marine

18   project?

19        A.   Mr. Bryant.

20        Q.   Did you speak to him about that?

21        A.   No.  Mr. Bryant was the one advising

22   us for everything on this application.

23        Q.   Did you talk to anybody about what

24   that sentence means, Midship Marine reflecting

25   stories and not feet?



```
 1          A.   No.

 2          Q.   So, remember, your application was

 3   dated September 6th or 8th stamped by the DBPR and

 4   then this letter was September 22nd.  So, it's

 5   about 14, 16 days, depending on what that stamp is?

 6          A.   Correct.

 7          Q.   Did you do anything between those two

 8   dates relative to your application?

 9          A.   Between these two dates?  I don't

10   think so.  Not until the letter came.  I don't

11   think we would have.  We submitted everything

12   waiting for their response.

13          Q.   Did there come a point in time when

14   you submitted additional information to DBPR?

15          A.   I don't remember.  Sure there was

16   something had to be submitted if this letter came.

17               MR. LAWHON:  Bruce, this is Exhibit 8

18        to BSI.

19               MADAME COURT REPORTER:  317?

20               MR. LAWHON:  Yes.

21               (Thereupon, Defendant's Exhibit No.

22        317 was marked for identification.)

23   BY MR. LAWHON:

24          Q.   Mr. Vicari, did you have a chance to

25   have a look at what we marked 317.  And I note that
```



1  it's double-sided?

2          A.   Yes.

3          Q.   The -- and I also will just point out

4  to you, on the bottom of each page is what appears

5  to be a fax September 26, 2016.  Do you see that?

6          A.   Correct.

7          Q.   It says, "Pete Vicari General Con,"

8  C-O-N, and it says, "page 1."  Do you see that?

9          A.   Correct.

10          Q.   Was that -- did you have a fax machine

11  back in September 2016?

12          A.   We still do.

13          Q.   Did you use it back then?

14          A.   I'm sure.

15          Q.   And do I have all of the pages of that

16  particular fax?

17          A.   I have no idea how many pages it was

18  in total.

19          Q.   As best as I can tell, I have, using

20  the front and the back, I have pages 1, 2, 3, 4 and

21  5.

22          A.   Correct.

23          Q.   Do you see that?  Are you aware of any

24  other pages?

25          A.   Oh, I have no idea.



```
 1              MR. PARTINGTON:  So, it looks like fax
 2         line on 316 corresponds exactly with the
 3         first page of 317.
 4              MR. LAWHON:  Yes.  That's why I went
 5         back and used the --
 6              MR. PARTINGTON:  I know.  That's fine.
 7         I wanted to be sure that I wasn't looking
 8         at two different things.  Obviously 317 has
 9         more pages.
10  BY MR. LAWHON:
11         Q.   Did you have anything to do with
12  providing the information that's contained in
13  Exhibit 317?
14         A.   I mean, I'm sure I had some type of
15  input back then on it.  Because I mean, like I
16  said, we were working together on it; me and mom
17  and dad and David Bryant.  I don't remember
18  exactly.
19         Q.   Okay.  Did -- who would have provided
20  this to DBPR?
21         A.   I have no idea.  I know David Bryant
22  was talking to him for us, too.  I mean, everybody
23  was doing their part.
24         Q.   When you say he was talking to them,
25  what do you mean?
```



1    A.   I've heard that he was in contact with
2  somebody at licensing board to help facilitate the
3  process is all I think I can remember on that.  And
4  how it was submitted, I have no idea.

5    Q.   Who told you that Mr. Bryant was
6  talking to the licensing board?

7    A.   Nobody told me, but I think that's
8  what I thought was happening, was he was in contact
9  with them.  That's why we hired him, was to help
10  us.

11    Q.   Well, a minute ago you said you heard
12  he was helping you, and now you just said you
13  thought he was contacting them.  So --

14    A.   I don't remember exactly how it all
15  went down.  But that was the whole purpose of
16  hiring him.

17    Q.   The purpose of hiring him was to
18  have --

19    A.   Help facilitate --

20    Q.   Let me finish my question.

21         Purpose for hiring him was for him to
22  contact the board?

23    A.   No.  To facilitate the license and the
24  application and any -- that was needed.  Now, what
25  he did on his end, I don't know.



1          Q.   So let's look at Exhibit 317, and look

2     at the page that -- we will go by the number on the

3     bottom of the fax streamer, page 3, if you would.

4          A.   Okay.

5          Q.   And take out, if you would, the

6     application itself that we talked about that was

7     actually submitted originally because we are going

8     have to compare a couple of things in here.

9          A.   I got it.

10         Q.   All right.  Correct me if I'm wrong,

11    as best as I can tell, there has been a change to

12    the description of the work for the Midship Marine.

13         A.   Correct.

14         Q.   Am I saying that right?

15         A.   Yes.

16         Q.   And it appears, from all of the

17    information that's contained in that section about

18    the Midship Marine, the only thing that's changed

19    is the typing under project specifics.

20         A.   Correct.

21         Q.   Looks like the only change there is

22    instead of referring to the building as being 70

23    feet tall, it's now typed as equivalent to six

24    stories.  Do you see that?

25         A.   Correct.



1           Q.    Whose idea was it to use those words?

2           A.    I'm pretty sure that would have came

3    from David Bryant that was helping facilitate.  It

4    was advised by him.

5           Q.    Now, I think we talked before when we

6    went over the pictures that there are not six

7    floors, certainly not six floors in that building,

8    right?

9           A.    Correct.

10          Q.    Okay.  And the change was made in

11   order to help you get your license, right?

12          A.    This was just based on David Bryant's

13   recommendation that he felt it was in height.

14          Q.    It was in height?

15          A.    Four stories in height.  So if that

16   building is equivalent to six stories.

17          Q.    In height?

18          A.    Yes.

19          Q.    But it doesn't say that; it just says

20   equivalent to six stories?

21          A.    The buildings is equivalent to six

22   stories.

23          Q.    Let me go back to my original

24   question.  Mr. Bryant's recommendations to you, as

25   you've testified such as they are, were designed to



 1   help you get your license, right?

 2          A.   I don't think so.  I don't know

 3   what -- what he was doing.  I mean, that's what he

 4   recommended that we do to facilitate DBPR's

 5   request.

 6          Q.   Didn't you tell me a little while ago

 7   that Mr. Bryant was hired to help you get your

 8   license?

 9          A.   Correct.

10          Q.   So when he's making changes to your

11   application, he's trying to help you get your

12   license; is that a fair statement?

13          A.   He's doing it the correct way.  He's

14   not trying to do anything wrong.  He's trying -- he

15   following the rules and advise us what's the best

16   course of the action to satisfy DBPR's requests.

17          Q.   And the only reason you know that is

18   because you assume it, not from talking to

19   Mr. Bryant, right?

20          A.   I haven't talked to him.  Based on my

21   dad's conversation with him.

22          Q.   So, what you just testified about in

23   terms of his purpose or his motives are just you

24   guessing?

25               MR. PARTINGTON:  Object, form.



1              THE WITNESS:  I mean, me and my dad --

2         me and my dad talks.  I mean, he kind of

3         fills me on what's going on.  Maybe not

4         verbatim what they talked about, but he

5         kind of gives me a quick update on what

6         he's recommending.

7    BY MR. LAWHON:

8         Q.   Is there a specific conversation that

9    you can recall for me that you had with your dad

10   about Mr. Bryant's motives or purpose in working

11   for you?

12        A.   No.  No.

13        Q.   Whose idea was it to use -- whose idea

14   was it to translate 70 feet tall into six stories?

15        A.   I don't remember offhand exactly it

16   was.  But if I'm -- if I recall, my dad mentioning

17   that David Bryant had said that a story sometimes

18   represents 10 feet.  That was just them talking one

19   day, but I mean, I don't have nothing in

20   particular.

21        Q.   Well, if you had identified the

22   building as being 70 feet tall in your application

23   and you are using 10 feet, to me that would be

24   equivalent to seven stories, not six.

25        A.   I don't exactly what -- what they were



 1   meaning when they did that.  I mean, I have no

 2   idea.

 3          Q.   If you turn the page, on Exhibit

 4   Number 317, we have the Lafitte Auditorium project.

 5   Do you see that?

 6          A.   Right.

 7          Q.   Is the information that's contained in

 8   that section correct and truthful?

 9          A.   As far as I know.

10          Q.   I don't remember seeing that project

11   in the application that you submitted to DBPR.  Did

12   I miss it?

13          A.   What you mean?

14          Q.   Lafitte Auditorium.

15          A.   Correct.

16          Q.   Is that in the DBPR application that

17   we went over?

18          A.   I don't remember offhand.  I guess it

19   was in the original one.  No, it wasn't in the

20   original version.

21          Q.   Earlier what we went over what I

22   called the initial draft application that you gave

23   to Jackie Farris that you signed on August 23rd of

24   2016.  I'm going to show that to you again, that's

25   Exhibit 302.



1                Is the Lafitte Auditorium project in

2       there?

3            A.   No.

4            Q.   How come it's not in the first two

5       versions of the application and now it's showing

6       up?

7            A.   I have no idea.  I don't remember what

8       it transpired or what was added.  I don't know.  I

9       don't know.

10           Q.   Who is the best person to ask that

11      question?

12           A.   David Bryant probably or the project

13      was added.  I have no idea.

14           Q.   Would Mr. Bryant have come up with

15      that project on his own or would somebody from PVGC

16      had to provide it to him?

17           A.   I don't remember.  Like I said, we

18      gave David Bryant the project list of everything

19      that was done and references and whatever he need

20      to help us.

21           Q.   As you sit here today, you don't know

22      why that project suddenly shows up in the

23      information that we are looking at now in Exhibit

24      Number 317, do you?

25           A.   I don't remember why.  But I don't



 1    know why.  I don't remember.

 2              Q.    The dates of the project are listed is

 3    April 8th of 2013 to September of 2016.  Do you see

 4    that?

 5              A.    Right.

 6              Q.    To me that's about three and a half

 7    years.  Does that sound about right?

 8              A.    Correct.

 9              Q.    To build an auditorium?

10              A.    Correct.

11              Q.    Why would it have taken so long?

12              A.    They had about 18 months of

13    owner/architect delays, design errors.

14              Q.    So would those have stopped

15    construction or--

16              A.    Stopped it in its track.  It was all

17    the exterior wall system was designed wrong.  It

18    had to be redesigned.  It took 18 almost, whatever

19    it was, long to get approved because it was all

20    funded through different agencies.  So the time the

21    drawing was done and pricing was done, it just took

22    a long time to get approved.

23              Q.    So were you -- this indicates you were

24    the foreman on the job.  What was your role?

25              A.    This was when I was estimating in the



1    office.

2          Q.   Do you remember this project coming to

3    a halt?

4          A.   Yes.

5          Q.   So if I use April 8th of 2013 as the

6    start date, about how far into the project did it

7    come to a halt?

8          A.   It wasn't far it.  It was after we

9    poured the slab, started erecting the building,

10   that's when it stopped and we got into the shop

11   drawing phases for the exterior walls when

12   everybody realized that it wasn't going to work.

13         Q.   Pouring a slab.  Is it block, concrete

14   block?

15         A.   The walls?

16         Q.   Yes.

17         A.   No.  It's all metal studs.

18         Q.   So you had already poured the slab, it

19   had cured and you're erecting the metal studs when

20   you stopped construction?

21         A.   Erecting the metal building, the

22   structural steel.

23         Q.   Okay.

24         A.   So it was a big open structure sitting

25   there for 18 months.



1          Q.   Was the entire structure already

2    constructed when the project was halted?

3          A.   Pretty much.

4          Q.   And then 18 months go by and it just

5    stays in that condition?

6          A.   Pretty much.

7          Q.   And then how long does it take between

8    the time that you recommenced construction and you

9    complete the project?

10         A.   I don't remember whatever the dates

11   were that we say it was.  I mean, there was --

12   there was other issues that came up during the

13   project that had to be fixed and redone.  And look

14   at the change order log on this job, it was

15   unbelievable.  I mean, change order was to fix

16   everything.

17         Q.   So just so I'm clear, the dates that

18   are listed here for the project are not actual

19   dates of construction because there was an 18-month

20   loll in between; is that right?

21         A.   Right.  It's from the date of notice

22   receipts till when we finished.

23         Q.   And it is listed as four stories in

24   the project specifics.  Do you see that?

