IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

PETE VICARI GENERAL CONTRACTOR,
LLC, a foreign limited liability company,

    Plaintiff,

v.                                            CASE NO. 1:17-cv-23733-CMA

THE OHIO CASUALTY INSURANCE
COMPANY, d/b/a LIBERTY MUTUAL, a
Foreign insurance company; COASTAL
MAINTENANCE & RESTORATION, INC., a
Florida corporation; COASTAL PREFAB, INC.,
a Florida corporation; and CRONIN
ENGINEERING, INC., a Florida corporation,

    Defendants.
_____/

**DEFENDANT OHIO CASUALTY INSURANCE COMPANY'S**
**WITNESS LIST WITH ESTIMATED TIMES**

| PRESIDING JUDGE: Hon. Cecilia Altonaga | PLAINTIFF'S ATTORNEY: Bruce Partington Keith Bell | | DEFENDANTS' ATTORNEYS: Guy Harrison | |
|---|---|---|---|---|
| TRIAL DATE(S): March 18, 2019 | COURT REPORTER: | | COURTROOM DEPUTY: | |
| PLF. NO. | DEF. NO. | LIVE or BY DEPOSITION | DIRECT (est.) | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESS |
| | 1. | Live | 3 hours | | | **James Rumpf** – The claim presented by PVGC against OHIO CASUALTY's Performance and Payment Bonds, including correspondence and communications and OHIO CASUALTY's denial of PVGC's claims. EXPECTED |
| | 2. | Live | 3 hours | | | **Peter G. Vicari** - The claim presented by PVGC against OHIO CASUALTY's Performance and Payment Bonds, including correspondence and communications. PVGC's hiring of replacement contractors for the Coastal Companies. PVGC's alleged damages for |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | completion of the Coastal Companies' Subcontracts and all other items of alleged damages. EXPECTED |
| | 3. | Live | 3 hours if called | | | **Peter J. Vicari** – The claim presented by PVGC against OHIO CASUALTY's Performance and Payment Bonds, including correspondence and communications and OHIO CASUALTY's denial of PVGC's claims. PVGC's hiring of replacement contractors for the Coastal Companies. PVGC's alleged damages for completion of the Coastal Companies' Subcontracts and all other items of alleged damages. POSSIBLE FOR OHIO. TIMES FOR OTHERS TO BE LISTED BY OTHERS. |
| | 4. | Live | | | | **Robert Rowan**, Expert – Pete Vicari General Contractor, LLC's claimed defects and Coastal Parties damages. TO BE CALLED BY OTHERS |
| | 5. | Live | 1 hour | | | **Robert Mick** – PVGC hiring of completion subcontractors. FL Crane and SWS work under their Subcontracts. EXPECTED |
| | 6. | Live | 2-3 hours | | | **Michael Horst**, Expert – connections of panels to buildings and other engineering issues. EXPECTED |
| | 7. | Live | | | | **Richard Slider**, Expert – PVGC claimed defects and work performed by Cronin Engineering. TO BE CALLED BY OTHERS |
| | 8. | Deposition | Via designation, 10 mins. | | | **Warren Buonaguara** – Hiring of Zinsel Glass as a replacement contractor for window installation. EXPECTED |
| | 9. | Deposition | Via designation 20 mins (for Ohio surety defenses only) | n/a | | **Jeremiah Lowell** – Hiring of FL Crane by PVGC and interactions with PVGC. FL Crane scope of work and pricing. FL Crane work under its Subcontract. EXPECTED |

| | | | | | |
|---|---|---|---|---|---|
| | 10. | Deposition | Via designation (30 mins for Ohio surety defenses only) | n/a | | **Mark Buser** (individually and/or as Corporate rep. for Southern Wall Systems "SWS") Hiring of SWS by PVGC and interactions with PVGC. SWS scope of work and pricing. EXPECTED |
| | 11. | Deposition | Via designation (5-10 mins for Ohio surety defenses only) | | | **Adam Hammons** – SWS work under its Subcontract. EXPECTED |
| | 12. | Live/Deposition | Via designation, 20 mins. | | | **Monica Bialski** – Communications with PVGC and Owner regarding replacement contractors. POSSIBLE |
| | 13. | | ½ hour for Ohio, if called by others | | | **Ryan Fuson,** Final project close-out with PVGC. Progress payment application approval and payment. Communications with PVGC regarding replacement contractors. NOT EXPECTED |
| | 14. | Live | 2-3 hours | | | **Tom Guinn**, expert – project scheduling and PVGC's damage calculations. EXPECTED |
| | 15. | Live/Deposition | | | | **Wayne Web**, expert – Review of CMR and CPF pay applications. TO BE CALLED BY OTHERS |
| | 16. | | | | | **Bruce Partington**, deleted |
| | 17. | | | | | **Cameron Townes**, deleted |
| | 18. | | | | | All witnesses identified by COASTAL and CRONIN for the purposes stated therein. OTHERS TO SUPPLY TIMES. |
| | 19. | | | | | All rebuttal witnesses as necessary. |

CASE NO. 1:17-cv-23733-CMA

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on this 11th day of March, 2019, we filed the foregoing with the Clerk of the Court through CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Guy Harrison
Guy Harrison, Esq.

**SERVICE LIST**

**Yarnell & Peterson, P.A.**
**Donald G. Peterson, Esq.**
**Floyd S. Yarnell**
3431 Pine Ridge Road, Suite 101
Naples, Florida 34109
Phone: 239-566-2013
Fax: 239-566-9561
donpeterson@napleslaw.us
floydyarnell@napleslaw.us
chrisrelli@napleslaw.us
stacycollins@napleslaw.us
service@napleslaw.us
*Attorneys for Coastal Maintenance & Restoration and Coastal Prefab*

**Anthony M. Lawhon, P.A. d/b/a**
**The Law Office of Tony Lawhon**
**Anthony M. Lawhon, Esq.**
3003 Tamiami Trail N., Ste. 200
Naples, Florida 34103
Phone: 239-325-8956
Fax: 239-236-3300
Tonylawhon@Lawhonlaw.us
cathyray@lawhonlaw.us
*Attorneys for Coastal Maintenance & Restoration and Coastal Prefab*

**Banker Lopez Gassler, P.A.**
**Jeffrey M. Bell, Esq.**
1200 South Pine Island Road
Suite 170
Plantation, Florida 33324
Phone: (954) 440-1332
Fax: (954) 533-3051
jbell@bankerlopez.com
service-jbell@bankerlopez.com
*Attorney for Cronin Engineering*

**Clark Partington**
**Bruce D. Partington, Esq.**
**Keith L. Bell, Jr.**
125 E. Intendencia St. (32505)
PO Box 13010
Pensacola, FL 32591-3010
Phone: 850-434-9200
Fax: 850-432-7340
bpartington@clarkpartington.com
dwilkerson@clarkpartington.conm
jcarruth@clarkpartington.com
kbell@clarkpartington.com
cbloor@clarkpartington.com
*Attorneys for Plaintiff, Pete Vicari General Contractor, LLC*

**Jonathan P. Cohen, P.A.**
**Jonathan P. Cohen, Esq.**
500 E. Broward Blvd. Suite 1710
Fort Lauderdale, FL 33394
Phone: 954-462-8850
Fax: 954-848-2987
jcohen@jcohenpa.com
kblack@jcohenpa.com
service@jcohenpa.com
*Counsel for Allied World Insurance Company*