✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC

**EXHIBIT LIST**

V.

Ohio Casualty Insurance Company, et.al.

Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|
| TRIAL DATE (S): March 18, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| 7 | 1 | | | | | Contract between Pete Vicari General Contractor, LLC (1) and Coastal Maintenance and Restoration, Inc. (2) for Civic Tower, LLLP (3) (Moye 2) |
| 8 | 2 | | | | | Contract between Pete Vicari General Contractor, LLC and Coastal Maintenance and Restoration, Inc. for Civic Tower Senior, LLLP (4) (Moye 3) |
| 9 | 3 | | | | | Contract between Pete Vicari General Contractor, LLC and Coastal Prefab, Inc. (5) for Civic Tower (Moye 93) |
| 10 | 4 | | | | | Contract between Pete Vicari General Contractor, LLC and Coastal Prefab, Inc. for Civic Tower Senior (Moye 94) |
| | 5 | | | | | Coastal Maintenance & Restoration, Inc. Payment Bond for Civic Tower Senior (Moye 3) |
| | 6 | | | | | Coastal Maintenance & Restoration, Inc. Performance Bond for Civic Tower Senior (Moye 3) |
| | 7 | | | | | Coastal Maintenance & Restoration, Inc. Payment Bond for Civic Tower (Moye 2) |
| | 8 | | | | | Coastal Maintenance & Restoration, Inc. Performance Bond for Civic Tower (Moye 2) |

Pete Vicari General Contractor, LLC may be referred to as "PVGC"
[2] Coastal Maintenance & Restoration, Inc. may be referred to as "CMR"
[3] Civic Tower, LLLP may be referred to as "CT"
[4] Civic Tower Senior, LLLP may be referred to as "CTS"
[5] Coastal Prefab, Inc. may be referred to as "CPF"

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC
                                                           **EXHIBIT LIST**
              V.

Ohio Casualty Insurance Company, et.al.                    Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | | | | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|---|---|---|---|
| TRIAL DATE (S): March 18, 2019 | | | | COURT REPORTER | | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 9 | | | | | Coastal Prefab, Inc. Payment Bond for Civic Tower Senior (Moye 94) |
| | 10 | | | | | Coastal Prefab, Inc. Performance Bond for Civic Tower (Moye 93) |
| | 11 | | | | | Coastal Prefab, Inc. Payment Bond for Civic Tower (Moye 93) |
| | 12 | | | | | Coastal Prefab, Inc. Performance Bond for Civic Tower Senior (Moye 94) |
| | 13 | | | | | |
| | 14 | | | | | Coastal Maintenance & Restoration, Inc. and Coastal Prefab, Inc. Panel Installation Summary as of May 31, 2017 (Moye 13) |
| 3 | 15 | | | | | Civic Towers Building Envelope Replacement Package Materials Specifications dated 10/28/16 prepared by Perez & Perez Architects Planners (Moye 4) |
| 4 | 16 | | | | | Civic Towers, LLLP 100% Construction Documents Building Envelope Replacement Package dated 10/28/16 prepared by Perez & Perez Architects Planners (Moye 5) |
| 5 | 17 | | | | | Civic Towers Senior Building Envelope Replacement Package Materials Specifications dated 10/28/16 prepared by Perez & Perez Architects Planners (Moye 6) |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC

V.

Ohio Casualty Insurance Company, et.al.

**EXHIBIT LIST**

Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | | | PLAINTIFF'S ATTORNEY:<br>Bruce D. Partington, Clark | | DEFENDANT'S ATTORNEY:<br>Donald G. Peterson |
|---|---|---|---|---|---|
| TRIAL DATE (S): March 18, 2019 | | | COURT REPORTER | | COURTROOM DEPUTY |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| 6 | 18 | | | | | Civic Towers Senior, LLLP 100% Construction Documents Building Envelope Replacement Package dated 10/28/16 prepared by Perez & Perez Architects Planners (Moye 7) |
| | 19 | | | | | Coastal Maintenance & Restoration, Inc.'s Notice of Performance and Nonpayment for Civic Tower (Moye 8/DePinto 337) |
| | 20 | | | | | Coastal Maintenance & Restoration, Inc.'s Claim of Lien dated June 19, 2017 for Civic Towers (Moye 8) |
| | 21 | | | | | Coastal Maintenance & Restoration, Inc.'s Notice of Performance and Nonpayment for Civic Tower Senior (Moye 8/DePinto 336) |
| | 22 | | | | | Coastal Maintenance & Restoration, Inc.'s Claim of Lien dated June 19, 2017 for Civic Towers Senior (Moye 8) |
| | 23 | | | | | Coastal Prefab, Inc.'s Notice of Performance and Nonpayment for Civic Tower (Moye 8/DePinto 334) |
| | 24 | | | | | Coastal Prefab, Inc.'s Claim of Lien dated June 19, 2017 for Civic Tower (Moye 8) |
| | 25 | | | | | Coastal Prefab, Inc.'s Notice of Performance and Nonpayment for Civic Tower Senior (Moye 8/DePinto 335) |
| | 26 | | | | | Coastal Prefab, Inc.'s Claim of Lien dated June 19, 2017 for Civic Tower Senior (Moye 8) |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC

V.

Ohio Casualty Insurance Company, et.al.

