**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-23733-CIV-ALTONAGA/Goodman**

**PETE VICARI GENERAL CONTRACTOR, LLC**,

Plaintiff,

vs.

**OHIO CASUALTY INSURANCE COMPANY**, *et al.*,

Defendants.
_______________________________/

**ORDER ADMINISTRATIVELY CLOSING CASE**

The parties have advised that they have amicably settled this matter. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal with the Court within thirty (30) days of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 15th day of March, 2019.

Cecilia M. Altonaga
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record