25         A.   Yes.



1        Q.    How was that calculated?

2        A.    Four stories in height.

3        Q.    Are their four floors?

4        A.    No.

5        Q.    Is there more than one floor?

6        A.    There was mezzanine area to get above

7    on the second floor on certain parts of the

8    building, especially the tall open building in the

9    middle.

10       Q.    For the theater part of it?

11       A.    The auditorium part.

12       Q.    Okay.  So that's for, like, workers to

13   walk across for the lighting and things like that?

14       A.    They got -- it's where equipment

15   stored and lighting, but you can't get -- I mean,

16   you can get to it, but it's not like it's a big

17   open room that you can go hang out in.  It's just

18   made for the equipment.

19       Q.    Like an equipment room?

20       A.    Yea.

21       Q.    And that's on -- that's a -- a second

22   floor, I guess?

23       A.    You can call it that.

24       Q.    Okay.  Is there a third floor?

25       A.    No.



1          Q.   Is there a fourth floor?

2          A.   No.

3          Q.   Are there any other floors above what

4     you've described as the second floor or the

5     electrical room?

6          A.   No.

7          Q.   So we had marked as Exhibit Number 313

8     package of photographs.  Can you tell me what is

9     depicted in these photographs?

10         A.   Pictures of the auditorium.

11         Q.   Is that the auditorium that's listed

12    in the exhibit we've just been going over?

13         A.   Yes.

14         Q.   Is this the -- are these pictures of

15    the auditorium as it was built by PVGC?

16         A.   Yes.

17         Q.   Looks like the first four -- excuse

18    me, five photographs are all exterior photos; is

19    that right?

20         A.   Correct.

21         Q.   The last two photographs, I know they

22    are a little blurry.  But do you recognize those as

23    being the interior of the auditorium?

24         A.   It's a portion of it, a little area.

25         Q.   And the four stories in height, as you



1  identified it, how would that have been calculated

2  if it was at all?

3          A.   It was for the height of the building.

4          Q.   Do you still have the plans?

5          A.   I'm not sure.

6          Q.   Well, they are from 2016 is when the

7  application supplement indicates the work was

8  completed.  And I think you said earlier that PVGC,

9  as a matter of policy, purges records after five

10  years.  Did I understand that right?

11          A.   Correct.  I have to ask Bridgette --

12  to see what we have.  A lot of stuff goes away or,

13  you know, it all depends on the project.  I have no

14  idea if we have them or not.

15          Q.   So this four stories, would it be your

16  testimony that it would run from the ground --

17          A.   Correct.

18          Q.   -- in the pictures to where?

19          A.   The highest point of the building.

20          Q.   So the -- which -- what do you

21  consider the highest point of the building?

22          A.   Whichever the highest point of

23  whichever roof structure is the highest I think.

24  You look at the one of the backside.  I think the

25  highest point is on the back of that building, that



1    picture.

2            Q.    Do you know if anybody measured that?

3            A.    I'm not sure.

4            Q.    The application also indicates that

5    it's 21 square feet.  Do you know where that

6    information came from?

7            A.    Not offhand.

8                  MR. PARTINGTON:  21,000.

9                  MR. LAWHON:  Did I say 2100?

10                 MR. PARTINGTON:  You said 21.

11                 MR. LAWHON:  That would be a tiny

12           auditorium.

13                 MADAME COURT REPORTER:  318?

14                 MR. LAWHON:  318.

15                 (Thereupon, Defendant's Exhibit No.

16           318 was marked for identification.)

17   BY MR. LAWHON:

18           Q.    I'm showing you two-page exhibit

19   marked 318.  Take a moment to look at that and let

20   me know when you are done.

21           A.    Okay.

22           Q.    Have you been on the Jean Lafitte web

23   site before?

24           A.    No.

25           Q.    All right.  There is a web site for



 1   the auditorium.  Did you know that?

 2            A.    Okay.  It's a little bitty town.

 3            Q.    So let me back up here because I want

 4   to make sure I get my numbers right.  The

 5   application says 21,000 square feet.  Do you know

 6   where that number came from?

 7            A.    From what I can probably figure up,

 8   maybe, I believe that they didn't -- when you -- we

 9   include anything that's reinforced with pilings or

10   structural rebar or anything.  So that includes

11   patios, overhangs, steps.  That's how it's figured

12   on a square footage basis.  They're probably not

13   figuring the areas you can't use.

14            Q.    So you are sort of anticipating my

15   next question.  In Exhibit 318, it says, "The brand

16   new auditorium, a stately 18,000 square feet

17   facility."  You've just explained why you believe

18   there is a difference between the 18,000 square

19   feet and the 21,000 square feet in the application?

20            A.    Correct.

21            Q.    A little further down, the third line

22   down, it refers to a grand lobby with a 27-foot

23   ceiling.  Do you remember constructing a 27-foot

24   high ceiling for this auditorium?

25            A.    I believe that's right when you walk



1    in, that's to that top of that glass wall is where

2    the ceiling stops.

3           Q.   And the address that's listed on

4    Exhibit 318, 4953 City Park Drive, is that the

5    right address?

6           A.   I have no idea.

7           Q.   Where did the address come from that's

8    listed in the application supplement that we marked

9    as Exhibit 317?

10          A.   I don't have the actual number.  It

11   just says City Park Avenue.

12          Q.   Right.

13          My question was:  Where did that

14   information come from?

15          A.   Because we -- we -- like I said

16   earlier, we built or renovated every building on

17   City Park Avenue.  So when we refer to the jobs

18   down there, it's just which job on City Park

19   Avenue.  We don't look at addresses because we did

20   every one.

21          Q.   The -- the second page has a couple of

22   pictures on it.  Can you tell me what those are?

23          A.   It looks like the little side rooms.

24          Q.   Have you been inside that auditorium

25   since PVGC completed it?



 1          A.   Never stepped foot in it since the day
 2    we finished.
 3          Q.   When it was finished, was there
 4    interior improvements done or was it just left as a
 5    shell?
 6          A.   No. No.  It was finished out, ready
 7    for furniture.
 8          Q.   Including furniture?
 9          A.   No, not -- ready for furniture.
10          Q.   So, what you see in these two
11    pictures, without the furniture and the
12    decorations, is that what it looked like when you
13    finished?
14          A.   Correct.
15          Q.   How high are those ceilings?
16          A.   I don't know offhand.
17          Q.   Is that the one floor?
18          A.   That is.
19          Q.   Is that the first floor?
20          A.   Yes.
21          Q.   Is that one story?
22          A.   I mean, it depends on how you -- what
23    you call it, I guess.  It's one -- one floor.
24          Q.   Do you know how high that ceiling is?
25          A.   I don't remember.



 1          Q.   The -- the application supplement

 2   checks yes for was this experience in the

 3   construction of structures four stories or higher.

 4   Do you see that?

 5          A.   Correct.

 6          Q.   Okay.  They were not four floors of

 7   new construction built by PVGC for the Lafitte

 8   Auditorium; is that right?

 9          A.   That's four floors in height that was

10   built by PVGC.

11          Q.   There are not four separate floors of

12   new construction in the Lafitte Auditorium, are

13   they?

14          A.   No.

15          MR. LAWHON:  Let's take a break.

16          Let's take a quick break.

17          THE VIDEOGRAPHER:  Off the record,

18          4:40 p.m.

19          (Thereupon, a short recess was taken.)

20          THE VIDEOGRAPHER:  4:50 p.m.

21   BY MR. LAWHON:

22          Q.   Mr. Vicari, hopefully this will work.

23   Going to play a video for you that I believe is

24   sort of a canvassing of the construction of the

25   project at the Lafitte Auditorium.  And I just want



 1   you to watch it and then when we are done, I will

 2   have a couple of questions.  It's only a minute and

 3   a half long.  The address is

 4   https://vimeo.com/179324716.

 5               Okay.  So we watched the video.  Is

 6   that -- forgetting the other town advertisements of

 7   other public buildings and whatnot, but the

 8   auditorium itself, was that an -- hold on -- was

 9   that a -- an accurate depiction of the construction

10   that PVGC did of that building?

11         A.    For the most part, looks like, yea.

12         Q.    Well, is there anything that it does

13   not show or that it incorrectly show?

14         A.    Well, I don't know, I mean, it just

15   shows different portions of different little parts

16   of the building.  I mean, honestly, it came through

17   the construction, it's not complete.  You don't see

18   a whole aspect of everything.  I mean, it's just

19   clips.

20         Q.    I understand that.  It's just a little

21   summary.  But in terms of the -- the size of the

22   building and how tall it is and how many floors it

23   has, was that an accurate depiction?

24         A.    It just shows open structure.  It

25   doesn't show none of the metal studs and of what



 1  the rooms constructed, how they look, the ceiling

 2  in the rooms, above the ceilings.  It just shows

 3  clips of different parts.

 4          Q.   Okay.  Let me walk through a couple of

 5  pieces of this with you then.  I had a few

 6  questions.  So bear with me.  I'm going to play

 7  some of it again.

 8               So I stopped it where there's a

 9  gentlemen in an orange shirt pointing to part of

10  the wall with a measuring tape there.  I suspect he

11  is indicating how high the water was in the old

12  building?

13          A.   In the old one.

14          Q.   Okay.  Do you know any of these people

15  are in there?

16          A.   No.

17          Q.   All right.  Are they PVGC employees,

18  do you know?

19          A.   That building sat vacant for years

20  before it was tore down.

21          Q.   Did PVGC do the demo work and the new

22  construction of the auditorium?

23          A.   No.  It was all broken up.  The demo

24  was one part, the site work, just filling the site

25  and we took it from there up.



1          Q.   I stopped it where the signage is for
2     Lafitte Auditorium Demo and Surcharge.  And it list
3     Meyer Engineers.  Did you guys work with them?
4          A.   Yes.
5          Q.   Were they the structure -- excuse me.
6               Were they the engineer of record for
7     the project?
8          A.   For our project, yes.
9          Q.   And who is Golf Con LLC General
10    Contractor?
11         A.   I assume that's the people that did
12    the demo and the surcharge.  That was done before
13    we got there.  So I don't know who they hired and
14    what their scopes of work were.
15         Q.   They didn't do any part of the new
16    construction of the auditorium?
17         A.   Golf Con didn't, no.
18         Q.   So, the steel framing that we are
19    looking at there, that's all PVGC?
20         A.   Yes.
21         Q.   Is that essentially the footprint for
22    the building?
23         A.   That's the structure, the roof
24    structure.
25         Q.   Is there anything that's higher than



```
 1    what I'm looking at?

 2             A.    No.

 3             Q.    So I have stopped it looks like --

 4    well, tell me what I'm looking at here.

 5             A.    That's the center of the auditorium.

 6             Q.    And there seems to be a ceiling that's

 7    open.  Am I looking at that right?

 8             A.    It's opened right there.

 9             Q.    In -- right there in the middle?

10             A.    Right.

11             Q.    Okay.  Is it also opened over here

12    where it looks like you get some tiles to put in?

13             A.    Correct.

14             Q.    Okay.  And what's supposed to be above

15    it?

16             A.    There is a bunch of equipment and

17    lighting, and it's kind of a weird constructed

18    building, where they -- parts of the attic has

19    equipment and lighting.

20             Q.    So, that would be what we call the

21    second floor?

22             A.    Part of it.

23             Q.    What am I looking at here?

24             A.    Hard to tell.  But it looks like

25    you're looking at the front entrance to the right.
```



1   Looks like that's the entry door, so you're

2   standing -- whoever it is, is standing by this

3   close to the stage and looking back.

4          Q.   Okay.  So, this is the interior of the

5   main entryway, the main --

6          A.   No.  The main entryway is way over

7   here.  This is just part of this framing.  That's

8   just -- it ain't complete.  That's the framing

9   phase still.

10         Q.   Okay.  I realize it didn't show every

11  element of the construction or the floor plan, if

12  you will.  But I didn't see anything there that

13  would have been higher than what I call the second

14  floor.  Am I saying that correctly?

15         A.   There was some parts of the lower part

16  around the perimeter where there's smaller rooms

17  that they have stuff above the room.

18         Q.   Above the second floor?

19         A.   No.  On the second floor.

20         Q.   Okay.  So, the -- the highest area

21  that anybody can walk around would be the second

22  floor?