**EXHIBIT LIST**

Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | | | PLAINTIFF'S ATTORNEY:<br>Bruce D. Partington, Clark | | DEFENDANT'S ATTORNEY:<br>Donald G. Peterson | |
|---|---|---|---|---|---|---|
| TRIAL DATE (S): March 18, 2019 | | | COURT REPORTER | | COURTROOM DEPUTY | |
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 273 | 27 | | | | | Coastal Maintenance & Restoration, Inc.'s Sworn Statement of Account dated July 24, 2017 for Civic Tower (Moye 11) |
| 273 | 28 | | | | | Coastal Maintenance & Restoration, Inc.'s Sworn Statement of Account dated July 24, 2017 for Civic Tower Senior (Moye 11) |
| | 29 | | | | | |
| | 30 | | | | | |
| | 31 | | | | | CMR pay app no. 1 for CT 2.15.17 (Coastal 47-50) |
| | 32 | | | | | CMR pay app no. 2 for CT 3.20.17 (Coastal 17-22) |
| | 33 | | | | | CMR pay app no. 3 for CT 4.20.17 (Coastal 23-26) |
| 114 | 34 | | | | | CMR pay app no. 4 (including supporting documents and invoices) for CT 5.20.17 (Moye 14) |
| 192 | 35 | | | | | CMR pay app no. 5 (including supporting documents and invoices) for CT 6.20.17 (Moye 17) |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC

V.

Ohio Casualty Insurance Company, et.al.

**EXHIBIT LIST**

Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|
| TRIAL DATE (S): March 18, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 36 | | | | | CMR pay app no. 1 for CTS 2.15.17 (Coastal 3700-3703) |
| | 37 | | | | | CMR pay app no. 2 for CTS 3.20.17 (Coastal 3704-3708) |
| | 38 | | | | | CMR pay app no. 3 for CTS 4.20.17 (Coastal 3709-3711) |
| | 39 | | | | | CMR pay app no. 4 for CTS 5.20.17 (Coastal 3712-3728) |
| | 40 | | | | | CMR Pay app no. 5 (including supporting documents and invoices) for CTS 6.20.17 (Moye 16) |
| 24 | 41 | | | | | CPF pay app no. 1 (including supporting documents and invoices) for CT 1.16.17 (Moye 107) |
| | 42 | | | | | CPF pay app no. 2 for CT 2.15.17 (Coastal 138-142) |
| | 43 | | | | | CPF pay app no. 3 for CT 3.20.17 (Coastal 59-67) |
| | 44 | | | | | CPF pay app no. 4 for CT 4.20.17 (Coastal 68-74) |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC
      V.

**EXHIBIT LIST**

Ohio Casualty Insurance Company, et.al.

Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|
| TRIAL DATE (S): March 18, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| 115 | 45 | | | | | CPF pay app no. 5 (including supporting documents and invoices) for CT 5.20.17 (Moye 99) |
| 116 | 46 | | | | | CPF pay app no. 5 (including supporting documents and invoices) for CT 5.20.17 (Moye 100) |
| 194 | 47 | | | | | CPF pay app no. 6 (including supporting documents and invoices) for CT 5.20.17 (Moye 101) |
| 195 | 48 | | | | | CPF pay app no. 6 (including supporting documents and invoices) for CT 5.20.17 (Moye 102) |
| 196 | 49 | | | | | CPF pay app no. 6 (including supporting documents and invoices) for CT 5.20.17 (Moye 103) |
| | 50 | | | | | CPF pay app no. 1 for CTS 1.16.17 (Coastal 3741-3744) |
| | 51 | | | | | CPF pay app no. 2 for CTS 2.15.17 (Coastal 3745-3756) |
| | 52 | | | | | CPF pay app no. 3 for CTS 3.20.17 (Coastal 3757-3761) |
| | 53 | | | | | CPF pay app no. 4 for CTS 4.20.17 (Coastal 3762-3768) |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC                                    **EXHIBIT LIST**
     V.

Ohio Casualty Insurance Company, et.al.                    Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|
| TRIAL DATE (S): March 18, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 54 | | | | | CPF pay app no. 5 (including supporting documents and invoices) for CTS 5.20.17 (Coastal 3769-3791) |
| | 55 | | | | | CPF pay app no. 6 for CTS 6.20.17 (Coastal 3792-3831) |
| 170 | 56 | | | | | Letter from Peter J. Vicari to Vito DePinto dated 6.14.17 rejecting Coastal Maintenance & Restoration, Inc. and Coastal Prefab, Inc. pay applications (Moye 20) |
| | 57 | | | | | Coastal Maintenance & Restoration, Inc. and Coastal Prefab, Inc. summary of change orders (Moye 21) |
| | 58 | | | | | CMR Change Order 1 for CTS dated 5.4.17 and associated emails (Moye 22) |
| | 59 | | | | | CMR Change Order 2 for CT dated 5.4.17 and associated emails (Moye 23) |
| | 60 | | | | | PVGC signed CMR Change Order 1 for CT dated 5.10.17 (Moye 24) |
| | 61 | | | | | PVGC signed CMR Change Order 1 for CT dated 5.10.17 (Moye 25) |
| | 62 | | | | | CMR Change Order 3 for CT dated 5.17.17 with wind logs (Moye 26) |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC

**EXHIBIT LIST**

V.