23         A.   Correct.

24         Q.   So, the -- so far we've covered the

25  initial draft application that was given to Jackie



1    Farris and David Bryant, as you've testified.  Then

2    the application that was submitted to DBPR.  Then

3    what I've called a supplement to that application,

4    which is the September 26th fax we were just

5    talking about?

6           A.   Okay.

7           Q.   All right.  Is there any other

8    information about projects that was submitted to

9    DBPR as part of your application for licensure?

10          A.   I don't remember.  I mean, I'm not

11   sure.  If there is something else, it would be in

12   the file, it would have been -- you'd have that

13   from DBPR, but I don't think there was.

14          Q.   What's the next thing that happens

15   after you or somebody on your behalf submits the

16   supplement to the application that we just went

17   through to DBPR?

18          A.   We were told that we were going have

19   to go to -- in front of the board to present our

20   case.  David Bryant was telling us, so he was

21   working on getting us the date that our -- that our

22   application would be going to the board.  So, we

23   started preparing and we printed up a bunch of

24   photos of all the jobs and information packets.  I

25   mean, we went through a whole speal of things to



1    get ready for this board meeting to go present our

2    case.

3           Q.   If I can use September 26th as a point

4    of reference.  When after that, did you find out

5    there was suppose to be a hearing?

6           A.   David Bryant had mentioned to my dad

7    that he had to get from the DBPR whoever that find

8    out when the next hearing was.  They only do them

9    so many times a year or whenever, every few months.

10   It wasn't every month.  It was certain parts

11   they -- certain times they do the license

12   application hearings.  It's not every month.  So

13   you had to figure out when the next one was and

14   find out when ours go across.  So, as soon as we

15   started -- we submitted the application, we started

16   the process of gathering up our information to go

17   to the board with photos and that's it, everything

18   to present our case.

19          Q.   When did you start doing that?

20          A.   During September, I'm assuming, that's

21   when we were doing it.  We were doing all of this

22   because we knew from the get -- from the get-to

23   that they -- that Mr. Bryant mentioned that we was

24   going probably to -- have to go in front of the

25   board to do our -- you know, present our case.



1          Q.    Did you participate in getting the

2     photos together and the package of the information

3     together?

4          A.    I think so, yea.

5          Q.    Had you talked to Mr. Bryant directly

6     personally by this time?

7          A.    No.

8          Q.    Was a hearing set before the board at

9     some point?

10         A.    I don't think.  We never got a date,

11    from what we -- from what I recall and back then is

12    we -- after I think this list was submitted, we

13    hadn't heard anything from them or anybody.  And I

14    think I remember Bridgette was on the DBPR's

15    website working on something.  And she just

16    happened to type our name in and said our name's up

17    and it's got a license there.

18              So my dad got on the phone and called

19    David Bryant and asked him what happened.  He's,

20    like, well, we submitted everything and the

21    administration felt that it didn't need to go

22    across the board, that they would issue the license

23    without going to the hearing.  So we didn't -- we

24    didn't have to go to the hearing.

25         Q.    Did you get a letter or some type of a



1    communication?

2          A.   Eventually, we got the letter in the

3    mail that states that you got -- here is your

4    license, I guess.

5          Q.   Do you know when that was?

6          A.   It had to have been October.

7          Q.   As far as I can tell, of all the

8    projects that we've covered that were submitted to

9    DBPR, there isn't a single project that was new

10   construction of four floors or more by PVGC that

11   were part of your application process.  Am I saying

12   that correctly?

13         A.   I guess.

14         Q.   Okay.  Have you seen, on any of the

15   applications that we looked at, the supplemental

16   information, a project that you worked on through

17   PVGC that was the construction of four floors or

18   more of new construction?

19         A.   The application doesn't say that.

20         Q.   And do any of the projects that we --

21   that you listed on the application qualify for new

22   construction of four floors or more?

23         A.   We put on the application what we was

24   advised by David Bryant on what he -- we felt was

25   four stories in height, as it says, on the



1   application.

2          Q.   That wasn't my question, Mr. Vicari.

3   My question was very specific.

4               Is there a single project on any

5   application or supplement that you submitted or was

6   submitted on your behalf to DBPR that was four

7   floors of new construction or higher through PVGC?

8          A.   None are listed as that.  So, we

9   didn't tell anybody any which way that, yes, we did

10  and, no, we didn't.  It was -- the projects we

11  listed are specific enough of what they are.  It

12  was up to the board to determine if I have the

13  experience or not to get a license.

14         Q.   And as I read each and every project

15  that we have gone through, none of them are new

16  construction of four floors or more, are they?

17         A.   Whatever the application of the

18  projects state.

19         Q.   Can you point to any of them that are

20  four floors of new construction or more?

21         A.   No.  Because none of them are listed

22  that way.

23         Q.   And I know they are not listed that

24  way, Mr. Vicari.  Regardless of how they are

25  listed, is there a single project on any of the



1   documentation that we just went through for DBPR

2   that shows a project that you worked on through --

3   through PVGC that is four floors of new

4   construction or more?

5          A.   They are not listed that way, no.

6          Q.   I don't care if they are listed that

7   way.  Is there one that would qualify for that?

8          A.   I'm not trying to qualify one.

9   Listen, my project is my experience on that

10  application and that's what I state.  I'm not

11  lying, I'm not stating that they are.  I'm not

12  stating that they are not.  I'm stating that those

13  projects qualify for four stories in height.

14         Q.   I know what you are saying on there.

15  That's not --

16         A.   What more you want me to say?

17         Q.   I want you to answer my question

18  because you haven't yet.  So I will try it again.

19  Forgot what it says on the application.

20             Is there a project that is on the

21  application, not how it's described, is there a

22  project on the application, drafts of the

23  application, supplement to the application,

24  anything that we just covered that was provided to

25  DBPR that was four floors of new construction or



```
 1    higher by PVGC?

 2            A.   Answer your question, no.  That's not

 3    represent -- represented on the application.

 4            Q.   I'm going to move ahead now to the --

 5    well, let me back up.

 6                 During the -- during the time that you

 7    were going through the process of applying for and

 8    waiting for a license through DBPR, did you

 9    represent or tell anybody that you already had a

10    Florida license?

11            A.   That me personally?  Say it again now.

12            Q.   While your application was going

13    through the process, while you are waiting for it

14    to be approved or disapproved or whatever, so this

15    August to October time period, did you ever tell

16    anybody that you had a Florida license, even though

17    you hadn't had one yet?

18            A.   I don't think so.  Not that I

19    remember.  I don't know why I would say that if I

20    didn't have one.  Maybe said we are working to get

21    one.

22            Q.   Did you ever tell anybody that you

23    were in Florida taking continuing education

24    classes?

25            A.   I don't remember.
```



1    Q.   If I could be more precise.  Did you

2  ever tell Vito Depinto that you were in Florida

3  taking continuing education classes?

4    A.   No.  I told Vito I was taking a class

5  down there because we had dinner one night after

6  class.

7    Q.   In Sarasota?

8    A.   Correct.

9    Q.   Did you tell him you were taking a

10 class to get your license or you were taking

11 classes because you already had a license?

12   A.   I don't remember.

13   Q.   Did you ever tell Coastal, before you

14 received your license, that you did not have one?

15   A.   I don't think I did.

16   Q.   Did you ever tell anybody related to

17 this project, between August and October, that you

18 did not have a Florida license?

19   A.   Not that I remember.

20   Q.   I want to cover a little background on

21 the project, and then we will get into the work of

22 the project.

23        The -- had you ever done any work with

24 the owners of this project?

25   A.   I haven't, no.



1          Q.    And when I say this project, I'm

2    talking about the Civic Towers project, okay?

3          A.    All right.

4          Q.    Had you ever done any work with Sto

5    Panels or the Stow company before?

6          A.    We've used their products, stucco

7    systems in New Orleans.  Just manufactured the --

8    you know, the materials.

9          Q.    When you say materials, what do you

10   mean?

11         A.    Like the stucco mixes and mesh, all

12   the products that Sto makes for stucco systems, we

13   used Stow and drive it in New Orleans area.

14         Q.    Had you ever used the prefabricated

15   panel system before?

16         A.    No.

17         Q.    Had you used any type of prefabricated

18   panel system before?

19         A.    We had -- we've used --

20              MR. LAWHON:  Did you get all that?

21      (Thereupon, the question was read back.)

22              THE WITNESS:  Trying to think which

23         one -- which projects we may have used it

24         on.  Not the Stow panel system, but I know

25         we've used panels attached to walls, like a



1            prefabricated architectural panel.  I mean,

2            we used prefab panels before.  Just not,

3            like, a complete system with studs and all,

4            but we attached the studs systems.

5    BY MR. LAWHON:

6            Q.   What projects can you think of where

7    you've done that?

8            A.   I know the Terrytown Golden Age Center

9    was a small building that we had done some

10   architectural panels in the front entry system.  A

11   few jobs have prefabricated cash stones, different

12   shapes and sizes that we done on projects.  I mean,

13   I don't know exactly which ones.  A lot of jobs

14   nowadays all have cast stones, so it's all -- I

15   don't know which ones exactly, but we've used

16   prefabricated systems on top of walls before.

17           Q.   The architectural panels that you

18   described for Terrytown, were those more aesthetic

19   in nature or structural in nature?

20           A.   I guess both.  I mean, I don't know

21   what their design intent was back then, but I'm

22   sure both.

23           Q.   How long ago was that?

24           A.   That project was going on during

25   Terrytown Elementary School, the big school.



1   Because I remember it was across the street and you

2   could walk to it.  They are the same superintendent

3   watching over it, Golden Age was across the street.

4          Q.    When was that?

5          A.    During the time frame was Terrytown

6   Elementary School was in the application.

7          Q.    Any other projects come to mind where

8   you've used a prefabricated panel?

9          A.    No, not offhand I can't remember.

10         Q.    Had you ever had any dealings with

11  Dominick Baruffi?

12         A.    The only dealing that I had dealing

13  with him was I think when the owner asked me to

14  look into the sto panel system for the Civic Tower

15  projects, I remember going onto Sto's website to

16  find out who would I first contact to get

17  information on it, I guess.  And I want to say his

18  e-mail or his contact info was on it or you submit

19  a question through their website and that's who

20  contacted us, asking about what we needed

21  project-wise.  I remember having Bridgett send him

22  the plans and telling them what -- kind of what we

23  are looking at trying to do.  And that's the only

24  contact I had with him.  Because once he came back

25  with his answer on what we were looking for, he

 1   gave us Coastal's contact info.  And that's all I
 2   ever dealt with Dominick for.  He just point us --
 3   pointed us in the direction to get the contractor.
 4        Q.   Would that have been before or after
 5   the owners closed on the purchase of the Towers?
 6        A.   Before.
 7        Q.   Would that have been sometime in the
 8   summer or fall of 2016; before, during or after?
 9        A.   It was very early on.  It had to have
10   been -- I don't know.  It was early, middle of '16.
11   I know there is an e-mail from Dominick on it when
12   we first contacted them.  So it's whatever the date
13   is on there.
14        Q.   Did you have any other communications
15   with Mr. Baruffi?
16        A.   I don't think I ever did.  After I got
17   that information, there was no reason for me to
18   talk to him or go back to him.
19        Q.   When did you first start --
20             MR. PARTINGTON:  Off the record for
21        just one second.  That reminded me.  Have
22        y'all signed the confidentiality agreement,
23        the signature pages back.
24             MR. LAWHON:  Sure.
25             MR. PARTINGTON:  Because it just



```
 1   reminded me because I know you want the Sto
 2   documents.  And that's -- that's -- I don't
 3   remember that we got those pages.
 4        MR. HARRISON:  I read through and I
 5   don't have a problem with it.
 6        MR. PARTINGTON:  Sign it and send it
 7   to me.
 8        MR. HARRISON:  I'm actually glad you
 9   reminded us because I -- I had been looking
10   at other stuff and light on that.
11        MR. PARTINGTON:  I just didn't want to
12   get too far down.
13        MR. LAWHON:  In 15 minutes, I will
14   talk to Guy --
15        MR. PARTINGTON:  Okay.
16        MR. LAWHON:  -- if we haven't sent it
17   to you, we will get it sent back over.
18        MR. PARTINGTON:  Okay.  I just don't
19   want that to linger because I know you've
20   been asking for it.  So--
21        MR. LAWHON:  Fair enough.  I'm sorry.
22   I don't mean to laugh too much.  I just
23   have a lot of people that I know that
24   interrupt things because they want to get
25   it off their mind, like, right away.  They
```



1            don't like to make notes and stuff, so

2            that's all I'm laughing about.  It's okay.