Ohio Casualty Insurance Company, et.al.                    Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|
| TRIAL DATE (S): March 18, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
|  | 63 |  |  |  |  | CMR Change Order 4 for CTS dated 5.17.17 with wind logs (Moye 26) |
|  | 64 |  |  |  |  | CMR Change Order 5 for CT dated 5.19.17 (Moye 27) |
|  | 65 |  |  |  |  | CMR Change Order 6 for CTS dated 5.27.17 (Moye 28) |
|  | 66 |  |  |  |  | CMR Change Order 7 for CT dated 5.27.17 (Moye 29) |
|  | 67 |  |  |  |  | CMR Change Order 8 for CT dated 5.27.17 (Moye 30) |
|  | 68 |  |  |  |  | CMR Change Order 9 for CT dated 5.27.17 (Moye 31) |
|  | 69 |  |  |  |  | CMR Change Order 10 for CTS dated 5.27.17 (Moye 32) |
|  | 70 |  |  |  |  | CMR Change Order 11 for CTS dated 5.30.17 (Moye 33) |
|  | 71 |  |  |  |  | CMR Change Order 12 for CT dated 6.6.17 (Moye 33) |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC
        V.

**EXHIBIT LIST**

Ohio Casualty Insurance Company, et.al.

Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|
| TRIAL DATE (S): March 18, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
|  | 72 |  |  |  |  | CMR Change Order 13 for CT dated 6.6.17 (Moye 33) |
|  | 73 |  |  |  |  | CMR Change Order 14 for CTS dated 6.6.17 (Moye 33) |
|  | 74 |  |  |  |  | CMR Change Order 15 for CTS dated 6.6.17 (Moye 33) |
|  | 75 |  |  |  |  | CMR Change Order 16 for CT dated 6.12.17 with weather log (Moye 34) |
|  | 76 |  |  |  |  | CMR Change Order 17 for CTS dated 6.12.17 (Moye 34) |
|  | 77 |  |  |  |  | CMR Change Order 18 for CT dated 6.12.17 (Counterclaim Ex. I) |
|  | 78 |  |  |  |  | CMR Change Order 19 for CTS dated 6.12.17 (Moye 34) |
|  | 79 |  |  |  |  | CMR Change Order 20 for CTS dated 6.19.17 with letter from Jon Parrish (Moye 36) |
|  | 80 |  |  |  |  | CMR Change Order 21 for CT dated 6.19.17 with letter from Jon Parrish (Moye 36) |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC
       V.

Ohio Casualty Insurance Company, et.al.

**EXHIBIT LIST**

Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|
| TRIAL DATE (S): March 18, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 81 | | | | | CMR Invoice to PVGC dated 6.19.17 for embedments with summary (Moye 36) |
| | 82 | | | | | CMR Change Order 22 for CT for delay testing dated 6.19.17 (Moye 37) |
| | 83 | | | | | CMR Change Order 22 for CT for parapet sheathing dated 6.19.17 (Moye 38) |
| | 84 | | | | | CMR Change Order 23 for CTS dated 6.19.17 (Moye 39) |
| | 85 | | | | | CMR Change Order 24 for CTS dated 6.19.17 (Moye 40) |
| | 86 | | | | | Email from Todd Strackbein to Robert Mick dated 5.3.17 regarding request for repair procedure (Moye 49) |
| | 87 | | | | | Email from Mario Mas to Nick Boehm dated 5.3.17 regarding field inspection repairs to be performed before installation of angles (Moye 50 and 51) |
| | 88 | | | | | Cronin Engineering, Inc. detail for angle welded connection (Moye 52) |
| 123 | 89 | | | | | CMR revised schedule for CT and CTS dated 5.31.17 (Moye 57) |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC                     **EXHIBIT LIST**
                                    V.

Ohio Casualty Insurance Company, et.al.        Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|
| TRIAL DATE (S): March 18, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| 124 | 90 | | | | | Letter from Jon Parrish to Peter G Vicari dated 5.31.17 (Moye 58) |
| | 91 | | | | | Letter from Cronin Engineering to PVGC dated 6.2.17 regarding angle installation (Moye 66) |
| | 92 | | | | | Letter from Cronin Engineering to PVGC dated 6.2.17 regarding bolt blow-out conditions (Moye 67) |
| | 93 | | | | | Emails between Brian Moye and Robert Mick regarding buckhoist issues (Moye 70) |
| 149 | 94 | | | | | Letter from Jon Parrish to PVGC dated 6.7.17 regarding response to notice of default (Moye 72) |
| | 95 | | | | | Letter from Jon Parrish to PVGC dated 6.7.17 regarding delays and delay damages (Moye 73) |
| | 96 | | | | | Letter from Jon Parrish to PVGC dated 6.8.17 regarding failure to approve change orders (Moye 74) |
| | 97 | | | | | |
| 158 | 98 | | | | | Email from Robert Mick dated 6.9.17 regarding meeting to accelerate construction schedule (Moye 75) |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC

V.

Ohio Casualty Insurance Company, et.al.

**EXHIBIT LIST**

Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | | | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | | | DEFENDANT'S ATTORNEY: Donald G. Peterson | |
|---|---|---|---|---|---|---|---|
| TRIAL DATE (S): March 18, 2019 | | | COURT REPORTER | | | COURTROOM DEPUTY | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|---|
| | 99 | | | | | Letter from Jon Parrish to PVGC dated 6.14.17 regarding fire stopping (Moye 82) | |
| | 100 | | | | | Letter from Jon Parrish to PVGC dated 6.14.17 regarding acceleration (Moye 83) | |
| 177 | 101 | | | | | Letter from Vito DePinto to Robert Mick dated 6.15.17 regarding acceleration (Moye 84) | |
| | 102 | | | | | Email from Vito DePinto to Peter G Vicari dated 6.19.17 regarding payment for May draw (Moye 85) | |
| 185 | 103 | | | | | Letter from Jon Parrish to PVGC dated 6.19.17 regarding notices of default and work stoppage (Moye 86/Rumpf 408) | |
| 204 | 104 | | | | | Letter from PVGC to Civic Towers, LLLP dated 6.22.17 regarding delays (Moye 88) | |
| 201 | 105 | | | | | Email from Robert Mick to Vito DePinto dated 6.21.17 regarding PVGC's refusal to approve mechanical fasteners (Moye 89) | |
| 214 | 106 | | | | | Letter from Keith Bell to CPF dated 6.26.17 regarding termination of purchase agreement (Moye 90) | |
| | 107 | | | | | Letter from Keith Bell to CMR dated 6.26.17 regarding termination of subcontract (Moye 90) | |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC

      V.