3                MR. PARTINGTON:  I actually had a

4            note.  I just didn't want to get too far

5            down the road on it.

6                MR. LAWHON:  I know.  You did that on

7            purpose to break up my train of thought.

8                MR. PARTINGTON:  No.  You asked about

9            communicating.  I'm trying to get you back

10           on track.

11               MR. LAWHON:  I'm good, I'm good.

12               MR. PARTINGTON:  Okay.

13               MR. LAWHON:  Thank you.  It's just a

14           brief pit stop.  I will get back out there.

15               MR. PARTINGTON:  All right.

16   BY MR. LAWHON:

17           Q.   When is the first time you heard about

18   this project?

19           A.   I don't remember the date.  That was

20   whenever my dad told me that he was talking to a

21   friend of his and these owners about potentially a

22   project down here.  I don't remember the date.  It

23   was early in '16, I guess or in the middle of '16

24   when all of this was starting.

25           Q.   When did you first start communicating



 1   with Coastal about this project?

 2          A.   It was when we contacted Vito or after

 3   Dominick gave me his information.

 4          Q.   If early in 2016 is when you learned

 5   about the project, when in relation to that time

 6   period did you first start communicating with

 7   Coastal?

 8          A.   Like I said, I don't remember the date

 9   offhand.  I know there is an e-mail from Dominick

10   giving us Coastal's information, so it's whatever

11   that date is.

12          Q.   On that same date or shortly

13   thereafter?

14          A.   Probably shortly thereafter.  I mean,

15   whenever Dominick gave it to us, we got their info

16   and called them.

17          Q.   Were you the one that reached out to

18   Coastal first or was somebody else on behalf of

19   PVGC that did that?

20          A.   I don't remember exactly who called

21   first.  It was me and my dad; one of us did.

22          Q.   At some point, did you participate in

23   a call with Vito Depinto?

24          A.   There was many calls with Vito, I

25   mean.



 1         Q.    Early on, getting introduced to the
 2    project?
 3         A.    I'm sure I was.  I mean, I don't know
 4    which one, but we were kind of always talking in
 5    the very beginning when we first started.
 6         Q.    Did you speak to anybody else from
 7    Coastal while you were talking early on while
 8    working on this project?
 9         A.    I think it was always Vito when we
10    first started.  I don't think it was -- I don't
11    think Kevin came in or anybody else until maybe so
12    not far down the road when things started actually
13    developing to something.  But I think it was always
14    Vito the point person when we first started.
15         Q.    Between the time of the early
16    discussions and the time fast forwarding a little
17    bit to where contracts are signed, which happens in
18    February of 2017.  So that time period in there,
19    were you always communicating with Vito or did you
20    talk to other Coastal people?
21         A.    A bunch of them by then through the
22    whole -- that whole time frame, it had became Vito,
23    Kevin, Todd, John, Ryan a few times.  I mean, it
24    was all of them.  I mean, it was a bunch of them.
25         Q.    Before the contract was signed?



1          A.    Yea.   I met the whole team.

2          Q.    Was your father also talking to

3    Coastal people during this same time?

4          A.    Sure, yea.

5          Q.    At the same time that you were or was

6    it during different times?

7          A.    I mean, I don't know exactly.  I mean,

8    I would talk to Vito about something project

9    specific, my dad would call about money-wise or --

10   or contract verbiage or more specific stuff.  But I

11   was mainly on the project side.  I wasn't dealing

12   with a lot of the bonding or contracts that they

13   were on.  It was just me and Vito talking about

14   project.

15         Q.    What would you say were the subjects

16   of topics that you were talking to the Coastal

17   people about early on up to -- leading up to the

18   contract?

19         A.    I mean, there was so much back and

20   forth of what we -- what they plan on doing to help

21   to use their system.  I mean, that's a lot

22   happening at time frame till the contract signed

23   because, I mean, we had a lot of moving parts.

24         Q.    So I would just call that Coastal's

25   sort of plans and specs for what they would design



1  and use as the Sto panel system for the projects,

2  kind of broad way of saying it?

3           A.   I guess, yea.  I guess, yea.

4           Q.   Were you talking to them about

5  contract prices at all or dollar amounts of

6  anything?

7           A.   Vito submitted preliminary pricing of

8  what he thought it would cost and revise it a few

9  times.  It was based on conversation with the

10 owners of me or my dad of how we were going to do

11 things and who was going to provide what.  I mean,

12 it was always a back and forth.

13          Q.   You were participating in those

14 discussions, not your dad?

15          A.   Some of them.

16          Q.   Okay.

17          A.   One of those proposals.  Sometimes

18 Vito I noticed would e-mail my dad directly and not

19 me, so -- but I wasn't the one that asked him about

20 something.  So things kind of didn't always get to

21 me when Vito would send something.  But eventually

22 it did.  And it always worked the same because me

23 and my dad worked together on it.

24          Q.   Was there any particular aspect of

25 dealing with Coastal that you were in charge of



 1   just by yourself as opposed to your dad, like

 2   estimating, for example, or pricing or --

 3          A.   My dad didn't do nothing with the

 4   estimating.  That was all me.  So I was mainly

 5   doing the estimate and making sure the scopes of

 6   work were covered it.  I guess, I mean, I don't

 7   know some specifics.  You need to ask.  There was a

 8   lot going on at that time.  It ain't just with

 9   Coastal.  It was with all different subs of making

10   sure things were getting covered.

11          Q.   Let me sort of cover it from a

12   different way.  We had talked early on about what

13   it meant to buyout a job.  Do you remember that

14   discussion?

15          A.   Uh-huh.

16          Q.   Yes?

17          A.   Yes.

18          Q.   Okay.  What did you do to buy out this

19   job before the contracts with Coastal were signed?

20          A.   Got pricing from Vito.  It changed a

21   few times.  I mean, it was always where when Vito

22   was in contact, I mean, we had a quickly call.  We

23   started having them on a date, we started having

24   weekly calls with the owner and Vito and us to

25   determine what they were going to be doing and the



 1   different scopes of their department, I guess.  You

 2   know, making sure they covered all what they were

 3   supposed to cover and I covered what I was supposed

 4   to cover.  And that way there wasn't no issues.

 5           Q.    Let me ask the question in a broader

 6   way.  What did you do to buyout the whole project

 7   before you signed the -- before PVGC signed its

 8   prime contract with the owners?

 9           A.    Nothing could be bought out until the

10   contract was signed by the owner and us.  I mean,

11   that was -- you can't buy nothing if you don't have

12   a contract with the owner.  I can't -- but I can

13   give LOIs, I can give -- I can give certain things,

14   but I just can't buy it, sent to the job site.  But

15   we can lock in prices with LOIs, I guess.

16           Q.    So let me make sure we are using the

17   right nomenclature, then.

18                 Did you have -- my recollection is

19   that PVGC signed the prime contract, the owners, I

20   think in January of 2017.  Does that sound right?

21           A.    Sounds right, I guess.  I mean, I

22   don't --

23           Q.    I will double check the date, but

24   let's go with December of '16 or January of '17.

25           A.    Okay.



1    Q.   Did -- did PVGC have any contracts

2    that it signed with subcontractor, suppliers or any

3    trades before it signed the prime contracts with

4    the owner?

5    A.   I think I remember Coastal was the

6    only one that was maybe released to do their 3-D

7    and site survey and field measurements before the

8    contract was signed to get a jump start on the shop

9    drawings.

10    Q.   Is there any subcontractor, supplier

11    or trade you can think of right now that PVGC had a

12    contract it had signed with before it signed the

13    prime contracts for this project?

14    A.   I don't remember.  I don't think.  I

15    don't know.  I don't think so, but I could be

16    wrong.  I don't remember.

17    Q.   Did PVGC have any bids, proposals or

18    estimates from any subs or trades or any suppliers

19    before the prime contracts were signed for this

20    project?

21    A.   We had -- yeah.  We had to make sure

22    we had our ducks in a row before we signed a

23    contract.  As soon as we were going to sign the

24    contract, the job had to start.

25    Q.   What bids did -- what trades or subs



1    or suppliers did PVGC have bids from before it

2    signed the prime contracts on this job?

3         A.   I don't remember.  We had quite a few.

4    I don't remember one in particular, but we had a

5    quite of few them that we already had.

6         Q.   How many is quite a few?

7         A.   I don't remember.  We kept a folder

8    that was for the early bid and subs that we were

9    going to use.  I don't know.  I mean, I don't know

10   exactly how many.

11        Q.   Was it more than five or less than

12   five?

13        A.   Had to be more than five.

14        Q.   What trades would they have been?

15        A.   I don't remember.  I know we had very

16   early on before Coastal came into play, we were

17   looking at replacing the exterior skin steel

18   framing so we had got a local -- one of our good

19   guys back home that travels with us to give us a

20   price on reframing the building and sheetrock -- I

21   mean, reframing and putting the stucco back on, in

22   the field.  So I had that bid.  Uh, had some roof

23   quotes, I remember.  We had some -- I don't

24   remember exactly which ones.

25        Q.   Who was the field framer?



 1          A.    Back home this company was Drywall

 2     Specialties.

 3          Q.    Drywall Specialties?

 4          A.    Yea.

 5          Q.    Any other trades you can think of that

 6     you had a bid, a quote, an estimate, a proposal for

 7     prior to signing the prime contracts on this job?

 8          A.    I don't remember.  Because I know a

 9     lot of stuff the owner gave me specs on.  And a lot

10     of stuff comes from HD Supplies, so I was able to

11     price out a lot of the finishes just through HD

12     Supplies because that's how -- that's all they use

13     in all their apartments throughout the country so

14     it's easy to get replacements.

15               A lot of the specs they gave me for

16     what they use for interior was all generic items

17     that you can just get pricing, call up Home Depot,

18     call up anybody and just get a pricing and do my

19     own takeoff.

20          Q.    You talking appliances, plumbing

21     fixtures --

22          A.    Correct.

23          Q.    -- things like that?

24          A.    Correct.  Because there is nothing

25     special.



```
 1          Q.   Anybody else?

 2          A.   I don't remember.  I mean, that's --

 3   that's what comes to mind.

 4          Q.   Are there any other subcontractors,

 5   suppliers or trades that you personally talked to

 6   about working on the job, regardless of whether you

 7   had a proposal or estimate or bid from them prior

 8   to signing the prime contracts?

 9          A.   Like I say, I don't remember.  I mean,

10   things back then were going so crazy, we were

11   trying to get the job in line with Coastal, getting

12   things started.  And that was the main part of the

13   job, was the exterior.  The interior was pretty cut

14   and dry, just proposing finishes.

15          Q.   So as you sit here today, you don't

16   remember a single sub or trade that you would have

17   talked to about possibly working on the job before

18   the prime contracts were signed, other than Drywall

19   Specialties and Coastal?  Am I getting that right?

20          A.   That was the biggest part of it.  Like

21   I said, interior finishes, I can estimate that

22   myself with just takeoff, with change out, because

23   it wasn't opening any walls.  So it was just

24   exterior -- I mean, I'm sorry, it was just finishes

25   inside the apartments, which was able to be bought
```



 1   off HD Supply's web site or local places, so it's

 2   easy to just estimate it myself.  And once we get

 3   started, I can find labor to go swap it out, what

 4   we did.

 5          Q.    Did you actually do estimates for the

 6   HD Supply finishes and products that you're talking

 7   about?

 8          A.    The schedule of value that was used is

 9   pretty much the estimate.  It's broken down by

10   everything.

11          Q.    Schedule of values that's, what,

12   attached to the prime contract or what schedule of

13   values you talking about?

14          A.    Schedule of values that we use for pay

15   apps.  I mean, I'm not sure if that's the one that

16   exactly is attached to the contract, but it's the

17   one that everybody uses.

18          Q.    Where did those figures come from that

19   are in the schedule of values?