Ohio Casualty Insurance Company, et.al.

**EXHIBIT LIST**

Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|
| TRIAL DATE (S): March 18, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| 227 | 108 | | | | | Zinsel Glass letter to PVGC dated 7.3.17 denying delay claim (Moye 91) |
| | 109 | | | | | CPF Change Order 1 for CTS dated 5.15.17 (Moye 33) |
| | 110 | | | | | CPF Change Order 1 for CT dated 5.15.17 (Moye 33) |
| | 111 | | | | | CPF Change Order 2 for CTS dated 5.30.17 with summary (Moye 33) |
| 97 | 112 | | | | | CMR Updated Progress Schedule (Moye 47) |
| 190 | 113 | | | | | Coastal Prefab, Inc.' Proposed Preliminary Price for Civic Tower (Moye 42) |
| | 114 | | | | | Coastal Prefab, Inc.'s Sealant Submittals for CT (Moye 45) |
| | 115 | | | | | Coastal Prefab, Inc.'s Sealant Submittals for CTS (Moye 46) |
| 126 | 116 | | | | | PVGC Pay App 4-rev for CT (Mas 232) |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC

     V.

Ohio Casualty Insurance Company, et.al.

**EXHIBIT AND WITNESS LIST**

Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | | | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|---|---|---|
| TRIAL DATE (S): March 18, 2019 | | | COURT REPORTER | | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| 172 | 117 | | | | | PVGC Pay App 4.02 for CT (Mas 233) |
| 127 | 118 | | | | | PVGC Pay App 4 for CTS (Mas 234) |
| 173 | 119 | | | | | PVGC Pay App 4.02 for CTS (Mas 235) |
| | 120 | | | | | |
| | 121 | | | | | |
| | 122 | | | | | |
| | 123 | | | | | |
| | 124 | | | | | |
| | 125 | | | | | |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC
       V.

**EXHIBIT LIST**

Ohio Casualty Insurance Company, et.al.

Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|
| TRIAL DATE (S): March 18, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 126 | | | | | |
| | 127 | | | | | |
| 252 | 128 | | | | | Coastal Prefab, Inc.'s Sworn Statement of Account for Civic Towers dated 7.24.17 (Moye 96) |
| 253 | 129 | | | | | Coastal Prefab, Inc.'s Sworn Statement of Account for Civic Towers Senior (Moye 97) |
| 274 | 130 | | | | | Coastal Prefab, Inc.'s Sworn Statement of Account for Civic Towers dated 7.24.17 (Moye 98) |
| | 131 | | | H | | CMR and CPF Summaries of delays from window testing (Moye 104) |
| | 132 | | | | | PVGC Submittal Stamp #3 for CT (Moye 114) |
| | 133 | | | | | PCGC Submittal Stamp #3 for CTS (Moye 114) |
| 314 | 134 | | | | | PVGC Settlement Agreement with Civic Towers, LLLP 8.17.18 (P.G. Vicari 494) |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC
                                    V.

**EXHIBIT LIST**

Ohio Casualty Insurance Company, et.al.

Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|
| TRIAL DATE (S): March 18, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| 315 | 135 | | | | | PVGC Settlement Agreement with Civic Towers Senior, LLLP 11.15.18 (P.G. Vicari 495) |
| 145 | 136 | | | | | PVGC 2-Day Notice to CPF (Moye 163) |
| 81 | 137 | | | | | Zinsel Glass Critique Sheet CTS (Mas 230) |
| 80 | 138 | | | | | Zinsel Glass Critique Sheet CT (Mas 231) |
| | 139 | | | | | Email from PJ Vicari to R Fuson 6.23.17 cutting CMR/CPF pay apps (Mas 237) |
| 85 | 140 | | | | | Zinsel Glass CT Submittals (Buonagura 228) |
| | 141 | | | | | Email from T Strackbein to W Buonagura 4.3.17 re: window repairs (Buonagura 230/231) |
| 75 | 142 | | | | | Letter from WinDoor to Buonagura 4.3.17 re: window tests (Buonagura 232) |
| 94 | 143 | | | | | PGT window testing/remediation plan (Buonagura 233) |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC
      V.
Ohio Casualty Insurance Company, et.al.

**EXHIBIT LIST**

Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|
| TRIAL DATE (S): March 18, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 144 | | | | | Email from V DePinto to Vicari re: window problems causing production delays (Buonagura 234) |
| 118 | 145 | | | | | Email from V DePinto to Vicari dated 5.23.17 re: production delays due to PG instructions. (Buonagura 235) |
| | 146 | | | | | Emails re: window deliveries and delays (Buonagura 237) |
| | 147 | | | | | Letter from PVGC to Fuson 6.22.17 re: production delays CTS (Buonagura 238) |
| | 148 | | | | | PVGC 2 Day Notice of Default to CMR/CPF (Lowell 243) |
| | 149 | | | | | Parrish response to Default (Lowell 243) |
| | 150 | | | | | |
| | 151 | | | | | |
| | 152 | | | | | |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC
            V.
Ohio Casualty Insurance Company, et.al.