20          A.    Derived from my getting pricing from

21   HD Supply or Home Depot or whatever it was.  Just

22   plug it in.  Take the quantity you need.  It was

23   pretty simple to do a takeoff on 196 units in one

24   building and 151 in the other.  They are all the

25   same.



```
 1        MR. LAWHON:  Why don't with adjourn

 2   for the day.

 3        THE VIDEOGRAPHER:  Okay.  We are off

 4   the record.  It's 5:30 p.m.  This ends

 5   Media 3, we are off the record.

 6        (Thereupon, the deposition was

 7   concluded at 5:30  p.m.)

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



PETER J. VICARI Volume II                                    October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS                    269

1              CERTIFICATE OF SHORTHAND REPORTER

2

   STATE OF FLORIDA       )
3                         )  SS.
   COUNTY OF MIAMI-DADE)

4

5              I, Marvalencia Miller, Florida
   Professional Reporter, do hereby certify that I was
6  authorized to and did stenographically report
   deposition of PETER VICARI, that a review of the
7  transcript was requested; and that the foregoing
   transcript, pages 187 through 269 is a true record
8  of my stenographic notes.

9              I FURTHER CERTIFY that I am not a
   relative, employee, or attorney, or counsel of any
10 of the parties, nor am I a relative or employee of
   any of the parties' attorney or counsel connected
11 with the action, nor am I financially interested in
   the action.

12             DATED, this 29th day of October, 2018.

13

14

15 _____
   MARVALENCIA MILLER

16

17

18

19

20

21

22

23

24

25



1                    CERTIFICATE OF OATH

2

3    STATE OF FLORIDA

4    COUNTY OF DADE

5

6

7              I, the undersigned authority, certify

8    that PETER VICARI personally appeared before me and

9    was duly sworn.

10             WITNESS my hand and official seal this

11   29th day of October, 2018.

12

13

14

15   _ _ _ _ _ _ _ _ _ _ _ _ _ _

16   MARVALENCIA MILLER
     Notary Public State of Florida
17   My commission Expires: 8-6-22
     Commission #FF 148575

18

19

20

21

22

23

24

25



1                        ERRATA SHEET

2            I, Peter Vicari, do hereby acknowledge that

3    I have read this transcript and find it to be

4    accurate except for the corrections noted below.

5

6    PAGE      LINE       /

7    PAGE      LINE       /

8    PAGE      LINE       /

9    PAGE      LINE       /

10   PAGE      LINE       /

11   PAGE      LINE       /

12   PAGE      LINE       /

13   PAGE      LINE       /

14   PAGE      LINE       /

15   PAGE      LINE       /

16

17

18

19

20                        Peter Vicari

21

22         Signed and dated this      day of

23   2018.

24

25



```
 1   Reference No.: 3015555

 2

 3   Case:  PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS

 4

        DECLARATION UNDER PENALTY OF PERJURY

 5

        I declare under penalty of perjury that

 6   I have read the entire transcript of my Depo-
     sition taken in the captioned matter or the

 7   same has been read to me, and the same is
     true and accurate, save and except for

 8   changes and/or corrections, if any, as indi-
     cated by me on the DEPOSITION ERRATA SHEET

 9   hereof, with the understanding that I offer
     these changes as if still under oath.

10

11        _____

12        Peter J. Vicari

13

14        NOTARIZATION OF CHANGES

15             (If Required)