**EXHIBIT LIST**

Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|
| TRIAL DATE (S): March 18, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 153 | | | | | Florida Building Code Definitions (PJV 306) |
| 1 | 154 | | | | | AIA Agreement for CT b/w PVGC and Civic Towers, LLLP (DePinto 330/Vicari 500) |
| 2 | 155 | | | | | AIA Agreement for CTS b/w PVGC and Civic Towers Senior, LLLP (DePinto 331/ Vicari 499) |
| | 156 | | | | | AIA General Conditions for CT (PJV 319) |
| 36 | 157 | | | | | Letter from K Rea to Vicari 2.13.17 re: no receipt of schedule changes (PGV 324) |
| 16 | 158 | | | | | STO Panel Affiliate Agreement (DePinto 328) |
| | 159 | | | H/A (402, 403, 601, 603) | | CPF Profit Breakdown & Markup (DePinto 332) |
| 18 | 160 | | | | | Letter from STO to whoever dated 9.9.16 re: CPF capable of performing work in FL market (Salerno 349) |
| 256 | 161 | | | | | BNI response to parapet issues (Buser 378) |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC
        V.

Ohio Casualty Insurance Company, et.al.

### EXHIBIT LIST

Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY:<br>Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY:<br>Donald G. Peterson |
|---|---|---|
| TRIAL DATE (S): March 18, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| 259 | 162 | | | | | Email from J Preece to J Lowell dated 8.8.17 re: field conditions affecting completion of shop drawings (Buser 380) |
| | 163 | | | ID Only | | Emails between PG Vicari and M Buser dated 12.5.17 re: PVGC not working with SWS (Buser 383) |
| | 164 | | | ID Only | | Emails between PG Vicari and M Buser dated 12.5.17 re: PVGC not working with SWS (Buser 384) |
| | 165 | | | ID Only | | Emails between PG Vicari and M Buser dated 2.13.18 re: PVGC not working with SWS (Buser 387) |
| | 166 | | | ID Only | | Emails between PG Vicari and A Hammons dated 1.4.18 re: project delays (Hammons 389) |
| | 167 | | | ID Only | | Emails between PG Vicari and M Buser dated 1.22.18 re: PVGC project delays (Hammons 390) |
| | 168 | | | ID Only | | Emails between PG Vicari and A Hammons dated 1.30.18 re: PVGC impeding work (Hammons 392) |
| 216 | 169 | | | | | Letter from DePinto to Vicari dated 6.26.17 re: Notices of Termination (Rumpf 412) |
| | 170 | | | | | CMR Notice of Termination for CTS (Rumpf 412) |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC            **EXHIBIT LIST**
       V.

Ohio Casualty Insurance Company, et.al.       Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|
| TRIAL DATE (S): March 18, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 171 | | | | | CPF Notice of Termination for CTS (Rumpf 412) |
| | 172 | | | | | CPF Notice of Termination for CT (Rumpf 412) |
| | 173 | | | | | CMR Notice of Termination for CT (Rumpf 412) |
| 217 | 174 | | | | | Letter from Rumpf to Bell dated 6.27.17 re: PVGC claim against bond (Rumpf 413) |
| | 175 | | | | | Letter from Harrison to Partington dated 7.28.17 re: replacement contractors (Rumpf 417) |
| | 176 | | | | | Ohio Casualty Offer to PVGC (Rumpf 420) |
| 267 | 177 | | | | | Email from Harrison to Partington dated 8.16.17 re: Ohio Casualty Offer (Rumpf 422) |
| 269 | 178 | | | | | Letter from Partington to Harrison dated 8.17.17 re: response to offer (Rumpf 424) |
| 271 | 179 | | | | | Letter from Harrison to Partington dated 8.18.17 re: PVGC unreasonable conditions (Rumpf 425) |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC        **EXHIBIT LIST**
      V.

Ohio Casualty Insurance Company, et.al.      Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|
| TRIAL DATE (S): March 18, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| 272 | 180 | | | | | Letter from Harrison to Partington dated 8.18.17 re: PVGC refusal to have Coastal companies return to project (Rumpf 426) |
| | 181 | | | | | Letter from Harrison to Partington dated 8.18.17 re: PVGC unreasonable conditions (Rumpf 425) |
| | 182 | | | | | |
| | 183 | | | | | Email from DePinto to Torres dated 7.5.17 re: PVGC work stoppage violation (Torres 434) |
| | 184 | | | | | |
| | 185 | | | | | ACES proposal to Vicari 7.6.17 (Webb 448) |
| | 186 | | | | | ACES Invoices to PVGC (Webb 449) |
| 238 | 187 | | | | | ACES Report of Findings (Webb 450) |
| | 188 | | | | | Email from Bialski to Mitnick dated 6.29.17 re: panel progress (Bialski 475) |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC
     V.

**EXHIBIT LIST**

Ohio Casualty Insurance Company, et.al.

Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|
| TRIAL DATE (S): March 18, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
|  | 189 |  |  |  |  | Email from DeLuca to Bialski dated 6.29.17 re: panel progress (Bialski 475) |
|  | 190 |  |  |  |  |  |
|  | 191 |  |  |  |  | Email from Bialski to DeLuca dated 8.24.17 re: CT not ready with estimates (Bialski 476) |
|  | 192 |  |  |  |  | Email from Bialski to Martin dated 8.29.17 re: supposed additional costs partially absorbed by savings (Bialski 477) |
|  | 193 |  |  | R (402, 404, 405, 607, 608) |  | CBRE Construction Risk Assessment (CBRE 5) |
|  | 194 |  |  |  |  | CBRE Property Condition Report (CBRE 74) |
|  | 195 |  |  |  |  | CBRE Field Report 1 (CBRE 159) |
|  | 196 |  |  |  |  | CBRE Report 1 (CBRE 168) |
|  | 197 |  |  |  |  | CBRE Report 2 (CBRE 648) |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC                    **EXHIBIT LIST**
        V.

Ohio Casualty Insurance Company, et.al.                Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|
| TRIAL DATE (S): March 18, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 198 | | | | | CBRE Report 3 (CBRE 769) |
| | 199 | | | | | CBRE Report 4 (CBRE 863) |
| | 200 | | | | | CBRE Report 5 (CBRE 1000-1092, 1093-1211) |
| | 201 | | | | | CBRE Report 6 (CBRE 1212 - 1344) |
| | 202 | | | | | CBRE Report 7 (CBRE 1478 - 1560) |
| | 203 | | | | | CBRE Report 8 (CBRE 1644 - 1712) |
| | 204 | | | | | CBRE Report 9 (CBRE 1713 - 1798) |
| | 205 | | | | | CBRE Report 10 (CBRE 285 - 363) |
| | 206 | | | | | CBRE Report 11 (CBRE 365 - 459) |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC

**EXHIBIT LIST**

V.

Ohio Casualty Insurance Company, et.al.                    Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | | | | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|---|---|---|---|
| TRIAL DATE (S): March 18, 2019 | | | | COURT REPORTER | | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 207 | | | | | CBRE Report 12 (CBRE 460 - 541) |
| | 208 | | | | | CBRE Report 13 (CBRE 542 - 647) |
| | 209 | | | | | CBRE Report 1 TM (CBRE 2055 - 2167) |
| | 210 | | | | | CBRE Report 2 TM (CBRE 2168 - 2265) |
| | 211 | | | | | CBRE Report 3 TM (CBRE 2266 - 2352) |
| | 212 | | | | | CBRE Report 4 TM (CBRE 2353 - 2511) |
| | 213 | | | | | CBRE Report 5 TM (CBRE 2512 - 2719) |
| | 214 | | | | | CBRE Report 6 TM (CBRE 2852 - 2931) |
| | 215 | | | | | CBRE Report 7 TM (CBRE 3409 - 3499) |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC
                                                          **EXHIBIT LIST**
               V.

Ohio Casualty Insurance Company, et.al.              Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | | | PLAINTIFF'S ATTORNEY:<br>Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY:<br>Donald G. Peterson | |
|---|---|---|---|---|---|
| TRIAL DATE (S): March 18, 2019 | | | COURT REPORTER | COURTROOM DEPUTY | |
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | 216 | | | | | CBRE Report 8 TM (CBRE 3591 - 3699) |
| | 217 | | | | | CBRE Report 9 TM (CBRE 2984 - 3082) |
| | 218 | | | | | CBRE Report 10 TM (CBRE 3091 - 3190) |
| | 219 | | | | | CBRE Report 11 TM (CBRE 3191 - 3287) |
| | 220 | | | | | CBRE Report 12 TM (CBRE 3288 - 3341) |
| | 221 | | | | | CBRE Report 13 TM (CBRE 3342 - 3408) |
| | 222 | | | | | CBRE CTS Field Report 1 (CBRE 3083 - 3090) |
| | 223 | | | | | |
| | 224 | | | | | PVGC November 2018 pay application for CT |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC
  V.
Ohio Casualty Insurance Company, et.al.

**EXHIBIT LIST**

Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|
| TRIAL DATE (S): March 18, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| 102 | 225 | | | | | Final Cronin Shop Drawings for CT (220) |
| 103 | 226 | | | | | Final Cronin Shop Drawings for CTS (215) |
| | 227 | | | | | |
| | 228 | | | | | |
| | 229 | | | | | |
| | 230 | | | ID Only | | Email from Fuson to Vicari dated 11.10.17 re: false assertions by PVGC regarding project (Mas 443) |
| | 231 | | | | | Emails between Strackbein and Mas dated 3.13.17 re: parapet heights (Mas 444) |
| | 232 | | | | | Email from Preece to Lowell dated 10.27.17 re: parapet issues (Mas 446) |
| | 233 | | | | | Email from Mas to Fuson dated 5.4.17 re: angle in recess (Mas 447) |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC
          V.

Ohio Casualty Insurance Company, et.al.

**EXHIBIT LIST**

Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|
| TRIAL DATE (S): March 18, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
|  | 234 |  |  |  |  |  |
|  | 235 |  |  |  |  |  |
|  | 236 |  |  |  |  |  |
|  | 237 |  |  |  |  |  |
|  | 238 |  |  |  |  | Email from DePinto to Vicari dated 3.21.17 re: length of shop drawing process |
|  | 239 |  |  | A/C |  | Email from K Rea to Bridgette Saddler dated 2.14.17 re: AIA document indicating schedule needs to be updated |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC                    **EXHIBIT LIST**
                V.