16

17   Subscribed and sworn to on the _____ day of

18

19   _____, 20____ before me,

20

21   (Notary Sign)_____

22

23   (Print Name)              Notary Public,

24

25   in and for the State of _____
```



 1   Reference No.: 3015555

     Case:  PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS

 2

 3   Page No._____Line No._____Change to:_____

 4   _____

 5   Reason for change:_____

 6   Page No._____Line No._____Change to:_____

 7   _____

 8   Reason for change:_____

 9   Page No._____Line No._____Change to:_____

10   _____

11   Reason for change:_____

12   Page No._____Line No._____Change to:_____

13   _____

14   Reason for change:_____

15   Page No._____Line No._____Change to:_____

16   _____

17   Reason for change:_____

18   Page No._____Line No._____Change to:_____

19   _____

20   Reason for change:_____

21   Page No._____Line No._____Change to:_____

22   _____

23   Reason for change:_____

24

     SIGNATURE:_____DATE:_____

25   Peter J. Vicari



1    Reference No.: 3015555

     Case:  PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS

2

3    Page No._____Line No._____Change to:_____

4    _____

5    Reason for change:_____

6    Page No._____Line No._____Change to:_____

7    _____

8    Reason for change:_____

9    Page No._____Line No._____Change to:_____

10   _____

11   Reason for change:_____

12   Page No._____Line No._____Change to:_____

13   _____

14   Reason for change:_____

15   Page No._____Line No._____Change to:_____

16   _____

17   Reason for change:_____

18   Page No._____Line No._____Change to:_____

19   _____

20   Reason for change:_____

21   Page No._____Line No._____Change to:_____

22   _____

23   Reason for change:_____

24

     SIGNATURE:_____DATE:_____

25   Peter J. Vicari



**Exhibits**

3015555 Pet
er.J.
 Vicari.
EXHIBIT314

3015555 Pet
er.J.
 Vicari.
EXHIBIT315

3015555 Pet
er.J.
 Vicari.
EXHIBIT316

3015555 Pet
er.J.
 Vicari.
EXHIBIT317

3015555 Pet
er.J.
 Vicari.
EXHIBIT318

**1**

1
  218:8,20

10
  224:18,23

10-by-10
  192:12

14
  217:5

15
  255:13

151
  267:24

16
  215:4
  217:5

254:10
256:23
262:24

1607
  204:13

17
  262:24

18
  227:12,18
  228:25
  229:4

18,000
  234:16,18

18-month
  229:19

196
  267:23

**2**

2
  218:20

2-inch
  201:9

2010
  201:23

2012
  199:24
  202:21,
  23,25
  203:12,
  22,23
  204:7

2013
  199:24
  203:22
  204:7
  227:3
  228:5

2016
  214:16

218:5,11
225:24
227:3
232:6
254:8
257:4

2017
  258:18
  262:20

21
  233:5,10

21,000
  233:8
  234:5,19

2100
  233:9

22nd
  214:16
  217:4

23rd
  202:21
  225:23

26
  218:5

26th
  243:4
  244:3

27-foot
  234:22,23

**3**

3
  190:3
  197:2
  201:14
  218:20
  221:3
  268:5

3-D
  263:6

3-inch
  201:8

30
  212:12

302
  225:25

313
  231:7

314
  190:7,11,
  15

315
  205:14,
  15,18
  206:5
  208:7

316
  213:9,11
  219:2

317
  217:19,
  22,25
  219:3,8,
  13 221:1
  225:4
  226:24
  235:9

318
  233:13,
  14,16,19
  234:15
  235:4

35
  212:11

39th
  212:14

3:40
  190:4

**4**

4
  197:2
  218:20

40
  212:12

4600
  190:23,24
  201:21,24

4953
  235:4

4:40
  237:18

4:50
  237:20

**5**

5
  218:21

50-by-50
  192:13

5:30
  268:4,7

**6**

6th
  217:3

**7**

7
  213:13

7/24
  202:24

70
  221:22



224:14,22

**8**

8
 217:17

8th
 217:3
 227:3
 228:5

**9**

911
 198:24

**A**

accurate
 238:9,23

acoustical
 196:15,17
 198:8,10,
 12 199:5

action
 223:16

actual
 229:18
 235:10

added
 192:22,24
 193:3,5,
 10 213:17
 226:8,13

addition
 212:3

additional
 193:10
 210:5
 217:14

address
 190:24
 202:15
 204:9
 210:3
 235:3,5,7
 238:3

addresses
 235:19

adjourn
 268:1

administrat
ion
 245:21

advertiseme
nts
 238:6

advise
 223:15

advised
 200:14,16
 222:4
 246:24

advising
 216:21

aesthetic
 252:18

Age
 252:8
 253:3

agencies
 227:20

agree
 194:4
 209:1,15

agreement
 254:22

ahead
 191:11
 249:4

amounts
 260:5

angles
 206:13

annex
 190:22
 201:20
 202:5

anticipatin
g
 234:14

apartment
 191:25

apartments
 265:13
 266:25

appears
 218:4
 221:16

appliances
 265:20

application
 190:25
 201:14
 202:16
 203:4,5
 204:4,10,
 11,21
 205:6,9,
 21,24,25
 206:2,15
 213:3
 214:22
 216:22
 217:2,8
 220:24
 221:6
 223:11
 224:22
 225:11,
 16,22
 226:5
 232:7

233:4
 234:5,19
 235:8
 237:1
 242:25
 243:2,3,
 9,16,22
 244:12,15
 246:11,
 19,21,23
 247:1,5,
 17
 248:10,
 19,21,22,
 23 249:3,
 12 253:6

applications
 246:15

applying
 249:7

approved
 227:19,22
 249:14

apps
 267:15

April
 202:21
 227:3
 228:5

architect
 201:25

architectur
al
 252:1,10,
 17

area
 199:3
 210:17
 230:6
 231:24
 242:20
 251:13

areas
 194:3
 201:3
 234:13

arrived
 205:9

aspect
 238:18
 260:24

assume
 223:18
 240:11

assuming
 216:4
 244:20

attached
 251:25
 252:4
 267:12,16

attic
 241:18

auditorium
 225:4,14
 226:1
 227:9
 230:11
 231:10,
 11,15,23
 233:12
 234:1,16,
 24 235:24
 237:8,12,
 25 238:8
 239:22
 240:2,16
 241:5

August
 199:24
 202:23
 225:23
 249:15
 250:17



Avenue
 235:11,
 17,19

aware
 218:23

————————

    B

back
 190:2
 191:23
 201:13
 207:12
 208:4
 210:15
 211:22
 213:7
 214:21
 215:1
 218:11,
 13,20
 219:5,15
 222:23
 232:25
 234:3
 242:3
 245:11
 249:5
 251:21
 252:21
 253:24
 254:18,23
 255:17
 256:9,14
 259:19
 260:12
 264:19,21
 265:1
 266:10

background
 250:20

backside
 210:17
 232:24

Bank
 193:22
 203:6

Bar
 197:5,6

Baruffi
 253:11
 254:15

based
 222:12
 223:20
 260:9

basis
 234:12

bear
 239:6

beginning
 258:5

begins
 190:3

behalf
 243:15
 247:6
 257:18

belief
 212:24

bid
 264:8,22
 265:6
 266:7

bids
 263:17,25
 264:1

big
 192:9
 228:24
 230:16
 252:25

biggest
 266:20

bit
 194:20
 198:23
 209:8
 258:17

bitty
 234:2

blank
 211:13

block
 228:13,14

blurry
 231:22

board
 190:18
 201:21
 212:19
 220:2,6,
 22
 243:19,22
 244:1,17,
 25 245:8,
 22 247:12

bonding
 259:12

bottom
 194:16
 215:7
 218:4
 221:3

bought
 262:9
 266:25

box
 200:12
 207:7

brand
 234:15

break
 237:15,16
 256:7

breaker
 207:7

breaks
 210:15

Bridgett
 253:21

Bridgette
 232:11
 245:14

broad
 260:2

broader
 262:5

broken
 210:13
 239:23
 267:9

Bruce
 213:12
 217:17

Bryant
 200:14,16
 215:21,24
 216:1,4,
 7,19,21
 219:17,21
 220:5
 222:3
 223:7,19
 224:17
 226:12,
 14,18
 243:1,20
 244:6,23
 245:5,19
 246:24

Bryant's
 222:12,24
 224:10

BSI
 213:13,
 16,20

217:18

build
 192:16
 193:15,19
 195:22
 198:18
 212:20,22
 227:9

building
 190:13,
 19,22
 191:3,17
 192:6,8
 194:14,17
 195:11
 197:1
 200:10,
 11,23
 201:20,21
 202:5
 204:24
 205:2,5
 206:12,
 14,19,25
 207:3,13
 208:6,12,
 14,21,22,
 25 209:1
 210:16,18
 212:10,15
 221:22
 222:7,16
 224:22
 228:9,21
 230:8
 232:3,19,
 21,25
 235:16
 238:10,
 16,22
 239:12,19
 240:22
 241:18
 252:9
 264:20
 267:24



buildings
  222:21
  238:7

buildout
  195:15
  197:24
  198:20
  199:19

built
  209:4
  212:12,13
  231:15
  235:16
  237:7,10

bunch
  241:16
  243:23
  258:21,24

busy
  216:2

buy
  261:18
  262:11,14

buyout
  261:13
  262:6

─────────
       C
─────────

C-O-N
  218:8

calculated
  230:1
  232:1

call
  194:22
  195:14
  196:21
  230:23
  236:23
  241:20
  242:13

257:23
259:9,24
261:22
265:17,18

called
  225:22
  243:3
  245:18
  257:16,20

calls
  257:24
  261:24

canvassing
  237:24

care
  215:12
  248:6

case
  243:20
  244:2,18,
  25

cash
  252:11

cast
  252:14

ceiling
  195:17,
  22,23
  196:13,
  15,17,20,
  22,23,24
  197:4,10,
  17,18
  198:7,8
  199:5
  234:23,24
  235:2
  236:24
  239:1
  241:6

ceilings
  198:11,13
  236:15

239:2

center
  193:22
  198:23
  203:7
  209:13
  210:3
  212:3
  241:5
  252:8

certified
  211:19

chance
  206:6
  214:12
  217:24

change
  221:11,21
  222:10
  229:14,15
  266:22

changed
  211:23
  212:1
  221:18
  261:20

charge
  260:25

check
  200:11
  262:23

checked
  194:4

checks
  237:2

City
  191:25
  235:4,11,
  17,18

Civic
  251:2
  253:14

claim
  211:18

class
  250:4,6,
  10

classes
  249:24
  250:3,11

clear
  214:21
  229:17

clips
  238:19
  239:3

close
  202:23
  242:3

closed
  254:5

Coastal
  250:13
  257:1,7,
  18 258:7,
  20 259:3,
  16 260:25
  261:9,19
  263:5
  264:16
  266:11,19

Coastal's
  254:1
  257:10
  259:24

comfortable
  215:13

command
  193:22
  198:23
  203:7

communicati
ng
  256:9,25

257:6
258:19

communicati
on
  246:1

communicati
ons
  216:6
  254:14

company
  251:5
  265:1

compare
  221:8

complete
  193:15
  197:23
  229:9
  238:17
  242:8
  252:3

completed
  232:8
  235:25

completely
  197:20

comprise
  190:14
  191:22

Con
  218:7
  240:9,17

concluded
  268:7

concrete
  193:18,19
  196:3,9,
  18,25
  198:3
  199:8,12,
  19 200:25
  201:3,7,



9,11
228:13

condition
229:5

confidentia
lity
254:22

connect
208:11

consecutive
212:21

considered
200:15
201:10

consist
196:3

consists
206:6

construct
200:19
201:4

constructed
229:2
239:1
241:17

constructin
g
234:23

constructio
n
194:7
200:13
209:14
211:2,7
212:16,21
227:15
228:20
229:8,19
237:3,7,
12,24
238:9,17
239:22

240:16
242:11
246:10,
17,18,22
247:7,16,
20 248:4,
25

contact
220:1,8,
22
253:16,
18,24
254:1
261:22

contacted
253:20
254:12
257:2

contacting
220:13

contained
219:12
221:17
225:7

continuing
249:23
250:3

contract
258:25
259:10,
18,22
260:5
262:8,10,
12,19
263:8,12,
23,24
267:12,16

contractor
203:15,
16,19,20
240:10
254:3

contractor'
s
211:20

contracts
258:17
259:12
261:19
263:1,3,
13,19
264:2
265:7
266:8,18

conversatio
n
223:21
224:8
260:9

copy
213:17

corner
195:2

correct
193:25
194:4,24
197:8,11,
14,16,19
202:22
206:1,4
208:20
209:2,10,
23
210:10,21
211:11,21
212:9
216:14
217:6
218:6,9,
22
221:10,
13,20,25
222:9
223:9,13
225:8,15
227:8,10

231:20
232:11,17
234:20
236:14
237:5
241:13
242:23
250:8
265:22,24

corrections
213:8

correctly
211:4
242:14
246:12

corresponds
219:2

cosmetic
207:21

cost
260:8

country
265:13

couple
221:8
235:21
238:2
239:4

COURT
205:11
217:19
233:13

cover
250:20
261:11
262:3,4

covered
242:24
246:8
248:24
261:6,10
262:2,3

crazy
266:10

Crockett
211:9

cured
228:19

cut
266:13

_____

D

dad
200:18
215:25
216:4,7
219:17
224:1,2,
9,16
244:6
245:18
256:20
257:21
259:9
260:10,
14,18,23
261:1,3

dad's
223:21

date
202:24
228:6
229:21
243:21
245:10
254:12
256:19,22
257:8,11,
12 261:23
262:23

dated
202:21
217:3



dates
  199:23
  201:23
  211:12
  217:8,9
  227:2
  229:10,
  17,19

David
  200:14
  211:9
  215:21,24
  216:1
  219:17,21
  222:3,12
  224:17
  226:12,18
  243:1,20
  244:6
  245:19
  246:24

day
  195:12
  224:19
  236:1
  268:2

days
  217:5

DB
  206:15

DBPR
  206:16
  213:3,8
  217:3,14
  219:20
  225:11,16
  243:2,9,
  13,17
  244:7
  246:9
  247:6
  248:1,25
  249:8

DBPR's

  223:4,16
  245:14

dealing
  253:12
  259:11
  260:25

dealings
  253:10

dealt
  254:2

December
  262:24

decide
  212:19

deck
  199:8,12,
  19

decorations
  236:12

Defendant's
  190:10
  205:17
  213:10
  217:21
  233:15

delays
  227:13

demo
  195:7
  239:21,23
  240:2,12

department
  262:1

depending
  217:5

depends
  232:13
  236:22

depicted
  231:9

depiction
  238:9,23

Depinto
  250:2
  257:23

deposition
  268:6

Depot
  265:17
  267:21

Derived
  267:20

description
  221:12

design
  227:13
  252:21
  259:25

designed
  222:25
  227:17

determine
  247:12
  261:25

developing
  258:13

difference
  210:11
  234:18

dinner
  250:5

direction
  254:3

directly
  245:5
  260:18

disapproved
  249:14

discussion
  261:14

discussions
  258:16
  260:14

documentati
on
  248:1

documents
  255:2

dollar
  260:5

Dominick
  253:11
  254:2,11
  257:3,9,
  15

door
  191:15
  242:1

double
  262:23

double-
sided
  218:1

draft
  225:22
  242:25

drafts
  248:22

drawing
  227:21
  228:11

drawings
  263:9

drive
  235:4
  251:13

drop
  196:22
  197:4,9,
  18

dry
  266:14

Drywall
  265:1,3
  266:18

ducks
  263:22

_____

E

e-mail
  213:7
  253:18
  254:11
  257:9
  260:18

earlier
  205:1
  225:21
  232:8
  235:16

early
  254:9,10
  256:23
  257:4
  258:1,7,
  15 259:17
  261:12