Ohio Casualty Insurance Company, et.al.          Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|
| TRIAL DATE (S): March 18, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| 113 | 240 | | | R/H/P (402, 403, 404, 405, 607, 608) – **only objecting to K** | | All photographs produced by any party during discovery, including but not limited to:<br><br>A.  Panel installation on buildings (Moye 54)<br><br>B.  Completed Panels (Moye 141)<br><br>C.  Stored Loaded Panels (Moye 155, 173)<br><br>D.  Off-site stored panels in June 2017 (Coastal 207-211)<br><br>E.<br>F.<br><br>G.<br><br>H.<br><br>I.<br><br>J.<br>K.  PGV lack of hard hat (PGV 325)<br><br>L. |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC

**EXHIBIT LIST**

V.

Ohio Casualty Insurance Company, et.al.                Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|
| TRIAL DATE (S): March 18, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 241 | | | | | |
| | 242 | | | | | |
| | 243 | | | | | CMR Concrete Slab Repair Location & Counts (Counterclaim Ex. I) |
| | 244 | | | | | Civic Towers, LLLP contract with PVGC for CT (Counterclaim Ex. A) |
| | 245 | | | | | Civic Towers Senior, LLLP contract with PVGC for CTS (Counterclaim Ex. C) |
| | 246 | | | | | Allied World Insurance Co. Payment Bond for CT (Counterclaim Ex. B) |
| | 247 | | | | | Allied World Insurance Co. Payment Bond for CTS (Counterclaim Ex. D) |
| | 248 | | | | | CMR Notice of Default and Work Stoppage to PVGC for CT dated 6.19.17 (Counterclaim Ex. J) |
| | 249 | | | | | CMR Notice of Default and Work Stoppage to PVGC for CTS dated 6.19.17 (Counterclaim Ex. J) |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC

V.

Ohio Casualty Insurance Company, et.al.

**EXHIBIT LIST**

Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|
| TRIAL DATE (S): March 18, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 250 | | | | | CPF Notice of Default and Work Stoppage to PVGC for CT dated 6.19.17 (Counterclaim Ex. J) |
| | 251 | | | | | CPF Notice of Default and Work Stoppage to PVGC for CTS dated 6.19.17 (Counterclaim Ex. J) |
| | 252 | | | | | CMR Notice of Termination to PVGC for CT dated 6.26.17 (Counterclaim Ex. J) |
| | 253 | | | | | CMR Notice of Termination to PVGC for CTS dated 6.26.17 (Counterclaim Ex. J) |
| | 254 | | | | | CPF Notice of Termination to PVGC for CT dated 6.26.17 (Counterclaim Ex. J) |
| | 255 | | | | | CPF Notice of Termination to PVGC for CTS dated 6.26.17 (Counterclaim Ex. J) |
| | 256 | | | | | |
| | 257 | | | | | |
| | 258 | | | | | |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC

V.

Ohio Casualty Insurance Company, et.al.

**EXHIBIT LIST**

Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|
| TRIAL DATE (S): March 18, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 259 | | | | | |
| | 260 | | | | | |
| | 261 | | | | | |
| | 262 | | | | | |
| | 263 | | | | | |
| | 264 | | | | | |
| | 265 | | | | | |
| | 266 | | | | | GCI Panel Approval Sheets (221) |
| | 267 | | | | | GCI letter to Boehm dated 11.8.17 re: prefab panel and window assembly approvals for CT (GCI 517) |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC                    **EXHIBIT LIST**
                        V.

Ohio Casualty Insurance Company, et.al.          Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|
| TRIAL DATE (S): March 18, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 268 | | | | | GCI letter to Boehm dated 11.8.17 re: prefab panel and window assembly approvals for CTS (GCI 521) |
| | 269 | | | | | |
| | 270 | | | Agreement | | GCI Letter to Boehm dated 4.6.17 re: window water test failure (GCI 293) |
| | 271 | | | Agreement | | GCI Letter to Boehm dated 8.24.17 re: GCI inspection for compliance |
| | 272 | | | Agreement | | GCI water test failure report 2.9.17 |
| | 273 | | | Agreement | | GCI water test failure report 2.20.17 (GCI 315) |
| | 274 | | | Agreement | | GCI water test failure report 2.27.17 |
| | 275 | | | Agreement | | GCI water test failure report 3.8.17 (GCI 287) |
| | 276 | | | Agreement | | GCI letter to Boehm dated 11.16.17 re: factory installed window approvals for CT (GCI 320) |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC                    **EXHIBIT LIST**

V.

Ohio Casualty Insurance Company, et.al.          Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|
| TRIAL DATE (S): March 18, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 277 | | | Agreement | | GCI letter to Boehm dated 11.16.17 re: factory installed window approvals for CTS (GCI 321) |
| | 278 | | | Agreement | | GCI letter to Boehm dated 11.16.17 re: prefab wall panel assemblies approvals for CTS (GCI 322) |
| | 279 | | | | | |
| | 280 | | | | | |
| | 281 | | | | | Letter from Windoor to Buonagura dated 4.3.17 re: water test protocol with GCI notes |
| | 282 | | | | | |
| | 283 | | | | | |
| | 284 | | | | | |
| | 285 | | | | | |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC                    **EXHIBIT LIST**
          V.

Ohio Casualty Insurance Company, et.al.          Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|
| TRIAL DATE (S): March 18, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 286 | | | | | |
| | 287 | | | | | |
| | 288 | | | | | |
| | 289 | | | | | |
| | 290 | | | R | | PVGC Hurricane Contract for CT with schedule of values |
| | 291 | | | | | |
| | 292 | | | | | |
| | 293 | | | | | |
| | 294 | | | | | |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC           **EXHIBIT LIST**
      V.