  264:8,16

East
  193:22
  203:6

easy
  265:14
  267:2

education
  249:23
  250:3

eight-story
  209:18

electrical
  197:7



207:7
231:5

element
242:11

Elementary
252:25
253:6

eligible
211:24,25

emergency
193:22
198:22
200:20
203:7
207:25

employees
239:17

empty
194:17
197:21

enclosed
209:1

end
195:9,11
220:25

ends
268:4

engineer
240:6

Engineers
240:3

entire
193:14
195:14
229:1

entrance
241:25

entry
206:24
242:1

252:10

entryway
242:5,6

equate
192:1

equipment
192:19,
20,23
193:2,10
230:14,
18,19
241:16,19

equivalent
221:23
222:16,
20,21
224:24

erecting
228:9,19,
21

errors
227:13

essentially
240:21

estimate
261:5
265:6
266:7,21
267:2,9

estimates
263:18
267:5

estimating
227:25
261:2,4

etcetera
194:3

eventually
246:2
260:21

excuse

231:17
240:5

exhibit
190:6,10,
15 205:17
206:5
213:9,10,
12 214:7
215:4,5
217:17,21
219:13
221:1
225:3,25
226:23
231:7,12
233:15,18
234:15
235:4,9

existence
198:14

existing
193:10
196:9

experience
194:2
200:12
201:3
237:2
247:13
248:9

explained
234:17

exposed
199:14
207:6

exterior
191:3
199:14
200:19
206:18
207:1
227:17
228:11
231:18

264:17
266:13,24

_____

F

_____

facilitate
220:2,19,
23 222:3
223:4

facility
234:17

fact
215:7

fair
193:11
202:7
223:12
255:21

fairly
192:15

fall
254:8

familiar
202:10

Farris
225:23
243:1

fast
258:16

father
259:2

favor
214:20

fax
218:5,10,
16 219:1
221:3
243:4

February
258:18

feeding
210:23

feet
216:12,
16,25
221:23
224:14,
18,22,23
233:5
234:5,16,
19

felt
222:13
245:21
246:24

field
263:7
264:22,25

figure
204:3
234:7
244:13

figured
234:11

figures
267:18

figuring
234:13

file
243:12

fill
201:9,12
202:11
203:8

filled
211:16

filling
239:24

fills
224:3

find



244:4,7,
14 253:16
267:3

**fine**
214:2
219:6

**finish**
193:1
220:20

**finished**
195:10
207:16
229:22
236:2,3,
6,13

**finishes**
265:11
266:14,
21,24
267:6

**Fire**
211:10

**fix**
229:15

**fixed**
229:13

**fixtures**
265:21

**flat**
191:20

**floor**
191:8,10,
14,15,22
192:3,6
193:6,14,
16
194:14,
21,22
195:13,
14,17,23,
24,25
196:2,3,

10,12,13,
16,18,23
197:20,24
198:1,4,
6,7,13,
17,21
199:4,5
200:20
208:9
209:4,13,
21,22,24
210:5,9,
25 211:3,
23 212:4,
13,14,22
230:5,7,
22,24
231:1,4
236:17,
19,23
241:21
242:11,
14,18,19,
22

**floors**
199:9
206:3
210:18
211:24
222:7
230:3
231:3
237:6,9,
11 238:22
246:10,
17,22
247:7,16,
20 248:3,
25

**Florida**
249:10,
16,23
250:2,18

**folder**
264:7

**foot**
236:1

**footage**
234:12

**footage-
wise**
192:9

**footprint**
240:21

**foreman**
227:24

**forgetting**
238:6

**Forgot**
248:19

**form**
201:17
202:12
223:25

**forwarding**
258:16

**foundation**
194:3

**four-story**
200:9,11
204:24

**fourth**
191:22
192:3
200:20
209:21
231:1

**frame**
253:5
258:22
259:22

**framed**
195:5
197:6

**framer**

264:25

**framing**
240:18
242:7,8
264:18

**friend**
256:21

**front**
206:24
210:18
218:20
241:25
243:19
244:24
252:10

**full**
195:14

**funded**
227:20

**furniture**
236:7,8,
9,11

— — — — — —

**G**

— — — — — —

**gathering**
244:16

**gave**
225:22
226:18
254:1
257:3,15
265:9,15

**general**
203:16,20
211:19
218:7
240:9

**generic**
265:16

**gentlemen**

239:9

**get all**
251:20

**get-to**
244:22

**give**
262:13
264:19

**giving**
257:10

**glad**
255:8

**glass**
206:23
208:2,9
235:1

**Golden**
252:8
253:3

**Golf**
240:9,17

**good**
256:11
264:18

**grand**
234:22

**ground**
194:22
232:16

**guess**
195:2
200:3
204:9
211:17
225:18
230:22
236:23
246:4,13
252:20
253:17
256:23



Case 1:17-cv-23733-CMA Document 187-2 Entered on FLSD Docket 01/05/2019 Page 98 of 109

PETER J. VICARI Volume II                                      October 16, 2018
PETE VICARI GENERAL CONTRACTOR vs OHIO CASUALTY INS    INDEX: guessing..information

260:3
261:6
262:1,15,
21

guessing
223:24

gutted
195:21

guy
214:24
255:14

guys
240:3
264:19

---

H

half
227:6
238:3

halt
228:3,7

halted
229:2

handling
215:22
216:1

hang
230:17

happened
211:12
245:16,19

happening
220:8
259:22

Hard
241:24

hardest
201:19

HARRISON

255:4,8

HD
265:10,11
267:1,6,
21

heard
220:1,11
245:13
256:17

hearing
244:5,8
245:8,23,
24

hearings
244:12

height
200:15
204:23,25
205:1,5
206:3
209:25
212:7,23
216:16
222:13,
14,15,17
230:2
231:25
232:3
237:9
246:25
248:13

helping
216:2
220:12
222:3

high
208:22
210:18
212:12
234:24
236:15,24
239:11

higher

200:13
209:15,24
210:25
211:7,24
212:17
237:3
240:25
242:13
247:7
249:1

highest
232:19,
21,22,23,
25 242:20

highlighted
213:21

highlighting
213:15
215:9

hired
220:9
223:7
240:13

hiring
220:16,
17,21

hold
238:8

home
264:19
265:1,17
267:21

honestly
238:16

hospital
209:18
210:13

houses
192:7
198:24

https://
vimeo.com/
179324716.
238:4

HVAC
210:20
212:14

---

I

idea
192:11,14
203:8,24
207:8,20
218:17,25
219:21
220:4
222:1
224:13
225:2
226:7,13
232:14
235:6

identification
190:11
205:18
213:11
217:22
233:16

identified
190:14
194:6
206:15
209:14
210:19
224:21
232:1

identifies
209:12

identify
216:17

illegible

201:15

improvements
207:17
236:4

inches
197:2

include
234:9

includes
208:4
234:10

Including
236:8

incorrectly
238:13

increase
193:7

indicating
205:21
239:11

info
253:18
254:1
257:15

information
193:25
200:8
217:14
219:12
221:17
225:7
226:23
233:6
235:14
243:8,24
244:16
245:2
246:16
253:17
254:17
257:3,10



**initial**
225:22
242:25

**input**
219:15

**inside**
192:19,20
193:10
194:19
208:5
235:24
266:25

**install**
198:12

**installed**
192:18

**intent**
252:21

**interior**
197:23
198:17
200:9,10
203:18,20
231:23
236:4
242:4
265:16
266:13,21

**interrupt**
255:24

**introduced**
258:1

**issue**
245:22

**issued**
202:24

**issues**
229:12
262:4

**items**
265:16

---

**J**

**Jackie**
225:23
242:25

**January**
262:20,24

**Jean**
233:22

**Jefferson**
190:18
193:21
202:18
203:6,12,
21 209:12
210:2
212:3

**job**
227:24
229:14
235:18
261:13,19
262:14
263:24
264:2
265:7
266:6,11,
13,17

**jobs**
235:17
243:24
252:11,13

**John**
258:23

**joist**
197:5,6

**jump**
263:8

---

**K**

**Kevin**
258:11,23

**kind**
224:2,5
241:17
253:22
258:4
260:2,20

**knew**
244:22

---

**L**

**labor**
267:3

**Lafitte**
225:4,14
226:1
233:22
237:7,12,
25 240:2

**large**
192:15

**laugh**
255:22

**laughing**
256:2

**LAWHON**
190:5,12
202:1,4
205:13,
16,19
213:12,
18,24
214:5,10,
11
217:17,
20,23
219:4,10

224:7
233:9,11,
14,17
237:15,21
251:20
252:5
254:24
255:13,
16,21
256:6,11,
13,16
268:1

**leading**
259:17

**learned**
257:4

**leased**
194:18

**left**
205:12
207:20,24
211:13
236:4

**letter**
213:7
214:1,6,
15 215:3,
17 216:5,
9 217:4,
10,16
245:25
246:2

**license**
204:12
211:20
213:5
215:22
216:1
220:23
222:11
223:1,8,
12 244:11
245:17,22
246:4

247:13
249:8,10,
16
250:10,
11,14,18

**licensing**
220:2,6

**licensure**
243:9

**light**
255:10

**lighting**
230:13,15
241:17,19

**linger**
255:19

**list**
200:4
204:18
226:18
240:2
245:12

**listed**
190:24
199:23
201:4
203:5,15
204:5
227:2
229:18,23
231:11
235:3,8
246:21
247:8,11,
21,23,25
248:5,6

**Listen**
248:9

**lists**
204:11

**LLC**
240:9



lobby
    234:22
local
    264:18
    267:1
lock
    262:15
log
    229:14
LOIS
    262:13,15
loll
    229:20
long
    212:22
    227:11,
    19,22
    229:7
    238:3
    252:23
looked
    191:5
    207:15,19
    210:4,8
    236:12
    246:15
lot
    193:5,6
    194:12
    232:12
    252:13
    255:23
    259:12,
    21,23
    261:8
    265:9,11,
    15
lower
    210:15,
    16,17
    242:15
luxurious

191:25
lying
    248:11

_____

M
_____

machine
    218:10
MADAME
    205:11
    217:19
    233:13
made
    200:24
    211:23,25
    222:10
    230:18
mail
    246:3
main
    210:14
    242:5,6
    266:12
maintenance
    210:17
make
    198:10
    214:21
    234:4
    256:1
    262:16
    263:21
makes
    196:22
    198:3
    251:12
making
    223:10
    261:5,9
    262:2

manufacture
d
    251:7
Marine
    216:12,
    17,24
    221:12,18
mark
    191:12,13
    212:24
marked
    190:11
    205:18
    213:11
    215:4
    217:22,25
    231:7
    233:16,19
    235:8
masonry
    194:3
match
    190:23
matches
    204:4,8,9
materials
    251:8,9
matter
    215:15
    232:9
meaning
    225:1
means
    191:24
    216:24
meant
    261:13
measured
    204:25
    205:4
    233:2

measurement
    205:8
measurement
s
    263:7
measuring
    239:10
Media
    190:3
    268:5
Medical
    209:13
    210:3
    212:3
meeting
    244:1
mentioned
    244:6,23
mentioning
    224:16
MEP
    192:1
    196:23
    210:20
    212:13
MEPS
    192:8
    199:13
mesh
    251:11
met
    259:1
metal
    228:17,
    19,21
    238:25
Meyer
    240:3
mezzanine
    230:6

middle
    230:9
    241:9
    254:10
    256:23
Midship
    216:11,
    17,24
    221:12,18
mind
    206:1
    253:7
    255:25
    266:3
minute
    220:11
    238:2
minutes
    255:13
mixes
    251:11
mixture
    199:1
mom
    219:16
moment
    190:7
    233:19
money-wise
    259:9
month
    244:10,12
months
    227:12
    228:25
    229:4
    244:9
motives
    223:23
    224:10
move



249:4

moved
    195:9

moving
    259:23

_____

N

name's
    245:16

native
    213:19

nature
    252:19

needed
    199:22
    220:24
    253:20

night
    250:5

nomenclature
    262:17

note
    217:25
    256:4

notes
    256:1

notice
    211:12
    229:21

noticed
    201:25
    260:18

nowadays
    252:14

number
    190:7,23
    204:13
    206:5

213:9,13
215:4
221:2
225:4
226:24
231:7
234:6
235:10

numbers
    234:4

_____

O

Object
    223:25

obtain
    211:19

occupied
    194:14

October
    246:6
    249:15
    250:17

offhand
    199:16
    206:22
    224:15
    225:18
    233:7
    236:16
    253:9
    257:9

office
    194:19
    199:2
    202:19
    203:6,13,
    21 204:6
    228:1

officer
    198:21

officers

194:15
195:3

offices
    193:20
    198:21

open
    193:15
    228:24
    230:8,17
    238:24
    241:7

opened
    241:8,11

opening
    266:23

operating
    199:1
    210:22

operational
    210:22

opposed
    216:16
    261:1

or--
    227:15

orange
    239:9

order
    222:11
    229:14,15

original
    222:23
    225:19,20

originally
    221:7

Orleans
    251:7,13

overhangs
    234:11

owner

253:13
261:24
262:10,12
263:4
265:9

owner/
architect
    227:13

owners
    250:24
    254:5
    256:21
    260:10
    262:8,19

_____

P

p.m.
    190:4
    237:18,20
    268:4,7

package
    214:22
    231:8
    245:2

packets
    243:24

pages
    215:1
    218:15,
    17,20,24
    219:9
    254:23
    255:3

pan
    201:9,12

panel
    251:15,
    18,24
    252:1
    253:8,14
    260:1

panels
    251:5,25
    252:2,10,
    17

pans
    201:9

Parish
    190:18
    193:22
    202:19
    203:6,13,
    21

Park
    235:4,11,
    17,18

parking
    208:15

part
    197:4
    207:3
    208:2,12
    210:14,16
    219:23
    230:10,11
    238:11
    239:9,24
    240:15
    241:22
    242:7,15
    243:9
    246:11
    266:12,20

participant
    215:23

participate
    245:1
    257:22

participating
    260:13

Partington
    201:23
    205:14



213:14,23
214:2,8
215:10
219:1,6
223:25
233:8,10
254:20,25
255:6,11,
15,18
256:3,8,
12,15

**parts**
206:25
230:7
238:15
239:3
241:18
242:15
244:10
259:23

**patios**
234:11

**pay**
267:14

**pen**
191:11

**penthouse**
191:18,24
210:5,20,
24 211:3,
23 212:3,
13

**penthouses**
191:21

**people**
198:25
239:14
240:11
255:23
258:20
259:3,17

**performed**
204:7

**perimeter**
242:16

**period**
249:15
257:6
258:18

**permit**
201:13
203:4
204:10,11
205:24
206:2
214:22

**person**
226:10
258:14

**personally**
245:6
249:11
266:5

**Pete**
203:15,19
218:7

**phase**
242:9

**phases**
228:11

**phone**
245:18

**photograph**
208:7

**photographs**
206:6
231:8,9,
18,21

**photos**
190:14
231:18
243:24
244:17
245:2

**picture**
191:13
206:12
208:19
209:11
233:1

**pictures**
207:14
222:6
231:10,14
232:18
235:22
236:11

**pieces**
239:5

**pilings**
234:9

**pit**
256:14

**places**
267:1

**plan**
242:11
259:20