Ohio Casualty Insurance Company, et.al.        Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonga | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|
| TRIAL DATE (S): March 18, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 295 | | | A | | PVGC Contract with Coastal dated January 13, 2017 to prepare shop drawings |
| | 296 | | | | | All affidavits filed by Peter G. Vicari in this action |
| | 297 | | | | | All affidavits filed by Peter J. Vicari in this action |
| | 298 | | | | | PVGC's Responses to CMR's First Set of Interrogatories |
| | 299 | | | | | PVGC's Responses to CPF's First Set of Interrogatories |
| | 300 | | | | | CPF Proposal to PVGC 8.22.16 (Coastal 5594-5596/Moye 72) |
| | 301 | | | | | CMR Proposal to PVGC 8.22.16 (Coastal 5597-5599/Moye 72) |
| | 302 | | | | | Final Judgment from Ecolific Technologies, LLC v. PVGC: Miami Dade Case No. 2018-001539-CA-01 |
| | 303 | | | | | Dupont Construction Consultants, LLC Report 7.14.18 (Dupont 615) |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC
     V.

Ohio Casualty Insurance Company, et.al.

## EXHIBIT LIST

Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY:<br>Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY:<br>Donald G. Peterson |
|---|---|---|
| TRIAL DATE (S): March 18, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 304 | | | | | PVGC Pay Application to CT 17.01 dated 6.30.18 (Dupont 616) |
| | 305 | | | | | Dupont Executive Summary (Dupont 617) |
| | 306 | | | | | PVGC Pay Application to CT 22.01/22.02 dated 10.31.18 (Dupont 618) |
| | 307 | | | | | Dupont Executive Summary (highlighted) (Dupont 619) |
| | 308 | | | | | PVGC Pay Application to CT 25.01/25.02 dated 12.31.18 with all supporting documentation (Dupont 620) |
| | 309 | | | | | Dupont Exhibit 3.0 – Days (Dupont 621) |
| | 310 | | | | | Email from Palcon to PG Vicari 11.3.17 (Dupont 622) |
| | 311 | | | | | Email regarding CTS schedule (Dupont 623) |
| | 312 | | | | | Letter from PVGC to R Fuson dated 11.13.17 (Dupont 624) |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC
            V.

Ohio Casualty Insurance Company, et.al.

**EXHIBIT LIST**

Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|
| TRIAL DATE (S): March 18, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 313 | | | | | Project schedules with emails (Dupont 625) |
| | 314 | | | | | Letter from PVGC to R Fuson dated 12.25.17 (Dupont 626) |
| | 315 | | | | | Emails from R Dupont and P Landry dated 2.4.17 (Dupont 627) |
| | 316 | | | | | Email from Dupont to P Vicari dated 5.29.18 with email from P Vicari to R Fuson of same date (Dupont 628) |
| | 317 | | | | | Emails from Dupont to P Vicari dated 6.4.18 and to B Saddler dated 6.1.18 with draft letter to R Fuson (Dupont 629) |
| | 318 | | | | | PVGC Revised Damages Summary (Dupont 630) |
| | 319 | | | | | Coastal Prefab Backcharges (Dupont 631) |
| | 320 | | | | | PVGC Revised Damages Summary (Dupont 632) |
| | 321 | | | ID Only | | Complaint – H&E Equipment Services v. PVGC and Allied World with Exhibits: USDC 18-22710-CIV |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC
    V.

Ohio Casualty Insurance Company, et.al.

## EXHIBIT LIST

Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|
| TRIAL DATE (S): March 18, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 322 | | | ID Only | | Answer and Affirmative Defenses - H&E Equipment Services v. PVGC and Allied World with Exhibits: USDC 18-22710-CIV |
| | 323 | | | | | Amended Notice of Taking Rule 30(b)(6) Deposition (P.G. Vicari 493) |
| | 324 | | | | | Executive Summary Revised 2.12.19 (P.G. Vicari 496) |
| | 325 | | | | | All PVGC Pay Applications to CT with supporting documentation (P.G. Vicari 497) |
| | 326 | | | | | All PVGC Pay Applications to CTS (P.G. Vicari 498) |
| | 327 | | | | | Email Chain from 1.19.18 to 2.23.18 between PVGC and Owner re: cost savings. |
| | 328 | | | | | Email Chain from 10.26.17 to 10.30.17 between PVGC and Owner re: cost savings |
| | 329 | | | | | Dupont supplemental production 2.11.19 |
| | 330 | | | | | PVGC Rule 26 Disclosures |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Peter Vicari General Contractor, LLC

V.

Ohio Casualty Insurance Company, et.al.

**EXHIBIT LIST**

Case Number: 17-23733-CIV-Altonaga Goodman

| PRESIDING JUDGE: Hon. Cecilia M. Altonaga | PLAINTIFF'S ATTORNEY: Bruce D. Partington, Clark | DEFENDANT'S ATTORNEY: Donald G. Peterson |
|---|---|---|
| TRIAL DATE (S): March 18, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 331 | | | | | PVGC's Responses to Cronin's Interrogatories |
| | 332 | | | | | Dupont supplemental production 11.15.18 |
| | 333 | | | | | Letter from T Lawhon to B Partington dated 10.2.18 re: document production |
| | 334 | | | | | Letter from B Partington dated 2.14.19 |
| | 335 | | | | | Letter from PVGC to Fuson 6.22.17 re: production delays CT (Zinsel 228-235) |
| | 336 | | | Reserve Objections | | All exhibits identified on any other Party's Exhibit Register for Trial (to the extent not objected to by Defendants). |
| | 337 | | | Reserve Objections | | All exhibits necessary for impeachment and rebuttal purposes. |
| | | | | | | |
| | | | | | | |