**plans**
200:5
232:4
253:22
259:25

**play**
237:23
239:6
264:16

**plug**
267:22

**plumbing**
265:20

**point**
217:13
218:3
232:19,
21,22,25

244:3
245:9
247:19
254:2
257:22
258:14

**pointed**
254:3

**pointing**
239:9

**police**
194:15
195:2
198:21

**policy**
232:9

**portion**
195:10
199:2
231:24

**portions**
238:15

**possibly**
266:17

**potentially**
256:21

**pour**
196:5,7

**poured**
201:3
228:9,18

**Pouring**
228:13

**precise**
205:3
250:1

**prefab**
252:2

**prefabricat
ed**

251:14,17
252:1,11,
16 253:8

**prefer**
213:25

**preliminary**
260:7

**preparing**
243:23

**present**
243:19
244:1,18,
25

**pretty**
195:11
201:16
222:2
229:3,6
266:13
267:9,23

**previous**
210:8

**price**
264:20
265:11

**prices**
260:5
262:15

**pricing**
227:21
260:7
261:2,20
265:17,18
267:20

**prime**
262:8,19
263:3,13,
19 264:2
265:7
266:8,18
267:12



printed
243:23

prior
265:7
266:7

problem
255:5

proceedings
190:1

process
220:3
244:16
246:11
249:7,13

produced
213:19,20

products
251:6,12
267:6

project
194:6,11
195:4
197:21
199:23
200:6,17
203:4
204:5,9
211:9,13,
18 216:18
221:19
225:4,10
226:1,12,
15,18,22
227:2
228:2,6
229:2,9,
13,18,24
232:13
237:25
240:7,8
246:9,16
247:4,14,
25 248:2,
9,20,22

250:17,
21,22,24
251:1,2
252:24
256:18,22
257:1,5
258:2,8
259:8,11,
14 262:6
263:13,20

project-
wise
253:21

projects
204:6
243:8
246:8,20
247:10,18
248:13
251:23
252:6,12
253:7,15
260:1

proposal
265:6
266:7

proposals
260:17
263:17

proposing
266:14

provide
226:16
260:11

provided
219:19
248:24

providing
219:12

public
238:7

purchase

254:5

purchased
194:17

purges
232:9

purpose
220:15,
17,21
223:23
224:10
256:7

purposes
214:3

put
191:16
198:16
200:22
201:8
205:9
241:12
246:23

putting
264:21

PVGC
194:10
198:12,18
199:18
200:5
204:6
206:14
207:16
226:15
231:15
232:8
235:25
237:7,10
238:10
239:17,21
240:19
246:10,17
247:7
248:3
249:1
257:19

262:7,19
263:1,11,
17 264:1

——————

Q

qualified
212:7

qualifies
211:19
212:16

qualify
211:6
246:21
248:7,8,
13

quantity
267:22

question
193:1
220:20
222:24
226:11
234:15
235:13
247:2,3
248:17
249:2
251:21
253:19
262:5

questions
216:8
238:2
239:6

quick
224:5
237:16

quickly
261:22

quote
265:6

quotes
264:23

——————

R

railing
207:5

reached
257:17

read
201:19
215:17
247:14
251:21
255:4

ready
236:6,9
244:1

realize
242:10

realized
228:12

reason
203:3
223:17
254:17

rebar
234:10

recall
224:9,16
245:11

receipts
229:22

receive
214:15,18
215:16

received
250:14

recess
237:19



recognize
  190:13
  206:9
  231:22

recollectio
n
  262:18

recommenced
  229:8

recommendat
ion
  222:13

recommendat
ions
  222:24

recommended
  223:4

recommendin
g
  224:6

record
  190:3
  214:21
  237:17
  240:6
  254:20
  268:4,5

records
  232:9

redesigned
  227:18

redone
  229:13

reenforced
  201:10

refer
  235:17

reference
  201:2
  244:4

references
  202:15
  226:19

referred
  215:10

referring
  221:22

refers
  202:18
  234:22

reflect
  216:12

reflecting
  216:24

reframing
  264:20,21

reinforced
  234:9

related
  250:16

relation
  257:5

relative
  200:17
  213:4
  217:8

released
  263:6

remember
  193:4
  194:1,12
  198:22
  199:16,
  17,20
  200:23
  201:1
  205:7
  206:22
  207:8,12
  208:6
  209:7

213:6
214:19
217:2,15
219:17
220:3,14
224:15
225:10,18
226:7,17,
25 227:1
228:2
229:10
234:23
236:25
243:10
245:14
249:19,25
250:12,19
253:1,9,
15,21
255:3
256:19,22
257:8,20
261:13
263:5,14,
16 264:3,
4,7,15,
23,24
265:8
266:2,9,
16

reminded
  254:21
  255:1,9

renovated
  235:16

renovation
  194:7,10
  199:21
  200:9,10

renovations
  193:14
  203:18,20
  209:13

repairs

192:17,18
193:9

replaced
  192:21

replacement
s
  265:14

replacing
  264:17

REPORTER
  205:11
  217:19
  233:13

represent
  249:3,9

represented
  249:3

represents
  224:18

request
  223:5

requests
  223:16

response
  213:20
  217:12

revise
  216:13
  260:8

right-hand
  204:12
  211:13

River
  190:24
  201:22,24

road
  190:24
  201:22,24
  256:5
  258:12

role
  227:24

roof
  191:20,22
  199:8,19
  207:5
  209:4,6,
  9,11
  232:23
  240:23
  264:22

room
  192:3,7,
  10,15,16
  193:7,9,
  11 195:5,
  8 197:15
  199:15,
  18,19
  207:9,10
  230:17,19
  231:5
  242:17

rooms
  210:22
  235:23
  239:1,2
  242:16

row
  263:22

rules
  223:15

run
  232:16

Ryan
  258:23

_____

S

_____

Safe
  198:24

sanitized



213:25

Sarasota
  250:7

sat
  239:19

satisfy
  223:16

schedule
  267:8,11,
  12,14,19

school
  190:18
  201:21
  252:25
  253:6

scopes
  240:14
  261:5
  262:1

scratch
  192:17

section
  194:13
  195:1
  213:22
  221:17
  225:8

send
  253:21
  255:6
  260:21

sentence
  216:24

separate
  237:11

September
  214:16
  217:3,4
  218:5,11
  227:3
  243:4

set
  245:8

shape
  207:18,24

shapes
  252:12

shed
  192:2

sheetrock
  264:20

shell
  194:25
  236:5

sheriff's
  199:2
  202:19
  203:6,13,
  21 204:6

shirt
  239:9

shop
  228:10
  263:8

short
  237:19

shortly
  257:12,14

show
  225:24
  238:13,25
  242:10

showed
  205:24
  206:2,5

showing
  190:6
  205:25
  213:9
  226:5

244:3,20

233:18

shows
  226:22
  238:15,24
  239:2
  248:2

side
  195:10
  200:23
  204:12
  208:4
  211:13
  235:23
  259:11

sign
  255:6
  263:23

signage
  240:1

signature
  254:23

signed
  225:23
  254:22
  258:17,25
  259:22
  261:19
  262:7,10,
  19 263:2,
  3,8,12,
  19,22
  264:2
  266:18

signing
  265:7
  266:8

simple
  267:23

single
  246:9
  247:4,25
  266:16

sir
  205:16

sit
  201:6
  226:21
  266:15

site
  233:23,25
  239:24
  262:14
  263:7
  267:1

sitting
  228:24

size
  193:7
  216:17
  238:21

size-wise
  192:15

sizes
  252:12

skin
  264:17

slab
  196:3,6,
  7,18,25
  198:3
  228:9,13,
  18

small
  192:25
  194:13,18
  195:1
  252:9

smaller
  242:16

so--
  214:10
  255:20

someplace

214:6

sort
  234:14
  237:24
  259:25
  261:11

sound
  200:2
  227:7
  262:20

Sounds
  262:21

speak
  216:20
  258:6

speal
  243:25

special
  265:25

Specialties
  265:2,3
  266:19

specific
  224:8
  247:3,11
  259:9,10

specifically
  216:11

specifics
  221:19
  229:24
  261:7

specs
  259:25
  265:9,15

square
  192:9
  233:5
  234:5,12,
  16,18,19



stage
    242:3

stair
    200:22
    201:9
    207:25

stairs
    200:24
    201:7

stairwell
    200:20
    201:4
    208:1,18
    209:3,7

stamp
    217:5

stamped
    217:3

standing
    242:2

start
    195:13
    209:4
    228:6
    244:19
    254:19
    256:25
    257:6
    263:8,24

started
    193:17
    195:4,19
    197:21
    198:14
    228:9
    243:23
    244:15
    258:5,10,
    12,14
    261:23
    266:12
    267:3

starting
    256:24

state
    247:18
    248:10

stately
    234:16

statement
    193:11
    223:12

states
    246:3

stating
    248:11,12

Station
    211:10

stay
    198:25

stayed
    212:25

stays
    229:5

steel
    200:25
    201:5
    228:22
    240:18
    264:17

stepped
    236:1

steps
    234:11

sto
    251:4,12
    253:14
    255:1
    260:1

Sto's
    253:15

stones

252:11,14

stop
    256:14

stopped
    227:14,16
    228:10,20
    239:8
    240:1
    241:3

stops
    235:2

stored
    230:15

stories
    200:13,15
    204:16,
    18,21,23
    205:21,25
    206:1
    209:15,25
    210:14,25
    211:7
    212:7,12,
    17,21,23
    216:12,25
    221:24
    222:15,
    16,20,22
    224:14,24
    229:23
    230:2
    231:25
    232:15
    237:3
    246:25
    248:13

storm
    198:25

story
    212:22
    216:17
    224:17
    236:21

Stow
    251:5,13,
    24

streamer
    215:7
    221:3

street
    253:1,3

strike
    198:11
    205:22

structural
    200:25
    201:5
    207:22
    228:22
    234:10
    252:19

structure
    207:1
    208:3
    211:7
    212:16
    228:24
    229:1
    232:23
    238:24
    240:5,23,
    24

structures
    200:13
    209:15
    237:3

stucco
    251:6,11,
    12 264:21

studs
    228:17,19
    238:25
    252:3,4

stuff
    192:25
    232:12

242:17
    255:10
    256:1
    259:10
    265:9,10

subcontract
or
    263:2,10

subcontract
ors
    266:4

subjects
    259:15

submit
    213:3
    253:18

submits
    243:15

submitted
    205:6
    213:2
    217:11,
    14,16
    220:4
    221:7
    225:11
    243:2,8
    244:15
    245:12,20
    246:8
    247:5,6
    260:7

subpoena
    213:21

subs
    261:9
    263:18,25
    264:8

substantive
    207:22

suddenly
    226:22



summary
238:21

summer
254:8

super
207:1

superintend
ent
253:2

supplement
232:7
235:8
237:1
243:3,16
247:5
248:23

supplementa
l
246:15

supplier
263:10

suppliers
263:2,18
264:1
266:5

Supplies
265:10,12

Supply
267:6,21

Supply's
267:1

suppose
244:5

supposed
207:10
211:16
241:14
262:3

surcharge
240:2,12

survey
263:7

suspect
239:10

swap
267:3

symbol
191:12

system
227:17
251:15,
18,24
252:3,10
253:14
259:21
260:1

systems
251:7,12
252:4,16

———————

T

takeoff
265:19
266:22
267:23

taking
249:23
250:3,4,
9,10

talk
201:15
216:15,23
254:18
255:14
258:20
259:8

talked
209:19
210:21
216:4
221:6

222:5
223:20
224:4
245:5
261:12
266:5,17

talking
190:20
192:12,13
202:13
206:16
212:2
219:22,24
220:6
223:18
224:18
243:5
251:2
256:20
258:4,7
259:2,13,
16 260:4
265:20
267:6,13

talks
224:2

tall
221:23
224:14,22
230:8
238:22

tape
239:10

team
259:1

telling
243:20
253:22

term
191:24

terms
223:23
238:21

Terrytown
252:8,18,
25 253:5

testified
222:25
223:22
243:1

testimony
205:20,23
212:15
232:16

theater
230:10

thick
196:25

thing
203:14
221:18
243:14

things
219:8
221:8
230:13
243:25
255:24
258:12
260:11,20
261:10
262:13
265:23
266:10,12

thought
207:11
211:22
220:8,13
256:7
260:8

three-floor
208:25

three-story
208:24

tile

200:22

tiles
197:12
241:12

till
229:22
259:22

time
193:19
203:21
217:13
227:20,22
229:8
245:6
249:6,15
253:5
256:17
257:5
258:15,
16,18,22
259:3,5,
22 261:8

times
244:9,11
258:23
259:6
260:9
261:21

tiny
233:11

today
201:6
226:21
266:15

Todd
258:23

told
220:5,7
243:18
250:4
256:20

top
191:21



192:6
194:16
199:11,19
212:13
215:5
235:1
252:16

topics
259:16

tore
239:20

total
199:21
218:18

tower
206:23
253:14

Towers
251:2
254:5

town
234:2
238:6

track
227:16
256:10

trade
263:11
266:16

trades
263:3,18,
25 264:14
265:5
266:5

train
256:7

translate
224:14

transpired
226:8

travels

264:19

truthful
225:8

turn
201:14
202:8
225:3

Turning
193:21

two-page
233:18

type
219:14
245:16,25
251:17

typed
200:8
221:23

typically
192:1

typing
221:19

—————

U

Uh-huh
203:1
261:15

unbelievable
229:15

underneath
196:18
197:3
204:15

understand
203:10
211:3
232:10
238:20

units
267:23

update
224:5

—————

V

vacant
239:19

values
267:11,
13,14,19

verbatim
224:4

verbiage
215:15
259:10

version
213:19,25
214:6
225:20

versions
226:5

Vicari
190:6
203:16,19
214:13
217:24
218:7
237:22
247:2,24

video
237:23
238:5

views
191:2

Vito
250:2,4
257:2,23,
24 258:9,
14,19,22

259:8,13
260:7,18,
21
261:20,
21,24

—————

W

waiting
217:12
249:8,13

walk
194:20
230:13
234:25
239:4
242:21
253:2

wall
227:17
235:1
239:10

walls
194:3
228:11,15
251:25
252:16
266:23

wanted
219:7

watch
238:1

watched
238:5

watching
253:3

water
239:11

web
233:22,25
267:1

website
245:15
253:15,19

weekly
261:24

weird
241:17

West
209:12
210:2
212:2

whatnot
197:9
238:7

whichever
232:22,23

window
212:11

wings
210:14

wondering
214:3

words
222:1

work
191:17
193:6,13
194:10
198:15
203:12
206:18
210:8
212:8,14
221:12
228:12
232:7
237:22
239:21,24
240:3,14
250:21,23
251:4
261:6



**worked**
  191:6,9,
  14
  206:14,
  23,24
  246:16
  248:2
  260:22,23

**workers**
  230:12

**working**
  195:20
  197:21
  216:2
  219:16
  224:10
  243:21
  245:15
  249:20
  258:8
  266:6,17

**written**
  215:5

**wrong**
  221:10
  223:14
  227:17
  263:16

─────────

**Y**

─────────

**y'all**
  254:22

**yea**
  190:22
  197:22
  202:2
  206:20
  207:3
  211:17
  214:8,10
  230:20
  238:11
  245:4

  259:1,4
  260:3
  265:4

**year**
  244:9

**years**
  227:7
  232:10
  239:19

**York**
  191:25

